ORIGINAL

Of Counsel:
PRICE OKAMOTO HIMENO & LUM
Attorneys at Law
KENNETH T. OKAMOTO, ESQ.  2068
ROBERT M. KOHN, ESQ.       6291
707 Richards Street, Suite 728
Honolulu, Hawaii 96813
Telephone: (808) 538-1113
Fax: (808) 533-0549
Email:    rkohn@pohlhawaii.com

CROWELL & MORING LLP
Attorneys at Law
DONALD E. BRADLEY, ESQ. (*pro hac vice*, Cal. Bar No. 145037)
THERESA C. LOPEZ, ESQ. (*pro hac vice*, Cal. Bar No. 205338)
3 Park Plaza, 20th Floor
Irvine, California 92614-8505
Telephone:  (949) 263-8400
Email:    dbradley@crowell.com
          tlopez@crowell.com

Attorneys for Defendant
TRANS UNION LLC

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 3 2006

at 10 o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GERALD H. ELLER,<br><br>    Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign corporation; BANK ONE CORPORATION, a foreign corporation,<br><br>    Defendants. | CIVIL NO. 04-CV-174 DAE KSC<br><br>**CERTIFICATE OF SERVICE**<br>RE: DEFENDANT TRANS UNION LLC'S OBJECTIONS TO PLAINTIFF'S NOTICE OF DEPOSITION OF ORGANIZATION – TRANS UNION LLC |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of DEFENDANT TRANS UNION LLC'S OBJECTIONS TO PLAINTIFF'S NOTICE OF DEPOSITION OF ORGANIZATION - TRANS UNION LLC was duly served upon the following parties indicated below by facsimile and first class U.S. Mail on this day to the addresses set forth herein below:

| | |
|---|---|
| Norman K.K. Lau, Esq.<br>Attorney at Law<br>820 Mililani Street<br>Suite 701<br>Honolulu, Hawaii 96813<br>Fax: (808) 523-6769 | Scott K. Behrendt, Esq.<br>Jones Day<br>555 South Flower Street<br>Fiftieth Floor<br>Los Angeles, California 90071<br>Fax: (213) 243-2539 |
| Robert S. Sola, Esq.<br>Attorney at Law<br>8835 S.W. Canyon Lane<br>Suite 130<br>Portland, Oregon 97225<br>Fax: (503) 291-9172 | Deborah K. Wright, Esq.<br>Keith D. Kirschbraun, Esq.<br>Wright & Kirschbraun<br>6 Central Avenue<br>Wailuku, Hawaii 96793<br>Fax: (808) 244-1013 |
| Attorneys for Plaintiff<br>Gerald H. Eller | Attorneys for Defendant<br>Experian Information<br>Solutions, Inc. |

DATED: Honolulu, Hawaii, January 3, 2006.

PRICE, OKAMOTO, HIMENO & LUM

By: _____
Kenneth T. Okamoto
Robert M. Kohn
Attorneys for Defendant
Trans Union LLC