ORIGINAL

Of Counsel:
PRICE OKAMOTO HIMENO & LUM
Attorneys at Law
KENNETH T. OKAMOTO, ESQ.  2068
ROBERT M. KOHN, ESQ.       6291
707 Richards Street, Suite 728
Honolulu, Hawaii 96813
Telephone: (808) 538-1113
Fax: (808) 533-0549
Email:   rkohn@pohlhawaii.com

CROWELL & MORING LLP
Attorneys at Law
DONALD E. BRADLEY, ESQ. (*pro hac vice*, Cal. Bar No. 145037)
THERESA C. LOPEZ, ESQ. (*pro hac vice*, Cal. Bar No. 205338)
3 Park Plaza, 20th Floor
Irvine, California 92614-8505
Telephone: (949) 263-8400
Email:   dbradley@crowell.com
         tlopez@crowell.com

Attorneys for Defendant
TRANS UNION LLC

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 04 2006

at 11 o'clock and 03 min. AM
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GERALD H. ELLER,<br><br>           Plaintiff,<br><br>     v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign corporation; BANK ONE CORPORATION, a foreign corporation,<br><br>           Defendants. | CIVIL NO. 04-CV-174 DAE KSC<br><br>**AMENDED CERTIFICATE OF SERVICE** (RE: DEFENDANT TRANS UNION LLC'S OBJECTIONS TO PLAINTIFF'S NOTICE OF DEPOSITION OF ORGANIZATION – TRANS UNION LLC) |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of DEFENDANT TRANS UNION LLC'S OBJECTIONS TO PLAINTIFF'S NOTICE OF DEPOSITION OF ORGANIZATION – TRANS UNION LLC was duly served upon the following parties on January 3, 2006 in the manner indicated below:

| | |
|---|---|
| Norman K.K. Lau, Esq.<br>Attorney at Law<br>820 Mililani Street<br>Suite 701<br>Honolulu, Hawaii 96813 | Via hand delivery |
| Robert S. Sola, Esq.<br>Attorney at Law<br>8835 S.W. Canyon Lane<br>Suite 130<br>Portland, Oregon 97225<br>Fax: (503) 291-9172<br><br>    Attorneys for Plaintiff<br>    Gerald H. Eller | Via U.S. Mail & facsimile |
| Scott K. Behrendt, Esq.<br>Jones Day<br>555 South Flower Street<br>Fiftieth Floor<br>Los Angeles, California 90071<br>Fax: (213) 243-2539 | Via U.S. Mail & facsimile |
| Deborah K. Wright, Esq.<br>Keith D. Kirschbraun, Esq.<br>Wright & Kirschbraun<br>6 Central Avenue<br>Wailuku, Hawaii 96793<br>Fax: (808) 244-1013<br><br>    Attorneys for Defendant<br>    Experian Information<br>    Solutions, Inc. | Via U.S. Mail & facsimile |

DATED: Honolulu, Hawaii, January 4, 2006.

                PRICE, OKAMOTO, HIMENO & LUM

By: _____
        Kenneth T. Okamoto
        Robert M. Kohn
        Attorneys for Defendant
        Trans Union LLC