Of Counsel:
WRIGHT & KIRSCHBRAUN
A Limited Liability Law Company
DEBORAH K. WRIGHT          4444
KEITH D. KIRSCHBRAUN       4971
1885 Main Street, Suite 108
Wailuku, HI 96793
Telephone: 808-244-6644
Facsimile: 808-244-1013
Email: WrightKirsch@aol.com

JONES DAY
SCOTT K. BEHRENDT (*pro hac vice*, Cal. Bar No. 200217)
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071
Telephone: (213) 489-3939
Facsimile: (213) 243-2539
Email: skbehrendt@jonesday.com

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GERALD H. ELLER,<br><br>        Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation, TRANS UNION LLC, a foreign corporation, and BANK ONE CORPORATION, a foreign corporation,<br><br>        Defendants. | CIVIL NO. 04-CV-174 DAE KSC<br><br>*EX PARTE* APPLICATION TO APPEAR AS COUNSEL PRO HAC VICE; MEMORANDUM IN SUPPORT OF *EX PARTE* APPLICATION; AFFIDAVIT OF KEITH D. KIRSCHBRAUN; AFFIDAVIT OF DANIEL J. McLOON; ORDER GRANTING *EX PARTE* APPLICATION TO APPEAR AS COUNSEL PRO HAC VICE; CERTIFICATE OF SERVICE |

## *EX PARTE* APPLICATION TO APPEAR AS COUNSEL PRO HAC VICE

Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian"), by and through its attorneys, WRIGHT & KIRSCHBRAUN, A Limited Liability Law Company, hereby moves this Honorable Court, *ex parte*, for an order granting this application to admit Daniel J. McLoon as counsel *pro hac vice* for Experian in this matter.

This application is made pursuant to LR 83.1 of the Local Rules for the United States District Court for the District of Hawaii and is based upon the attached memorandum in support, affidavits and the records and files herein.

DATED: Wailuku, Maui, Hawaii; January 3, 2006.

_____
DEBORAH K. WRIGHT
KEITH D. KIRSCHBRAUN

Attorneys for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GERALD H. ELLER,<br><br>        Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation, TRANS UNION LLC, a foreign corporation, and BANK ONE CORPORATION, a foreign corporation,<br><br>        Defendants. | CIVIL NO. 04-CV-174 DAE KSC<br><br>MEMORANDUM IN SUPPORT OF *EX PARTE* APPLICATION |

## **MEMORANDUM IN SUPPORT OF *EX PARTE* APPLICATION**

Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian") hereby requests that this Court admit Daniel J. McLoon as counsel *pro hac vice* for Experian in this matter. Mr. McLoon is a partner at the law firm of Jones Day in Los Angeles, California, and is a resident of the State of California. Mr. McLoon is a member in good standing of the California State Bar.

Experian has retained Jones Day and Wright & Kirschbraun, A Limited Liability Law Company, as its associate counsel, as its attorneys in this action. Experian will best be served by an order which permits the counsel of its choice to represent it herein.

LR 83.1 gives this Court authority to grant this application. This application, inclusive of the attached affidavits, meets all of the requirements of

LAI-2219758v1

LR 83.1(e), both with respect to Experian's associate counsel in Wailuku, Hawaii as well as its California *pro hac vice* counsel.

Local and associate counsel of record for Experian, Deborah K. Wright and Keith D. Kirschbraun, are active members of the Hawaii Bar in good standing and shall continue to represent Experian.

Daniel J. McLoon is a resident of California and his office address is Jones Day, 555 South Flower Street, Fiftieth Floor, Los Angeles, CA 90071-2300. Daniel J. McLoon is not regularly employed or regularly engaged in business, professional, or other law-related activities in Hawaii. All of the requirements of LR 83.1(e) are addressed and satisfied as set forth in the attached affidavits.

For the foregoing reasons, Experian respectfully requests that this application be granted and the attached proposed Order Granting Ex Parte Application to Appear as Counsel Pro Hac Vice be entered.

DATED: Wailuku, Maui, Hawaii; January 3, 2006.

                                                    _____
                                                    DEBORAH K. WRIGHT
                                                    KEITH D. KIRSCHBRAUN
                                                    Attorneys for Defendant
                                                    EXPERIAN INFORMATION SOLUTIONS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GERALD H. ELLER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation, TRANS UNION LLC, a foreign corporation, and BANK ONE CORPORATION, a foreign corporation,<br><br>　　　　Defendants. | ) CIVIL NO. CV03 00200 SPK LEK<br>)<br>) AFFIDAVIT OF KEITH D.<br>) KIRSCHBRAUN<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF KEITH D. KIRSCHBRAUN

STATE OF HAWAII　　)
　　　　　　　　　　) SS.
COUNTY OF MAUI　　)

　　　　KEITH D. KIRSCHBRAUN, being first duly sworn upon oath, deposes and says that:

　　　　1.　　I am an attorney licensed to practice law in the State of Hawaii and am a member of the law firm of WRIGHT & KIRSCHBRAUN, A Limited Liability Law Company ("Wright & Kirschbraun"), attorneys for Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian"). I was originally licensed to practice law in the State of Texas in November, 1980, and am currently inactive there. I have been licensed to practice law in the State of Hawaii since May 1989, the United States District Court for the District of Hawaii in January

1991, and the United States Court of Appeals for the Ninth Circuit in April 1992. I am in all respects qualified and authorized to make this Affidavit, which is based upon personal knowledge except where noted to be upon information and belief. I make this Affidavit in support of the foregoing *Ex Parte* Application to Appear as Counsel Pro Hac Vice.

2. Deborah K. Wright is a member of the law firm of Wright & Kirschbraun and admitted to practice before all courts in the State of Hawaii. Both Ms. Wright and I are members in good standing of the Hawaii Bar.

3. Wright & Kirschbraun consents to acting as local and associate counsel in this action pursuant to and in conformance with LR 83.1(e). Wright & Kirschbraun's address is 1885 Main Street, Suite 108, Wailuku, Hawaii 96793, and the telephone number is 808-244-6644.

4. In view of the foregoing and the attached application, memorandum and affidavits, I respectfully request that the Court enter the attached Order Granting Ex Parte Application to Appear as Counsel Pro Hac Vice.

*(SIGNATURE AND NOTARY ON NEXT PAGE – NOTHING OMITTED)*

Further Affiant sayeth naught.

_____
KEITH D. KIRSCHBRAUN

Subscribed and sworn to before me
this 3rd day of January, 2006.

_____
Notary Public, State of Hawaii

Printed name: Margaret E. Harris

MARGARET E. HARRIS
NOTARY PUBLIC
STATE OF HAWAII

My commission expires: September 5, 2008

3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GERALD H. ELLER, | ) CIVIL NO. 04-CV-174 DAE KSC |
| Plaintiff, | ) AFFIDAVIT OF DANIEL J. MCLOON |
| vs. | ) |
| EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation, TRANS UNION LLC, a foreign corporation, and BANK ONE CORPORATION, a foreign corporation, | ) |
| Defendants. | ) |

## AFFIDAVIT OF DANIEL J. MCLOON

CITY AND COUNTY OF LOS ANGELES )
                                ) SS.

DANIEL J. McLOON being first duly sworn upon oath, deposes and says that:

1. I hereby request leave of this Court to appear in the above-entitled action as counsel *pro hac vice*. I am a partner at the law firm of Jones Day, which has been retained to appear in connection with the law firm of Wright & Kirschbraun, A Limited Liability Law Company, located at 1885 Main Street, Suite 108, Wailuku, Hawaii 96793, (808) 244-6644. Deborah K. Wright and Keith D. Kirschbraun are counsel of record for Experian and I am informed that they are active members in good standing of the Bar of this Court.

LAI-2219758v1

2. I am a member of the law firm of Jones Day. My residence address is 645 Comstock Avenue, Los Angeles, California 90024. My office address 555 South Flower Street, Fiftieth Floor, Los Angeles, CA 90071-2300.

3. I have been admitted to practice before the following courts:

| Court | Date of Admission |
|---|---|
| California State Bar<br>California Bar Number 109598 | December 1983 |
| United States District Court, Central District of California | December 23, 1983 |
| United States Tax Court | March 1, 1984 |
| United States Court of Appeals for the Ninth Circuit | July 1, 1988 |
| United States District Court, Northern District of California | November 1, 1989 |
| United States District Court for the District of Arizona | 1991 |
| United States District Court, Southern District of California | 1996 |
| United States District Court, Northern District of Texas | October 1, 1997 |
| United States District Court, Eastern District of California | March 1, 2001 |
| Supreme Court of the United States | October 1, 2001 |
| United States District Court, Southern District of Texas | November 1, 2002 |

I am a member in good standing and eligible to practice in all such courts. I am not currently suspended or disbarred in any court.

4. I do not reside in Hawaii, nor am I regularly employed or regularly engaged in any business, professional, or other law related activities in Hawaii, such as would disqualify me from appearing *pro hac vice* in this matter.

5. During the twelve months preceding this application, I have not been admitted *pro hac vice* before this Court.

Further Affiant sayeth naught.

_____
DANIEL J. McLOON

Subscribed and sworn to before me
this 29th day of December 2005.

_____
Notary Public, State of California

Print name: Jennifer Tai

My commission expires: June 26, 2008

[Notary Seal: JENNIFER TAI, Commission # 1492512, Notary Public - California, Los Angeles County, My Comm. Expires Jun 26, 2008]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GERALD H. ELLER,<br><br>    Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation, TRANS UNION LLC, a foreign corporation, and BANK ONE CORPORATION, a foreign corporation,<br><br>    Defendants. | CIVIL NO. 04-CV-174 DAE KSC<br><br>ORDER GRANTING *EX PARTE* APPLICATION TO APPEAR AS COUNSEL PRO HAC VICE |

**ORDER GRANTING *EX PARTE* APPLICATION
TO APPEAR AS COUNSEL PRO HAC VICE**

The Court having reviewed the *Ex Parte* Application to Appear as Counsel *Pro Hac Vice*, the Memorandum in Support of *Ex Parte* Application, and the Affidavits of Deborah K. Wright and Daniel J. McLoon, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Application to Appear as Counsel *Pro Hac Vice* is GRANTED as to Daniel J. McLoon.

DATED: Honolulu, Hawaii;   JAN 0 5 2006  .

                                      JUDGE OF THE ABOVE-ENTITLED COURT

---

*Gerald H. Eller v. Experian Information Solutions, Inc., et al.*, Civil No. 04-CV-174 DAE KSC; **ORDER GRANTING *EX PARTE* APPLICATION TO APPEAR AS COUNSEL *PRO HAC VICE***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was duly served upon the following counsel of record, at their last known address indicated below, by depositing a copy with the U.S. Postal Service, postage prepaid, first class mail, on January 3, 2006.

>ROBERT S. SOLA, Esquire
>8835 S.W. Canyon Lane, Suite 130
>Portland, OR 97225
>
>NORMAN K.K. LAU, Esquire
>820 Mililani Street, Suite 701
>Honolulu, HI 96813
>
>Attorneys for Plaintiff
>GERALD H. ELLER
>
>
>KENNETH T. OKAMOTO, Esquire
>ROBERT M. KOHN, Esquire
>Price, Okamoto, Himeno & Lum
>707 Richards Street, Suite 728
>Honolulu, HI 96813
>
>DONALD E. BRADLEY, Esquire
>THERESA C. LOPEZ, Esquire
>Crowell & Moring LLP
>3 Park Plaza, 20th Floor
>Irvine, CA 92614-8505
>
>Attorneys for Defendant
>TRANS UNION LLC

DATED: Wailuku, Maui, Hawaii; January 3, 2006.

_____
DEBORAH K. WRIGHT
KEITH D. KIRSCHBRAUN

Attorneys for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.