# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/9/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV04-00174DAE-KSC |
| CASE NAME: | Gerald H. Eller v. Experian Information Solutions, Inc., et al. |
| ATTYS FOR PLA: | Robert Sola, by phone<br>Norman Lau |
| ATTYS FOR DEFT: | Theresa Lopez, by phone<br>Daniel McLoon |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 1/9/2006 | TIME: | 9:40-10:25:42am |

COURT ACTION:  EP:
1. Plaintiff's Motion to Compel Production of Documents and Responses to Interrogatories
2. Experian's Counter Motion for a Protective Order

Court will consolidate both hearings. Motion taken under advisement. Experian to submit for In Camera review the long Admin Report within 10 days from today. Counsel shall meet and confer and inform the court if they are able to resolve part or all of these issues.

The court will allow Mr. Sola to submit his Confidential Settlement Conference statement on 1/12/06.

Submitted by: Shari Afuso, Courtroom Manager