Of Counsel:
WRIGHT & KIRSCHBRAUN
A Limited Liability Law Company
DEBORAH K. WRIGHT          4444
KEITH D. KIRSCHBRAUN       4971
1885 Main Street, Suite 108
Wailuku, HI 96793
Telephone: 808-244-6644
Facsimile: 808-244-1013
Email:     WrightKirsch@aol.com

JONES DAY
Daniel J. McLoon (*pro hac vice application pending*,
Cal. Bar No. 109598)
Scott K. Behrendt (*pro hac vice*, Cal. Bar No. 200217)
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071-2300
Telephone: 213-489-3939
Facsimile: 213-243-2539
E-mail:    djmcloon@jonesday.com
           skbehrendt@jonesday.com
Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| GERALD H. ELLER,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign corporation; and BANK ONE CORPORATION, a foreign corporation,<br><br>    Defendants. | Case No. CV 04-00174 DAE-KSC<br><br>**DECLARATION OF SCOTT K. BEHRENDT** |

LAI-2220650v1

## DECLARATION OF SCOTT K. BEHRENDT

I, Scott K. Behrendt, state as follows:

1. I am an associate at Jones Day and one of the attorneys of record for defendant Experian Information Solutions, Inc. ("Experian") in the above-captioned case. I make this declaration in support of Experian's Opposition to Plaintiff's Motion to Compel and Counter-Motion for a Protective Order. I make this declaration upon personal knowledge and can competently testify to the matters set forth herein.

2. Over the past months, I have asked Plaintiff's counsel, Robert Sola, for the terms of the settlement agreements between Plaintiff and former co-defendant Bank One in this case as well as Plaintiff's settlement agreement from a prior case against co-defendant Trans Union. Mr. Sola has repeatedly refused to give me that information, claiming that the settlement agreements contain confidentiality provisions preventing disclosure of the settlement terms.

3. On or about December 23, 2005, I checked Plaintiff's web site, www.jerryeller.com. I noticed that the web site was selling a book that, among other things, appeared to set forth Plaintiff's version of the facts pertinent to this case. Accordingly, this office obtained a copy of that book, a true and correct copy of which is attached hereto as Exhibit A. On pages 161 and 256, the book

LAI-2220642v1

discloses the monetary terms of Plaintiff's settlements with Trans Union and Bank One which, as discussed above, Plaintiff's counsel had repeatedly refused to disclose to me.

4. Attached hereto as Exhibit B is a true and correct copy of a Federal Trade Commission release entitled "FTC Testifies on Data Security and Identity Theft," dated March 10, 2005. The document is available from the FTC's web site at the following address: http://www.ftc.gov/opa/2005/06/datasectest.htm.

5. Attached hereto as Exhibit C is a true and correct copy of a White House press release entitled "Remarks by President Bush at Signing of Identity Theft Penalty Enhancement Act," dated July 15, 2004. The document is available from the White House's web site at the following address: http://www.whitehouse.gov/news/releases/2004/07/20040715-3.html.

6. Attached hereto as Exhibit D is Experian's Proposed Order Amending the Stipulated Protective Order. Defendant Trans Union has agreed to the proposed amendment, but Plaintiff's counsel has insisted that Plaintiff himself have access to all documents, even those that would be unintelligible to a layperson such as Plaintiff.

I, Scott K. Behrendt, declare under penalty of perjury that the foregoing is true and correct.

DATED: December 30, 2005    _____
                                                    Scott K. Behrendt

LAI-2220642v1                                    3