## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was duly served upon the following counsel of record, at their last known address indicated below, by depositing a copy with the U.S. Postal Service, postage prepaid, first class mail, on January 9, 2006.

>ROBERT S. SOLA, Esquire
>8835 S.W. Canyon Lane, Suite 130
>Portland, OR 97225
>
>NORMAN K.K. LAU, Esquire
>820 Mililani Street, Suite 701
>Honolulu, HI 96813
>
>Attorneys for Plaintiff
>GERALD H. ELLER
>
>
>KENNETH T. OKAMOTO, Esquire
>ROBERT M. KOHN, Esquire
>Price, Okamoto, Himeno & Lum
>707 Richards Street, Suite 728
>Honolulu, HI 96813
>
>DONALD E. BRADLEY, Esquire
>THERESA C. LOPEZ, Esquire
>Crowell & Moring LLP
>3 Park Plaza, 20th Floor
>Irvine, CA 92614-8505
>
>Attorneys for Defendant
>TRANS UNION LLC

DATED: Wailuku, Maui, Hawaii; January 9, 2006.

_____
DEBORAH K. WRIGHT
KEITH D. KIRSCHBRAUN

Attorneys for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.