Of Counsel:
WRIGHT & KIRSCHBRAUN
A Limited Liability Law Company
DEBORAH K. WRIGHT         4444
KEITH D. KIRSCHBRAUN      4971
1885 Main Street, Suite 108
Wailuku, HI  96793
Telephone: 808-244-6644
Facsimile: 808-244-1013
Email: WrightKirsch@aol.com

JONES DAY
SCOTT K. BEHRENDT (*pro hac vice*, Cal. Bar No. 200217)
555 South Flower Street, Fiftieth Floor
Los Angeles, CA  90071
Telephone: (213) 489-3939
Facsimile: (213) 243-2539
Email: skbehrendt@jonesday.com

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GERALD H. ELLER,<br><br>          Plaintiff,<br><br>     vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation, TRANS UNION LLC, a foreign corporation, and BANK ONE CORPORATION, a foreign corporation,<br><br>          Defendants. | CIVIL NO. 04-CV-174 DAE KSC<br><br>CERTIFICATE OF SERVICE RE: *EX PARTE* APPLICATION TO APPEAR AS COUNSEL PRO HAC VICE; MEMORANDUM IN SUPPORT OF *EX PARTE* APPLICATION; AFFIDAVIT OF KEITH D. KIRSCHBRAUN; AFFIDAVIT OF DANIEL J. McLOON; ORDER GRANTING *EX PARTE* APPLICATION TO APPEAR AS COUNSEL PRO HAC VICE; CERTIFICATE OF SERVICE (FILED JANUARY 6, 2006) |

CERTIFICATE OF SERVICE RE: *EX PARTE* APPLICATION TO APPEAR AS COUNSEL PRO HAC VICE; MEMORANDUM IN SUPPORT OF *EX PARTE* APPLICATION; AFFIDAVIT OF KEITH D. KIRSCHBRAUN; AFFIDAVIT OF DANIEL J. McLOON; ORDER GRANTING *EX PARTE* APPLICATION TO APPEAR AS COUNSEL PRO HAC VICE; CERTIFICATE OF SERVICE
(FILED JANUARY 6, 2006)

I HEREBY CERTIFY that a true and correct copy of the *EX PARTE* APPLICATION TO APPEAR AS COUNSEL PRO HAC VICE; MEMORANDUM IN SUPPORT OF *EX PARTE* APPLICATION; AFFIDAVIT OF KEITH D. KIRSCHBRAUN; AFFIDAVIT OF DANIEL J. McLOON; ORDER GRANTING *EX PARTE* APPLICATION TO APPEAR AS COUNSEL PRO HAC VICE; CERTIFICATE OF SERVICE (filed on January 6, 2006) was duly served upon the following counsel of record, at their last known address indicated below, by depositing a copy with the U.S. Postal Service, postage prepaid, first class mail, on January 3, 2006, and a file-marked copy of same on January 13, 2006.

>ROBERT S. SOLA, Esquire
>8835 S.W. Canyon Lane, Suite 130
>Portland, OR  97225
>
>NORMAN K.K. LAU, Esquire
>820 Mililani Street, Suite 701
>Honolulu, HI  96813
>
>Attorneys for Plaintiff
>GERALD H. ELLER

KENNETH T. OKAMOTO, Esquire
ROBERT M. KOHN, Esquire
Price, Okamoto, Himeno & Lum
707 Richards Street, Suite 728
Honolulu, HI 96813

DONALD E. BRADLEY, Esquire
THERESA C. LOPEZ, Esquire
Crowell & Moring LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505

Attorneys for Defendant
TRANS UNION LLC


DATED: Wailuku, Maui, Hawaii; January 13, 2006.

                                                /s/ Keith D. Kirschbraun
                                      DEBORAH K. WRIGHT
                                      KEITH D. KIRSCHBRAUN

                                      Attorneys for Defendant
                                      EXPERIAN INFORMATION
                                      SOLUTIONS, INC.