Of Counsel:
PRICE OKAMOTO HIMENO & LUM
Attorneys at Law
KENNETH T. OKAMOTO, ESQ.  2068
ROBERT M. KOHN, ESQ.      6291
707 Richards Street, Suite 728
Honolulu, Hawaii 96813
Telephone: (808) 538-1113
Fax: (808) 533-0549
Email:    rkohn@pohlhawaii.com

CROWELL & MORING LLP
Attorneys at Law
DONALD E. BRADLEY, ESQ. (*pro hac vice*, Cal. Bar No. 145037)
THERESA C. LOPEZ, ESQ. (*pro hac vice*, Cal. Bar No. 205338)
3 Park Plaza, 20th Floor
Irvine, California 92614-8505
Telephone:  (949) 263-8400
Email:    dbradley@crowell.com
          tlopez@crowell.com

Attorneys for Defendant
TRANS UNION LLC


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII


| | |
|---|---|
| GERALD H. ELLER,<br><br>        Plaintiff,<br><br>   v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign corporation; BANK ONE CORPORATION, a foreign corporation,<br><br>        Defendants. | CIVIL NO. 04-CV-174 DAE KSC<br><br>DEFENDANT TRANS UNION LLC'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION; CERTIFICATE OF SERVICE<br><br>Action Filed:  12/17/2003<br><br>Date:    02/27/2006<br>Time:    10:30 a.m.<br>Judge:   Hon. David A. Ezra |

**DEFENDANT TRANS UNION LLC'S NOTICE OF MOTION
AND MOTION FOR SUMMARY JUDGMENT**

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, on Monday, February 27, 2006, at 10:30 a.m., or as soon thereafter as counsel may be heard before the Honorable David A. Ezra, pursuant to Federal Rule of Civil Procedure 56, Defendant Trans Union LLC ("Trans Union") will move the Court for an order granting summary judgment, or, in the alternative, summary adjudication in favor of Trans Union and against Plaintiff Gerald H. Eller ("Plaintiff").

This Motion is made on the grounds that there is no genuine issue as to any material fact and Trans Union is entitled to judgment as a matter of law. Furthermore, Plaintiff's Fourth, Fifth and Sixth Causes Of Action are without merit for the following reasons:

(1) Plaintiff's claims under Sections 1681e(b) and 1681i of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §§ 1681e(b) and 1681i, fail because Trans Union did not issue an inaccurate report and Trans Union is not responsible for any alleged inaccuracies contained in reports issued by third party resellers.

(2) Plaintiff's claim under Section 1681i of the FCRA fail because Plaintiff did not notify Trans Union of any disputed

items of information contained in a report prepared by Trans Union.

(3) Plaintiff's claim under Section 1681e(b) of the FCRA as to the 2003 consumer disclosures fails because Trans Union is not required to report every account Plaintiff owns, but to accurately and completely report each item of information that does appear on its reports.

(4) Plaintiff's claim under Section 1681g of the FCRA as to the 2003 consumer disclosures fails because Trans Union disclosed to Plaintiff the contents of the consumer file it identified based on the indicative information Plaintiff provided in his request and based on the contents of the identified file as of the date of the request.

(5) Plaintiff's claims under the Colorado Consumer Credit Reporting Act, which in substance mirrors the FCRA, all fail for the same reasons cited above concerning Plaintiff's FCRA claims.

(6) All of Plaintiff's claims fail because he has no evidence that he has sustained any damages recoverable against Trans Union.

This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Declarations of Diane Terry and Theresa C. Lopez, the Concise Statement of Material Facts and Evidence and exhibits attached thereto, the pleadings and papers in this action, and such other

and further oral and documentary evidence as may be presented at the hearing on this Motion.

DATED:   Honolulu, Hawaii, January 13, 2006.

                    PRICE, OKAMOTO, HIMENO & LUM

                    By: /s/ Robert M. Kohn
                        Kenneth T. Okamoto
                        Robert M. Kohn
                        Attorneys for Defendant
                        Trans Union LLC

```
Of Counsel:
PRICE OKAMOTO HIMENO &  LUM
Attorneys at Law
KENNETH T. OKAMOTO, ESQ. 2068
ROBERT M. KOHN, ESQ.     6291
707 Richards Street, Suite 728
Honolulu, Hawaii 96813
Telephone: (808) 538-1113
Fax: (808) 533-0549
Email:    rkohn@pohlhawaii.com

CROWELL & MORING LLP
Attorneys at Law
DONALD E. BRADLEY, ESQ. (*pro hac vice*, Cal. Bar No. 145037)
THERESA C. LOPEZ, ESQ. (*pro hac vice*, Cal. Bar No. 205338)
3 Park Plaza, 20th Floor
Irvine, California 92614-8505
Telephone:  (949) 263-8400
Email:    dbradley@crowell.com
          tlopez@crowell.com

Attorneys for Defendant
TRANS UNION LLC
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GERALD H. ELLER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign corporation; BANK ONE CORPORATION, a foreign corporation,<br><br>　　　　　Defendants. | CIVIL NO. 04-CV-174 DAE KSC<br><br>CERTIFICATE OF SERVICE RE: DEFENDANT TRANS UNION LLC'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION<br><br>Action Filed:  12/17/2003 |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 13, 2006 and by the methods of service noted below, a true and correct copy of DEFENDANT TRANS UNION LLC'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION was served upon the following parties at their last known addresses:

| | |
|---|---|
| Norman K.K. Lau, Esq.<br>Attorney at Law<br>820 Mililani Street<br>Suite 701<br>Honolulu, Hawaii 96813<br>Fax: (808) 523-6769<br>**BY HAND DELIVERY** | Scott K. Behrendt, Esq.<br>Jones Day<br>555 South Flower Street<br>Fiftieth Floor<br>Los Angeles, California 90071<br>*Served Electronically through CM/ECF skbehrendt@jonesday.com* |
| Robert S. Sola, Esq.<br>Attorney at Law<br>8835 S.W. Canyon Lane<br>Suite 130<br>Portland, Oregon 97225<br>Fax: (503) 291-9172<br>**BY OVERNIGHT MAIL** | Deborah K. Wright, Esq.<br>Keith D. Kirschbraun, Esq.<br>Wright & Kirschbraun<br>1885 Main Street, Suite 108<br>Wailuku, Hawaii 96793-1827<br>*Served Electronically through CM/ECF wrightkirsch@aol.com* |
| Attorneys for Plaintiff<br>Gerald H. Eller | Attorneys for Defendant<br>Experian Information Solutions, Inc. |

DATED: Honolulu, Hawaii, January 13, 2006.

PRICE, OKAMOTO, HIMENO & LUM

By: /s/ Robert M. Kohn
Kenneth T. Okamoto
Robert M. Kohn
Attorneys for Defendant
Trans Union LLC

3715131v1(087827.0000301)