Of Counsel:
PRICE OKAMOTO HIMENO & LUM
Attorneys at Law
KENNETH T. OKAMOTO, ESQ.  2068
ROBERT M. KOHN, ESQ.      6291
707 Richards Street, Suite 728
Honolulu, Hawaii 96813
Telephone: (808) 538-1113
Fax: (808) 533-0549
Email:    rkohn@pohlhawaii.com

CROWELL & MORING LLP
Attorneys at Law
DONALD E. BRADLEY, ESQ. (*pro hac vice*, Cal. Bar No. 145037)
THERESA C. LOPEZ, ESQ. (*pro hac vice*, Cal. Bar No. 205338)
3 Park Plaza, 20th Floor
Irvine, California 92614-8505
Telephone:  (949) 263-8400
Email:    dbradley@crowell.com
          tlopez@crowell.com

Attorneys for Defendant
TRANS UNION LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GERALD H. ELLER,<br><br>        Plaintiff,<br><br>   v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign corporation; BANK ONE CORPORATION, a foreign corporation,<br><br>        Defendants. | CIVIL NO. 04-CV-174 DAE KSC<br><br>DEFENDANT TRANS UNION LLC'S APPENDIX OF FOREIGN AUTHORITIES IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION; CERTIFICATE OF SERVICE<br><br>Action Filed:  12/17/2003<br><br>Date:    02/27/2006<br>Time:    10:30 a.m.<br>Judge:   Hon. David A. Ezra |

DEFENDANT TRANS UNION LLC'S APPENDIX OF FOREIGN AUTHORITIES IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT, OR, IN THE <u>ALTERNATIVE, SUMMARY ADJUDICATION</u>

Defendant Trans Union LLC hereby submits this Appendix of Foreign Authorities in support of its Motion for Summary Judgment, or, in the Alternative, Summary Adjudication.

| <u>TAB NO.</u> | <u>AUTHORITY</u> |
|---|---|
| 1. | Colorado Revised Statute Annotated ("C.R.S.A."), § 12-14.3-101 ("Short Title") |
| 2. | C.R.S.A. § 12-14.3-101.5 ("Legislative Declaration") |
| 3. | C.R.S.A. § 12-14.3-102 ("Definitions") |
| 4. | C.R.S.A. § 12-14.3-103 ("Permissible Purposes—Prohibition") |
| 5. | C.R.S.A. § 12-14.3-103.5 ("Consumer Reports—Accuracy of Information") |
| 6. | C.R.S.A. § 12-14.3-104 ("Disclosures To Consumers") |
| 7. | C.R.S.A. § 12-14.3-104.3 ("Credit Scoring Related To The Extension Of Credit Secured By A Dwelling") |
| 8. | C.R.S.A. § 12-14.3-105 ("Charges For Certain Disclosures" |
| 9. | C.R.S.A. § 12-14.3-105.3 ("Reporting Of Information Prohibited") |
| 10. | C.R.S.A. § 12-14.3-106 ("Procedure for Disputed Information") |
| 11. | C.R.S.A. § 12-14.3-106.5 ("Consumer Report Information Block") |

2

| **TAB NO.** | **AUTHORITY** |
|---|---|
| 12. | C.R.S.A. § 12-14.3-106.6 ("Security Freeze—Timing—Covered Entities—Cost") |
| 13. | C.R.S.A. § 12-14.3-106.7 ("Notice of Rights") |
| 14. | C.R.S.A. § 12-14.3-106.8 ("Security Freeze—Prohibition of Changing Official Information In Credit Report") |
| 15. | C.R.S.A. § 12-14.3-106.9 ("Security Freeze—Exemptions") |
| 16. | C.R.S.A. § 12-14.3-107 ("Consumer's Right To File Action In Court Or Arbitrate Disputes") |
| 17. | C.R.S.A. § 12-14.3-108 ("Violations") |
| 18. | C.R.S.A. § 12-14.3-109 ("Provisions of Article Cumulative") |

DATED:  Honolulu, Hawaii, January 13, 2006.

          PRICE, OKAMOTO, HIMENO & LUM

          By:  /s/ Robert M. Kohn
               Kenneth T. Okamoto
               Robert M. Kohn
               Attorneys for Defendant
               Trans Union LLC

```
Of Counsel:
PRICE OKAMOTO HIMENO &  LUM
Attorneys at Law
KENNETH T. OKAMOTO, ESQ. 2068
ROBERT M. KOHN, ESQ.     6291
707 Richards Street, Suite 728
Honolulu, Hawaii 96813
Telephone: (808) 538-1113
Fax: (808) 533-0549
Email:    rkohn@pohlhawaii.com

CROWELL & MORING LLP
Attorneys at Law
DONALD E. BRADLEY, ESQ. (pro hac vice, Cal. Bar No. 145037)
THERESA C. LOPEZ, ESQ. (pro hac vice, Cal. Bar No. 205338)
3 Park Plaza, 20th Floor
Irvine, California 92614-8505
Telephone:  (949) 263-8400
Email:    dbradley@crowell.com
          tlopez@crowell.com

Attorneys for Defendant
TRANS UNION LLC
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GERALD H. ELLER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign corporation; BANK ONE CORPORATION, a foreign corporation,<br><br>　　　　Defendants. | CIVIL NO. 04-CV-174 DAE KSC<br><br>CERTIFICATE OF SERVICE RE: DEFENDANT TRANS UNION LLC'S APPENDIX OF FOREIGN AUTHORITIES IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION<br><br>Action Filed:  12/17/2003 |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 13, 2006 and by the methods of service noted below, a true and correct copy of DEFENDANT TRANS UNION LLC'S APPENDIX OF FOREIGN AUTHORITIES IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION was served upon the following parties at their last known addresses:

| | |
|---|---|
| Norman K.K. Lau, Esq.<br>Attorney at Law<br>820 Mililani Street<br>Suite 701<br>Honolulu, Hawaii 96813<br>Fax: (808) 523-6769<br>**BY HAND DELIVERY** | Scott K. Behrendt, Esq.<br>Jones Day<br>555 South Flower Street<br>Fiftieth Floor<br>Los Angeles, California 90071<br>*Served Electronically through CM/ECF skbehrendt@jonesday.com* |
| Robert S. Sola, Esq.<br>Attorney at Law<br>8835 S.W. Canyon Lane<br>Suite 130<br>Portland, Oregon 97225<br>Fax: (503) 291-9172<br>**BY OVERNIGHT MAIL** | Deborah K. Wright, Esq.<br>Keith D. Kirschbraun, Esq.<br>Wright & Kirschbraun<br>1885 Main Street, Suite 108<br>Wailuku, Hawaii 96793-1827<br>*Served Electronically through CM/ECF wrightkirsch@aol.com* |
| Attorneys for Plaintiff<br>Gerald H. Eller | Attorneys for Defendant<br>Experian Information Solutions, Inc. |

DATED: Honolulu, Hawaii, January 13, 2006.

PRICE, OKAMOTO, HIMENO & LUM

By: /s/ Robert M. Kohn
Kenneth T. Okamoto
Robert M. Kohn
Attorneys for Defendant
Trans Union LLC

715317v1(087827.0000301)