# DEFENDANT TRANS UNION LLC'S APPENDIX OF FOREIGN AUTHORITIES

# TAB #1

Westlaw.

Page 1

C.R.S.A. § 12-14.3-101

C

West's Colorado Revised Statutes Annotated Currentness
 Title 12. Professions and Occupations (Refs & Annos)
  General
   Article 14.3. Colorado Consumer Credit Reporting Act (Refs & Annos)

→§ 12-14.3-101. Short title

This article shall be known and may be cited as the "Colorado Consumer Credit Reporting Act".

CREDIT(S)

Added by Laws 1995, S.B.95-122, § 3, eff. Jan. 1, 1996.

HISTORICAL AND STATUTORY NOTES

2003 Main Volume

The Colorado Consumer Credit Reporting Act, § 12-14.3-101 et seq., as enacted by Laws 1995, H.B.95-1053, § 27, did not take effect.

Laws 1995, S.B.95-122, §§ 4, 5 provide:

"Section 4. **Severability**. If any provision of this act or the application thereof to any person or circumstance is held invalid, such invalidity shall not affect other provisions or applications of the act that can be given effect without the invalid provision or application, and to this end the provisions of this act are declared to be severable.

"Section 5. **Effective date--applicability**. Section 3 of this act shall take effect January 1, 1996, and shall apply to acts occurring on or after said date. The remainder of this act shall take effect upon the expiration of the period allowed for submitting a referendum petition pursuant to article V, section 1(3) of the state constitution, unless a referendum petition is filed against this act within such period, in which case this act, if approved by the people, shall take effect on the date of the official declaration of the vote thereon by proclamation of the governor."

Laws 1995, S.B.95-122, was approved without a safety clause.

Laws 1995, S.B.95-122, took effect upon the expiration of the ninety-day period allowed for submission of a referendum petition, as no referendum petition was filed within that time period.

RESEARCH REFERENCES

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

C.R.S.A. § 12-14.3-101

2005 Electronic Pocket Part Update

**Treatises and Practice Aids**

3 Colorado Practice Series § 91.7, Consumer Credit Reporting Act.

16 Colorado Practice Series § 1.17, Credit Reports and Investigative Consumer Reports.

5A Colorado Practice Series App. E § 13-21-704, Individual's Right to Affirmative Defense Based on Year 2000 Failure-Applicability.

16A Colorado Practice Series § 6.2, Form-Employment Application.

C. R. S. A. § 12-14.3-101, CO ST § 12-14.3-101

Current through the end of the 2005 First Regular Session of the 65th General Assembly

© 2005 Thomson/West

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.