# DEFENDANT TRANS UNION LLC'S APPENDIX OF FOREIGN AUTHORITIES

## TAB #2



Page 1

C.R.S.A. § 12-14.3-101.5

West's Colorado Revised Statutes Annotated Currentness
  Title 12. Professions and Occupations (Refs & Annos)
    General
      Article 14.3. Colorado Consumer Credit Reporting Act (Refs & Annos)

→ **§ 12-14.3-101.5. Legislative declaration**

The general assembly finds and declares that the use of consumer reporting agencies is increasing rapidly as consumer credit transactions become the rule rather than the exception in every-day consumer purchasing. Consumer credit reports by consumer reporting agencies may report on a consumer's credit worthiness, credit standing, credit capacity, debts, character, general reputation, personal characteristics, or mode of living as factors to establish a consumer's eligibility for credit insurance or employment. When a consumer reporting agency undertakes a business that has the potential to profoundly affect an individual consumer's life, whether for good or ill, it is incumbent upon such agencies to ensure that the information they are providing is accurate. Inaccurate consumer credit reports directly impair the efficiency of the banking system and unfair credit reporting methods undermine the public confidence in the banking system. There is a need to ensure that consumer reporting agencies exercise their responsibilities with fairness, impartiality, and respect for the consumer's rights. The general assembly further finds and declares that, in the event the information provided by a consumer reporting agency in a consumer credit report is inaccurate, the consumer has the right to have that information corrected in a swift and uncomplicated way.

CREDIT(S)

Added by Laws 1997, S.B.97-133, § 1, eff. Aug. 1, 1997.

LIBRARY REFERENCES

2003 Main Volume

   Credit Reporting Agencies ⚷ 1.
   Westlaw Topic No. 108A.
   C.J.S. Credit Reporting Agencies; Consumer Protection §§ 2 to 11, 15.

C. R. S. A. § 12-14.3-101.5, CO ST § 12-14.3-101.5


Current through the end of the 2005 First Regular Session of the 65th General Assembly


© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Generating:

C.R.S.A. § 12-14.3-101.5

© 2005 Thomson/West

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.