**DEFENDANT TRANS UNION LLC'S
APPENDIX OF
FOREIGN AUTHORITIES**

**TAB #3**

Westlaw.

Page 1

C.R.S.A. § 12-14.3-102

C
West's Colorado Revised Statutes Annotated Currentness
 Title 12. Professions and Occupations (Refs & Annos)
  ▪ General
   ▪ Article 14.3. Colorado Consumer Credit Reporting Act (Refs & Annos)

→§ 12-14.3-102. Definitions

As used in this article, unless the context otherwise requires:

(1) "Adverse action" includes:

(a) The denial of, increase in any charge for, or reduction in the amount of insurance for personal, family, or household purposes;

(b) The denial of employment or any other decision for employment purposes that adversely affects a current or prospective employee; and

(c) An action or determination with respect to a consumer's application for credit under a credit arrangement that is adverse to the consumer's interests.

(2) "Consumer" means a natural person residing in the state of Colorado.

(3)(a) "Consumer report" means any written, oral, or other communication or any information by a consumer reporting agency bearing on a consumer's credit worthiness, credit standing, credit capacity, debts, character, general reputation, personal characteristics, or mode of living, which is used or expected to be used or collected, in whole or in part, as a factor to establish a consumer's eligibility for credit or insurance to be used for personal, family, or household purposes, employment purposes, or any other purpose authorized pursuant to applicable provisions of the federal "Fair Credit Reporting Act", 15 U.S.C. sec. 1681a and 1681b, as amended.

(b) "Consumer report" does not include:

(I) Any report containing information solely as to a transaction between the consumer and the person making the report;

(II) Any authorization or approval of a specific extension of credit directly or indirectly by the issuer of a credit card or similar device;

(III) Any report in which a person who has been requested by a third party to make a specific extension of credit directly or indirectly to a consumer conveys a decision with respect to the request, if the third party advises the consumer of the name and address of the person to whom the request was made and the person makes the disclosures that must be made to the consumer pursuant to the provisions

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Page 2

C.R.S.A. § 12-14.3-102

of the federal "Fair Credit Reporting Act", 15 U.S.C. sec. 1681m, as amended, in the event of adverse action.

(4) "Consumer reporting agency" means any person which, for monetary fees, dues, or on a cooperative nonprofit basis, regularly engages in whole or in part in the practice of assembling or evaluating consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties. "Consumer reporting agency" shall not include any business entity that provides check verification or check guarantee services only.

(4.3) "Credit scoring" means the practice of quantifying the credit risk a person presents using such person's history, characteristics, or attributes in a formula designed to objectively rate credit risk or insurance risk of loss.

(4.5) "Creditworthiness" means any entry in a consumer's credit file that impacts the ability of a consumer to obtain and retain credit, employment, business or professional licenses, investment opportunities, or insurance. Entries contained in a consumer file or in a consumer report that affect creditworthiness shall include, but not be limited to, payment information, defaults, judgments, liens, bankruptcies, collections, records of arrest and indictments, and multiple-credit inquiries.

(4.7) "Dwelling" means a residential structure that contains one to four units, whether or not that structure is attached to real property. The term includes any individual condominium unit, cooperative unit, mobile home, or trailer, if it is used as a residence.

(5) "Employment purposes", when used in connection with a consumer report, means a report used for the purpose of evaluating a consumer for employment, promotion, reassignment, or retention as an employee.

(6) "File" means all of the information on the consumer which is recorded and retained by a consumer reporting agency regardless of how the information is stored.

(7) "Investigative consumer report" means a consumer report or portion thereof in which information on a consumer's character, general reputation, personal characteristics, or mode of living is obtained through personal interviews with neighbors, friends, or associates of the consumer, reported on or with others with whom the consumer is acquainted or who may have knowledge concerning any such items of information. The term does not include specific factual information on a consumer's credit record obtained directly from a creditor of the consumer or from a consumer reporting agency when such information was obtained directly from a creditor of the consumer or from the consumer.

(7.5) "Key factors" means all relevant elements or reasons adversely affecting a specific credit score assigned to a consumer, listed in the order of their importance, based on their respective effects on the credit score.

(8) "Person" means any natural person, firm, corporation, or partnership.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

C.R.S.A. § 12-14.3-102

<Text of subsecs. (9) to (11) effective July 1, 2006>

(9) "Proper identification" means information generally deemed sufficient to identify a person.  If the consumer is unable to reasonably identify himself or herself with the information described above, a consumer reporting agency may require additional information concerning the consumer's employment and personal or family history in order to verify his or her identity.

(10) "Reviewing the account" means activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

(11) "Security freeze" or "freeze" means a notice placed in a consumer report, at the request of a consumer and subject to certain exemptions, that prohibits the consumer reporting agency from releasing the consumer report or any information from it without the express authorization of the consumer.

CREDIT(S)

Added by Laws 1995, S.B.95-122, § 3, eff. Jan. 1, 1996.  Amended by Laws 1997, S.B.97-133, § 2, eff. Aug. 1, 1997;  Laws 2000, Ch. 58, § 1, eff. Jan. 1, 2001;  Laws 2002, Ch. 188, § 1, eff. July 1, 2003;  Laws 2005, Ch. 226, § 1, eff. July 1, 2006.

HISTORICAL AND STATUTORY NOTES

2005 Electronic Pocket Part Update

Laws 2005, Ch. 226, § 1, added subsecs. (9) to (11).

2003 Main Volume

Laws 1995, S.B.95-122, §§ 4, 5 provide:

"Section 4. **Severability**.  If any provision of this act or the application thereof to any person or circumstance is held invalid, such invalidity shall not affect other provisions or applications of the act that can be given effect without the invalid provision or application, and to this end the provisions of this act are declared to be severable.

"Section 5. **Effective date--applicability**.  Section 3 of this act shall take effect January 1, 1996, and shall apply to acts occurring on or after said date.  The remainder of this act shall take effect upon the expiration of the period allowed for submitting a referendum petition pursuant to article V, section 1(3) of the state constitution, unless a referendum petition is filed against this act within such period, in which case this act, if approved by the people, shall take effect on the date of the official declaration of the vote thereon by proclamation of the governor."

The 1997 amendment, in subsec. (4), in the second sentence, inserted "or check guarantee";  and inserted subsec. (4.5).

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

C.R.S.A. § 12-14.3-102

Laws 2000, Ch. 58, § 1, eff. January 1, 2001, added subsec. (4.3), defining "credit scoring".

Laws 2002, Ch. 188, § 1 added subsecs. (4.7) and (7.5).

Section 5 of Laws 2002, Ch. 188 provides:

**"Effective date--applicability.** This act shall take effect July 1, 2003, and shall apply to credit scoring used for applications for consumer loans secured by a dwelling on or after said date."

CROSS REFERENCES

    Disclosures for real estate secured consumer credit transactions, see § 5-3-106.

    Use of credit scores, see § 5-3-111.

    Violations, see § 12-14.3-108.

RESEARCH REFERENCES

                      2005 Electronic Pocket Part Update

**Treatises and Practice Aids**

16 Colorado Practice Series § 1.17, Credit Reports and Investigative Consumer Reports.

 C. R. S. A. § 12-14.3-102, CO ST § 12-14.3-102

Current through the end of the 2005 First Regular Session of the 65th General Assembly

© 2005 Thomson/West

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.