**DEFENDANT TRANS UNION LLC'S**
**APPENDIX OF**
**FOREIGN AUTHORITIES**

**TAB #5**

Westlaw.

C.R.S.A. § 12-14.3-103.5

C
West's Colorado Revised Statutes Annotated Currentness
 Title 12. Professions and Occupations (Refs & Annos)
  General
   Article 14.3. Colorado Consumer Credit Reporting Act (Refs & Annos)

→§ 12-14.3-103.5. Consumer reports--accuracy of information

Whenever a consumer reporting agency prepares a consumer report, the agency shall follow reasonable procedures to assure maximum possible accuracy of the information concerning the consumer about whom the report relates, including the use of the consumer's social security number if, in accordance with section 12-14.3-103(1)(c)(I), the consumer's social security number is provided to the consumer reporting agency by a person intending to use the information contained in a consumer report in connection with a credit transaction involving the consumer and the social security number was initially provided to the user by the consumer in connection with such transaction.

CREDIT(S) Added by Laws 2002, Ch. 129, § 1, eff. April 25, 2002.

LIBRARY REFERENCES

2003 Main Volume

   Credit Reporting Agencies ⚿ 1.
   Westlaw Topic No. 108A.
   C.J.S. Credit Reporting Agencies; Consumer Protection §§ 2 to 11, 15.

RESEARCH REFERENCES

                    2005 Electronic Pocket Part Update

**Treatises and Practice Aids**

9 Colorado Practice Series § 1.14, The Colorado Act-Substantive Prohibitions on Debt Collection Activities.

 C. R. S. A. § 12-14.3-103.5, CO ST § 12-14.3-103.5


Current through the end of the 2005 First Regular Session of the 65th General Assembly

                         © 2005 Thomson/West

         © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

C.R.S.A. § 12-14.3-103.5

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.