**DEFENDANT TRANS UNION LLC'S
APPENDIX OF
FOREIGN AUTHORITIES**

**TAB #6**

Westlaw.

Page 1

C.R.S.A. § 12-14.3-104

West's Colorado Revised Statutes Annotated Currentness
 Title 12. Professions and Occupations (Refs & Annos)
  ▣ General
   ▣ Article 14.3. Colorado Consumer Credit Reporting Act (Refs & Annos)

→ **§ 12-14.3-104. Disclosures to consumers**

(1) A consumer reporting agency shall, upon written or verbal request and proper identification of any consumer, clearly, accurately, and in a manner that is understandable to the consumer, disclose to the consumer, in writing, all information in its files at the time of the request pertaining to the consumer, including but not limited to:

(a) The names of all persons requesting credit information pertaining to the consumer during the prior twelve-month period and the date of each request;

(b) A set of instructions, presented in a manner that is understandable to the consumer, describing how information is presented on its written disclosure of the file; and

(c) A toll-free number for use in resolving the dispute if the consumer submitted a written dispute to the consumer reporting agency, which operates on a nationwide basis.

(2)(a) A consumer reporting agency shall notify a consumer, by letter sent by first-class mail, that the consumer reporting agency will provide the consumer with a disclosure copy of his or her consumer file at no charge and a toll-free telephone number to call to provide the consumer reporting agency with the information necessary to request such copy, when one of the following events occurs within a twelve-month period:

(I) The consumer reporting agency has received eight credit inquiries pertaining to the consumer; or

(II) The consumer reporting agency has received a report that would add negative information to a consumer's file.

(b) A consumer reporting agency need only send one letter to a consumer per twelve-month period pursuant to paragraph (a) of this subsection (2) even if more than one such event occurs in that period.

(c) Any letter mailed to a consumer pursuant to paragraph (a) of this subsection (2) shall not contain any identifying information particular to that consumer including, but not limited to, social security number, place of employment, date of birth, or mother's maiden name.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

C.R.S.A. § 12-14.3-104

(d) Any letter mailed to a consumer pursuant to paragraph (a) of this subsection (2) may be a form letter; except that each letter shall advise the consumer of the number and type of events that occurred relating to the consumer that initiated the letter. Such letter shall also include a notice or separate form the consumer may complete and return to the consumer reporting agency to request a free copy of such consumer's credit report.

(e) Each consumer reporting agency shall, upon request of a consumer, provide the consumer with one disclosure copy of his or her file per year at no charge whether or not the consumer has made the request in response to the notification required in paragraph (a) of this subsection (2). If the consumer requests more than one disclosure copy of his or her file per year pursuant to this paragraph (e), the consumer reporting agency may charge the consumer up to eight dollars for each additional disclosure copy.

CREDIT(S)

Added by Laws 1995, S.B.95-122, § 3, eff. Jan. 1, 1996. Amended by Laws 1997, S.B.97-133, § 4, eff. Aug. 1, 1997; Laws 2000, Ch. 225, § 1, eff. Jan. 1, 2001.

HISTORICAL AND STATUTORY NOTES

2003 Main Volume

Laws 1995, S.B.95-122, §§ 4, 5 provide:

"Section 4. **Severability**. If any provision of this act or the application thereof to any person or circumstance is held invalid, such invalidity shall not affect other provisions or applications of the act that can be given effect without the invalid provision or application, and to this end the provisions of this act are declared to be severable.

"Section 5. **Effective date--applicability**. Section 3 of this act shall take effect January 1, 1996, and shall apply to acts occurring on or after said date. The remainder of this act shall take effect upon the expiration of the period allowed for submitting a referendum petition pursuant to article V, section 1(3) of the state constitution, unless a referendum petition is filed against this act within such period, in which case this act, if approved by the people, shall take effect on the date of the official declaration of the vote thereon by proclamation of the governor."

The 1997 amendment, in subsec. (1), in the introductory portion, substituted "clearly, accurately, and in a manner that is understandable to the consumer, disclose" for "clearly and accurately disclose"; in par. (1)(b), inserted ", presented in a manner that is understandable to the consumer,"; and added subsec. (2).

Laws 2000, Ch. 225, § 1, effective January 1, 2000, in par. (1)(a), substituted "twelve-month" for "six month" preceding "period"; in the introductory portion of par. (2)(a), inserted "to provide the consumer reporting agency with the information necessary" following "call"; in subpar. (2)(a)(I), substituted

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Page 3

C.R.S.A. § 12-14.3-104

"eight" for "three"; and added the final sentence in par. (2)(d).

LIBRARY REFERENCES

2003 Main Volume

    Credit Reporting Agencies ⚷ 1.
    Westlaw Topic No. 108A.
    C.J.S. Credit Reporting Agencies; Consumer Protection §§ 2 to 11, 15.

C. R. S. A. § 12-14.3-104, CO ST § 12-14.3-104

Current through the end of the 2005 First Regular Session of the 65th General Assembly

© 2005 Thomson/West

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.