# DEFENDANT TRANS UNION LLC'S
# APPENDIX OF
# FOREIGN AUTHORITIES

# TAB #7

Westlaw.

Page 1

C.R.S.A. § 12-14.3-104.3

C
West's Colorado Revised Statutes Annotated Currentness
  Title 12. Professions and Occupations (Refs & Annos)
    General
      Article 14.3. Colorado Consumer Credit Reporting Act (Refs & Annos)

→ § 12-14.3-104.3. Credit scoring related to the extension of credit secured by a dwelling

(1) In connection with an application for an extension of credit for a consumer purpose that is to be secured by a dwelling, the consumer reporting agency shall, upon the written request of the consumer, contained either in the application for an extension of credit or in a separate document, disclose to the consumer the following:

(a) The consumer's current credit score or the most recent credit score of the consumer that was previously calculated by the consumer reporting agency;

(b) The range of possible credit scores under the model used;

(c) The key factors, if any, not to exceed four, that adversely affected the credit score of the consumer in the model used;

(d) The date on which the credit score was created; and

(e) The name of the person or entity that provided the credit score or the credit file on the basis of which the credit score was created.

(2)(a) Nothing in subsection (1) of this section shall be construed to compel a consumer reporting agency to develop or disclose a credit score if the agency does not:

(I) Distribute scores that are used in connection with extensions of credit secured by residential real estate; or

(II) Develop credit scores that assist creditors in understanding the general credit behavior of the consumer and predicting future credit behavior.

(b) Nothing in subsection (1) of this section shall be construed to require a consumer reporting agency that distributes credit scores developed by another person or entity to provide further explanation of those scores or to process a dispute that may arise about information; except that the consumer reporting agency shall be required to provide to the consumer the name of, and current contact information for, the person or entity that developed the score or developed the methodology for the score.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Page 2

C.R.S.A. § 12-14.3-104.3

(c) Nothing in subsection (1) of this section shall be construed to require a consumer reporting agency to maintain credit scores in its files.

(d) Nothing in subsection (3) of this section shall be construed to compel disclosures of a credit score except upon specific request of a consumer. If a consumer requests a credit file and not the credit score, then the consumer shall be provided with the credit file together with a statement that the consumer may request and obtain a credit score.

(3) Pursuant to subsection (1) of this section, a consumer reporting agency shall supply to a consumer:

(a) A credit score that is derived from a credit scoring model that is widely distributed to users of credit scores by that consumer reporting agency in connection with any extension of credit secured by a dwelling; or

(b) A credit score accompanied by information specifically required to be disclosed pursuant to subsection (1) of this section that assists the consumer in understanding the credit scoring assessment of the credit behavior of the consumer and predictions about future credit behavior.

(4) For purposes of this section, "credit score" means a numerical value or a categorization derived from a statistical tool or modeling system used by a person who makes or arranges a loan to predict the likelihood of certain credit behaviors, including default. The numerical value or the categorization derived from this analysis may also be referred to as a "risk predictor" or "risk score". "Credit score" does not include any mortgage score or rating of an automated underwriting system that considers one or more factors in addition to credit information, including, but not limited to, the loan value ratio, the amount of down payment, or a consumer's financial assets. "Credit score" does not include other elements of the underwriting process or underwriting decision.

(5) Notwithstanding any other provision of this article to the contrary, a consumer reporting agency may charge a reasonable fee for disclosing a credit score.

CREDIT(S)

Added by Laws 2002, Ch. 188, § 2, eff. July 1, 2003.

HISTORICAL AND STATUTORY NOTES

2003 Main Volume

Section 5 of Laws 2002, Ch. 188 (§ 2 of which added this section) provides:

"**Effective date--applicability.** This act shall take effect July 1, 2003, and shall apply to credit scoring used for applications for consumer loans secured by a dwelling on or after said date."

CROSS REFERENCES

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

C.R.S.A. § 12-14.3-104.3

   Disclosures for real estate secured consumer credit transactions, see § 5-3-106.

   Use of credit scores, see § 5-3-111.

LIBRARY REFERENCES

2003 Main Volume

   Credit Reporting Agencies 🗝 1.
   Westlaw Topic No. 108A.
   C.J.S. Credit Reporting Agencies; Consumer Protection §§ 2 to 11, 15.

RESEARCH REFERENCES

2005 Electronic Pocket Part Update

**Treatises and Practice Aids**

9 Colorado Practice Series § 1.14, The Colorado Act-Substantive Prohibitions on Debt Collection Activities.

 C. R. S. A. § 12-14.3-104.3, CO ST § 12-14.3-104.3


Current through the end of the 2005 First Regular Session of the 65th General Assembly

© 2005 Thomson/West

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.