**DEFENDANT TRANS UNION LLC'S**
**APPENDIX OF**
**FOREIGN AUTHORITIES**

**TAB #8**

Westlaw.

Page 1

C.R.S.A. § 12-14.3-105

C
West's Colorado Revised Statutes Annotated Currentness
 Title 12. Professions and Occupations (Refs & Annos)
  General
   Article 14.3. Colorado Consumer Credit Reporting Act (Refs & Annos)

→ § 12-14.3-105. Charges for certain disclosures

(1) A consumer reporting agency shall not impose a charge for:

(a) A request for a copy of the consumer's file made within sixty days after adverse action is taken; or

(b) Notifying any person designated by the consumer, pursuant to the applicable provisions of the federal "Fair Credit Reporting Act", 15 U.S.C. sec. 1681i, as amended, of the deletion of information which is found to be inaccurate or which can no longer be verified; or

(c) A set of instructions for understanding the information presented on the consumer report and a toll free telephone number that consumers may utilize to obtain additional assistance concerning the consumer report; or

(d) The first copy of a consumer disclosure provided to a consumer each calendar year pursuant to section 12-14.3-104(2)(a).

(2) For all other disclosures to consumers of information pertaining to the consumer, the consumer reporting agency may impose a reasonable charge, not to exceed the retail price of a written report rendered in the normal course of business to the customers of such agency for each request for information.

CREDIT(S)

Added by Laws 1995, S.B.95-122, § 3, eff. Jan. 1, 1996. Amended by Laws 1997, S.B.97-133, § 5, eff. Aug. 1, 1997.

HISTORICAL AND STATUTORY NOTES

2003 Main Volume

Laws 1995, S.B.95-122, §§ 4, 5 provide:

"Section 4. **Severability**. If any provision of this act or the application thereof to any person or circumstance is held invalid, such invalidity shall not affect other provisions or applications of the act that can be given effect without the invalid provision or application, and to this end the provisions of this act are declared to be severable.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

C.R.S.A. § 12-14.3-105

"Section 5. **Effective date--applicability.** Section 3 of this act shall take effect January 1, 1996, and shall apply to acts occurring on or after said date. The remainder of this act shall take effect upon the expiration of the period allowed for submitting a referendum petition pursuant to article V, section 1(3) of the state constitution, unless a referendum petition is filed against this act within such period, in which case this act, if approved by the people, shall take effect on the date of the official declaration of the vote thereon by proclamation of the governor."

The 1997 amendment added par. (1)(d).

LIBRARY REFERENCES

2003 Main Volume

    Credit Reporting Agencies ⚷ 1.
    Westlaw Topic No. 108A.
    C.J.S. Credit Reporting Agencies; Consumer Protection §§ 2 to 11, 15.

C. R. S. A. § 12-14.3-105, CO ST § 12-14.3-105

Current through the end of the 2005 First Regular Session of the 65th General Assembly

© 2005 Thomson/West

END OF DOCUMENT