**DEFENDANT TRANS UNION LLC'S
APPENDIX OF
FOREIGN AUTHORITIES**

**TAB #9**

Westlaw.

Page 1

C.R.S.A. § 12-14.3-105.3

C
West's Colorado Revised Statutes Annotated Currentness
 Title 12. Professions and Occupations (Refs & Annos)
  General
   Article 14.3. Colorado Consumer Credit Reporting Act (Refs & Annos)

→ § 12-14.3-105.3. Reporting of information prohibited

(1) Except as authorized under subsection (2) of this section, no consumer reporting agency shall make any consumer report containing any of the following items of information:

(a) Cases under Title 11 of the United States Code, or under the federal bankruptcy act that, from the date of entry of the order for relief or the date of adjudication, predate the report by more than ten years;

(b) Suits and judgments that, from the date of entry, predate the report by more than seven years or by more than the governing statute of limitations, whichever is the longer period;

(c) Paid tax liens that, from the date of payment, predate the report by more than seven years;

(d) Accounts placed for collection or charged to profit and loss that predate the report by more than seven years;

(e) Records of arrest, indictment, or conviction of a crime that, from the date of disposition, release, or parole, predate the report by more than seven years;

(f) Any other adverse item of information that predates the report by more than seven years.

(2) The provisions of subsection (1) of this section do not apply to the case of any consumer report to be used in connection with:

(a) A credit transaction involving, or that may reasonably be expected to involve, a principal amount of one hundred fifty thousand dollars or more;

(b) The underwriting of life insurance involving, or that may reasonably be expected to involve, a face amount of one hundred fifty thousand dollars or more; or

(c) The employment of an individual at an annual salary that equals or is reasonably expected to equal seventy-five thousand dollars or more.

(3) A consumer reporting agency shall not furnish for employment purposes, or in

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

C.R.S.A. § 12-14.3-105.3

connection with a credit or insurance transaction or a direct marketing transaction, a consumer report that contains medical information about a consumer unless the consumer consents to the furnishing of the report.

(4) A consumer reporting agency shall not include, in a consumer report made to a person requesting credit information pertaining to a consumer, the names of any other persons who have requested credit information pertaining to that consumer or the number of such inquiries made more than one year preceding the date of the consumer report; except that such information shall be retained for two years and provided to the consumer as provided in this article.

(5) Notwithstanding the provisions of subsection (4) of this section, a consumer reporting agency shall not furnish to any person, including a developer of credit scoring, a record of inquiries in connection with a credit or insurance transaction that is not initiated by the consumer. The term "credit or insurance transaction that is not initiated by the consumer" does not include inquiries resulting from the collection of an account or for purposes of reviewing an account.

CREDIT(S)

Added by Laws 1997, S.B.97-133, § 6, eff. Aug. 1, 1997. Amended by Laws 2002, Ch. 129, § 2, eff. April 25, 2002.

HISTORICAL AND STATUTORY NOTES

2003 Main Volume

Laws 2002, Ch. 129, § 2 added subsec. (5).

LIBRARY REFERENCES

2003 Main Volume

    Credit Reporting Agencies ⚷ 1.
    Westlaw Topic No. 108A.
    C.J.S. Credit Reporting Agencies; Consumer Protection §§ 2 to 11, 15.

RESEARCH REFERENCES

                      2005 Electronic Pocket Part Update

**Treatises and Practice Aids**

16 Colorado Practice Series § 1.17, Credit Reports and Investigative Consumer Reports.

  C. R. S. A. § 12-14.3-105.3, CO ST § 12-14.3-105.3

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Page 3

C.R.S.A. § 12-14.3-105.3

Current through the end of the 2005 First Regular Session of the 65th General Assembly

© 2005 Thomson/West

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.