**DEFENDANT TRANS UNION LLC'S
APPENDIX OF
FOREIGN AUTHORITIES**

**TAB #14**

Westlaw.

Page 1

C.R.S.A. § 12-14.3-106.8

West's Colorado Revised Statutes Annotated Currentness
 Title 12. Professions and Occupations (Refs & Annos)
  General
   Article 14.3. Colorado Consumer Credit Reporting Act (Refs & Annos)
    → § 12-14.3-106.8. Security freeze--prohibition of changing official information in credit report

<Text of section effective July 1, 2006>

If a security freeze is in place, a consumer reporting agency shall not change any of the following official information in a consumer report without sending a written notice of the change to the consumer within thirty days of the change being posted to the consumer's file: Name, date of birth, social security number, and address. Written notice is not required for technical modifications of a consumer's official information, including name and street abbreviations, complete spellings, or transposition of numbers or letters. In the case of an address change, the written notice shall be sent to both the new address and the former address.

CREDIT(S)

Added by Laws 2005, Ch. 226, § 2, eff. July 1, 2006.

 C. R. S. A. § 12-14.3-106.8, CO ST § 12-14.3-106.8


Current through the end of the 2005 First Regular Session of the 65th General Assembly


© 2005 Thomson/West

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.