# DEFENDANT TRANS UNION LLC'S APPENDIX OF FOREIGN AUTHORITIES

# TAB #15

Westlaw.

C.R.S.A. § 12-14.3-106.9

West's Colorado Revised Statutes Annotated Currentness
  Title 12. Professions and Occupations (Refs & Annos)
    ⁿ⧉ General
      ⁿ⧉ Article 14.3. Colorado Consumer Credit Reporting Act (Refs & Annos)

→**§ 12-14.3-106.9. Security freeze--exemptions**

<Text of section effective July 1, 2006>

(1) Sections 12-14.3-106.6 to 12-14.3-106.8 shall not apply to a consumer reporting agency that acts only as a reseller of credit information by assembling and merging information contained in the database of another consumer reporting agency or multiple consumer reporting agencies, and that does not maintain a permanent database of credit information from which new consumer reports are produced.  However, a consumer reporting agency shall honor any security freeze placed on a consumer report by another consumer reporting agency.

(2) The following entities are not required to place in a consumer report a security freeze:

(a) A check service or company or fraud prevention service or company that issues reports on incidents of fraud or authorizations for the purpose of approving or processing negotiable instruments, electronic funds transfers, or similar methods of payments;

(b) A deposit account information service or company that issues reports regarding account closures due to fraud, substantial overdrafts, or automatic teller machine abuse or similar negative information regarding a consumer to inquiring banks or other financial institutions for use only in reviewing a consumer request for a deposit account at the inquiring bank or financial institution;

(c) A fraud prevention service or company issuing reports to prevent or investigate fraud.

CREDIT(S)

Added by Laws 2005, Ch. 226, § 2, eff. July 1, 2006.

 C. R. S. A. § 12-14.3-106.9, CO ST § 12-14.3-106.9

Current through the end of the 2005 First Regular Session of the 65th General Assembly

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Page 2

C.R.S.A. § 12-14.3-106.9

© 2005 Thomson/West

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.