**DEFENDANT TRANS UNION LLC'S
APPENDIX OF
FOREIGN AUTHORITIES**

**TAB #16**

Westlaw.

C.R.S.A. § 12-14.3-107

C
West's Colorado Revised Statutes Annotated Currentness
 Title 12. Professions and Occupations (Refs & Annos)
  General
   Article 14.3. Colorado Consumer Credit Reporting Act (Refs & Annos)

→§ 12-14.3-107. Consumer's right to file action in court or arbitrate disputes

<Text of section effective until July 1, 2006>

An action to enforce any obligation of a consumer reporting agency to a consumer under this article may be brought in any court of competent jurisdiction as provided by the federal "Fair Credit Reporting Act" or submitted to binding arbitration after the consumer has followed all dispute procedures in section 12-14.3-106 and has received the notice specified in subsection (6) of said section, or has followed all of the block procedures in section 12-14.3-106.5, in the manner set forth in the rules of the American Arbitration Association to determine whether the consumer reporting agency met its obligations under this article. No decision by an arbitrator pursuant to this section shall affect the validity of any obligations or debts owed to any party. A successful party to any such arbitration proceeding shall be compensated for the costs and attorney fees of the proceeding as determined by the court or arbitration. No consumer may submit more than one action to arbitration against any consumer reporting agency during any one-hundred-twenty-day period. The results of an arbitration action brought against a consumer reporting agency doing business in this state shall be communicated in a timely manner with all other consumer reporting agencies doing business in this state. If, as a result of an arbitration a determination is made in favor of the consumer, any adverse information in such consumer's file or record shall be blocked, removed, or stricken in a timely manner. If such adverse information is not so blocked, removed, or stricken, the consumer may bring an action against the noncomplying agency pursuant to this section notwithstanding the one-hundred-twenty-day waiting period.

CREDIT(S)

Added by Laws 1995, S.B.95-122, § 3, eff. Jan. 1, 1996. Amended by Laws 2002, Ch. 143, § 2, eff. July 1, 2002.

<For text of section effective July 1, 2006, see post>

C. R. S. A. § 12-14.3-107, CO ST § 12-14.3-107

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

C.R.S.A. § 12-14.3-107

Current through the end of the 2005 First Regular Session of the 65th General Assembly

© 2005 Thomson/West

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.