# DEFENDANT TRANS UNION LLC'S APPENDIX OF FOREIGN AUTHORITIES

## TAB #17

Westlaw.

Page 1

C.R.S.A. § 12-14.3-108

C
West's Colorado Revised Statutes Annotated Currentness
 Title 12. Professions and Occupations (Refs & Annos)
  General
   Article 14.3. Colorado Consumer Credit Reporting Act (Refs & Annos)

→§ 12-14.3-108. Violations

<Text of section effective until July 1, 2006>

(1) Any consumer reporting agency that willfully violates any provision of this article, or the federal "Fair Credit Reporting Act", sec. 1681c, as amended, [FN1] shall be liable for three times the amount of actual damages or one thousand dollars for each inaccurate or unblocked entry in the consumer's file that was disputed or alleged to be unauthorized in accordance with section 12-14.3-106.5 by the consumer, whichever is greater, reasonable attorney fees, and costs.

(2)(a) Any consumer reporting agency that negligently violates this article, or the federal "Fair Credit Reporting Act", sec. 1681c, as amended, shall be liable for the greater of actual damages or one thousand dollars for each inaccurate or unblocked entry in the consumer's file that was disputed or alleged to be unauthorized in accordance with section 12-14.3-106.5 by the consumer and affects the consumer's creditworthiness, as defined in section 12-14.3-102(4.5), reasonable attorney fees, and costs, if within thirty days after receiving notice of dispute from a consumer, in accordance with section 12-14.3-106, the consumer reporting agency does not correct the complained of items or activities and does not send the consumer and, upon request of the consumer, any person who has requested the consumer information, written notification of such corrective action, in accordance with section 12-14.3-106(6), or if, within thirty days after receiving a copy of a police report alleging, or a certified court order finding, unauthorized activity, the consumer reporting agency does not block the information in accordance with section 12-14.3-106.5.

(b) Any consumer reporting agency that negligently violates this article, or the federal "Fair Credit Reporting Act", sec. 1681c, as amended, shall be liable for the greater of actual damages or one thousand dollars for all inaccurate or unblocked entries in the consumer's file that were disputed or alleged to be unauthorized in accordance with section 12-14.3-106.5 by the consumer but did not affect the consumer's creditworthiness, reasonable attorney fees, and costs, if within thirty days after receiving notice of dispute from a consumer, in accordance with section 12-14.3-106, the consumer reporting agency does not correct the complained of items or activities and does not send the consumer and, if requested by the consumer, any person who has requested the consumer information, written notification of such corrective action, in accordance with section 12-14.3-106(6) or if, within thirty days after receiving a copy of a police report alleging, or a certified court order finding, unauthorized activity,

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

C.R.S.A. § 12-14.3-108

the consumer reporting agency does not block the information in accordance with section 12-14.3-106.5.

(3) In addition to the damages assessed under subsections (1) and (2) of this section, if, ten days after the entry of any judgment for damages, the consumer's file is still not corrected or blocked by the consumer reporting agency, such assessed damages shall be increased to one thousand dollars per day per inaccurate or unblocked entry that remains in the consumer's file until the inaccurate entry is corrected or blocked.

CREDIT(S)

Added by Laws 1995, S.B.95-122, § 3, eff. Jan. 1, 1996.  Amended by Laws 1997, S.B.97-133, § 8, eff. Aug. 1, 1997;  Laws 2002, Ch. 143, § 3, eff. July 1, 2002.

<For text of section effective July 1, 2006, see post>

   [FN1]   15 U.S.C.A. § 1681c.

 C. R. S. A. § 12-14.3-108, CO ST § 12-14.3-108


Current through the end of the 2005 First Regular Session of the 65th General Assembly

                        © 2005 Thomson/West

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.