# DEFENDANT TRANS UNION LLC'S APPENDIX OF FOREIGN AUTHORITIES

# TAB #18

Westlaw.

C.R.S.A. § 12-14.3-109

**c**
West's Colorado Revised Statutes Annotated Currentness
  Title 12. Professions and Occupations (Refs & Annos)
    ▒ General
      ▒ Article 14.3. Colorado Consumer Credit Reporting Act (Refs & Annos)

    ➡ **§ 12-14.3-109. Provisions of article cumulative**

The provisions of this article are cumulative, and any action taken under the provisions of this article shall not constitute an election to take any such action to the exclusion of any other action authorized by law; except that a credit reporting agency shall not be subject to suit with respect to any issue that was the subject of an arbitration proceeding brought pursuant to section 12-14.3-107.

CREDIT(S)

Added by Laws 1995, S.B.95-122, § 3, eff. Jan. 1, 1996.

HISTORICAL AND STATUTORY NOTES

2003 Main Volume

Laws 1995, S.B.95-122, §§ 4, 5 provide:

"Section 4. **Severability.** If any provision of this act or the application thereof to any person or circumstance is held invalid, such invalidity shall not affect other provisions or applications of the act that can be given effect without the invalid provision or application, and to this end the provisions of this act are declared to be severable.

"Section 5. **Effective date--applicability.** Section 3 of this act shall take effect January 1, 1996, and shall apply to acts occurring on or after said date. The remainder of this act shall take effect upon the expiration of the period allowed for submitting a referendum petition pursuant to article V, section 1(3) of the state constitution, unless a referendum petition is filed against this act within such period, in which case this act, if approved by the people, shall take effect on the date of the official declaration of the vote thereon by proclamation of the governor."

LIBRARY REFERENCES

2003 Main Volume

    Credit Reporting Agencies ☞ 1.
    Westlaw Topic No. 108A.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

C.R.S.A. § 12-14.3-109

    C.J.S. Credit Reporting Agencies; Consumer Protection §§ 2 to 11, 15.

RESEARCH REFERENCES

2005 Electronic Pocket Part Update

**Treatises and Practice Aids**

3 Colorado Practice Series § 91.7, Consumer Credit Reporting Act.

5A Colorado Practice Series App. E § 13-21-704, Individual's Right to Affirmative Defense Based on Year 2000 Failure-Applicability.

  C. R. S. A. § 12-14.3-109, CO ST § 12-14.3-109


Current through the end of the 2005 First Regular Session of the 65th General Assembly

© 2005 Thomson/West

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.