Of Counsel:
PRICE OKAMOTO HIMENO & LUM
Attorneys at Law
KENNETH T. OKAMOTO, ESQ.  2068
ROBERT M. KOHN, ESQ.       6291
707 Richards Street, Suite 728
Honolulu, Hawaii 96813
Telephone: (808) 538-1113
Fax: (808) 533-0549
Email:    rkohn@pohlhawaii.com

CROWELL & MORING LLP
Attorneys at Law
DONALD E. BRADLEY, ESQ. (*pro hac vice*, Cal. Bar No. 145037)
THERESA C. LOPEZ, ESQ. (*pro hac vice*, Cal. Bar No. 205338)
3 Park Plaza, 20th Floor
Irvine, California 92614-8505
Telephone:  (949) 263-8400
Email:    dbradley@crowell.com
          tlopez@crowell.com

Attorneys for Defendant
TRANS UNION LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GERALD H. ELLER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign corporation; BANK ONE CORPORATION, a foreign corporation,<br><br>　　　　　Defendants. | CIVIL NO. 04-CV-174 DAE KSC<br><br>LOCAL RULE 7.5(e) CERTIFICATION OF WORD COUNT CONCERNING DEFENDANT TRANS UNION LLC'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION; CERTIFICATE OF SERVICE<br><br>Action Filed:  12/17/2003<br><br>Date:     02/27/2006<br>Time:     10:30 a.m.<br>Judge:    Hon. David A. Ezra |

LOCAL RULE 7.5(e) CERTIFICATION OF WORD COUNT CONCERNING
DEFENDANT TRANS UNION LLC'S MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT, OR, IN THE
<u>ALTERNATIVE, SUMMARY ADJUDICATION</u>

I, THERESA C. LOPEZ, hereby certify that I prepared Defendant Trans Union LLC's Memorandum of Points and Authorities in Support of its Motion for Summary Judgment, or, in the Alternative, Summary Adjudication using the Microsoft Word 2002 application. The Memorandum is longer than 30 pages. In compliance with Local Rule 7.5(e), I hereby certify that I ran the Microsoft Word 2002's word count feature on the Memorandum, excluding the title page, tables and certificate of service, and the word count is 6,993.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:   Irvine, California, January 13, 2006.

                              CROWELL & MORING LLP

                              By: /s/ Theresa C. Lopez
                                  Theresa C. Lopez
                                  Attorney for Defendant
                                  Trans Union LLC

Of Counsel:
PRICE OKAMOTO HIMENO & LUM
Attorneys at Law
KENNETH T. OKAMOTO, ESQ. 2068
ROBERT M. KOHN, ESQ.     6291
707 Richards Street, Suite 728
Honolulu, Hawaii 96813
Telephone: (808) 538-1113
Fax: (808) 533-0549
Email:    rkohn@pohlhawaii.com

CROWELL & MORING LLP
Attorneys at Law
DONALD E. BRADLEY, ESQ. (*pro hac vice*, Cal. Bar No. 145037)
THERESA C. LOPEZ, ESQ. (*pro hac vice*, Cal. Bar No. 205338)
3 Park Plaza, 20th Floor
Irvine, California 92614-8505
Telephone:  (949) 263-8400
Email:    dbradley@crowell.com
          tlopez@crowell.com

Attorneys for Defendant
TRANS UNION LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GERALD H. ELLER,<br><br>    Plaintiff,<br><br>  v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign corporation; BANK ONE CORPORATION, a foreign corporation,<br><br>    Defendants. | CIVIL NO. 04-CV-174 DAE KSC<br><br>CERTIFICATE OF SERVICE RE: LOCAL RULE 7.5(e) CERTIFICATION OF WORD COUNT CONCERNING DEFENDANT TRANS UNION LLC'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION<br><br>Action Filed:  12/17/2003 |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 13, 2006 and by the methods of service noted below, a true and correct copy of LOCAL RULE 7.5(e) CERTIFICATION OF WORD COUNT CONCERNING DEFENDANT TRANS UNION LLC'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION was served upon the following parties at their last known addresses:

| | |
|---|---|
| Norman K.K. Lau, Esq.<br>Attorney at Law<br>820 Mililani Street<br>Suite 701<br>Honolulu, Hawaii 96813<br>Fax:  (808) 523-6769<br>**BY HAND DELIVERY**<br><br>Robert S. Sola, Esq.<br>Attorney at Law<br>8835 S.W. Canyon Lane<br>Suite 130<br>Portland, Oregon 97225<br>Fax:  (503) 291-9172<br>**BY OVERNIGHT MAIL**<br><br>    Attorneys for Plaintiff<br>    Gerald H. Eller | Scott K. Behrendt, Esq.<br>Jones Day<br>555 South Flower Street<br>Fiftieth Floor<br>Los Angeles, California 90071<br>*Served Electronically through CM/ECF skbehrendt@jonesday.com*<br><br>Deborah K. Wright, Esq.<br>Keith D. Kirschbraun, Esq.<br>Wright & Kirschbraun<br>1885 Main Street, Suite 108<br>Wailuku, Hawaii 96793-1827<br>*Served Electronically through CM/ECF wrightkirsch@aol.com*<br><br>   Attorneys for Defendant<br>   Experian Information<br>   Solutions, Inc. |

DATED:  Honolulu, Hawaii, January 13, 2006.

PRICE, OKAMOTO, HIMENO & LUM

By:  /s/ Robert M. Kohn
     Kenneth T. Okamoto
     Robert M. Kohn
     Attorneys for Defendant
     Trans Union LLC

3715131v1(087827.0000301)

2