Of Counsel:
PRICE OKAMOTO HIMENO & LUM
Attorneys at Law
KENNETH T. OKAMOTO, ESQ. 2068
ROBERT M. KOHN, ESQ.    6291
707 Richards Street, Suite 728
Honolulu, Hawaii 96813
Telephone: (808) 538-1113
Fax: (808) 533-0549
Email:    rkohn@pohlhawaii.com

CROWELL & MORING LLP
Attorneys at Law
DONALD E. BRADLEY, ESQ. (*pro hac vice*, Cal. Bar No. 145037)
THERESA C. LOPEZ, ESQ. (*pro hac vice*, Cal. Bar No. 205338)
3 Park Plaza, 20th Floor
Irvine, California 92614-8505
Telephone:  (949) 263-8400
Email:    dbradley@crowell.com
          tlopez@crowell.com

Attorneys for Defendant
TRANS UNION LLC


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII


| | |
|---|---|
| GERALD H. ELLER,<br><br>        Plaintiff,<br><br>  v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign corporation; BANK ONE CORPORATION, a foreign corporation,<br><br>        Defendants. | CIVIL NO. 04-CV-174 DAE KSC<br><br>DEFENDANT TRANS UNION LLC'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION; CERTIFICATE OF SERVICE<br><br>Action Filed:  12/17/2003<br><br>Date:     02/27/2006<br>Time:     10:30 a.m.<br>Judge:   Hon. David A. Ezra |

DEFENDANT TRANS UNION LLC'S REQUEST FOR JUDICIAL NOTICE IN
SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE,
<u>SUMMARY ADJUDICATION</u>

Pursuant to Federal Rule of Evidence 201, Defendant Trans

Union LLC hereby respectfully requests that the Court take

judicial notice of the book entitled <u>Liberty For None and</u>

<u>Injustice For All</u>, authored by Plaintiff Gerald H. Eller, and

attached as Exhibit A to the Declaration of Scott K. Behrendt In

Support of Experian Information Solution, Inc.'s Opposition to

Plaintiff's Motion to Compel and Counter-Motion for Protective

Order, which was filed in this action on December 30, 2005.

DATED:    Honolulu, Hawaii, January 13, 2006.


                              PRICE, OKAMOTO, HIMENO & LUM


                              By:  /s/ Robert M. Kohn
                                   Kenneth T. Okamoto
                                   Robert M. Kohn
                                   Attorneys for Defendant
                                   Trans Union LLC

Of Counsel:
PRICE OKAMOTO HIMENO &  LUM
Attorneys at Law
KENNETH T. OKAMOTO, ESQ. 2068
ROBERT M. KOHN, ESQ.     6291
707 Richards Street, Suite 728
Honolulu, Hawaii 96813
Telephone: (808) 538-1113
Fax: (808) 533-0549
Email:    rkohn@pohlhawaii.com

CROWELL & MORING LLP
Attorneys at Law
DONALD E. BRADLEY, ESQ. (*pro hac vice*, Cal. Bar No. 145037)
THERESA C. LOPEZ, ESQ. (*pro hac vice*, Cal. Bar No. 205338)
3 Park Plaza, 20th Floor
Irvine, California 92614-8505
Telephone:  (949) 263-8400
Email:    dbradley@crowell.com
          tlopez@crowell.com

Attorneys for Defendant
TRANS UNION LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GERALD H. ELLER,<br><br>            Plaintiff,<br><br>   v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign corporation; BANK ONE CORPORATION, a foreign corporation,<br><br>           Defendants. | CIVIL NO. 04-CV-174 DAE KSC<br><br>CERTIFICATE OF SERVICE RE: DEFENDANT TRANS UNION LLC'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION<br><br>Action Filed:  12/17/2003 |

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on January 13, 2006 and by the methods of service noted below, a true and correct copy of DEFENDANT TRANS UNION LLC'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION was served upon the following parties at their last known addresses:

| | |
|---|---|
| Norman K.K. Lau, Esq.<br>Attorney at Law<br>820 Mililani Street<br>Suite 701<br>Honolulu, Hawaii 96813<br>Fax: (808) 523-6769<br>**BY HAND DELIVERY** | Scott K. Behrendt, Esq.<br>Jones Day<br>555 South Flower Street<br>Fiftieth Floor<br>Los Angeles, California 90071<br>*Served Electronically through*<br>*CM/ECF skbehrendt@jonesday.com* |
| Robert S. Sola, Esq.<br>Attorney at Law<br>8835 S.W. Canyon Lane<br>Suite 130<br>Portland, Oregon 97225<br>Fax: (503) 291-9172<br>**BY OVERNIGHT MAIL** | Deborah K. Wright, Esq.<br>Keith D. Kirschbraun, Esq.<br>Wright & Kirschbraun<br>1885 Main Street, Suite 108<br>Wailuku, Hawaii 96793-1827<br>*Served Electronically through*<br>*CM/ECF wrightkirsch@aol.com* |
|     Attorneys for Plaintiff<br>    Gerald H. Eller |     Attorneys for Defendant<br>    Experian Information<br>    Solutions, Inc. |

DATED:  Honolulu, Hawaii, January 13, 2006.

                PRICE, OKAMOTO, HIMENO & LUM

                By:  /s/ Robert M. Kohn
                     Kenneth T. Okamoto
                     Robert M. Kohn
                     Attorneys for Defendant
                     Trans Union LLC

715317v1(087827.0000301)