Of Counsel:
PRICE OKAMOTO HIMENO & LUM
Attorneys at Law
KENNETH T. OKAMOTO, ESQ. 2068
ROBERT M. KOHN, ESQ.     6291
707 Richards Street, Suite 728
Honolulu, Hawaii 96813
Telephone: (808) 538-1113
Fax: (808) 533-0549
Email:    rkohn@pohlhawaii.com

CROWELL & MORING LLP
Attorneys at Law
DONALD E. BRADLEY, ESQ. (*pro hac vice*, Cal. Bar No. 145037)
THERESA C. LOPEZ, ESQ. (*pro hac vice*, Cal. Bar No. 205338)
3 Park Plaza, 20th Floor
Irvine, California 92614-8505
Telephone:  (949) 263-8400
Email:    dbradley@crowell.com
          tlopez@crowell.com

Attorneys for Defendant
TRANS UNION LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GERALD H. ELLER,<br><br>            Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS,<br>INC., a foreign corporation;<br>TRANS UNION LLC, a foreign<br>corporation; BANK ONE<br>CORPORATION, a foreign<br>corporation,<br><br>            Defendants. | CIVIL NO. 04-CV-174 DAE KSC<br><br>DECLARATION OF THERESA C.<br>LOPEZ IN SUPPORT OF MOTION<br>FOR SUMMARY JUDGMENT, OR, IN<br>THE ALTERNATIVE, SUMMARY<br>ADJUDICATION; CERTIFICATE OF<br>SERVICE<br><br>Action Filed:  12/17/2003<br><br>Date:     02/27/2006<br>Time:     10:30 a.m.<br>Judge:    Hon. David A. Ezra |

1

DECLARATION OF THERESA C. LOPEZ IN SUPPORT OF MOTION FOR SUMMARY
JUDGMENT, OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION

I, THERESA C. LOPEZ, declare as follows:

1.    I am an attorney licensed to practice before all the
courts of the State of California and have been admitted pro hac
vice to appear before this Court in this matter.  My title is
Counsel with the law firm of Crowell & Moring LLP, attorneys of
record for Defendant Trans Union LLC ("Trans Union") in this
matter.  Donald E. Bradley and I are the two Crowell & Moring
attorneys responsible for the day to day management of this
matter on behalf of Trans Union.  As such, unless stated
otherwise, I have personal, firsthand knowledge of the facts
stated in this declaration and, if called as a witness, could
and would competently testify thereto.

2.    I am informed and believe that in 1999, Plaintiff
filed a lawsuit against Trans Union in Colorado state court
seeking damages for alleged inaccuracies reported on his Trans
Union credit report, including an alleged alias of "Jerry
Willard," inaccurate addresses, and inaccurate accounts.

3.    I am informed and believe that Plaintiff's 1999
lawsuit was later removed from the Colorado state court to the
United States District Court for the District of Colorado.

4.   I am informed and believe that in or about August 2001, Trans Union and Plaintiff reached a settlement of Plaintiff's 1999 lawsuit.

5.   Attached as Exhibit B to the Defendant Trans Union LLC's Concise Statement of Material Facts ("Concise Statement") are true and accurate copies of excerpts of Volume 2 of the transcript of Plaintiff's deposition taken in this litigation on November 21, 2005.

6.   Attached as Exhibit C to the Concise Statement is a true and accurate copy of a February 20, 2002 tri-merged credit report issued by NCO Financial Services, which was produced by Plaintiff in this litigation.

7.   Attached as Exhibit D to the Concise Statement is a true and accurate copy of a February 27, 2002 letter from Plaintiff's former counsel, Michael Kleinman, to Paul Myers, Trans Union's former counsel, which was produced by Plaintiff in this litigation.

8.   Plaintiff's current counsel has acknowledged that Trans Union is not listed as the source of the First USA Bank account appearing on the February 20, 2002 NCO Report.

9.   Attached as Exhibit E to the Concise Statement is a true and accurate copy of a February 27, 2002 letter [wrong date based on content of letter] from Plaintiff's former counsel,

3

Michael Kleinman, to Paul Myers, Trans Union's former counsel, which was produced by Plaintiff in this litigation.

10.  Plaintiff has not produced any credit report or consumer disclosure regarding him dated after February 27, 2002 that shows that Trans Union continued to report the Willard alias or any of the Willard addresses or accounts.

11.  Attached as Exhibit F to the Concise Statement is a true and accurate copy of a March 19, 2002 tri-merged credit report issued by Advanced Information Services, which was produced by Plaintiff in this litigation.

12.  Attached as Exhibit I to the Concise Statement is a true and accurate copy of an October 3, 2003 tri-merged credit report issued by an on-line source identified as "My Credit Center," which was produced by Plaintiff in this litigation.

13.  Attached as Exhibit J to the Concise Statement is a true and accurate copy of Plaintiff's Federal Rule of Civil Procedure 26(a) Expert Witness Report, which was filed and served by Plaintiff in this litigation.

14.  Attached as Exhibit K to the Concise Statement are true and accurate copies of excerpts of Volume 1 of the transcript of Plaintiff's deposition taken in this litigation on September 15, 2005.

15.  Attached as Exhibit L to the Concise Statement is a true and accurate copy of a December 18, 2001 Experian credit

report.  Plaintiff produced this document in this litigation as part of military records he testified he obtained in response to a Freedom of Information Act request.

16.  Attached as Exhibit M to the Concise Statement is a true and accurate copy of a September 13, 2001 e-mail that Plaintiff sent to numerous recipients and related interview records.  Plaintiff produced this document in this litigation as part of military records he testified he obtained in response to a Freedom of Information Act request.

17.  Attached as Exhibit N to the Concise Statement is a true and accurate copy of a September 13, 2001 U.C. Colorado Springs campus police report regarding Plaintiff.  Plaintiff produced this document in this litigation as part of military records he testified he obtained in response to a Freedom of Information Act request.

18.  Attached as Exhibit O to the Concise Statement is a true and accurate copy of a January 5, 2004, statement prepared by Plaintiff detailing the discrimination, verbal and mental abuse, and other wrongful acts that he allegedly experienced while assigned to the 125th Signal Battalion in Hawaii.  Plaintiff produced this document in this litigation as part of military records he testified he obtained in response to a Freedom of Information Act request.

19.   Attached as Exhibit P to the Concise Statement is a true and accurate copy of a synopsis prepared by Captain Michael Voss detailing his interactions with Plaintiff and, specifically, an incident that occurred on March 3, 2004 and disciplinary action taken against Plaintiff as result thereof. Plaintiff produced this document in this litigation as part of military records he testified he obtained in response to a Freedom of Information Act request.

20.   Attached as Exhibit Q to the Concise Statement are true and accurate copies of a military records reflecting various negative written evaluations received by Plaintiff. Plaintiff produced these documents in this litigation as part of military records he testified he obtained in response to a Freedom of Information Act request.

21.   I have visited Plaintiff's website located at http://www.jerryeller.com.  Liberty For None And Injustice For All is available for purchase for $9.95 from his website.  There is no bar on who may purchase the book and nowhere in the PayPal purchase link does it inquire as to the purpose of the purchase.

22.   Attached as Exhibit R to the Concise Statement is a true and accurate copy of Plaintiff's 2001 military security clearance application.  Plaintiff produced this document in this litigation as part of military records he testified he obtained in response to a Freedom of Information Act request.

6

23.    Attached as Exhibit S to the Concise Statement is a true and accurate copy of Plaintiff's 2002 military security clearance application.  Plaintiff produced this document in this litigation as part of military records he testified he obtained in response to a Freedom of Information Act request.

24.    Attached as Exhibit T to the Concise Statement are true and accurate copies of various interview records conducted by the military in connection with Plaintiff's military security clearance application.  Plaintiff produced these documents in this litigation as part of military records he testified he obtained in response to a Freedom of Information Act request.

25.    Attached as Exhibit U to the Concise Statement is a true and accurate copy of an Ex Parte Application for Temporary Restraining Order filed by Plaintiff's first wife in connection with their divorce proceedings.  Plaintiff produced this document in this litigation as part of military records he testified he obtained in response to a Freedom of Information Act request.

26.    Attached as Exhibit V to the Concise Statement is a true and accurate copy of a criminal record concerning Plaintiff's conviction for theft of firewood in Crested Butte, Colorado.  Plaintiff produced this document in this litigation as part of military records he testified he obtained in response to a Freedom of Information Act request.

7

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of January, 2006, at Irvine, California.

BY: _____
THERESA C. LOPEZ

N O T A R I Z A T I O N     B E L O W

STATE OF CALIFORNIA          §
                             §
COUNTY OF ORANGE             §

    Subscribed and sworn to (or affirmed) before me on this

_____*13th*_____ day of ___*January*___ (month), ___*2006*___ (year)

by ___*Theresa C. Lopez*___, personally known to me or

proved to me on the basis of satisfactory evidence to be the

person(s) who appeared before me.

_____
       (Signature of Notary)

ALICE KELLY
Commission # 1433750
Notary Public - California
Orange County
My Comm. Expires Aug 5, 2007

9

Of Counsel:
PRICE OKAMOTO HIMENO &  LUM
Attorneys at Law
KENNETH T. OKAMOTO, ESQ. 2068
ROBERT M. KOHN, ESQ.    6291
707 Richards Street, Suite 728
Honolulu, Hawaii 96813
Telephone: (808) 538-1113
Fax: (808) 533-0549
Email:    rkohn@pohlhawaii.com

CROWELL & MORING LLP
Attorneys at Law
DONALD E. BRADLEY, ESQ. (*pro hac vice*, Cal. Bar No. 145037)
THERESA C. LOPEZ, ESQ. (*pro hac vice*, Cal. Bar No. 205338)
3 Park Plaza, 20th Floor
Irvine, California 92614-8505
Telephone:  (949) 263-8400
Email:    dbradley@crowell.com
          tlopez@crowell.com

Attorneys for Defendant
TRANS UNION LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GERALD H. ELLER,<br><br>            Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign corporation; BANK ONE CORPORATION, a foreign corporation,<br><br>            Defendants. | CIVIL NO. 04-CV-174 DAE KSC<br><br>CERTIFICATE OF SERVICE RE: DECLARATION OF THERESA C. LOPEZ IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION<br><br>Action Filed:  12/17/2003 |

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of

DECLARATION OF THERESA C. LOPEZ IN SUPPORT OF MOTION FOR SUMMARY

JUDGMENT, OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION was duly

served upon the following parties indicated below <u>IN THE MANNER</u>

<u>INDICATED BELOW</u> on this day to the addresses set forth herein

below:

| | |
|---|---|
| Norman K.K. Lau, Esq.<br>Attorney at Law<br>820 Mililani Street<br>Suite 701<br>Honolulu, Hawaii 96813<br>Fax: (808) 523-6769<br>**BY PERSONAL SERVICE** | Scott K. Behrendt, Esq.<br>Jones Day<br>555 South Flower Street<br>Fiftieth Floor<br>Los Angeles, California 90071<br>Fax: (213) 243-2539<br>**BY OVERNIGHT MAIL** |
| Robert S. Sola, Esq.<br>Attorney at Law<br>8835 S.W. Canyon Lane<br>Suite 130<br>Portland, Oregon 97225<br>Fax: (503) 291-9172<br>**BY OVERNIGHT MAIL** | Deborah K. Wright, Esq.<br>Keith D. Kirschbraun, Esq.<br>Wright & Kirschbraun<br>1885 Main Street, Suite 108<br>Wailuku, Hawaii 96793-1827<br>Fax: (808) 244-1013<br>**BY OVERNIGHT MAIL** |
| Attorneys for Plaintiff<br>Gerald H. Eller | Attorneys for Defendant<br>Experian Information<br>Solutions, Inc. |

DATED:  Honolulu, Hawaii,_____.


PRICE, OKAMOTO, HIMENO & LUM


By: _____
    Robert M. Kohn, Esq.
    Attorneys for Defendant
    Trans Union LLC

3715318v1(087827.0000301)

11