Of Counsel:
PRICE OKAMOTO HIMENO & LUM
Attorneys at Law
KENNETH T. OKAMOTO, ESQ. 2068
ROBERT M. KOHN, ESQ.     6291
707 Richards Street, Suite 728
Honolulu, Hawaii 96813
Telephone: (808) 538-1113
Fax: (808) 533-0549
Email:    rkohn@pohlhawaii.com

CROWELL & MORING LLP
Attorneys at Law
DONALD E. BRADLEY, ESQ. (*pro hac vice*, Cal. Bar No. 145037)
THERESA C. LOPEZ, ESQ. (*pro hac vice*, Cal. Bar No. 205338)
3 Park Plaza, 20th Floor
Irvine, California 92614-8505
Telephone:  (949) 263-8400
Email:    dbradley@crowell.com
          tlopez@crowell.com

Attorneys for Defendant
TRANS UNION LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GERALD H. ELLER,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign corporation; BANK ONE CORPORATION, a foreign corporation,<br><br>　　　　　　　Defendants. | CIVIL NO. 04-CV-174 DAE KSC<br><br>DECLARATION OF DIANE TERRY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION; CERTIFICATE OF SERVICE<br><br>Action Filed: 12/17/2003<br><br>Date:　　02/27/2006<br>Time:　　10:30 a.m.<br>Judge:　　Hon. David A. Ezra |

1

DECLARATION OF DIANE TERRY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION

I, DIANE TERRY, declare as follows:

1. I am the Senior Director of Consumer Relations and the Fraud Victim Assistance Department for defendant Trans Union LLC. In that capacity, I supervise all of Trans Union's Fullerton, California employees in their handling of consumer disputes and investigations and I am familiar with Trans Union's credit reporting database procedures. As such, I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would competently testify thereto.

2. On August 14, 2001, Trans Union prepared a consumer disclosure regarding Plaintiff. A complete and accurate copy of the August 14, 2001 disclosure is attached as Exhibit A to Defendant Trans Union LLC's Concise Statement of Material Facts and Evidence ("Concise Statement").

3. A tri-merged credit report is a credit report which purportedly contains information obtained by a third party reseller, such as NCO Financial Services, from the three independent consumer reporting agencies, Trans Union, Experian Information Solutions, Inc. ("Experian"), and Equifax Information Services LLC ("Equifax").

4. On March 8, 2003, Plaintiff requested a copy of his Trans Union consumer disclosure. Trans Union processed his

2

request based on the indicative information he provided and based on the contents of the identified file as of the date of the request. Trans Union then mailed Plaintiff a copy of the identified consumer disclosure. A complete and accurate copy of the March 8, 2003 consumer disclosure is attached as Exhibit G to the Concise Statement.

   5.   On April 30, 2003, Plaintiff requested a copy of his Trans Union consumer disclosure. Trans Union processed his request based on the indicative information he provided and based on the contents of the identified file as of the date of the request. Trans Union then mailed Plaintiff a copy of the identified consumer disclosure. A complete and accurate copy of the April 30, 2003 consumer disclosure is attached as Exhibit H to the Concise Statement.

   6.   Consumer disclosures and credit reports are not static. They change constantly. Furnishers of information constantly update information previously reported to Trans Union, including the addition of new accounts, deletion of previously reported accounts, and modifications to existing accounts. Simply because an item of information appeared on a report previously, does not mean that that item of information will continue to be reported indefinitely.

7. Plaintiff did not notify Trans Union directly of any disputes of information appearing on his Trans Union report between August 14, 2001 and December 2003.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of January, 2006, at *Fullerton*, California.

BY: *Diane Terry*
DIANE TERRY

N O T A R I Z A T I O N   B E L O W

STATE OF CALIFORNIA §
§
COUNTY OF ORANGE §

Subscribed and sworn to ~~(or affirmed)~~ before me on this 13th day of January (month), 2006 (year) by Diane Terry, personally known to me ~~or proved to me on the basis of satisfactory evidence~~ to be the person~~(s)~~ who appeared before me.

*M. Couso*
(Signature of Notary)

M. COUSO
Commission # 1414875
Notary Public - California
Orange County
My Comm. Expires May 29, 2007

4

Of Counsel:
PRICE OKAMOTO HIMENO & LUM
Attorneys at Law
KENNETH T. OKAMOTO, ESQ. 2068
ROBERT M. KOHN, ESQ.     6291
707 Richards Street, Suite 728
Honolulu, Hawaii 96813
Telephone: (808) 538-1113
Fax: (808) 533-0549
Email:   rkohn@pohlhawaii.com

CROWELL & MORING LLP
Attorneys at Law
DONALD E. BRADLEY, ESQ. (*pro hac vice*, Cal. Bar No. 145037)
THERESA C. LOPEZ, ESQ. (*pro hac vice*, Cal. Bar No. 205338)
3 Park Plaza, 20th Floor
Irvine, California 92614-8505
Telephone:  (949) 263-8400
Email:   dbradley@crowell.com
         tlopez@crowell.com

Attorneys for Defendant
TRANS UNION LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GERALD H. ELLER,<br><br>        Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign corporation; BANK ONE CORPORATION, a foreign corporation,<br><br>        Defendants. | CIVIL NO. 04-CV-174 DAE KSC<br><br>CERTIFICATE OF SERVICE RE: DECLARATION OF DIANE TERRY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION<br><br>Action Filed:  12/17/2003 |

5

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of DECLARATION OF DIANE TERRY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION was duly served upon the following parties indicated below IN THE MANNER INDICATED BELOW on this day to the addresses set forth herein below:

| | |
|---|---|
| Norman K.K. Lau, Esq.<br>Attorney at Law<br>820 Mililani Street<br>Suite 701<br>Honolulu, Hawaii 96813<br>Fax: (808) 523-6769<br>**BY PERSONAL SERVICE** | Scott K. Behrendt, Esq.<br>Jones Day<br>555 South Flower Street<br>Fiftieth Floor<br>Los Angeles, California 90071<br>Fax: (213) 243-2539<br>**BY OVERNIGHT MAIL** |
| Robert S. Sola, Esq.<br>Attorney at Law<br>8835 S.W. Canyon Lane<br>Suite 130<br>Portland, Oregon 97225<br>Fax: (503) 291-9172<br>**BY OVERNIGHT MAIL**<br><br>Attorneys for Plaintiff<br>Gerald H. Eller | Deborah K. Wright, Esq.<br>Keith D. Kirschbraun, Esq.<br>Wright & Kirschbraun<br>1885 Main Street, Suite 108<br>Wailuku, Hawaii 96793-1827<br>Fax: (808) 244-1013<br>**BY OVERNIGHT MAIL**<br><br>Attorneys for Defendant<br>Experian Information<br>Solutions, Inc. |

DATED: Honolulu, Hawaii, _____.

PRICE, OKAMOTO, HIMENO & LUM

By: _____
Robert M. Kohn, Esq.
Attorneys for Defendant
Trans Union LLC

3715319v1 (087827.0000301)

6