# DEFENDANT TRANS UNION LLC'S CONCISE STATEMENT OF MATERIAL FACTS AND EVIDENCE

# EXHIBIT "A"

P.O. Box 6790
Fullerton, CA 92834

YOUR TRANS UNION FILE NUMBER:
PAGE 1 OF 5
DATE THIS REPORT PRINTED: 08/14/2001

RETURN SERVICE REQUESTED

SOCIAL SECURITY NUMBER: 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
BIRTH DATE:                08/1964
YOU HAVE BEEN IN OUR FILES SINCE: 01/1989
PHONE: 574-5742

CONSUMER REPORT FOR:

ELLER, GERALD, HANSEN
2626 MANASSAS WY
COLORADO SPRINGS, CO 80922

*INTERNAL USE ONLY*

FORMER ADDRESSES REPORTED:

3601 COUNTY ROAD 19, FLORENCE, CO 81226

EMPLOYMENT DATA REPORTED:

SELF
DATE REPORTED: 10/2000

## YOUR CREDIT INFORMATION

THE FOLLOWING ACCOUNTS ARE REPORTED WITH NO ADVERSE INFORMATION

```
FST USA BK                # 4417125810105605    REVOLVING ACCOUNT
                                                 CREDIT CARD
    UPDATED   07/2001   BALANCE:          $0    INDIVIDUAL ACCOUNT
    OPENED    10/1997   MOST OWED:     $4433    CREDIT LIMIT:      $9000
    PAID OFF  01/2001
    STATUS AS OF 07/2001: PAID OR PAYING AS AGREED
    IN PRIOR 43 MONTHS FROM LAST UPDATE NEVER LATE

CITIBANK CBSD NA          # 5424180322212397    REVOLVING ACCOUNT
ACCT INFO DISPUTED BY CONSUMR                   CREDIT CARD
    UPDATED   06/2001   BALANCE:         $56    INDIVIDUAL ACCOUNT
    OPENED    03/1997                           PAY TERMS:  MINIMUM $20
                                                CREDIT LIMIT:      $8000
    STATUS AS OF 06/2001: PAID OR PAYING AS AGREED
    IN PRIOR 23 MONTHS FROM LAST UPDATE NEVER LATE

CITIBANK UCS              # 5491130189618226    REVOLVING ACCOUNT
                                                 CREDIT CARD
    UPDATED   06/2001   BALANCE:          $0    INDIVIDUAL ACCOUNT
    OPENED    05/1990                           CREDIT LIMIT:      $6200
    PAID OFF  01/1998
    STATUS AS OF 06/2001: PAID OR PAYING AS AGREED
    IN PRIOR 1 MONTH  FROM LAST UPDATE NEVER LATE
```

TU00177

```
KEY BANK                        # 9000001199367        INSTALLMENT ACCOUNT
CLOSED                                                 RECREATIONAL MERCHANDISE
    UPDATED   05/2000    BALANCE:          $0          JOINT ACCOUNT
    OPENED    07/1995    MOST OWED:    $11997          PAY TERMS: 144 MONTHLY $139
    CLOSED    05/2000                                  95FOUR WINNS        170
    STATUS AS OF 05/2000: PAID OR PAYING AS AGREED
    IN PRIOR 20 MONTHS FROM LAST UPDATE NEVER LATE

HOUSEHOLD BK                    # 5443170000036272     REVOLVING ACCOUNT
ACCOUNT CLOSED BY CONSUMER                             CREDIT CARD
    UPDATED   03/2000    BALANCE:          $0          INDIVIDUAL ACCOUNT
    OPENED    05/1997    MOST OWED:     $7207          CREDIT LIMIT:      $8000
    CLOSED    09/1999
    STATUS AS OF 03/2000: PAID OR PAYING AS AGREED
    IN PRIOR 24 MONTHS FROM LAST UPDATE NEVER LATE

HOUSEHOLD BK                    # 5404242421054254     REVOLVING ACCOUNT
ACCOUNT CLOSED BY CONSUMER                             CREDIT CARD
    UPDATED   03/2000    BALANCE:          $0          INDIVIDUAL ACCOUNT
    OPENED    04/1994    MOST OWED:        $0          CREDIT LIMIT:      $6000
    CLOSED    08/1999
    STATUS AS OF 03/2000: PAID OR PAYING AS AGREED
    IN PRIOR 24 MONTHS FROM LAST UPDATE NEVER LATE

AT&T WIRELESS CRED INVES # 4500000080598279            OPEN ACCOUNT
                                                       TELECOMMUNICATIONS/CELLULAR
    UPDATED   10/1999    BALANCE:          $0          INDIVIDUAL ACCOUNT
    OPENED    09/1998    MOST OWED:        $0
    PAID OFF  08/1999
    STATUS AS OF 10/1999: PAID OR PAYING AS AGREED
    IN PRIOR  1 MONTH  FROM LAST UPDATE NEVER LATE

FIRST USA BANK                  # 4250477587080        REVOLVING ACCOUNT
ACCOUNT CLOSED BY CONSUMER                             CREDIT CARD
    UPDATED   06/1999    BALANCE:          $0          INDIVIDUAL ACCOUNT
    OPENED    01/1993    MOST OWED:     $6600          CREDIT LIMIT:     $10000
    CLOSED    03/1999
    STATUS AS OF 06/1999: PAID OR PAYING AS AGREED

FIRST NATIONWIDE BANK           # 5775777503832        MORTGAGE ACCOUNT
CLOSED                                                 VA REAL ESTATE MORTGAGE
    UPDATED   04/1998    BALANCE:          $0          JOINT ACCOUNT
    OPENED    08/1996    MOST OWED:   $110000          PAY TERMS: 360 MONTHLY $931
    CLOSED    03/1998
    STATUS AS OF 04/1998: PAID OR PAYING AS AGREED
    IN PRIOR 19 MONTHS FROM LAST UPDATE NEVER LATE

CITIBANK SOUTH DAKOTA NA # 4128002650739381            REVOLVING ACCOUNT
ACCOUNT CLOSED BY CONSUMER                             CREDIT CARD
    UPDATED   04/1993    BALANCE:          $0          INDIVIDUAL ACCOUNT
    OPENED    02/1990
    STATUS AS OF 04/1993: PAID OR PAYING AS AGREED
```

```
CARD PRODUCTS             # 4121741264812772    REVOLVING ACCOUNT
 CLOSED
   UPDATED  06/1992   BALANCE:          $0      INDIVIDUAL ACCOUNT
   OPENED   10/1990
   STATUS AS OF 06/1992: NO RATING

COLORADO ST LN PROGRAM    # 52427179203         INSTALLMENT ACCOUNT
 TRANSFERRED TO ANOTHER LENDER                  STUDENT LOAN
   UPDATED  06/2001   BALANCE:          $0      INDIVIDUAL ACCOUNT
   OPENED   08/2000   MOST OWED:     $5000
   CLOSED   06/2001
   STATUS AS OF 06/2001: UNRATED
   IN PRIOR 10 MONTHS FROM LAST UPDATE NEVER LATE

COLORADO ST LN PROGRAM    # 52427179202         INSTALLMENT ACCOUNT
 TRANSFERRED TO ANOTHER LENDER                  STUDENT LOAN
   UPDATED  06/2001   BALANCE:          $0      INDIVIDUAL ACCOUNT
   OPENED   08/2000   MOST OWED:     $2086
   CLOSED   06/2001
   STATUS AS OF 06/2001: UNRATED
   IN PRIOR 10 MONTHS FROM LAST UPDATE NEVER LATE

COLORADO ST LN PROGRAM    # 52427179201         INSTALLMENT ACCOUNT
 STUDENT LOAN NOT IN REPAYMENT                  STUDENT LOAN
   UPDATED  06/2001   BALANCE:       $3405      INDIVIDUAL ACCOUNT
   OPENED   06/2000   MOST OWED:    $99999
   STATUS AS OF 06/2001: UNRATED
   IN PRIOR 12 MONTHS FROM LAST UPDATE NEVER LATE
```

THE FOLLOWING COMPANIES HAVE RECEIVED YOUR CREDIT REPORT. THEIR INQUIRIES REMAIN ON YOUR CREDIT REPORT FOR TWO YEARS.

| SUBSCRIBER NAME | INQUIRY TYPE | DATE |
|---|---|---|
| ADVANTAGE NETWORK | INDIVIDUAL | 01/12/2000 |

THE COMPANIES LISTED BELOW RECEIVED YOUR NAME, ADDRESS AND OTHER LIMITED INFORMATION ABOUT YOU SO THEY COULD MAKE A FIRM OFFER OF CREDIT OR INSURANCE. THEY DID NOT RECEIVE YOUR FULL CREDIT REPORT, AND THESE INQUIRIES ARE NOT SEEN BY ANYONE BUT YOU.

| SUBSCRIBER NAME | DATE |
|---|---|
| MBNA AMERICA | 11/2000 |
| AIG | 02/2001 |
| AMERICAN EXPRESS | 11/2000 |
| AMERICAN EXPRESS | 10/2000 |

THE COMPANIES LISTED BELOW OBTAINED INFORMATION FROM YOUR CONSUMER REPORT FOR THE PURPOSE OF AN ACCOUNT REVIEW OR OTHER BUSINESS TRANSACTION WITH YOU. THESE INQUIRIES ARE NOT DISPLAYED TO ANYONE BUT YOU AND WILL NOT AFFECT ANY CREDITOR'S DECISION OR ANY SCORE (EXCEPT INSURANCE COMPANIES MAY HAVE ACCESS TO OTHER INSURANCE COMPANY INQUIRIES, WHERE PERMITTED BY LAW.)

SUBSCRIBER NAME                                 DATE

| | |
|---|---|
| TU CONSUMER DISCLOSURE | 08/2001 |
| TU CONSUMER DISCLOSURE | 08/2001 |
| COLORADO FCRA NOTICE | 06/2001 |
| CITI CARDS CBSDNA | 07/2001 |
| UNIVERSAL CARD/CBSDNA | 06/2001 |
| CITI CARDS CBSDNA | 06/2001 |
| TU CONSUMER DISCLOSURE | 05/2001 |
| TU CONSUMER DISCLOSURE | 05/2001 |
| TU CONSUMER DISCLOSURE | 04/2001 |
| TU CONSUMER DISCLOSURE | 04/2001 |
| TU CONSUMER DISCLOSURE | 04/2001 |
| TU CONSUMER DISCLOSURE | 03/2001 |
| CITI CARDS CBSDNA | 02/2001 |
| TU CONSUMER DISCLOSURE | 12/2000 |
| UNIVERSAL CARD/CBSDNA | 12/2000 |
| CITI CARDS CBSDNA | 12/2000 |
| TU CONSUMER DISCLOSURE | 10/2000 |
| TU CONSUMER DISCLOSURE | 10/2000 |
| TU CONSUMER DISCLOSURE | 10/2000 |
| TU CONSUMER DISCLOSURE | 08/2000 |
| UNIVERSAL CARD/CBSDNA | 08/2000 |
| TU CONSUMER DISCLOSURE | 08/2000 |
| CITI CARDS CBSDNA | 06/2000 |
| TU CONSUMER DISCLOSURE | 03/2000 |
| TU CONSUMER DISCLOSURE | 03/2000 |
| TU CONSUMER DISCLOSURE | 03/2000 |
| TU CONSUMER DISCLOSURE | 02/2000 |
| TU CONSUMER DISCLOSURE | 02/2000 |
| TU CONSUMER DISCLOSURE | 01/2000 |
| TU CONSUMER DISCLOSURE | 01/2000 |
| TU CONSUMER DISCLOSURE | 01/2000 |
| TU CONSUMER DISCLOSURE | 12/1999 |
| TU CONSUMER DISCLOSURE | 12/1999 |
| KEY BANK | 08/1999 |
| FUSA/BK1 A/M | 01/2000 |
| CITI CARDS CBSDNA | 01/2000 |
| FUSA/BK1 A/M | 03/2000 |
| KEY BANK | 02/2000 |
| FUSA/BK1 A/M | 05/2000 |
| CITI CARDS CBSDNA | 06/2000 |
| UNIVERSAL CARD/CBSDNA | 07/2000 |
| CITI CARDS CBSDNA | 08/2000 |

**CONSUMER STATEMENT:**
DO NOT CONFUSE WITH CONSUMERS OF SIMILAR IDENTIFICATION; VERIFY ALL IDENTIFYING INFORMATION.
THIS STATEMENT HAS NO EXPIRATION DATE.

**SPECIAL MESSAGES:**
INPUT CURRENT ADDRESS HAS BEEN USED (003) TIMES IN THE LAST (30) DAYS ON DIFFERENT INQUIRIES

SHOULD YOU WISH TO INITIATE AN INVESTIGATION, YOU MAY DO SO,

AT OUR WEB-SITE:
WWW.TRANSUNION.COM/INVESTIGATE

BY MAIL, AFTER COMPLETING AND RETURNING THE ENCLOSED INVESTIGATION
REQUEST FORM TO:
Fraud Victim Assistance Department
P.O. Box 6790
Fullerton, CA 92834-6790

BY PHONE:
1-800-680-7289
OUR BUSINESS HOURS IN YOUR TIME ZONE ARE:
8:30 A.M. TO 4:30 P.M., MONDAY-FRIDAY, EXCEPT MAJOR HOLIDAYS.
PLEASE HAVE YOUR TRANSUNION FILE NUMBER LOCATED AT THE TOP OF THIS PAGE
AVAILABLE.

## IMPORTANT

INVESTIGATIONS ARE CONCLUDED WITHIN 30 DAYS FROM THE DATE WE RECEIVE
YOUR REQUEST. A REPORT REFLECTING THE RESULTS OF THE INVESTIGATION WILL
BE SENT TO YOU BY U.S. MAIL AT THE CONCLUSION OF THE INVESTIGATION.

TU00181