**DEFENDANT TRANS UNION LLC'S CONCISE STATEMENT OF MATERIAL FACTS AND EVIDENCE**

**EXHIBIT "C"**

101 Overland Drive  Tel: (800) 925-6691
North Aurora, IL 60542-                                        Fax: (800) 285-8348

## NCO Credit Services

PREPARED FOR:

### CAPITOL HILL MORTGAGE GROUP
925 EAST 17TH AVE #200, DENVER, CO 80218-

| | | | | | |
|---|---|---|---|---|---|
| Attention: | JESSICA | Prepared By: | | Report Type: | INFILE TU/EFX/XPN |
| Reference #: | ACBTM-3505310 | Request Date: | 2/20/2002 | Sources: | TU, EFX and XPN |
| Password: | UR7iyP3sgr | Completed Date: | 2/20/2002 | Loan Type: | |
| Client Loan #: | | Client #: | S3017 | ECOA Type: | INDIVIDUAL |
| Fannie Mae #: | | | | Price: $21.00  Tax: $0.00  Total: $21.00 | |

### Applicant/Co-Applicant Information

| | |
|---|---|
| Applicant: | ELLER, GERALD H |
| Co-Applicant | |
| Street Address: | 3601 COUNTY ROAD #19 |
| City, State, Zip: | FLORENCE, CO 81226 |
| Length of Time: | |
| Property | |

DOB:                SSN#: 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
DOB:                SSN#:
Marital Status:
Own/Rent:
Dependents:

### Score Information

EFX BEACON SCORE        765              FOR: ELLER, GERALD H
01 AMOUNT OWED ON ACCOUNTS IS TOO HIGH
24 NO RECENT REVOLVING BALANCES
14 LENGTH OF TIME ACCOUNTS HAVE BEEN ESTABLISHED
28 NUMBER OF ESTABLISHED ACCOUNTS

TU EMPIRICA SCORE        769              FOR: ELLER, GERALD HANSEN
1 AMOUNT OWED ON ACCOUNTS TOO HIGH
14 LENGTH OF TIME ACCOUNTS HAVE BEEN ESTABLISHED
10 PROPORTION OF BALANCES TO CREDIT LIMITS IS TOO HIGH ON BANK REVOLVING OR OTHER REVOLVING ACCOUNTS

XPN/FAIR, ISAAC MODEL II  +683           FOR: ELLER, GERALD H
38 SERIOUS DELINQUENCY AND PUBLIC RECORD OR COLLECTION FILED
18 NUMBER OF ACCOUNTS DELINQUENT
14 LENGTH OF TIME ACCOUNTS HAVE BEEN ESTABLISHED
33 PROPORTION OF CURRENT LOAN BALANCE TO ORIGINAL LOAN AMOUNT

00180

## Employment Information

| Applicant | Co-Applicant |
|---|---|
| Employer: | Employer: |
| Position Held: | Position Held: |
| Start/Stop Dates: | Start/Stop Dates: |
| Income: | Income: |
| Verified By/Date: | Verified By/Date: |

Notice: This is a Merged report containing information supplied by the repositories shown above. The merge process is automated and the report may include some duplications and/or omissions.

## Trade Information

| Creditor Name / Account Number | Date Reported / DLA | Date Opened | High Credit | Balance Owing | Terms / Acct. Type | Current Status / ECOA | # Mo | Times Past Due 30 | 60 | 90 | Historical Status | Past Due / Last Past Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COL ST LN 52427179202 | 01/02 01/02 | 08/00 | 5000 | 4932 | 61 INST | 01 I | 18 | 0 | 0 | 0 | TU-1, EFX-1, XPN-1 | |

Loan Term: 104M
STUDENT LOAN
STUDENT LOAN NOT IN REPAYMENT

| COL ST LN 52427179203 | 12/01 06/01 | 08/00 | 5000 | 4932 | 62 INST | UR I | 16 | 0 | 0 | 0 | TU-1 | 0 |

Loan Term: 104M
STUDENT LOAN
STUDENT LOAN NOT IN REPAYMENT

| FIRST USA BANK N A 441712841800 | 10/98 | 11/97 | | 3788 | 95 REV | 04 I | 12 | 1 | 1 | 1 | XPN-1 | 08/98 |

Late Dates: 09-8/1998 04-7/1998 03-6/1998 02-5/1998
AMOUNT IS CHARGE OFF AMOUNT
UNPAID BALANCE REPORTED AS A LOSS BY CREDIT GRANTOR
ACCOUNT DELINQUENT 90 DAYS PAST DUE DATE
CREDIT CARD, TERMS REV

| COL ST LN 52427179204 | 01/02 01/02 | 06/00 | 99999 | 3395 | 42 INST | 01 I | 18 | 0 | 0 | 0 | TU-1, EFX-1, XPN-1 | |

Loan Term: 103M
STUDENT LOAN
STUDENT LOAN NOT IN REPAYMENT

| CITI 542418032221 | 12/01 12/01 | 03/97 | 8000 | 78 | 20 REV | 01 I | 59 | 0 | 0 | 0 | TU-1, EFX-1, XPN-1 | 0 |

Loan Term: MIN
HIGH CREDIT IS CREDIT LIMIT
CREDIT CARD
ACCOUNT INFORMATION DISPUTED BY CONSUMER

00181

ACSTM-3505310

| Creditor Name | Date Reported | Date Opened | High Credit | Balance Owing | Terms | Current Status | Historical Status | | Times Past Due | | | Past Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Number | DLA | | | | Acct. Type | ECOA | # Mo | | 30 | 60 | 90 | Last Past Due |
| FST USA BK B 441712581010 Loan Term: MIN CREDIT CARD | 01/02 01/02 | 10/97 | 9000 | 9 | 9 REV | 01 I | 52 | | 0 TU-1, EFX-1, XPN-1 | 0 | 0 | 0 |
| CITI 412800265073 CREDIT CARD ACCOUNT CLOSED BY CONSUMER | 02/02 03/93 | 02/90 | | 0 | REV | 01 I | 76 | | 0 TU-1, EFX-1, XPN-1 | 0 | 0 | 0 |
| FIRST CARD 4250477587 CREDIT CARD ACCOUNT CLOSED BY CONSUMER | 02/02 | 01/93 | 6600 | 0 | REV | 01 I | 0 | | 0 TU-1 | 0 | 0 | 0 |
| FSTNTWDMORTG 5775777503832 02/98 Loan Term: 360M V A REAL ESTATE MORTGAGE CLOSED | 02/02 | 08/96 | 110000 | 0 | MTG | 01 C | 19 | | 0 TU-1, EFX-1, XPN-1 | 0 | 0 | 0 |
| FUSA BANK 425047144 ACCOUNT CLOSED BY CONSUMER AMOUNT IN H/C COLUMN IS CREDIT LIMIT | 02/02 05/98 | 01/93 | 10000 | 0 | REV | 01 I | 66 | | 0 EFX-1, XPN-1 | 0 | 0 | 0 |
| FUSA BANK 436613303499 ACCOUNT CLOSED BY CONSUMER PAID ACCOUNT / ZERO BALANCE | 02/02 04/99 | 01/93 | 10000 | 0 | REV | 01 I | 30 | | 0 EFX-1, XPN-1 | 0 | 0 | 0 |
| HH BANK 0000036272 CREDIT CARD ACCOUNT CLOSED BY CONSUMER | 02/02 09/97 | 05/97 | 8000 | 0 | REV | 01 I | 72 | | 0 TU-1, EFX-1, XPN-1 | 0 | 0 | 0 |
| HH BANK 2421054254 CREDIT CARD ACCOUNT CLOSED BY CONSUMER | 02/02 06/97 | 04/94 | 6000 | 0 | REV | 01 I | 71 | | 0 TU-1, EFX-1, XPN-1 | 0 | 0 | 0 |
| KEY BANK 9000001199367 05/00 Loan Term: 144M RECREATIONAL MERCHANDISE CLOSED | 02/02 | 07/95 | 11997 | 0 | INST | 01 C | 59 | | 0 TU-1, XPN-1 | 0 | 0 | 0 |

00182

ACBTM-3505310

## Trade Information (continued)

| Creditor Name / Account Number | Date Reported / DLA | Date Opened | High Credit | Balance Owing | Terms / Acct. Type | Current Status / ECOA | # Mo | Times Past Due 30 / 60 / 90 | Past Due / Last Past Due |
|---|---|---|---|---|---|---|---|---|---|
| MBGA/JC PENNEY 796575504 | 02/02 06/91 | 09/90 | 24 | 0 | REV | 01 I | 68 | 0  0  0 XPN-1 | 0 |

AMOUNT IS HIGH CREDIT
INACTIVE ACCOUNT
THIS IS AN ACCOUNT IN GOOD STANDING
REVOLVING CHARGE ACCOUNT

| SIGNETBANK 4121741264812772 | 02/02 | 10/90 | | 0 | REV | 01 I | 68 | 0  0  0 EFX-1, XPN-1 | 0 |

| UNVL/CITI 549113018961 | 02/02 01/98 | 05/90 | 6200 | 0 | REV | 01 I | 99 | 0  0  0 TU-1, EFX-1, XPN-1 | 0 |

HIGH CREDIT IS CREDIT LIMIT
CREDIT CARD

| AT&T WIRELESS 4500000080598279 | 03/00 | 09/98 | | | REV | 01 I | 19 | 0  0  0 XPN-1 | |

Loan Term: 1M
PAID ACCOUNT/ZERO BALANCE
THIS IS AN ACCOUNT IN GOOD STANDING
UNKNOWN - CREDIT EXTENSION, REVIEW, OR COLLECTION

| BANK ONE AZ 10052427179201 | 01/99 | 01/98 | 1313 | | INST | 04 I | 13 | 1  1  1 XPN-1 | 12/98 |

Loan Term: 3M
Late Dates: 04-12/1998 03-11/1998 02-10/1998
AMOUNT IS ORIGINAL LOAN AMOUNT
TRANSFERRED TO ANOTHER LENDER OR CLAIM PURCHASED
ACCOUNT TRANSFERRED TO ANOTHER OFFICE
ACCOUNT DELINQUENT 90 DAYS PAST DUE DATE
EDUCATIONAL LOAN

| BANK ONE AZ 10052427179202 | 03/98 | 01/98 | 757 | | INST | 01 I | 03 | 0  0  0 XPN-1 | |

AMOUNT IS ORIGINAL LOAN AMOUNT
PAID ACCOUNT/ZERO BALANCE
THIS IS AN ACCOUNT IN GOOD STANDING
EDUCATIONAL LOAN

| MBNA AMERICA BANK NA 53290 | 08/98 10/97 | 08/97 | | | REV | 05 I | 13 | 1  1  4 XPN-1 | 874 07/98 |

Late Dates: 09-7/1998 05-5/1998 05-4/1998 04-3/1998 03-2/1998 02-1/1998
AMOUNT IS CHARGE OFF AMOUNT
PURCHASED BY ANOTHER LENDER
UNPAID BALANCE REPORTED AS A LOSS BY CREDIT GRANTOR
ACCOUNT DELINQUENT 150 DAYS PAST DUE DATE
CREDIT CARD, TERMS REV

00183

## Collection Information

| Account Name | Date Reported | Date Opened | High Credit | Balance | Acct. Type | Account Status | Past Due |
|---|---|---|---|---|---|---|---|
| Account Number | Client | | | | | ECOA | Last Past Due |
| PROFESSIONAL FINANCE | 12/99 | 10/99 | 101 | 101 | I | | 101 |
| 23683201 | PUBLIC SRV CO OF COL | | | | | 09 | |
| | | | | | I | XPN-1 | |

AMOUNT IS ORIGINAL LOAN AMOUNT
ACCOUNT SERIOUSLY PAST DUE DATE/ACCOUNT ASSIGNED TO ATTORNEY, COLLECTION AGENCY, OR CREDIT GRANTOR'S INTERNAL COLLECTION DEPARTMENT
COLLECTION DEPARTMENT/AGENCY/ATTORNEY

## Public Record Information

No Public Records exist on this report.

## Consumer Statement

DO NOT CONFUSE WITH CONSUMERS OF SIMILAR IDENTIFICATION; VERIFY ALL IDENTIFYING INFORMATION.   TU-1

## Additional Address Information

### Current Address(es)

2626 MANASSAS WAY, COLORADO SPRINGS, CO 80922
Landlord:   Phone:   EFX-1, XPN-1

| Date Reported | Move In Date | Move Out Date | Length Of Time | Rent Amount | Unit Number | Rent Type | Number Of Lates | Balance |
|---|---|---|---|---|---|---|---|---|
| 11/01/2001 | | | | | | | | |

Verified Date:   Verified By:

### Former Address(es)

2626 MANASSAS WY, COLORADO SPRINGS, CO 80922
Landlord:   Phone:   TU-1

| Date Reported | Move In Date | Move Out Date | Length Of Time | Rent Amount | Unit Number | Rent Type | Number Of Lates | Balance |
|---|---|---|---|---|---|---|---|---|
| 10/01/2000 | | | | | | | | |

Verified Date:   Verified By:

3601 COUNTY ROAD 19, FLORENCE, CO 81226
Landlord:   Phone: (719) 784-9606   TU-1

| Date Reported | Move In Date | Move Out Date | Length Of Time | Rent Amount | Unit Number | Rent Type | Number Of Lates | Balance |
|---|---|---|---|---|---|---|---|---|
| 09/01/2000 | | | | | | | | |

Verified Date:   Verified By:

1919 UNIVERSITY AV, DUBUQUE, IA 52001
Landlord:   Phone:   TU-2

| Date Reported | Move In Date | Move Out Date | Length Of Time | Rent Amount | Unit Number | Rent Type | Number Of Lates | Balance |
|---|---|---|---|---|---|---|---|---|
| 12/01/1999 | | | | | | | | |

Verified Date:   Verified By:

1564 ALTA PL, DUBUQUE, IA 52001
Landlord:   Phone:   TU-2

| Date Reported | Move In Date | Move Out Date | Length Of Time | Rent Amount | Unit Number | Rent Type | Number Of Lates | Balance |
|---|---|---|---|---|---|---|---|---|
| 08/01/1999 | | | | | | | | |

Verified Date:   Verified By:

AC8TM-3505310

00184

## Additional Address Information (continued)
### Former Address(es) (continued)

E 11927 HARVRD, AURORA, CO 80014
Landlord:                                    Phone:                              TU-2

| Date Reported | Move In Date | Move Out Date | Length Of Time | Rent Amount | Unit Number | Rent Type | Number Of Lates | Balance |
|---|---|---|---|---|---|---|---|---|
| Verified Date: | | | | | Verified By: | | | |

6441 JONATHAN CT, COLORADO SPRINGS, CO 80918
Landlord:                                    Phone:                              EFX-1

| Date Reported | Move In Date | Move Out Date | Length Of Time | Rent Amount | Unit Number | Rent Type | Number Of Lates | Balance |
|---|---|---|---|---|---|---|---|---|
| 09/01/2000 | | | | | | | | |
| Verified Date: | | | | | Verified By: | | | |

327 S WAHSATCH AVE, COLORADO SPRINGS, CO 80903
Landlord:                                    Phone:                              EFX-1

| Date Reported | Move In Date | Move Out Date | Length Of Time | Rent Amount | Unit Number | Rent Type | Number Of Lates | Balance |
|---|---|---|---|---|---|---|---|---|
| 04/01/2000 | | | | | | | | |
| Verified Date: | | | | | Verified By: | | | |

6441 JONATHAN CT UNIT 2, COLORADO SPRINGS, CO 80918-1400
Landlord:                                    Phone:                              XPN-1

| Date Reported | Move In Date | Move Out Date | Length Of Time | Rent Amount | Unit Number | Rent Type | Number Of Lates | Balance |
|---|---|---|---|---|---|---|---|---|
| 10/01/2000 | | | | | | | | |
| Verified Date: | | | | | Verified By: | | | |

SINGLE-FAMILY DWELLING

6441 JONATHAN CT UN, COLO SPRINGS, CO 52001
Landlord:                                    Phone:                              XPN-1

| Date Reported | Move In Date | Move Out Date | Length Of Time | Rent Amount | Unit Number | Rent Type | Number Of Lates | Balance |
|---|---|---|---|---|---|---|---|---|
| 09/01/2000 | | | | | | | | |
| Verified Date: | | | | | Verified By: | | | |

SINGLE-FAMILY DWELLING

## Inquiries

NCO CREDIT S
                                2/20/2002
CBMKTG-OFC PRSNL MGM                                                TU-1
                                12/18/2001                          XPN-1
UNKNOWN - CREDIT EXTENSION, REVIEW, OR COLLECTION
SERVICES, NOT ELSEWHERE CLASSIFIED

## Creditor Information List

| Company | Phone | Address | City, State, Zip |
|---|---|---|---|
| CITI | (800) 843-0777 | POB 6241 | SIOUX FALLS, SD 57117 |
| CITI | (800) 950-5114 | 701 E 60TH ST N | SIOUX FALLS, SD 57117 |
| COL ST LN | (303) 294-5050 | DENVER PL | DENVER, CO 80202 |
| FIRST CARD | (847) 888-6000 | 2500 WESTFIELD DR | ELGIN, IL 60123 |
| FIRST USA BANK, NA | (800) 955-8010 | | |
| FST USA BK B | (302) 594-4000 | CONSUMER DISPUTE V | WILMINGTON, DE 19899 |
| FSTNTWDMORTG ACBTM-3505310 | (301) 696-4000 | 5280 CORP DR #0002 | FREDERICK, MD 21701 |

00185

### Creditor Information List (continued)

| Company | Phone | Address | City, State, Zip |
|---|---|---|---|
| HH BANK | | POB 98706 | LAS VEGAS, NV 89193 |
| KEY BANK | (800) 999-0895 | 66 S PEARL ST | ALBANY, NY 12207 |
| SIGNET BANK | (804) 955-7070 | | |
| UNVL/CITI | (904) 954-7500 | 8787 BAY PINE RD | JACKSONVILLE, FL 32256 |

### Source(s) of Information

| File Segment | File Holder Name | Social Security # | Address |
|---|---|---|---|
| TU-1 | ELLER, GERALD | 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 | |
| TU-2 | WILLARD, JERRY | 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 | |
| EFX-1 | ELLER, GERALD | 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 | |
| XPN-1 | ELLER, GERALD | 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 | |

### Alerts and Validation

EDIT ALERT

CR #19

AD01 - STREET NAME. SPECIAL CHARACTERS OR FRACTIONS WERE EDITED OUT.

TU PHONE APEND                                                                                          TU-1
PHONE APEND PRODUCT WAS DELIVERED

TU LOOK                                                                                                 TU-1
LOOK PRODUCT WAS DELIVERED

TU EMPIRICA SCORE                                                                                       TU-1
EMPIRICA SCORE PRODUCT WAS DELIVERED

ADDRESS ALERT                                                                                           TU-1
MISMATCH - INPUT DOES NOT MATCH FILE

SURNAME ALERT                                                                                           TU-2
MISMATCH - INPUT DOES NOT MATCH FILE

TU EMPIRICA SCORE                                                                                       TU-2
FILE CANNOT BE SCORED BECAUSE THE INFORMATION IS SUPRESSED OR THE DATA CANNOT BE EVALUATED

### The Following AKA(s) Were Reported

| AKA Name | AKA SSN# | |
|---|---|---|
| ELLER, GERALD H | | TU-2 |
| ELLER, GERALD HANSEN | | XPN-1 |
| ELLER, JERRY H | | TU-1 |
| HANSEN, GERALD | | XPN-1 |
| WILLARD, JERRY S | | XPN-1 |
| WILLARD, JERRY S | | TU-2 |
| WILLARD, JERRY S | | XPN-1 |

AC8TM-3505310

00186



### The Following AKA(s) Were Reported (continued)

| AKA Name | AKA SSN# |
|---|---|
| WILLIARD, GERALD S ** | |

*\*\* Indicates Additional Information May Exist*

XPN-1

### Bureau Addresses

EQUIFAX, PO BOX 105873, ATLANTA, GA 30348    (800) 685-1111
TRANS UNION, 2 BALDWIN PLACE, P. O. BOX 1000, CHESTER, PA 19022    (800) 888-4213
EXPERIAN, PO BOX 2350, CHATSWORTH, CA 91313-2350    (888) 397-3742

\*\*\* END OF REPORT - 2/20/2002 12:35:41 PM \*\*\*