# DEFENDANT TRANS UNION LLC'S CONCISE STATEMENT OF MATERIAL FACTS AND EVIDENCE

# EXHIBIT "D"



**MICHAEL J. KLEINMAN ESQ.**
C/O Berken & Associates
303 East 17th Ave, Suite 880
Denver, Colorado 80203
Phone (303) 832-4357
Fax (303) 831-1210
Email Berkenpub@aol.com

February 27, 2002

Paul Myers Esq.
Strasburger & Price, LLP
901 Main Street, Suite 4300
Dallas, Texas 75202

Re:     Gerald Hansen Eller vs. Trans Union
        Civil Action Number 00-M-2335
        United States District Court, District of Colorado
        Social Security Number: 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

By Fax to 214-651-4330

Dear Mr. Myers,

As I discussed with your associate, the above named firm represents Gerald H. Eller relative a to the continuing reporting of inaccurate information on his credit report by your company in violation of the Federal Fair Credit Reporting Act, specifically 15 USC § 168T et seq. and specifically the Settlement Agreement executed last August of 2001. Pursuant to the agreement, if any reappearance of the accounts occurs, he is to give you written notice, in which case Trans Union has 30 days to correct the error.

My client recently received an updated consolidated credit report that again shows Trans Union reporting information belonging to an individual known as "Jerry Willard" and showing this "Jerry Willard" as an a/k/a for our client. (See NCO Credit Report dated 2/20/02). As you can see from the designated areas, your client is still reporting this "mis-merged" individual as an alias, shows this Mr. Willard with our clients social security number as a source of information, and the First USA Bank account still appears.

Mr. Ellers does not know this person, has never used that name nor does he have any idea how your company has "mis-merged" this persons credit information on his report. Under the circumstances, we will appreciate your efforts to obtain your clients aid in

00178

correcting this misreporting once and for all. In addition, if your client could identify the source of the incorrect information, we would appreciate it greatly.

Mr. Ellers presently is employed in a position that requires top security clearance from the US Government, which he presently holds. He has been recently advised that if these matters are not corrected immediately, he will not only lose his clearance, but his job as well. As you can see, your client's continued reporting of these aliases and incorrect credit information has significant consequences. As such, your prompt attention to this matter is greatly appreciated

Very truly yours,



Michael J. Kleinman

Cc. Gerald Eller

00179