# DEFENDANT TRANS UNION LLC'S CONCISE STATEMENT OF MATERIAL FACTS AND EVIDENCE

# EXHIBIT "E"

**MICHAEL J. KLEINMAN ESQ.**
C/O Berken & Associates
*303 East 17th Ave, Suite 880*
*Denver, Colorado 80203*
*Phone (303) 832-4357*
*Fax (303) 831-1210*
*Email Berkenpub@aol.com*

February 27, 2002

Paul Myers Esq.
Strasburger & Price, LLP
901 Main Street, Suite 4300
Dallas, Texas 75202

Re:    Gerald Hansen Eller vs. Trans Union
       Civil Action Number 00-M-2335
       United States District Court, District of Colorado
       Social Security Number: 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

*By Fax to 214-651-4330*

Dear Mr. Myers,

On February 27, 2002 I faxed the attached letter to your attention after discussing the matter with a representative of your firm. It has now been some two weeks and I have not received the courtesy of a reply. I am again faxing the letter of February 27, 2002 mailed and previously faxed to your attention on that date.

I realized that the settlement agreement grants thirty days to correct such problems, but I would appreciate a response as to the status of your client's investigation.

Very truly yours,

Michael J. Kleinman

Cc. Gerald Eller

00188