# DEFENDANT TRANS UNION LLC'S CONCISE STATEMENT OF MATERIAL FACTS AND EVIDENCE

# EXHIBIT "F"

```
ADVANCED INFORMATION SERVICES                        File No: AES34276
MATCH MERGE INFILE CREDIT REPORT                     Date: 03/19/02

Prepared for: PUEBLO MORTGAGE/CANON CITY CO          Attn:
Repositories: Experian; Trans Union; Equifax         Case: ELLER
-----------------------------------------------------------------------
Borrower: GERALD H ELLER                             SSN: 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  AGE:
Current Address: 3601 COUNTY ROAD 19 FLORENCE, CO, 81226
-----------------------------------------------------------------------

-----------------------------------------------------------------------
*** Summary ***     Monthly    Curr    Curr Was          Now Derog    Clsd  Unrtd
Acct Type    Balance   Pay     Acct   30 60 90+ SD      30 60 90+ SD  Paid  Misc
-----------------------------------------------------------------------
Revolving    $ 3819  $ 209*     4      0  0  0  0        0  0  0  1   8**    0
Installment  $  101  $   0      0      0  0  0  0        0  0  0  1   7      0
Real Estate  $    0  $   0      0      0  0  0  0        0  0  0  0   1      0
Net 30       $    0  $   0      0      0  0  0  0        0  0  0  0   0      0
Unknown      $    0  $   0      0      0  0  0  0        0  0  0  0   0      0
-----------------------------------------------------------------------
Totals       $ 3920  $ 209*     4      0  0  0  0        0  0  0  2   16**   0

 22    Total Tradelines
  4    Inquiries.       1-24 Month History:    0 x 30     0 x 60    0 x 90+
  0    Public Records.  > 24 Month History:    3 x 30     3 x 60   12 x 90+
                        Unknown History:       0 x 30     0 x 60    0 x 90+

Revolving Credit Available: $19381  (83% of total revolving credit )

File Established: 01/01/89    Oldest Account: 02/90    Newest Account: 08/04/00

PUBLIC RECORDS HAVE BEEN SYSTEMATICALLY CHECKED BY THE ABOVE ACCESSED BUREAUS

SD Seriously Delinquent contains such items as; Charge Offs, Collection Accts,
   Foreclosures, Reposessions, etc...

*  Contains Estimated Payment Calculation(s).
** Contains Derogatory Credit Information.
-----------------------------------------------------------------------

[BUREAU IDENTIFIERS]

EXP-01 ELLER, GERALD H SSN: 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
       AKA: JERRY S WILLARD
       AKA: JERRY H ELLER
       AKA: GERALD HANSEN
       AKA: GERALD S WILLIARD
       CURR ADD: 11/11/99, 3601 COUNTY ROAD 19 FLORENCE, CO, 812269733
       PREV ADD: 11/22/00, 2626 MANASSAS WAY COLORADO SPRINGS, CO, 809221120
       PREV ADD: 08/10/00, 6441 JONATHAN CT APT 2 COLORADO SPRINGS, CO, 809181400
       CURR EMP: 04/12/98, FIRE DEPT
       PREV EMP: 03/12/98, CITY AND COUNTY OF DENV

TUC-01 ELLER, GERALD HANSEN SSN: 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 DOB: 08/01/64
       CURR ADD: 02/01/02, 3601 COUNTY APT A19 FLORENCE SPRINGS, CO, 81226
       PREV ADD: N/A, 2626 MANASSAS COLORADO SPRINGS, CO, 80922
       CURR EMP: N/A, SELF


03/19/02                ***** CONTINUED *****                  PAGE   1
```

00189

```
                                                         GERALD   H   ELLER

https://desktoporiginator.fanniemae.com/Scripts/Print_CreditFindings.asp?LenderID=NaN550871..  03/19/2002

  EFX-01 ELLER, GERALD H SSN: 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 DOB: 08/04/64
         CURR ADD: N/A, 2626 MANASSAS WAY COLORADO SPRINGS, CO, 80922
         PREV ADD: N/A, 6441 JONATHAN CT COLORADO SPRINGS, CO, 80918
         PREV ADD: N/A, 327 S WAHSATCH AVE COLORADO SPRINGS, CO, 80903
         CURR EMP: N/A, STANDARD BEAUTY SUPPLY
         PREV EMP: N/A, KAYERS SONS

[BUREAU SCORING]

  EXP-01  MODEL: EXPERIAN/FAIR, ISAAC MODEL      SCORE: 0671 (+)
          FACTOR: 38  SERIOUS DELINQUENCY AND PUBLIC RECORD OR COLLECTION
                      FILED.
          FACTOR: 18  NUMBER OF ACCOUNTS DELINQUENT.
          FACTOR: 14  LENGTH OF TIME ACCOUNTS HAVE BEEN ESTABLISHED.
          FACTOR: 33  PROPORTION OF CURRENT LOAN BALANCE TO ORIGINAL LOAN
                      AMOUNT.

  TUC-01  MODEL: EMPIRICA      SCORE: 774    (+)
          FACTOR: 001  AMOUNT OWED ON ACCOUNTS IS TOO HIGH.
          FACTOR: 014  LENGTH OF TIME ACCOUNTS HAVE BEEN ESTABLISHED.

  EFX-01  MODEL: BEACON 96     SCORE: 00782
          FACTOR: 00024  NO RECENT REVOLVING BALANCES.
          FACTOR: 00014  LENGTH OF TIME ACCOUNTS HAVE BEEN ESTABLISHED.
          FACTOR: 00017  NO RECENT NON-MORTGAGE BALANCE INFORMATION.
          FACTOR: 00028  NUMBER OF ESTABLISHED ACCOUNTS.
```

00190

03/19/02                    ***** CONTINUED *****                    PAGE   2

```
                                                         GERALD  E  ELLER
================================================================================
https://desktoporiginator.fanniemae.com/Scripts/Print_CreditFindings.asp?LenderID=NaN550871.  03/19/2002


ACCOUNT NAME      ECOA TYPE  OPEN  LIMIT  PAST                HISTORY  30 60 90
ACCOUNT NUMBER    BC   TERM  LAST  HIGH   PMT     BAL  DATE   ACCOUNT STATUS
                                                              SOURCE            MOP
================================================================================

[DEROGATORY ACCOUNTS]
--------------------------------------------------------------------------------
FIRST USA BANK N  1    CRC   11/97        3788                12 MONTH 01 01 04
441712841800      B    REV   10/98              0   3788 10/98 CHARGE OFF
                                                              EXP01             R-9
999432111111           07/98=90  06/98=60  05/98=30
1523 CONCORD PK
WILMINGTON DE 19803
(800-955-9900)
--------------------------------------------------------------------------------
PROFESSIONAL FIN  1    COL   10/99        101                 01 MONTH 00 00 01
23683201          B    UNK   12/99               0    101 12/99 COLL ACCT
                                                              EXP01             I-9
9
918 10TH ST
GREELEY CO 80631
(970-352-5000)
Client Name: PUBLIC SRV CO OF COLORADO
--------------------------------------------------------------------------------
MBNA AMERICA BAN  1    CRC   08/97   5500  874                13 MONTH 01 01 06
53290             B    REV   10/97                      08/98 CHARGE OFF
                                                              EXP01             R-9
995554321111           06/98=120  05/98=120  04/98=120  03/98=90  02/98=60
1                      01/98=30
400 CHRISTIANA ROAD
NEWARK DE 19713
BYMAILONLY
*** ACCOUNT TRANSFERRED TO ANOTHER LENDER. ***
--------------------------------------------------------------------------------

[CURRENT OR PAID SATISFACTORY ACCOUNTS]
--------------------------------------------------------------------------------
CITI              1    CHG   03/97   8000                     57 MONTH 00 00 00
542418032221      B    REV   02/02         20         31 02/02 CURR ACCT
                                                              EFX01;TUC01;EXP01 R-1

MAIL ONLY
*** CONSUMER DISPUTES THIS ITEM. ***
--------------------------------------------------------------------------------
```

00191

GERALD H ELLER

```
=====================================================================
ACCOUNT NAME    ECOA TYPE OPEN  LIMIT PAST                HISTORY   30 60 90
ACCOUNT NUMBER  BC   TERM LAST  HIGH  PMT    BAL DATE     ACCOUNT STATUS
```

https://desktoporiginator.fanniemae.com/Scripts/Print_CreditFindings.asp?LenderID=NaN550872.   03/19/2002

```
                                                SOURCE               MOP
=====================================================================
SIGNET BANK      1  CRC  10/90  UNK                68 MONTH 00 00 00
412174126481     B  REV  05/96         0 05/96  CURR ACCT
                                                EXP01;EFX01          R-1
--X--XXXXXXX
XX-XXXXXXXXX
X
PO BOX 26625
RICHMOND VA 23261
BYMAILONLY
*** CREDIT LINE CLOSED - GRANTOR'S REQUEST - REPORTED BY SUBSCRIBER. ***
---------------------------------------------------------------------
KEY BANK USA NA  2  REC  07/95  11997              59 MONTH 00 00 00
9000001199367    B       144    05/00      05/00 PAID SATIS
                                                 EXP01;TUC01         I-1
-11111111111
11111111-111
1
66 S PEARL ST
ALBANY NY 12207
BYMAILONLY
---------------------------------------------------------------------
AT&T WIRELESS    1  UNK  09/98  UNK                19 MONTH 00 00 00
4500000080598279 B  REV  03/00            03/00 PAID SATIS
                                                EXP01                R-1
-11111111111
1111--1
10000 GOETHE RD
SACRAMENTO CA 95827
---------------------------------------------------------------------
BANK ONE AZ      1  EDU  01/98  757                03 MONTH 00 00 00
10052427179202   B  UNK  03/98            03/98 PAID SATIS
                                                EXP01                I-1
-11
241 N CENTRAL AVE FL 8
PHOENIX AZ 85004
(602-221-4404)
---------------------------------------------------------------------
FIRST USA BANK N 1  CRC  10/97  9000               53 MONTH 00 00 00
441712581010     B  REV  02/02  9000    0 02/02 CURR ACCT
                                                EXP01;TUC01;EFX01 R-1
111111111111
111111111111
1
1523 CONCORD PK
WILMINGTON DE 19803
(800-955-9900)
---------------------------------------------------------------------
```

00192

03/19/02                    ***** CONTINUED *****                    PAGE 4

 GERALD  H  ELLER

```
==============================================================================
ACCOUNT NAME       ECOA  TYPE  OPEN   LIMIT  PAST                HISTORY   30 60 90
ACCOUNT NUMBER     BC    TERM  LAST   HIGH   PMT       BAL DATE  ACCOUNT STATUS
                                                                 SOURCE              MOP
==============================================================================
```

https://desktoporiginator.fanniemae.com/Scripts/Print_CreditFindings.asp?LenderID=NaN550873.   03/19/2002

```
MBGA/JC PENNEY      1   CHG  09/90                              68 MONTH 00 00 00
796575504           B   REV  06/91    24             0 05/96    CURR ACCT
                                                                EXP01                R-1

XXXXXXXXXXXX
XXXXXXXXXXX
X
PO BOX 27570
ALBUQUERQUE NM 87125
------------------------------------------------------------------------------
UNVL/CITI           1   CHG  05/90    6200                      99 MONTH 00 00 00
549113018961        B   REV  01/98                   0 02/02    CURR ACCT
                                                                EFX01;TUC01;EXP01 R-1

(904-954-8788)
------------------------------------------------------------------------------
1ST NTWIDE          2   R/C  08/96   110000                     19 MONTH 00 00 00
5775777503832       B   UNK  02/98                   0 04/98    PAID SATIS
                                                                EFX01;EXP01;TUC01 M-1

(800-444-8443)
------------------------------------------------------------------------------
HHLD BK             1   CRC  05/97                              34 MONTH 00 00 00
170000036272        B   REV  09/97    8000           0 03/00    PAID SATIS
                                                                EFX01;EXP01;TUC01 R-1

MAIL ONLY
*** ACCOUNT CLOSED BY CONSUMER. ***
------------------------------------------------------------------------------
HHLD BK             1   CRC  04/94                              71 MONTH 00 00 00
242421054254        B   REV  06/97    6000           0 03/00    PAID SATIS
                                                                EFX01;EXP01;TUC01 R-1

MAIL ONLY
*** ACCOUNT CLOSED BY CONSUMER. ***
------------------------------------------------------------------------------
FUSA BANK           1   CHG  01/93                              30 MONTH 00 00 00
436613303499        B   REV  04/99   10000           0 02/00    PAID SATIS
                                                                EFX01;EXP01         R-1

(800-955-8010)
*** ACCOUNT CLOSED BY CONSUMER. ***
------------------------------------------------------------------------------
```

00193


GERALD  H  ELLER

```
===============================================================================
ACCOUNT NAME       ECOA TYPE  OPEN   LIMIT  PAST                HISTORY   30 60 90
ACCOUNT NUMBER     BC   TERM  LAST   HIGH   PMT    BAL DATE     ACCOUNT STATUS
                                                   SOURCE                    MOP
===============================================================================
FUSA BANK           2   CHG   01/93  10000                63 MONTH  00 00 00
425047144           B   REV   05/98           0 05/98  PAID SATIS
```

https://desktoporiginator.fanniemae.com/Scripts/Print_CreditFindings.asp?LenderID=NaN550871..   03/19/2002

                                                                EFX01;EXP01;TUC01 R-1

(800-955-8010)
*** ACCOUNT CLOSED BY CONSUMER. ***
-------------------------------------------------------------------------------
```
CITI                1   CHG   02/90                       29 MONTH  00 00 00
412800265073        B   REV   03/93  2850      0 04/93  PAID SATIS
                                                          EFX01;EXP01;TUC01 R-1
```
MAIL ONLY
*** ACCOUNT CLOSED BY CONSUMER. ***
-------------------------------------------------------------------------------

[MISCELLANEOUS]
-------------------------------------------------------------------------------
```
BANK ONE AZ         1   EDU   01/98  1313                 13 MONTH  01 01 01
10052427179201      B   3     01/99                01/99  TRANSFERRED
                                                          EXP01              I-1
)-43211111111      12/98=90  11/98=60  10/98=30
1
```
241 N CENTRAL AVE FL 8
PHOENIX AZ 85004
(602-221-4404)
*** ACCOUNT TRANSFERRED TO ANOTHER LENDER. ***
-------------------------------------------------------------------------------
```
CO STDT LN          1   EDU   08/00  2086                 17 MONTH  00 00 00
52427179202         B   UNK   01/02           0 02/02  TRANSFERRED
                                                          EFX01;EXP01;TUC01 I-1
```
(303-294-5050)
-------------------------------------------------------------------------------
```
CO STDT LN          1   EDU   08/00  5000                 17 MONTH  00 00 00
52427179203         B   UNK   01/02           0 02/02  TRANSFERRED
                                                          EFX01;EXP01;TUC01 I-1
```
(303-294-5050)
-------------------------------------------------------------------------------
```
CO STDT LN          1   EDU   06/00  5250                 06 MONTH  00 00 00
52427179204         B   UNK   12/01           0 02/02  TRANSFERRED
                                                          EFX01;EXP01      I-1
```
(303-294-5050)
-------------------------------------------------------------------------------

                                                                         00194



GERALD  H  ELLER

```
==============================================================================
ACCOUNT NAME      ECOA TYPE OPEN  LIMIT PAST              HISTORY  30 60 90
ACCOUNT NUMBER    BC   TERM LAST  HIGH  PMT      BAL DATE ACCOUNT STATUS
                                                          SOURCE            MOP
==============================================================================
CO STDT LN        1    EDU  06/00 99999                   19 MONTH 00 00 00
52427179201       B    UNK  01/02          0 02/02 TRANSFERRED
                                                   EFX01;TUC01        I-1
```

https://desktoporiginator.fanniemae.com/Scripts/Print_CreditFindings.asp?LenderID=NaN55087:..  03/19/2002


(303-294-5050)
------------------------------------------------------------------------------

[INQUIRIES]
------------------------------------------------------------------------------
03/19/2002              ADVANCED INF                        TUC01
02/20/2002              NCO CREDIT S                        TUC01
02/20/2002              NCO FINANCIAL SYSTEMS               EXP01
                        515 PENNSYLVANIA AVE
                        FORT WASHINGTON PA 19034
                        (215-793-2570)
12/18/2001              CBMKTG-OFC PRSNL MGM                EXP01
                        FED INVESTIGATION PROC C
                        BOYERS PA 16018
                        BYMAILONLY

[CONSUMER STATEMENT]
------------------------------------------------------------------------------
TRANS UNION - BORROWER
------------------------------------------------------------------------------
DO NOT CONFUSE WITH CONSUMERS OF SIMILAR IDENTIFICATION; VERIFY ALL IDENTIFYING
INFORMATION.

------------------------------------------------------------------------------

[CONSUMER REFERRAL INFORMATION]
------------------------------------------------------------------------------
EXPERIAN NATIONAL CONSUMER ASSISTANCE
701 EXPERIAN PARKWAY
PO BOX 949
ALLEN, TEXAS 75013
(888) 397-3742

TRANS UNION
2 BALDWIN PL
PO BOX 1000
CHESTER
PA
19022
(800) 916-8800

00195

03/19/02                    ***** CONTINUED *****                    PAGE   7



GERALD  H  ELLER

EQUIFAX
PO BOX 740241
ATLANTA
GA
30374
(800) 685-1111

This report was processed by Advanced Information Services at
4760 Flintridge Drive, Colorado Springs, CO 89018 (719-528-5151) and contains information
provided by the repositories identified above.  The contents have not been
verified and may include duplicate information. This report may be used for
real estate lending purposes. This report is not a Residential Mortgage Credit

https://desktoporiginator.fanniemae.com/Scripts/Print_CreditFindings.asp?LenderID=NaN55087⁞.   03/19/2002

Report as defined by FHA, VA, FNMA, and FHLMC. It does, however, comply
with announcement 89-13 regarding Timesaver Documentation.

00196

03/19/02                    ***** END OF REPORT *****                    PAGE   8

```
================================================================
                      *** WORKSHEET ***
CREDITOR              BALANCE      MONTHLY      BALANCE      SOURCE
ACCOUNT NUMBER        DATE         PAYMENT      AMOUNT       MOP
================================================================
PROFESSIONAL FINANCE  12/99        0            101          EXP-01
23683201                                                     I-9

            Installment Totals:    0            101

FIRST USA BANK N A    10/98        0            3788         EXP-01
```

https://desktoporiginator.fanniemae.com/Scripts/Print_CreditFindings.asp?LenderID=NaN55087⁣..   03/19/2002

```
441712841800                                                 R-9

CITI                  02/02        20           31           EFX-01
542418032221                                                 R-1

            Revolving Totals:      20           3819


            Grand Totals:          20           3920
```

00197