# DEFENDANT TRANS UNION LLC'S CONCISE STATEMENT OF MATERIAL FACTS AND EVIDENCE

# EXHIBIT "G"

04  ***
P.O. Box 6790
Fullerton, CA 92834

RETURN SERVICE REQUESTED

YOUR TRANSUNION FILE NUMBER: 117390543
PAGE 1 OF 2
DATE THIS REPORT PRINTED: 03/08/2003

SOCIAL SECURITY NUMBER: XXX-XX-1792
BIRTH DATE:                 08/1964
YOU HAVE BEEN IN OUR FILES SINCE: 01/2003

CONSUMER REPORT FOR:

ELLER, GERALD, H
125 SIG BN POB 02
SCHOFIELD, HI 96857

SPECIAL NOTES: YOUR SOCIAL SECURITY NUMBER HAS BEEN MASKED FOR YOUR PROTECTION
YOU MAY REQUEST DISCLOSURE OF THE FULL NUMBER BY WRITING TO US AT THE ADDRESS
FOUND AT THE END OF THIS REPORT. ALSO, ANY ITEM ON YOUR CREDIT REPORT THAT
BEGINS WITH 'MED1' INDICATES MEDICAL INFORMATION. THE DATA FOLLOWING THIS
WORD IS NOT DISPLAYED TO ANYONE BUT YOU.

## YOUR CREDIT INFORMATION

THE FOLLOWING ACCOUNTS ARE REPORTED WITH NO ADVERSE INFORMATION

CITIBANK CBSD NA  PH#: (800) 843-0777
PO BOX 6241, SIOUX FALLS, SD 57117-6241
ACCT# 5424180322212397                    REVOLVING ACCOUNT
ACCT INFO DISPUTED BY CONSUMR              CREDIT CARD
   UPDATED  01/2003    BALANCE:      $393  INDIVIDUAL ACCOUNT
   OPENED   03/1997                        PAY TERMS:   MINIMUM $20
                                           CREDIT LIMIT:      $8000
   STATUS AS OF 01/2003: PAID OR PAYING AS AGREED
   IN PRIOR  3 MONTHS FROM LAST UPDATE NEVER LATE

TU00202

---

SHOULD YOU WISH TO INITIATE AN INVESTIGATION, YOU MAY DO SO,

AT OUR WEB-SITE:
WWW.TRANSUNION.COM/INVESTIGATE

BY MAIL, AFTER COMPLETING AND RETURNING THE ENCLOSED INVESTIGATION
REQUEST FORM TO:
Fraud Victim Assistance Department
P.O. Box 6790
Fullerton, CA 92834-6790

BY PHONE:
1-800-680-7289
OUR BUSINESS HOURS IN YOUR TIME ZONE ARE:
8:30 A.M. TO 4:30 P.M., MONDAY-FRIDAY, EXCEPT MAJOR HOLIDAYS.
PLEASE HAVE YOUR TRANSUNION FILE NUMBER LOCATED AT THE TOP OF THIS PAGE
AVAILABLE.

---

### IMPORTANT

INVESTIGATIONS ARE CONCLUDED WITHIN 30 DAYS FROM THE DATE WE RECEIVE
YOUR REQUEST. A REPORT REFLECTING THE RESULTS OF THE INVESTIGATION WILL
BE SENT TO YOU BY U.S. MAIL AT THE CONCLUSION OF THE INVESTIGATION.