# DEFENDANT TRANS UNION LLC'S CONCISE STATEMENT OF MATERIAL FACTS AND EVIDENCE

# EXHIBIT "H"

```
                                      YOUR TRANS UNION FILE NUMBER: 117390543
P.O. Box 2000                         PAGE    1 OF  1
Chester, PA 19022                     DATE THIS REPORT PRINTED: 04/30/2003

RETURN SERVICE REQUESTED              SOCIAL SECURITY NUMBER: 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
                                      BIRTH DATE:                  08/1964
                                      YOU HAVE BEEN IN OUR FILES SINCE: 01/2003
```

CONSUMER REPORT FOR:

ELLER, GERALD, H
125 SIG BN POB 02
SCHOFIELD, HI 96857

YOUR CREDIT INFORMATION

THE FOLLOWING ACCOUNTS ARE REPORTED WITH NO ADVERSE INFORMATION

```
CITIBANK CBSD NA              # 5424180322212397    REVOLVING ACCOUNT
ACCT INFO DISPUTED BY CONSUMR                       CREDIT CARD
   UPDATED   04/2003    BALANCE:         $3808      INDIVIDUAL ACCOUNT
   OPENED    03/1997                                PAY TERMS:    MINIMUM $79
                                                    CREDIT LIMIT:        $8000
   STATUS AS OF 04/2003: PAID OR PAYING AS AGREED
   IN PRIOR  5 MONTHS FROM LAST UPDATE NEVER LATE
```

SHOULD YOU WISH TO INITIATE AN INVESTIGATION, YOU MAY DO SO,

AT OUR WEB-SITE:
WWW.TRANSUNION.COM/INVESTIGATE

BY MAIL, AFTER COMPLETING AND RETURNING THE ENCLOSED INVESTIGATION
REQUEST FORM TO:
TransUnion Consumer Relations
P.O. Box 2000
Chester, PA 19022-2000

BY PHONE:
1-800-916-8800
OUR BUSINESS HOURS IN YOUR TIME ZONE ARE:
8:30 A.M. TO 4:30 P.M., MONDAY-FRIDAY, EXCEPT MAJOR HOLIDAYS.
PLEASE HAVE YOUR TRANSUNION FILE NUMBER LOCATED AT THE TOP OF THIS PAGE
AVAILABLE.

---

IMPORTANT

INVESTIGATIONS ARE CONCLUDED WITHIN 30 DAYS FROM THE DATE WE RECEIVE
YOUR REQUEST. A REPORT REFLECTING THE RESULTS OF THE INVESTIGATION WILL
BE SENT TO YOU BY U.S. MAIL AT THE CONCLUSION OF THE INVESTIGATION.

TU00204