# DEFENDANT TRANS UNION LLC'S CONCISE STATEMENT OF MATERIAL FACTS AND EVIDENCE

# EXHIBIT "I"

Free Online Credit Report - credit check monitoring, credit rating, credit scores

<< Back To My Credit Center

Prepared for: GERALD H ELLER Report Date: Oct 3, 2003

Personal Profile
Here you will find the personal information contained in your credit file, including your legal name(s), and previous addresses, current and previous current employers, and date of birth.

Name: GERALD H ELLER  GERALD H ELLER  GERALD H ELLER
Also Known As:  N/A N/A
Year of Birth: 1964 1964 1964
Current Address: 95-2040 WAIKALANI PL APT E103
MILILANI HI 96789-3409 3601 COUNTY ROAD 19
FLORENCE CO 81226 952040 WAIKALANI PL
MILILANI HI 96789
Previous Address(es): 125 SIG BN
SCHOFIELD HI 96857

125TH SIG BN # 2
SCHOFIELD HI 96857
2626 MANASSAS WAY
COLORADO SPRINGS CO 80922

6441 JONATHAN CT
COLORADO SPRINGS CO 80918 125 SIG BN POB 02
SCHOFIELD HI 96857

Current Employer: No Employment Details Listed STANDARD
BEAUTY
SUPPLY No Employment Details Listed
Previous Employer(s): N/A KAYERS SONS
N/A
^Top of Page^
Credit Summary
This section gives you a broad look at your current and past credit status. Here you'll find the total number of closed and open accounts in your name, the total balance on those accounts, whether you have any delinquencies, and the number of inquiries made into your credit file

00204

```
                within the past 6 months.


                Real Estate Accounts:
                Count: 1 1 0
                Balance ($): $0 $0 $0
                Current: 1 1 0
                Delinquent: 0 0 0
                Other: 0 0 0
                Revolving Accounts:
                Count: 10 7 3
                Balance ($): $200 $200 $200
                Current: 10 7 3
                Delinquent: 0 0 0
                Other: 0 0 0
                Installment Accounts:
                Count: 9 8 0
                Balance ($): $12,443 $12,443 $0
                Current: 6 8 0
                Delinquent: 0 0 0
                Other: 3 0 0
                Other Accounts:
                Count: 0 0 0
                Balance ($): $0 $0 $0
                Current: 0 0 0
                Delinquent: 0 0 0
                Other: 0 0 0
                Collection Accounts:
                Count: 0 0 0
                Balance ($): $0 $0 $0
                Current: 0 0 0
                Delinquent: 0 0 0
                Other: 0 0 0
                Total Accounts:
                Count: 20 16 3
                Balance ($): $12,643 $12,643 $200
                Current: 17 16 3
                Delinquent: 0 0 0
                Other: 3 0 0
                Accounts Summary:
                Open Accounts: 8 7 3
                Closed Accounts: 12 9 0
                Public Records: 0 0 0
                Inquiries (Prev 6 Months): 0 1 0
                ^Top of Page^
                  Public Records
                    The information in this section comes from federal
                    district bankruptcy records, state and county court
                    records, tax liens and monetary judgments, and in
some
                    states, overdue child support records. Public
records
                    remain on your credit report for 7-10 years.

                    There are 0 public record items on your report.

                ^Top of Page^
                  Credit Inquiries
                    This section contains the names of those who
obtained a
```

00205

copy of your credit report. Inquiries remain on your
report up to two years.

SUN ESTATES
All Others - Business Machines, Catering, Vending
Machines, Schools, Aircraft Leasing, Railroads, Clubs,
Lodges, Shopping Centers, Travel Agencies
Jun 24, 2003

CBM/OFFC PRSNL MGMT
Federal Government
Apr 25, 2002

TC/ADVANCED INFO SERVI
Credit Report Brokers
Mar 19, 2002

NCO FINANCIAL SYSTEMS
Mortgage Reporters
Feb 20, 2002

CBM/OFFC PRSNL MGMT
Federal Government
Dec 18, 2001

^Top of Page^
Account History
This section contains specific information on each
account you've opened in the past. Positive information

about your accounts remains on your report indefinitely.


1ST NATIONWIDE MORTG

Account Name: FIRST NATIONWIDE MTG1ST NATIONWIDE MORTG
Account Number: 577577750XXXX577577750XXXX
Acct Type: Va Real Estate Loan Real Estate
Acct Status: Closed Closed
Monthly Payment: $0 $931
Date Open: Aug, 1996 Aug, 1996
Balance: $0 $0
Terms: 360 Months N/A
High Balance: N/A $110,000
Limit: N/A N/A
Past Due: $0 $0
Remarks: N/A PAID ACCOUNT / ZERO BALANCE
REAL ESTATE MORTGAGE
Payment Status: Paid satisfactorily Pays account as agreed
 Account Two Year History
    Year: Year 1Year 2
    1997 > 1998 >
    Month: 567891011121234567891011121234
    Experian:
    Equifax:

^Top of Page^

BANK ONE

Account Name: BANK ONE
Account Number: 1005242717XXXX
Acct Type: Education Loan
Acct Status: Closed
Monthly Payment: $0
Date Open: Jan, 1998
Balance: $0
Terms: Unknown
High Balance: N/A
Limit: N/A
Past Due: $0
Remarks: N/A
Payment Status: Paid satisfactorily
 Account Two Year History
       Year: Year 1Year 2
       1997 > 1998 >
       Month: 4567891011121234567891011112123
       Experian:

       ^Top of Page^

CITI

Account Name: CITI
Account Number: 41280026XXXX
Acct Type: Credit Card - Revolving Terms
Acct Status: Closed
Monthly Payment: $0
Date Open: Feb, 1990
Balance: $0
Terms: Revolving
High Balance: N/A
Limit: N/A
Past Due: $0
Remarks: Credit line closed-consumer request-reported by
subscriber
Payment Status: Current
 Account Two Year History
       Year: Year 1Year 2
       1995 > 1996 >
       Month: 5678910111212345678910111121234
       Experian:

       ^Top of Page^

CITI CARDS CBSDNA

Account Name: CITICITI CARDS CBSDNACITI
Account Number: 54241803XXXX 54241803XXXX
Acct Type: Credit Card - Revolving Terms Revolving or
Option
Revolving account
Acct Status: Open Open Open
Monthly Payment: $20 $20 $20
Date Open: Mar, 1997 Mar, 1997 Mar, 1997
Balance: $200 $200 $200
Terms: Revolving N/A Minimum

00207

```
                    High Balance: N/A $8,000 $0
                    Limit: $8,000 N/A $8,000
                    Past Due: $0 $0 $0
                    Remarks: Account in dispute-reported by subscriber N/A
                    CREDIT CARD Account information disputed by consumer
                    Payment Status: Current Pays account as agreed Paid or
paying
                    as agreed
                     Account Two Year History
                          Year: Year 1Year 2
                          2002 > 2003 >
                          Month: 101112123456789101112123456789
                          Experian:
                          Equifax:
                          Trans Union:

                          ^Top of Page^

                    COLORADO STUDENT LOA

                    Account Name: COLORADO STUDENT LN PRCOLORADO STUDENT LOA
                    Account Number: 5242717XXXX5242717XXXX
                    Acct Type: Education Loan Installment
                    Acct Status: Closed Closed
                    Monthly Payment: $0 $0
                    Date Open: Jun, 2000 Jun, 2000
                    Balance: $0 $0
                    Terms: 103 Months N/A
                    High Balance: N/A $5,250
                    Limit: N/A N/A
                    Past Due: $0 $0
                    Remarks: N/A ACCOUNT TRANSFERRED OR SOLD
                    STUDENT LOAN
                    Payment Status: Account transferred to another office Pays
                    account as agreed
                     Account Two Year History
                          Year: Year 1Year 2
                          2001 > 2002 >
                          Month: 345678910111212345678910111212
                          Experian:
                          Equifax:

                          ^Top of Page^

                    COLORADO STUDENT LOA

                    Account Name: COLORADO STUDENT LN PRCOLORADO STUDENT LOA
                    Account Number: 5242717XXXX5242717XXXX
                    Acct Type: Education Loan Installment
                    Acct Status: Closed Closed
                    Monthly Payment: $0 $0
                    Date Open: Aug, 2000 Aug, 2000
                    Balance: $0 $0
                    Terms: 104 Months N/A
                    High Balance: N/A $5,000
                    Limit: N/A N/A
                    Past Due: $0 $0
                    Remarks: N/A ACCOUNT TRANSFERRED OR SOLD
                    STUDENT LOAN
                    Payment Status: Account transferred to another office Pays
```

00208

```
account as agreed
 Account Two Year History
      Year: Year 1Year 2
      2001 > 2002 >
      Month: 34567891011121234567891011212
      Experian:
      Equifax:

      ^Top of Page^

COLORADO STUDENT LOA

Account Name: COLORADO STUDENT LN PRCOLORADO STUDENT LOA
Account Number: 5242717XXXX5242717XXXX
Acct Type: Education Loan Installment
Acct Status: Closed Closed
Monthly Payment: $0 $0
Date Open: Aug, 2000 Aug, 2000
Balance: $0 $0
Terms: 104 Months N/A
High Balance: N/A $2,086
Limit: N/A N/A
Past Due: $0 $0
Remarks: N/A ACCOUNT TRANSFERRED OR SOLD
STUDENT LOAN
Payment Status: Account transferred to another office Pays
account as agreed
 Account Two Year History
      Year: Year 1Year 2
      2001 > 2002 >
      Month: 34567891011121234567891011212
      Experian:
      Equifax:

      ^Top of Page^

COLORADO STUDENT LOA

Account Name: COLORADO STUDENT LOA
Account Number: 5242717XXXX
Acct Type:  Installment
Acct Status:  Closed
Monthly Payment:  $0
Date Open:  Jun, 2000
Balance:  $0
Terms:  N/A
High Balance:  $99,999
Limit:  N/A
Past Due:  $0
Remarks:  ACCOUNT TRANSFERRED OR SOLD
STUDENT LOAN
Payment Status:  Pays account as agreed
 Account Two Year History
      Year: Year 1Year 2
      2001 > 2002 >
      Month: 34567891011121234567891011212
      Equifax:

      ^Top of Page^
```

00209

FIRST USA BANK

Account Name: FIRST USA BANK
Account Number:
Acct Type:  Revolving or Option
Acct Status:  Open
Monthly Payment:  $0
Date Open:  Oct, 1997
Balance:  $0
Terms:  N/A
High Balance:  $0
Limit:  $10,400
Past Due:  $0
Remarks:  CREDIT CARD

Payment Status:  Pays account as agreed
 Account Two Year History
      Year: Year 1Year 2
      2002 > 2003 >
      Month: 101112123456789101112123456789
      Equifax:

      ^Top of Page^

FIRST USA BANK

Account Name: FIRST USA BANK
Account Number: 42504XXXX
Acct Type: Credit Card - Revolving Terms
Acct Status: Closed
Monthly Payment: $0
Date Open: Jan, 1993
Balance: $0
Terms: Revolving
High Balance: $6,600
Limit: $10,000
Past Due: $0
Remarks: Credit line closed-consumer request-reported by subscriber
Payment Status: Current
 Account Two Year History
      Year: Year 1Year 2
      1997 > 1998 >
      Month: 6789101112123456789101111212345
      Experian:

      ^Top of Page^

FIRST USA BANK N A

Account Name: FIRST USA BANK N AFST USA BK B
Account Number: 44171258XXXX 44171258XXXX
Acct Type: Credit Card - Revolving Terms   Revolving account

Acct Status: Open  Open
Monthly Payment: $0  $0
Date Open: Oct, 1997  Oct, 1997
Balance: $0  $0
Terms: Revolving  N/A
High Balance: $9,000  $4,433

00210

```
                Limit: $10,400  $10,400
                Past Due: $0  $0
                Remarks: N/A  N/A
                Payment Status: Current  Paid or paying as agreed
                 Account Two Year History
                     Year: Year 1Year 2
                     2002 > 2003 >
                     Month: 101112123456789101112123456789
                     Experian:
                     Trans Union:

                 ^Top of Page^

                FIRST USA BANK, NA

                Account Name: FIRST USA BANKFIRST USA BANK, NA
                Account Number: 43661330XXXX
                Acct Type: Credit Card - Revolving Terms Revolving or
Option
                Acct Status: Closed Closed
                Monthly Payment: $0 $0
                Date Open: Jan, 1993 Jan, 1993
                Balance: $0 $0
                Terms: Revolving N/A
                High Balance: $10,000 $10,000
                Limit: $10,000 N/A
                Past Due: $0 $0
                Remarks: Credit line closed-consumer request-reported by
                subscriber ACCOUNT CLOSED BY CONSUMER
                PAID ACCOUNT / ZERO BALANCE
                Payment Status: Paid satisfactorily Pays account as agreed
                 Account Two Year History
                     Year: Year 1Year 2
                     1999 > 2000 >
                     Month: 3456789101112123456789101112
                     Experian:
                     Equifax:

                 ^Top of Page^

                FIRST USA BANK, NA

                Account Name: FIRST USA BANK, NA
                Account Number:
                Acct Type:  Revolving or Option
                Acct Status:  Closed
                Monthly Payment:  $0
                Date Open: Jan, 1993
                Balance: $0
                Terms: N/A
                High Balance: $0
                Limit: $10,000
                Past Due: $0
                Remarks:  ACCOUNT CLOSED BY CONSUMER

                Payment Status:  Pays account as agreed
                 Account Two Year History
                     Year: Year 1Year 2
                     1997 > 1998 >
                     Month: 67891011121234567891011121 2345
```

00211

Equifax:

^Top of Page^

HHLD BANK

Account Name: HHLD BANK
Account Number: 242105XXXX
Acct Type: Credit Card - Revolving Terms
Acct Status: Closed
Monthly Payment: $0
Date Open: Apr, 1994
Balance: $0
Terms: Revolving
High Balance: N/A
Limit: $6,000
Past Due: $0
Remarks: Credit line closed-consumer request-reported by subscriber
Payment Status: Current
 Account Two Year History
      Year: Year 1Year 2
      1999 > 2000 >
      Month: 567891011121234567891011121234
      Experian:

^Top of Page^

HOUSEHOLD BANK

Account Name: HOUSEHOLD BANK
Account Number:
Acct Type: Revolving or Option
Acct Status: Closed
Monthly Payment: $0
Date Open: Apr, 1994
Balance: $0
Terms: N/A
High Balance: $6,000
Limit: N/A
Past Due: $0
Remarks: ACCOUNT CLOSED BY CONSUMER
CREDIT CARD
Payment Status: Pays account as agreed
 Account Two Year History
      Year: Year 1Year 2
      1999 > 2000 >
      Month: 456789101112123456789101112123
      Equifax:

^Top of Page^

HOUSEHOLD BANK

Account Name: HHLD BANKHOUSEHOLD BANK
Account Number: 000003XXXX
Acct Type: Credit Card - Revolving Terms Revolving or Option

Acct Status: Closed Closed
Monthly Payment: $0 $0

00212

http://65.54.168.250/cgi-bin/getrep?xxxxx=E0000000018...

```
Date Open: May, 1997 May, 1997
Balance: $0 $0
Terms: Revolving N/A
High Balance: $7,207 $8,000
Limit: $8,000 N/A
Past Due: $0 $0
Remarks: Credit line closed-consumer request-reported by
subscriber ACCOUNT CLOSED BY CONSUMER
CREDIT CARD
Payment Status: Current Pays account as agreed
 Account Two Year History
      Year: Year 1Year 2
      1999 > 2000 >
      Month: 5678910111212345678910111121234
      Experian:
      Equifax:

      ^Top of Page^

KEY BANK USA NA

Account Name: KEY BANK USA NA
Account Number: 900000119XXXX
Acct Type: Recreational Merchandise
Acct Status: Closed
Monthly Payment: $0
Date Open: Jul, 1995
Balance: $0
Terms: 144 Months
High Balance: N/A
Limit: N/A
Past Due: $0
Remarks: N/A
Payment Status: Paid satisfactorily
 Account Two Year History
      Year: Year 1Year 2
      1999 > 2000 >
      Month: 678910111212345678910111212345
      Experian:

      ^Top of Page^

MBGA/JC PENNEY

Account Name: MBGA/JC PENNEY
Account Number: 79657XXXX
Acct Type: Revolving Charge Account
Acct Status: Open
Monthly Payment: $0
Date Open: Sep, 1990
Balance: $0
Terms: Revolving
High Balance: $24
Limit: N/A
Past Due: $0
Remarks: N/A
Payment Status: Current
 Account Two Year History
      Year: Year 1Year 2
      1995 > 1996 >
```

```
Month: 67891011121234567891011121235
Experian:
```

^Top of Page^

NELNET LOAN SERVICES

Account Name: NELNET LNSNELNET LOAN SERVICES
Account Number: 5242717XXXX717XXXX
Acct Type: Education Loan-Installment
Acct Status: Open Open
Monthly Payment: $56 $22
Date Open: Aug, 2000 Aug, 2000
Balance: $4,294 $1,774
Terms: 120 Months N/A
High Balance: N/A $2,086
Limit: N/A N/A
Past Due: $0 $0
Remarks: N/A STUDENT LOAN
Payment Status: Current Pays account as agreed
 Account Two Year History
       Year: Year 1Year 2
       2002 > 2003 >
       Month: 101112123456789101112123456789
       Experian:
       Equifax:

^Top of Page^

NELNET LOAN SERVICES

Account Name: NELNET LNSNELNET LOAN SERVICES
Account Number: 5242717XXXX717XXXX
Acct Type: Education Loan Installment
Acct Status: Open Open
Monthly Payment: $22 $56
Date Open: Aug, 2000 Aug, 2000
Balance: $1,774 $4,294
Terms: 120 Months N/A
High Balance: N/A $5,000
Limit: N/A N/A
Past Due: $0 $0
Remarks: N/A STUDENT LOAN
Payment Status: Current Pays account as agreed
 Account Two Year History
       Year: Year 1Year 2
       2002 > 2003 >
       Month: 101112123456789101112123456789
       Experian:
       Equifax:

^Top of Page^

NELNET LOAN SERVICES

Account Name: NELNET LNSNELNET LOAN SERVICES
Account Number: 5242717XXXX717XXXX
Acct Type: Education Loan Installment
Acct Status: Open Open
Monthly Payment: $38 $38

00214

```
Date Open: Jul, 2000 Jul, 2000
Balance: $2,915 $2,915
Terms: 120 Months N/A
High Balance: N/A $3,414
Limit: N/A N/A
Past Due: $0 $0
Remarks: N/A STUDENT LOAN
Payment Status: Current Pays account as agreed
 Account Two Year History
    Year: Year 1Year 2
    2002 > 2003 >
    Month: 101112123456789101112123456789
    Experian:
    Equifax:

   ^Top of Page^
```

NELNET LOAN SERVICES

Account Name: NELNET LNSNELNET LOAN SERVICES
Account Number: 5242717XXXX717XXXX
Acct Type: Education Loan Installment
Acct Status: Open Open
Monthly Payment: $44 $44
Date Open: Aug, 2001 Aug, 2001
Balance: $3,460 $3,460
Terms: 120 Months N/A
High Balance: N/A $5,250
Limit: N/A N/A
Past Due: $0 $0
Remarks: N/A STUDENT LOAN
Payment Status: Current Pays account as agreed
 Account Two Year History
    Year: Year 1Year 2
    2002 > 2003 >
    Month: 101112123456789101112123456789
    Experian:
    Equifax:

   ^Top of Page^

SIGNET BANK

Account Name: SIGNET BANK
Account Number: 41217412XXXX
Acct Type: Credit Card - Revolving Terms
Acct Status: Closed
Monthly Payment: $0
Date Open: Oct, 1990
Balance: $0
Terms: Revolving
High Balance: N/A
Limit: N/A
Past Due: $0
Remarks: Credit line closed-grantor request-reported by subscriber
Payment Status: Current
 Account Two Year History
    Year: Year 1Year 2
    1995 > 1996 >

00215

```
            Month: 6789101112123456789101112345
            Experian:

            ^Top of Page^

            UNIVERSAL CARD/CBSDN

            Account Name: UNIVERSAL CARD/CBSDN
            Account Number:
            Acct Type:  Revolving or Option
            Acct Status: Open
            Monthly Payment: $0
            Date Open:  May, 1990
            Balance: $0
            Terms:  N/A
            High Balance: $0
            Limit: $6,200
            Past Due: $0
            Remarks:  CREDIT CARD

            Payment Status: Pays account as agreed
             Account Two Year History
                  Year: Year 1Year 2
                  2002 > 2003 >
                  Month: 910111212345678910111212345678
                  Equifax:

                  ^Top of Page^

            UNVL/CITI

            Account Name: UNVL/CITIUNVL/CITI
            Account Number: 54911301XXXX  54911301XXXX
            Acct Type: Credit Card - Revolving Terms   Revolving
```
account
```
            Acct Status: Open   Open
            Monthly Payment: $0   $0
            Date Open: May, 1990   May, 1990
            Balance: $0   $0
            Terms: Revolving   N/A
            High Balance: $536   $0
            Limit: $6,200   $6,200
            Past Due: $0   $0
            Remarks: N/A   N/A
            Payment Status: Current   Paid or paying as agreed
             Account Two Year History
                  Year: Year 1Year 2
                  2002 > 2003 >
                  Month: 10111212345678910111212123456789
                  ~~Experian:~~
                  Trans Union:

                  ^Top of Page^

                  Legend
                  Current 90 Days Late
                  No Data Provided*120 Days Late
                  30 Days LateChargeoff or Collection
                  60 Days LateRepossession or Foreclosure
                  Payment Plan
```

00216

*Sometimes the credit bureaus do not have information

from a particular month on file.

Credit Score
A Credit Score is a numerical representation of your
credit worthiness. The majority of lenders use some sort

of credit scoring model to help predict what kind of
credit risk you may be. For each bureau's score and
personalized analysis, click on the colored tabs below.

Equifax
This Credit Score is based on information from your
Experian credit report.
Your credit score is calculated using the information in

your credit report. Since information often differs
among your three credit reports, your credit scores
based on those reports will also vary.
Your Score is: 803   on a scale of 350 - 850Click here

for 0-100 scale
Your Credit Category is:


Percentile:  Your credit rating ranks higher than 99% of

U.S. consumers.

About your Credit Score:
Credit scores are based on the information in your
credit bureau record. The majority of CreditXpert Credit

Scores(tm) are between 350 and 850. Higher scores are

better. With a high score, you have a good chance of
getting the credit and loan(s) you want. Keep in mind

that when lenders consider a loan or credit application,

they generally ask for more information because credit

scores are not the only factor they use in making
decisions. Typically, this includes personal data (such

as income and monthly payments) used to determine your

ability to pay.
What your Credit Score means:
Thanks to your very high CreditXpert Credit

00217

http://65.54.168.250/cgi-bin/...   10/20/2003