# DEFENDANT TRANS UNION LLC'S CONCISE STATEMENT OF MATERIAL FACTS AND EVIDENCE

# EXHIBIT "L"

```
**** OPM SCORE:09 *****        C R E D I T   R E P O R T       ** FULL DATA REPORT ***
** CASE CATEGORY: 4 ***                                         ************************
*************************      GERALD H ELLER                   0002487****************
 CUSTOMER: 0013 OP001          700 CHEYENNE BV                  ACCESS TIME: 01:43
 FILE SINCE: 00/00             COLORADO SPRINGS CO 80906        ACCESS DATE: 12/18/01
 LAST ACTIV: 00/00             SOC-SEC: 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             CS/REF BCOA
 REPORTS COMBINED: 02          02375468  E01  0008B00003687     02375468  E01  0008B0
```

| GERALD H ELLER | *** BUREAU NAME AND ADDRESS ** | 00003687 PAGE 1 |
|---|---|---|
| EXPERIAN<br>701 EXPERIAN PARKWAY<br>ALLEN, TEXAS 75013-0036<br>(888) 397-3742 | | 1XX |

| GERALD H ELLER | *** SECURITY ALERT *** | 00003687 PAGE 2 |
|---|---|---|
| 0044 AKA: WILLARD<br>0042 NICKNAME: JERRY<br>0044 AKA: HANSEN<br>0044 AKA: WILLIARD | | EXP<br>EXP<br>EXP<br>EXP |

| GERALD H ELLER | *** SUBJECT INFORMATION *** | 00003687 PAGE 3 |
|---|---|---|
| | | EXP |
| NM: GERALD H ELLER<br>SS: 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 | | EXP |
| AD: 2626 MANASSAS WAY<br>    COLORADO SPRINGS CO 80922112 REPTD: 11/00 | | EXP |
| 6441 JONATHAN CT UNIT 2<br>COLORADO SPRINGS CO 80918140 REPTD: 08/00 | | EXP |
| 6441 JONATHAN CT UN<br>COLO SPRINGS CO 52001     REPTD: 09/00 | | EXP |

**CONFIDENTIAL**

156

```
                                      040389228019
GERALD H ELLER         *** EMPLOYMENT SECTION ***         00003687   PAGE 4

FIRE DEPT
                                          SINCE
MONTHLY INCOME:    $0   LEFT: 00/00   REPT: 04/98   VERI: 00/00           EXP

CITY AND COUNTY OF DENV
                                          SINCE
MONTHLY INCOME:    $0   LEFT: 00/00   REPT: 03/98   VERI: 00/00           EXP
```

```
GERALD H ELLER            *** TRADE SECTION ***           00003687   PAGE 5

CREDITOR/SUBC/ DATE  DATE  LAST  DATE  CREDIT           HIGH     PAST
 ACCOUNT#/KOB  OPEN  REPORT ACT   BAL   LIMIT  BALANCE  CREDIT    DUE  ECOA/ACCT
----------------------------------------------------------------------------
                                                                      INDIV ACC
AT&T WIRELESS 09/98 03/00       03/00   UNKN                          REVOLVING
 3994995                  MOP:ACCOUNT PAID SATISFACTORILY
 4500000080598279         TERMS:                        MTHS/REV: 019     EXP
 SERVICES, N/ELSEWHERE    PTRN.:02/00 000000000000/000000    30=00 60=00 90=00
              LOAN TYPE: UNKNOWN - CREDIT EXTENSION, REVIEW, OR COLLECTIO
10000 GOETHE RD SACRAMENTO CA 95827
----------------------------------------------------------------------------
                                                                      INDIV ACC
BANK ONE AZ   01/98 01/99       01/99   $1313                         INSTALLMT
 8100248                  MOP:ACCOUNT TRANSFERRED TO ANOTHER OFFICE
 10052427179201           TERMS:003 MOS                 MTHS/REV: 013     EXP
 BANKS                    PTRN.:12/98 432111111111/         30=01 60=01 90=01
              LOAN TYPE: EDUCATION LOAN
        ACCOUNT TRANSFERRED TO ANOTHER LENDER
241 N CENTRAL AVE FL 8 PHOENIX AZ 85004 (602) 221-4404
----------------------------------------------------------------------------
                                                                      INDIV ACC
BANK ONE AZ   01/98 03/98       03/98   $757                          INSTALLMT
 8100248                  MOP:ACCOUNT PAID SATISFACTORILY
 10052427179202           TERMS:                        MTHS/REV: 003     EXP
 BANKS                    PTRN.:02/98 11         /          30=00 60=00 90=00
              LOAN TYPE: EDUCATION LOAN
241 N CENTRAL AVE FL 8 PHOENIX AZ 85004 (602) 221-4404
----------------------------------------------------------------------------
```

**CONFIDENTIAL**

157

```
GERALD H ELLER              *** TRADE SECTION 040389228020 CONT.    00003687  PAGE  6

CREDITOR/SUBC/  DATE  DATE LAST DATE  CREDIT              HIGH        PAST
ACCOUNT#/KOB    OPEN  REPORT ACT BAL  LIMIT    BALANCE    CREDIT      DUE   ECOA/ACCT
---------------------------------------------------------------------------------------
CITIBANK MAST  03/97 09/01 08/01 09/01   $8000     $250                    INDIV ACC
1240000                MOP:ACCOUNT IN GOOD STANDING                        REVOLVING
542418032221           TERMS:   $20/MO                  MTHS/REV: 055      EXP
BANKS                  PTRN.:08/01 111111111111/111111111111 30=00 60=00 90=00
               LOAN TYPE: CREDIT CARD TERMS REVOLVING
         ACCOUNT IN DISPUTE - REPORTED BY SUBSCRIBER (FCBA)
PO BOX 6500 SIOUX FALLS SD 57117 BYMAILONLY
---------------------------------------------------------------------------------------
CITIBANK VISA  02/90 04/96 11/92 04/96   UNKN       $0                     INDIV ACC
1260847                MOP:ACCOUNT IN GOOD STANDING                        REVOLVING
412800265073           TERMS:                           MTHS/REV: 076      EXP
BANKS                  PTRN.:03/96 000000000000/000000000000 30=00 60=00 90=00
               LOAN TYPE: CREDIT CARD TERMS REVOLVING
         ACCOUNT CLOSED AT CONSUMERS REQUEST
PO BOX 6500 SIOUX FALLS SD 57117 BYMAILONLY
---------------------------------------------------------------------------------------
COLORADO STUD  08/00 11/01       11/01   $2086    $2070                    INDIV ACC
3901994                MOP:ACCOUNT IN GOOD STANDING                        INSTALLMT
52427179202            TERMS:   $26/MO FOR 104 MOS      MTHS/REV: 016      EXP
FEDERAL                PTRN.:10/01 111101111111/111        30=00 60=00 90=00
               LOAN TYPE: EDUCATION LOAN
         STUDENT LOAN PAYMENT DEFERRED
999 18TH ST STE 425 DENVER CO 80202 (303) 294-5050
---------------------------------------------------------------------------------------
COLORADO STUD  08/00 11/01       11/01   $5000    $4940                    INDIV ACC
3901994                MOP:ACCOUNT IN GOOD STANDING                        INSTALLMT
52427179203            TERMS:   $62/MO FOR 104 MOS      MTHS/REV: 016      EXP
FEDERAL                PTRN.:10/01 111101111111/111        30=00 60=00 90=00
               LOAN TYPE: EDUCATION LOAN
         STUDENT LOAN PAYMENT DEFERRED
999 18TH ST STE 425 DENVER CO 80202 (303) 294-5050
---------------------------------------------------------------------------------------
COLORADO STUD  06/00 11/01       11/01   $5250    $4030                    INDIV ACC
3901994                MOP:ACCOUNT IN GOOD STANDING                        INSTALLMT
52427179204            TERMS:   $50/MO FOR 103 MOS      MTHS/REV: 004      EXP
FEDERAL                PTRN.:10/01 111          /            30=00 60=00 90=00
               LOAN TYPE: EDUCATION LOAN
         STUDENT LOAN PAYMENT DEFERRED
999 18TH ST STE 425 DENVER CO 80202 (303) 294-5050
---------------------------------------------------------------------------------------
```

CONFIDENTIAL

158

```
GERALD H ELLER            *** TRADE SECTION ***   CONT.   00003687  PAGE 7

CREDITOR/SUBC/ DATE  DATE  LAST  DATE  CREDIT           HIGH      PAST
ACCOUNT#/KOB   OPEN  REPORT ACT  BAL   LIMIT  BALANCE   CREDIT    DUE  ECOA/ACCT
---------------------------------------------------------------------------------
FIRST USA BAN 01/93 05/98 10/97 05/98  $10000    $0     $6600          JOINT ACC
 1233910            MOP:ACCOUNT IN GOOD STANDING                       REVOLVING
 425047144          TERMS:                            MTHS/REV: 066    EXP
 BANKS              PTRN.:04/98 000000010001/111111111011 30=00 60=00 90=00
             LOAN TYPE: CREDIT CARD TERMS REVOLVING
         ACCOUNT CLOSED AT CONSUMERS REQUEST
FCC NATL BK 300 KING ST WILMINGTON DE 19801 (847) 488-8604
---------------------------------------------------------------------------------
FIRST USA BAN 01/93 10/99       10/99  $10000          $10000          INDIV ACC
 1233910            MOP:ACCOUNT PAID SATISFACTORILY                    REVOLVING
 436613303499       TERMS:                            MTHS/REV: 027    EXP
 BANKS              PTRN.:09/99 111111111111/111111111111 30=00 60=00 90=00
             LOAN TYPE: CREDIT CARD TERMS REVOLVING
         ACCOUNT CLOSED AT CONSUMERS REQUEST
FCC NATL BK 300 KING ST WILMINGTON DE 19801 (847) 488-8604
---------------------------------------------------------------------------------
FIRST USA BAN 11/97 10/98       10/98                   $3788          INDIV ACC
 1260958            MOP:UNPD BAL REPORTED AS LOSS BY CR GRANTOR        REVOLVING
 441712841800       TERMS:                            MTHS/REV: 012    EXP
 BANKS              PTRN.:                                     30=01 60=01 90=01
             DATE/RATE HIST:       $3788 CHG-OFF
             LOAN TYPE: CREDIT CARD TERMS REVOLVING
1523 CONCORD PK WILMINGTON DE 19803 (800) 955-9900
---------------------------------------------------------------------------------
FIRST USA BAN 10/97 11/01 01/01 11/01  $9000     $0     $9000          INDIV ACC
 1260958            MOP:ACCOUNT IN GOOD STANDING                       REVOLVING
 441712581010       TERMS:                            MTHS/REV: 050    EXP
 BANKS              PTRN.:10/01 000000000111/001100000000 30=00 60=00 90=00
             LOAN TYPE: CREDIT CARD TERMS REVOLVING
1523 CONCORD PK WILMINGTON DE 19803 (800) 955-9900
---------------------------------------------------------------------------------
HHLD BANK    04/94 04/00       04/00            $6000                  INDIV ACC
 3200714            MOP:ACCOUNT IN GOOD STANDING                       REVOLVING
 2421054254         TERMS:                            MTHS/REV: 016    EXP
 BANKS              PTRN.:03/00 000000000000/000                30=00 60=00 90=00
             LOAN TYPE: CREDIT CARD TERMS REVOLVING
         ACCOUNT CLOSED AT CONSUMERS REQUEST
PO BOX 98706 LAS VEGAS NV 89193
```

**CONFIDENTIAL**

159

```
                                                  040389228022
GERALD H ELLER            *** TRADE SECTION ***         CONT.   00003687  PAGE 8

                                                          HIGH       PAST
CREDITOR/SUBC/ DATE  DATE  LAST  DATE  CREDIT             CREDIT     DUE   ECOA/ACCT
ACCOUNT#/KOB   OPEN  REPORT ACT  BAL   LIMIT  BALANCE
----------------------------------------------------------------------------------
HHLD BANK      05/97 07/99 09/97 04/00 $8000              $7207            INDIV ACC
 3200714                 MOP:ACCOUNT IN GOOD STANDING                      REVOLVING
 0000036272              TERMS:                      MTHS/REV: 072      EXP
 BANKS                   PTRN.:                          30=00 60=00 90=00
                   LOAN TYPE: CREDIT CARD TERMS REVOLVING
             ACCOUNT CLOSED AT CONSUMERS REQUEST
PO BOX 98706 LAS VEGAS NV 89193
----------------------------------------------------------------------------------
KEY BANK USA   07/95 05/00       05/00 $11997                              JOINT ACC
 1123500                 MOP:ACCOUNT PAID SATISFACTORILY                   INSTALLMT
 9000001199367           TERMS:144 MOS                MTHS/REV: 059      EXP
 BANKS                   PTRN.:04/00 111111111111/111111101111 30=00 60=00 90=00
                   LOAN TYPE: RECREATIONAL MERCHANDISE
66 S PEARL ST ALBANY NY 12207 BYMAILONLY
----------------------------------------------------------------------------------
MBGA/JC PENNE  09/90 07/91 06/91 05/96       $0           $24              INDIV ACC
 3321860                 MOP:ACCOUNT IN GOOD STANDING                      REVOLVING
 796575504               TERMS:                      MTHS/REV: 068      EXP
 RETAIL, N/ELSEWHERE     PTRN.:04/96 000000000000/000000000000 30=00 60=00 90=00
                   LOAN TYPE: REVOLVING CHARGE ACCOUNT
PO BOX 27570 ALBUQUERQUE NM 87125
----------------------------------------------------------------------------------
MBNA AMERICA   08/97 07/98 10/97 08/98  $5500              $874 INDIV ACC
 1230206                 MOP:UNPD BAL REPORTED AS LOSS BY CR GRANTOR REVOLVING
 53290                   TERMS:                      MTHS/REV: 013      EXP
 BANKS                   PTRN.:                          30=01 60=01 90=04
                   DATE/RATE HIST:      $6824 CHG-OFF
                   LOAN TYPE: CREDIT CARD TERMS REVOLVING
             ACCOUNT TRANSFERRED TO ANOTHER LENDER
400 CHRISTIANA ROAD NEWARK DE 19713 BYMAILONLY
----------------------------------------------------------------------------------
PROFESSIONAL   10/99 12/99       12/99  $101    $101                       INDIV ACC
 9980795                 MOP:ACCT ASSIGNED TO ATTORNEY/COLLECT AGNCY INSTALLMT
 23683201                TERMS:                      MTHS/REV: 001      EXP
 COLLECTION SERVICES     PTRN.:                          30=00 60=00 90=00
                   LOAN TYPE: COLLECTION DEPARTMENT/AGENCY/ATTORNEY
918 10TH ST GREELEY CO 80631 (970) 352-5000
----------------------------------------------------------------------------------
```

**CONFIDENTIAL**

160

```
                                    040389228023
GERALD H ELLER         *** TRADE SECTION ***    CONT.   00003687  PAGE 9

CREDITOR/SUBC/ DATE  DATE  LAST  DATE  CREDIT           HIGH     PAST
ACCOUNT#/KOB   OPEN  REPORT ACT  BAL   LIMIT  BALANCE  CREDIT    DUE   ECOA/ACCT

                                                                      INDIV ACC
SIGNET BANK    10/90 05/96       05/96  UNKN     $0                   REVOLVING
1290060              MOP:ACCOUNT IN GOOD STANDING
412174126481         TERMS:                           MTHS/REV: 068    EXP
BANKS                PTRN.:04/96 000000000000/000000000000 30=00 60=00 90=00
                LOAN TYPE: CREDIT CARD TERMS REVOLVING
            ACCOUNT CLOSED AT GRANTORS REQUEST
PO BOX 26625 RICHMOND VA 23261 BYMAILONLY
-----------------------------------------------------------------------------
                                                                      INDIV ACC
UCS/UNIVERSAL  05/90 08/01 01/98 11/01  $6200    $0                   REVOLVING
1211870              MOP:ACCOUNT IN GOOD STANDING
549113018961         TERMS:                           MTHS/REV: 099    EXP
BANKS                PTRN.:10/01 000000000000/000000000000 30=00 60=00 90=00
                LOAN TYPE: CREDIT CARD TERMS REVOLVING
PO BOX 44167 JACKSONVILLE FL 32231
-----------------------------------------------------------------------------
                                                                      JOINT ACC
1ST NATIONWID  08/96 03/98       03/98 $110000                        INSTALLMT
3828437              MOP:ACCOUNT PAID SATISFACTORILY
5775777503832        TERMS:360 MOS                    MTHS/REV: 019    EXP
SAVINGS & LOAN ASSOC PTRN.:02/98 111011111111/111001       30=00 60=00 90=00
                LOAN TYPE: VA REAL ESTATE LOAN
840 STILLWATER RD BLDG B WEST SACRAMENTO CA 95605 BYMAILONLY
-----------------------------------------------------------------------------

        NUMBER OF TRADES: 21
                                 $199204  $15179  $32831   $874

END OF CREDIT REPORT FOR GERALD H ELLER                      00003687
```

**CONFIDENTIAL**