**DEFENDANT TRANS UNION LLC'S CONCISE STATEMENT OF MATERIAL FACTS AND EVIDENCE**

**EXHIBIT "M"**

```
Sep 13 01 16:23    UCCS POLICE DEPARTMENT    1-719-262-3394    P.1
```

Hotmail Folder: Inbox

040406117146
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   Page 1 of 2
02911682

MSN Home | Hotmail | Web Search | Shopping | Money | People & Chat

**Hotmail**  Home  Inbox  Compose  Address Book  Options  Help

griptec@hotmail.com

[Save Address(es)] [Block]                                        Previous  Next | Close

From: "Jerry Eller" <jerryeller@hotmail.com>

To: vcc@w-e-s.com, a_corliss@hotmail.com, ranoboa@hotmail.com, alexandra_orozco@hotmail.com, sadcoweyes@aol.com, ahickey@mail.uccs.edu, barbara_sutherland@hotmail.com, Ben.Hofmann@frontrange.com, wmartz@brain.uccs.edu, bbnystue@cs.uccs.edu, wayen@brain.uccs.edu, Ellerapp@aculink.net, Menchef@aol.com, GR81INCO@msn.com, hbrandonfry@home.com, princessbob@qwest.net, bkafish66@hotmail.com, brian.mcann@wcom.com, bvar0234@yahoo.com, brian@powellproducts.com, Charles.Winfield@Strasburger.com, cschlitt@mail.uccs.edu, chris@jutras.com, vacushaw@aol.com, Christine.M.Garman@WellsFargo.COM, Sack12345@aol.com, therefguy@earthlink.net, courtis@student.law.du.edu, direlr_2676@yahoo.com, LDirelr@aol.com, dlr4@gte.net, griptec@hotmail.com, djbule@mail.uccs.edu, biggie003@hotmail.com, dbbritt101@hotmail.com, spiceboy___@hotmail.com, briefkasten@earthlink.net, dfarmer@atsgroup.com, eric1x@hotmail.com, gavin@springsmail.com, gavinehringer@mac.com, evilwallach@hotmail.com, G_Wallach@coloradocollege.edu, skismith@dsp.uswest.net, glenneller@aol.com, bcamnanerk@kdtv1tnews.com, jakerdotcom@yahoo.com, jbmax28@usa.net, jgriego21@hotmail.com

Subject: Dear Family, freind, acquaintance and fellow American...
Date: Thu, 13 Sep 2001 06:19:41 +0000
Attachment: Wethepeople...doc (27k)

[Reply] [Reply All] [Forward]  [Delete] [Put in Folder...]                Printer Friendly Version

...I have written this Amendment and personally support full ratification to our Constitution. My life has changed. I no longer care that people think I am right wing, radical, extreme, prejudice, irrational or unjustified in my belief and or opinions. I do not know where any of you were born or what kind of life you have lived but I know where I was born and what kind of life I have lived for the last 37 years. I am willing to hi-jack any enemy plane and crash it into the heart and soul of that enemy's religion, country, cities and people. I will never forget September 11th, 2001 and will never be the same compassionate, understanding, sympathetic and trusting human being I was before that day. I vow to avvenge the people of New York City that were killed. I will give and sacrifice my life so that the children of the United States of America will once again run free in the cities, states and country of the United States of America. God Bless us all and may evil be distinguished for another 2000 years and beyond. Forward or delete, your choice.

Sincerely,

Gerald H. Eller

We the people of the United States of America now come forth to ratify the United States Constitution and Bill of Rights.

AMENDMENT XI

For every day, after the eleventh day of the ninth month, in the year of two thousand and one, all non citizens of the United States of America shall be deported, or detained upon request by such non citizen, to their country of citizenship or any country outside of the borders of all fifty States of United States of America, it's Territorys and any other soveirgn lands defended by the people of the



```
htt //1 9fd1 9h t il    / i bi / t   ? b   F000000001& 9 21d db9 771 9/13/01
```

Sep 13 01 16:24        UCCS POLICE DEPARTMENT        1-719-262-3394        P.2

Hotmail Folder: Inbox

0291682

United States of America. The only citizens of any country other than the United States of America allowed into said borders are, legal citizens of the country known as Mexico and the country known as Canada. This Amendment shall remain amended to the Constitution of the United States of America and Bill of Rights, until or unless, ratified by the President, the Congress, the House of Representatives, and the Supreme Court of the United States of America.

BEST COPY AVAILABLE

Get your FREE download of MSN Explorer at http://explorer.msn.com.

Notice: Attachments are automatically scanned for viruses using 

[Reply] [Reply All] [Forward] [Delete] [Put in Folder...]        Previous  Next | Close

msn
MSN Home | Hotmail | Web Search | Shopping | Money | People & Chat        sign out
© 2001 Microsoft Corporation. All rights reserved. TERMS OF USE  TRUSTe Approved Privacy Statement

CONFIDENTIAL