# DEFENDANT TRANS UNION LLC'S CONCISE STATEMENT OF MATERIAL FACTS AND EVIDENCE

# EXHIBIT "N"

(b)(6) + (b)(7)(c)    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
                      02911682
040406 117142

# UNIV of COLO at COLO SPGS
## Department of Public Safety-Police Operations
### SIGNIFICANT INCIDENT REPORT

BEST COPY AVAILABLE

**CASE NO.** 010299
**RELATED NO.** 01-09-13-48403

**LOCATION OF OCCURRENCE / ADDRESS:** Science Building - 1st Fl / 1420 Austin Bluffs Pkwy / Room 145

**CODE SECTION:** DISPATCH
**CRIME DESCRIPTION:** HARASSMENT - JUST OCCURRED
**CLASSIFICATION:** HARASSMENT
**LOSS:** $0  **RECOVERY:** $0

**DATE AND TIME FROM:** 09/13/01
**DATE AND TIME REPORTED:** 09/13/01 14:32
**DATE AND TIME TO:** 09/13/01 13:15
**ENTERED BY:** FETZ

**COPIES TO:** (unchecked) DPS DIRECTOR, CSPD, PHYSICAL PLANT, RISK MANAGEMENT, DIST. ATTY., DEAN OF STUDENTS, HOUSING MGMT

**CASE STATUS:** OPEN
**APPROVED:** NO
**FURTHER ACTION:** NO (X)

---

| INV | NAME - LAST, FIRST, MIDDLE | RACE | SEX | AGE | DOB | HT | WT | HAIR | EYE |
|---|---|---|---|---|---|---|---|---|---|
| W | [redacted] | | | | | | | | |

**TYPE:** Student

| INV | NAME - LAST, FIRST, MIDDLE | RACE | SEX | AGE | DOB | HT | WT | HAIR | EYE |
|---|---|---|---|---|---|---|---|---|---|
| W | [redacted] | | | | | | | | |

**TYPE:** Student

| INV | NAME - LAST, FIRST, MIDDLE | RACE | SEX | AGE | DOB | HT | WT | HAIR | EYE |
|---|---|---|---|---|---|---|---|---|---|
| RP | MANGUM, DAVID GLEN | | | | | | | | |

**TYPE:** Student

CONFIDENTIAL

| INV | NAME - LAST, FIRST, MIDDLE | RACE | SEX | AGE | DOB | HT | WT | HAIR | EYE |
|---|---|---|---|---|---|---|---|---|---|
| S | ELLER, GERALD HANSEN | Wht | M | 7 | 08/04/94 | 6 3 | 210 | BLO | BLU |

**DRIVER'S LIC. NO.:** 92-065-0927
**RESIDENCE ADDRESS, ZIP CODE:** 327 S WAHSATCH APT A COLO SPRINGS, CO. 80903
**TYPE:** Student

| INV | NAME - LAST, FIRST, MIDDLE | RACE | SEX | AGE | DOB | HT | WT | HAIR | EYE |
|---|---|---|---|---|---|---|---|---|---|
| W | HARTZ, WILLIAM BENJAMIN JR | | | | | | | | |

**TYPE:** Faculty

| INV | NAME - LAST, FIRST, MIDDLE | RACE | SEX | AGE | DOB | HT | WT | HAIR | EYE |
|---|---|---|---|---|---|---|---|---|---|
| V | UNIV of COLO at COLO SPGS | | | | | | | | |

**BUSINESS ADDRESS:** 1420 AUSTIN BLUFFS PKWY COLORADO SPRINGS, COLORADO. 80907
**BUSINESS PHONE:** 719-262-3111

/15

UNIV of COLO at COLO SPGS 040406 117143
Department of Public Safety-Police Operations
SIGNIFICANT INCIDENT REPORT

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
02911682

BEST COPY AVAILABLE

| LOCATION OF OCCURRENCE / ADDRESS | | | | | CASE NO. |
|---|---|---|---|---|---|
| Science Building - 1st Fl / 1420 Austin Bluffs Pkwy / Room 145 | | | | | 010299 |
| CODE SECTION | CRIME DESCRIPTION | | | | PAGE NO. |
| DISPATCH | HARASSMENT - JUST OCCURRED | | | CLASSIFICATION | 2 |
| DATE AND TIME FROM | DATE AND TIME REPORTED | PROPERTY / ALCOHOL | COPIES TO | HARASSMENT | LOSS / RECOVERY |
| 09/13/01 | 09/13/01  14:32 | TRAFFIC / ARREST | DPS DIRECTOR / DIST. ATTY. | CASE STATUS | $ 0 / $ 0 |
| DATE AND TIME TO | ENTERED BY | GANG / DOM.VIOLENCE | CSPO / DEAN OF STUDENTS | OPEN | |
| 09/13/01  13:15 | FETZ | WEAPON | PHYSICAL PLANT / HOUSING MGMT | APPROVED / FURTHER ACTION | YES |
| | | | RISK MANAGEMENT | NO | X NO |

UCCS OFFICER TOOK REPORT OF A HARASSING EMAIL SENT TO MULTIPLE PARTIES.
DISPOSITION: REPORT TAKEN   GOT REPORTS OF A HARASSING EMAIL SENT BY A STUDENT

On 09-13-01 at approximately 1300 hours, I Officer Robert McKennan, a sworn officer with the University of Colorado at Colorado Springs, County of El Paso and State of Colorado was informed by Officer Dewey that he had received a copy of an email from a student who wished to remain anonymous.

Officer Dewey stated that he had been informed by the student that he had a class with a Gerald Eller and that Eller had sent him an email stating that "I am willing to hi-jack any enemy plane and crash it into the heart and soul of that enemy's religion, country, cities and people." The student who was later identified and willing to make a written statement was identified as Mangum, David ▓▓▓▓ (b)(6) + (b)(7)(C)

Officer Dewey and I then proceeded to the Science Building in an attempt to contact Mangum and Eller. While there, several other students came up to myself and Officer Dewey making statements about Eller. One of the students identified as ▓▓▓▓▓▓▓▓ stated to me that Eller had made the comment that he was going to bring his 9mm to class. As Eller exited the class (room 145) into the hallway, I made contact with him.

I asked Eller if he would step over to an area that was away from other people so that I could talk with him. Once over by the Science Building storage area, I asked Eller if I could see his ID. Eller provided me with his student ID Card. I then asked Eller what was going on. Eller asked me where I had been for the last couple of days. I then informed him that I have been working. Eller stated that he was mad and that we were not going to stop his freedom of speech and his right to bear arms. Eller stated that he had a right to say what he had been saying and that we could not stop him. At this time I felt Eller was attempting to push a physical confrontation. Eller informed me that if I arrested him that I was a communist and a communist sympathizer. I politely informed Eller that I was simply trying to enforce the laws of the United States and the State of Colorado. I confronted Eller about a comment that he was alleged to have made about bringing a gun to the campus. Eller stated again that it was his right to bear arms. He also stated that he did not threaten anyone. I

CONFIDENTIAL

116

S-24-27-1782
02911682

UNIV of COLO at COLO SPGS H0406 117144
Department of Public Safety-Police Operations
SIGNIFICANT INCIDENT REPORT

BEST COPY AVAILABLE

| CASE NO. | 010299 |
|---|---|
| PAGE NO. | 3 |

| LOCATION OF OCCURRANCE / ADDRESS | Science Building - 1st Fl / 1420 Austin Bluffs Pkwy / Room 145 |
|---|---|
| CODE SECTION | DISPATCH |
| CRIME DESCRIPTION | HARASSMENT - JUST OCCURRED |
| CLASSIFICATION | HARASSMENT |
| LOSS | $ 0 |
| RECOVERY | $ 0 |

| DATE AND TIME FROM | 09/13/01 |
| DATE AND TIME REPORTED | 09/13/01   14:32 |
| DATE AND TIME TO | 09/13/01  13:15 |
| ENTERED BY | FETZ |

COPIES TO: DPS DIRECTOR, CSPD, PHYSICAL PLANT, RISK MANAGEMENT, DIST. ATTY., DEAN OF STUDENTS, HOUSING MGMT

CASE STATUS: OPEN
APPROVED: NO
FURTHER ACTION: NO

Eller then stated that he would not bring a gun on campus.

Eller was becoming more vocal and appeared to be getting more agitated as we questioned him. Eller kept stating that if we were going to arrest him, then to arrest him, as this would not stop him from saying what he had been saying. Eller also stated that thousands of people would be there to bail him out. At this time, Eller kept tightening his arms in what I perceived to be a motion that he was waiting for and wanting a confrontation with me. Eller also stated that nowhere in his email did he threaten anyone. I then informed him that he did. He became even more agitated at this and asked where. I then quoted to him the portion about the hi-jacking of the plane. I then informed Eller that this conduct was no better then that of the people who bombed the world trade center.

Upon returning to the University Police Department I was contacted by Ben Martz who informed me that he had been contacted by a student, who turned out to be Mangum, David. Martz informed me that he had Eller in a class and has had conversations with Eller concerning his personal life. Martz stated that Eller had informed him that he had his identity stolen two years ago and that he was fighting it in court. Martz went on to state that Eller had stated to him that he went to court on the 20th of August and that the Judge had told him that he did not stand much of a chance with this case. Martz did state that he did joke about the situation. I then asked Martz what his opinion of Eller was. Martz stated that he thought Eller was more reactive then premeditated, but that he could escalate quickly and probably would. He also stated that he thought Eller would speak his mind to people and that Eller was a man of principle. Martz then informed me that Eller was a student employee that worked in the computer lab in Dwire 208. Martz then informed me that Eller was scheduled to work on Friday from 9am - 1pm.

I was then contacted by Mangum, who wished to make a written statement. Mangum again stated that he was afraid. Mangum also stated that he had several emails from Eller that he was going to printout and copy to disk.

▓▓▓▓▓ also contacted me. ▓▓▓▓▓ made a written statement about the incident, which occurred on 09-13-01 at approximately 1215 hours. ▓▓▓▓▓ stated that the instructor of the

(b)(6)
(b)(6)(C)

117

(b)(6) + (b)(7)(C)

**UNIV of COLO at COLO SP**  0119406 117145
Department of Public Safety-Police Operations
SIGNIFICANT INCIDENT REPORT

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
02911682

BEST COPY AVAILABLE

| LOCATION OF OCCURRENCE / ADDRESS | | | | | CASE NO. |
|---|---|---|---|---|---|
| Science Building - 1st Fl / 1420 Austin Bluffs Pkwy / Room 145 | | | | | 010299 |
| CODE SECTION | CRIME DESCRIPTION | | | | PAGE NO. |
| DISPATCH | HARASSMENT - JUST OCCURRED | | CLASSIFICATION | | 4 |
| DATE AND TIME FROM | DATE AND TIME REPORTED | ☐ PROPERTY ☐ ALCOHOL | HARASSMENT | | LOSS  RECOVERY |
| 09/13/01 | 09/13/01  14:32 | ☐ TRAFFIC ☐ ARREST | COPIES TO | | $ 0   $ 0 |
| DATE AND TIME TO | ENTERED BY | ☐ GANG ☐ DOM.VIOLENCE | ☐ DPS DIRECTOR ☐ DIST. ATTY. | CASE STATUS | |
| 09/13/01  13:15 | FETZ | ☐ WEAPON | ☐ CSPD ☐ DEAN OF STUDENTS | OPEN | |
| | | | ☐ PHYSICAL PLANT ☐ HOUSING MGMT | APPROVED | FURTHER ACTION ☐ YES |
| | | | ☐ RISK MANAGEMENT | NO | ☒ NO |

01 ▓▓▓▓ stated that the instructor was talking about how they could protect themselves from a similar type incident. ▓▓▓▓ went on to state that Eller started making comments about how pissed off he was and what he would do if put in that situation. ▓▓▓▓ then stated that everyone that was not an American needed to leave the country. ▓▓▓▓ stated that Eller seemed to have offended other people in the class (see written statement).

I also took a written statement from ▓▓▓▓. ▓▓▓▓ stated that he had heard Eller talking about getting his friends together and gathering foreigners and forcing them to leave the country. ▓▓▓▓ stated that he was afraid of Eller.

I was then contacted via phone by ▓▓▓▓. ▓▓▓▓ stated that students had also expressed concern about Eller to him. ▓▓▓▓ gave me the name of ▓▓▓▓ to contact, as this student had also expressed concern about Eller to him.

At approximately 1650 hours ▓▓▓▓ came to the Police Department to make a written statement. At this time ▓▓▓▓ clarified the earlier statement about the gun stating while he was in a computer lab in the Engineering Building (Room 140), he had heard Eller make the statement that he "seriously considered bring his 9mm to school with him because we were at war and you never know what was going to happen."

Case will remain open pending further investigation.

CONFIDENTIAL

| REPORTING OFFICER / ID. NO. | DATE AND TIME | REVIEWED BY | DATE AND TIME |
|---|---|---|---|
| MCKENNAN  [signature] 29 | 09/13/01  14:32 | | |