# DEFENDANT TRANS UNION LLC'S CONCISE STATEMENT OF MATERIAL FACTS AND EVIDENCE

# EXHIBIT "O"

# SWORN STATEMENT
For use of this form, see AR 190-45; the proponent agency is ODCSOPS

| | | | |
|---|---|---|---|
| **LOCATION** HHC 125TH SIG. BN SCHOFIELD BKS, HI 96785 | **DATE** 5-JAN-04 | **TIME** 1030 HRS | **FILE NUMBER** |
| **LAST NAME, FIRST NAME, MIDDLE NAME** ELLER, GERALD HANSEN | **SOCIAL SECURITY NUMBER** 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 | | **GRADE/STATUS** E-4/SPC |
| **ORGANIZATION OR ADDRESS** HHC 125TH SIG BN SCHOFIELD BARRACKS, HI 96785 | | | |

I, SPC GERALD H. ELLER, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

I ARRIVED TO 25TH INF DIV (L) ON 22-OCT-02. I WAS ASSIGNED TO 125TH SIG BN AROUND OR ON 1-NOV-02. SINCE BEING ASSINGED TO 125TH SIG BN I HAVE BEEN WITNESS TO UNPROFFESSIONAL BEHAVIOR AND CONDUCT. I HAVE DOCUMENTED SOME OF THESE INCIDENTS IN EXHIBITS 1-10. I ALLEGE AND ACCUSE THAT DUE TO THIS UNPROFFESSIONAL ENVIRONMENT THAT I HAVE BEEN DENIED OPPURTUNITY THAT WAS ASSURED TO ME BY MY ENLITSMENT AGREEMENT THAT WAS EXECUTED ON 12-MAR-02. IN APRIL OF 2003 I BECAME INJURED. ON 9-DEC-03 I WAS NOTIFIED THAT I NO LONGER HAD A INTERIM TOP SECRET CLEARENCE AND THAT I WAS TO BE DENIED AN ADJUDICATED TOP SECRET CLEARENCE AS WELL. I WAS ASSIGNED TO THE DIVISION COMMUNICATIONS MAINTAINENCE OFFICE (DCMO) BEFORE WARFIGHTER 2003 THROUGH 9-DEC-03. MY CHAIN OF COMMAND INCLUDED SPC PAGAN, SGT ESPADA, SFC ANGEL, MSG QUESNELL AND CW2 ELZIE.
I DECLINE TO DISMISS MY ALLEGATIONS AND ACCUSATIONS UNTIL I RECIEVE THE OFFICIAL STATUS OF MY TOP SECERET CLEARENCE, MEDICAL EVALUATION -over-

**EXHIBIT** 

**INITIALS OF PERSON MAKING STATEMENT**

**PAGE 1 OF 2 PAGES**

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF _____ TAKEN AT _____ DATED _____ CONTINUED."
THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

DA FORM 2823, JUL 72    SUPERSEDES DA FORM 2823, 1 JAN 68, WHICH WILL BE USED.    USAPPC V2.00

CONFIDENTIAL

**STATEMENT** (Continued)

BOARD, AND DOCUMENTED REASONS FOR NOT BEING PROMOTED TO THE RANK/PAY GRADE OF SGT/E-5. THERE ARE OTHER INCIDENTS THAT MAY OR MAY NOT BE RELEVANT THAT OCCURRED WHICH ARE NOT DOCUMENTED IN EXHIBITS 1-10. THIS STATEMENT IS TO THE BEST OF MY RECOLLECTION.

*Gerald H. Eller* — NOTHING FOLLOWS — GHE

**CONFIDENTIAL**

---

**AFFIDAVIT**

I, SPC Gerald Eller, HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1 AND ENDS ON PAGE 2. I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

(Signature of Person Making Statement)

WITNESSES:

Subscribed and sworn to before me, a person authorized by law to administer oaths, this 5 day of JAN, 19 2004 at 1215

(Signature of Person Administering Oath)

ORGANIZATION OR ADDRESS

(Typed Name of Person Administering Oath)

ORGANIZATION OR ADDRESS

(Authority To Administer Oaths)

INITIALS OF PERSON MAKING STATEMENT

PAGE 2 OF 2 PAGES

USAPPC V2.00

TABLE of ALL SOLDIERS at SPC ELLER's WORK AND IN HIS CHAIN OF COMMAND SINCE 22-OCT-03 (TO THE BEST OF HIS RECOLLECTION)
*OTHER MEANS OF ANOTHER RACE OTHER THAN WHITE

| WHITE MALE | WHITE FEMALE | OTHER MALE | OTHER FEMALE |
|---|---|---|---|
| PVT LEMERISE(AWOL) | SFC Harris w/OTHER DEPENDENT | SPC ATKINS | PVT YOUNG (Now PFC) |
| SPC ELLER | SPC HENRY(PCSd) w/OTHER DEPENDENT | SPC WILSON | PFC ROYAL(Now SPC) |
| SPC BENNETT(Now SGT) | | SPC PAGAN | SPC MAJOR(PCSd) |
| SSG DAW w/OTHER DEPENDENT | | PFC MORALES(Now SPC) | SFC EDWARDS(PCSd) |
| SFC ANGEL w/OTHER DEPENDENT | | SGT Hamilton w/WHITE DEPENDENT | SFC JOHNSON(Now MSG)(PCSd) |
| MSG ANDERSON | | SGT ESPADA | CSM WILLIAMS |
| MSG QUESNELL(NEW) | | SFC BALL(PCSd) | CW2 ELZIE |
| CPT VOSS | | SFC HOLLIDAY(NEW) | |
| | | 1SG WRIGHT | |
| | | SGM BENYARD | |
| | | CSM BARTELLE(PCSd) | |
| | | LTC DALEY | |

FACTS:

**CONFIDENTIAL**

SPC Eller is the only white E-4 through E-1 among his subordinates.

SPC Eller is the only soldier, E-7 and below in his platoon, to have a college degree and an Expert Infantryman's badge and the only soldier in his Battalion to have an EIB and be Airborne and Air Assault qualified.

SPC Eller, except for SPC Wilson, is the only soldier amongst his subordinate group of E-4 through E-1, not to be promoted or hold a position of authority.

1

SPC Eller out ranks, by time and grade on active duty in the US Army, SPC Atkins, SPC Morales and SPC Henry(PCSd).

SPC Eller has always been suspicious that he has been discriminated against since being assigned to 125th SIG BN. SPC Eller was afraid to report, suggest, insinuate or imply any such serious suspicion because of fear of retaliation and that no one in his chain of command would take his concerns seriously. SPC Eller was hoping to apply and get accepted to WOC school and anticipated leaving Schofield Barracks before his PCS date and did not want to create any turmoil, dissention, distrust, or any other kind of disruption within his unit. Family members who are not in the military can confirm SPC Eller's private concerns of discrimination since his arrival at the 125th SIG BN.

SPC Atkins and SPC Henry(PCSd) were given authority over SPC Eller on numerous occasions and were clearly being given access to promotion boards, sensitive items, positions of authority, and other career goal opportunity's.

**CONFIDENTIAL**

PFC Morales was assigned a position of what I was told to be an E-5 position. He was shortly promoted to E-4 afterwards. SPC Morales and I have the exact same MOS, 74c. I have also heard SPC Morales say in formation out loud that he didn't want to go and was not going to go to PLDC. On numerous occasions I have heard SPC Morales speak in another language other than English to numerous other soldiers during duty hours and in uniform.

## Incidents to the best of my recollection

SPC Major:

Incident occurred several months ago during SGT's Time Training. SSG Daw was giving training when he and specialist Atkins were called away. SGT Hamilton was absent as well. This left SPC Major as the ranking member to conduct training. She exhibited unprofessional behavior by talking about sexual explicit material and using vulgar language. She talked about the female menstrual cycle very graphically, talked about anal sex using other descriptive vulgar terms when referring to the anus, and talked about group sex with more than one member referring to a threesome and her being the only female. WITNESS's: PFC YOUNG, PFC ROYAL, PVT REID, PVT SOULE and SPC ELLER. LOCATION: Secondary Mail Room, Building 580

Incident occurred several months ago while picking up mail. While looking at SPC Eller, Major stated: "I hate white people". Again SPC Major was the ranking soldier during occurrence. WITNESS's: SPC WILSON  LOCATION: Schofield Barracks Post Office.

On numerous occasions SPC Major was utilizing the computer in Division Mail Room to check different personal e-mail accounts, instant messenger, playing games through internet server, playing games with PFC Royal on Internet website with Royal being on the other computer, purchasing and ordering merchandise on websites like E-Bay, looking, shopping and ordering items for her children and herself. Again these actions occurred when she was the ranking soldier. WITNESS's: SPC ATKINS, SPC WILSON, PFC ROYAL, and SPC ELLER. LOCATION: Building 580 Division Mail Room

On numerous occasions beginning when SPC Eller became hurt, SPC Major made fun of, ridiculed, chastised and insinuated that Eller was malingering. Major also made fun of his age. On numerous occasions referred to Eller as "ELDER" and shouted out things to the effect of "how's the prosthetic hip Eller!", and many other jokes and insults referring to Eller's age and medical condition. WITNESS's: SFC HOLLIDAY, SSG DAW, SGT HAMILTON, SPC ATKINS, SPC WILSON, PFC YOUNG, SPC ELLER and numerous other soldiers in G-6  LOCATION: Helemano Military Reservation and Building 580.

SPC Atkins:

Incidents began occurring when Eller was first assigned to unit. First major incident of recollection was at Battalion Fun Day in November of 2002. Atkins refused to arrange or provide Eller transportation to pick up Eller's POV when it arrived to island. Argument and confrontation began between Eller and Atkins. Issue was never resolved until PVT Hardin informed 1SG Wright. Eller thinks he heard 1SG Wright say something to the effect "I don't like that guy!", to PVT Hardin referring to SPC Eller.

CONFIDENTIAL

1

1SG Wright gathered Atkins, Royal, Hardin, and Eller to resolve situation. Hardin, Royal and Atkins insinuated Eller was difficult and uncooperative. 1SG Wright resolved matter by ordering Eller to the orderly room when he needed a ride anywhere. This incident concerned Eller privately about discrimination and prejudice. Eller was afraid to talk to anyone about this since everyone in his chain of command was of another race than him except for SSG Daw who he didn't know very well. SPC Eller was very new to unit and was in fear of retaliation or no one addressing his concerns of fear of discrimination. WITNESS's: SPC ATKINS, PFC HARDIN, PFC ROYAL, 1SG WRIGHT. LOCATION: Bellows AF Recreation Area

Numerous incidents of Atkins mocking, laughing at, ridiculing and chastising Eller because of his age. Also numerous unjustified and ridiculing comments about Eller's POV. These occurrences began in November of 2002 through Eller being assigned to DCMO. WITNESS's: SFC BALL, SSG DAW, SGT HAMILTON and numerous other soldiers of G-6 LOCATION: Helemano Military Reservation, Building 580 and other locations at Schofield Barracks

Upon Eller becoming injured Atkins made numerous comments of faking, malingering, and insinuating that Eller's injury wasn't severe enough to prohibit him from performing his military duty. Also made fun of and laughed at Eller's physical condition. WITNESS's: SFC BALL, SSG DAW, SGT HAMILTON, SFC HOLLIDAY, SPC MAJOR, PFC YOUNG and other soldiers of G-6. LOCATION: Helemano Military Reservation, Building 580 and other locations at Schofield Barracks

On numerous occasions Atkins surfed the Internet visiting websites like College Club, Black Planet, sports websites, and other websites searching for rims for his vehicle, sport and civilian footwear, and clothing. This would occur on numerous occasions while Atkins was ranking soldier and while SPC Wilson slept, and while SPC Eller would be sorting or bringing mail from the mail van into building 580, which violated Eller's profile on numerous occasions. Atkins would also photograph other soldiers with his cell phone to include female soldiers without their knowledge and show the pictures in jest and mockery. He would also photograph female soldiers from behind while soldiers would climb stairs in building 580, without their knowledge or permission. Atkins also had pornographic photos stored in the phone memory and would show other soldiers during duty hours. WITNESS's: SSG DAW, SGT HAMILTON, SPC MAJOR, PFC YOUNG, SPC WILSON, and other soldiers from offices in building 580 and other units.

On numerous other occasions Atkins would spend numerous hours on the Division Mail Room telephone talking to, and receiving and sending e-mail messages to females other than his wife. Again this would occur while others were working by sorting, filing and handling mail. WITNESS's: SPC WILSON, SPC MAJOR, PFC YOUNG, and SPC ELLER. LOCATION: Building 580

On numerous occasions I have requested SPC Atkins to quit spitting in formation and he has always ignored me. I have told SGT Hamilton on more than two occasions

CONFIDENTIAL

2

that I don't appreciate Atkins spitting in formation. LOCATION: Helemano Military Reservation.

On one occasion several months ago, SPC Atkins informed Eller at a 0630 formation that Eller was in charge. During that day SPC Atkins, PV2 Young, SPC Wilson and PVT Lemerise refused to cooperate, perform their duties or adhere to the orders Eller would give them. Later in the morning Atkins gathered a meeting at SFC Harris's request, attending were Young, Atkins, Wilson, Lemerise and Eller. At that time it was announced that everyone was playing "a joke" on Eller and he really wasn't in charge and it was to test Eller's leadership ability along with his patience and prove he had no leadership ability or knowledge of what was involved in being a leader. Eller found nothing what so ever humorous or sensible of this disturbing incident. WITNESS's: MSG Anderson, SGM Benyard and SFC Harris. LOCATION: Building 580

During this time on another occasion Eller was conducting military business with the mail van. Eller drove to Helemano Military Reservation during lunch to deliver important paper work. Eller parked in the visitor spot in front of Battalion HQ's. Eller had the only official key for the mail van and was alone. After leaving the HHC orderly room Eller went to leave in the van but it was gone. Eller could not find the van. Eller approached SFC Harris and asked where the van was she did not know. SPC Wilson, PVT Lemerise and SPC Atkins were at the bottom of the stairs outside of HHC supply room looking suspicious. I asked them where the van was. They all denied that they knew where the van was. I went to get SFC Harris and she had to confront Atkins where they van was and they had moved it behind the battalion out of sight. Atkins was not authorized to have a spare key to the van. Eller found this harassing and troublesome. WITNESS's: SFC HARRIS, SPC WILSON, SGM BENYARD, and SPC ELLER. LOCATION: Helemano Military Reservation

There are numerous other incidents of unprofessional, misconduct and misbehavior surrounding SPC Atkins. From speculation and hearsay, SPC Atkins has been involved or accused of theft of government and civilian property, forgery of orders, sexual misconduct, and domestic abuse. SGT Hamilton confirms that SPC Atkins out ranks SPC Eller by 4 or more months. Eller claims to out rank Atkins by time and grade on active duty service. SPC Atkins has been assumed to out rank SPC Eller since Eller's arrival in October 2002. SPC Atkins has a complete and confirmed TS/SCI clearance. Eller remembers the exact day that G-2/ISO confirmed this because he was witness to a telephone conversation Atkins had with his prior supervisor SGT Walker. Eller over heard Atkins using racial slurs and exhibiting conversation in a fraternizing manner and making personal comments about SGT Hamilton, SPC Wilson, SPC Major, SFC Harris, PFC Royal and other members of 125th SIG BN. LOCATION: Division Mail Room II, building 580

<u>SSG DAW:</u>

3

CONFIDENTIAL

Upon numerous occasions SPC Eller has asked, inquired about, and requested information, and or reasons why, or why not, he has been considered for, selected for, counseled in, or helped to achieve career advancement in, attending PLDC, going before review boards, putting together a promotion packet and or a WOC school packet. SSG Daw has never given any initial, weekly, and monthly counseling on why or why not these requests have not occurred. Eller has been bothered and disturbed that other soldiers in G-6 are progressing, being helped, aided and being provided information to enhance and improve upon their military careers, especially those of the opposite race as Eller.

On numerous occasions SSG Daw condoned, participated in, approved of, witnessed and allowed other soldiers to mock, ridicule and joke about Eller's age and physical disability. LOCATION: Helemano Military Reservation, Building 580 and other locations at Schofield Barracks

On numerous occasions SSG Daw would receive telephone calls from his dependents during duty hours. SSG Daw would yell and scream and swear out loud for long periods of time at the other person on the phone. On occasions I would answer the phone and it would be for SSG Daw, he would then tell me to lie about his whereabouts. It was also rumored that one of SSG Daw's dependents had complained about Eller's professionalism over the phone and claiming that Eller had cursed out SSG Daw's dependent.

Fraternization:

Since 22-OCT-02 Eller has over heard and witnessed numerous conversations and stories of different soldiers gathering at different locations after regular duty hours. These places include bars and restaurants around Oahu, living domiciles, government housing and other Oahu locations. Eller heard stories of soldiers "hanging out" with other soldiers, attending non military events, and or attending non military gatherings, party's or other get togethers. Soldier names Eller heard about such activity included SFC Harris, SFC Edwards, SGT Espada, SGT Bennett, SPC Atkins, SPC Morales, SPC Henry, SPC Major, SPC Royal and other rumored members of G-6. These stories and rumors were why Eller had concerns of being discriminated against.

Summary:

Eller recalls numerous other incidents occurring and involving numerous other soldiers of the 125th SIG BN. Eller does not mean to accuse anyone of any crime or misconduct, this is just a recollection to the best of Eller's ability of relevant facts and incidents that he feels could substantiate his claims of discrimination. Eller simply wishes to be treated like any other soldier of his experience, knowledge, qualifications, pay grade and rank as well as have the equal opportunity afforded to all soldiers in the US Army.

\* IN PAST OCCURENCES ATKINS + MAJOR HAVE CALLED ME "COCK BOY" + "BALL WASHER" AND RIDICULED AND INSINUATED THAT I AM "NARC" OR "TATTLE TALE"
WITNESS: SGT HAMILTON, PFC YOUNG AND SPC WILSON

\* OTHER SENIOR RANKING MEMBERS HAVE INSINUATED THAT I AM A WHINER + COMPLAINER.

4

CONFIDENTIAL

## December 15th, 2003

0630	First formation at Helemano Military Reservation. SSG McCann told me that I was to report at SGT Smith theater for safety day.

0800	Arrive for safety day and find a seat. SGT Bennet is sitting behind me calling me "Jerry Elder". I ignore him and he says it again till I respond to him. Said how's it going SGT.

0930	SSG McCann tells me that my place of duty is the mail room. I am dreading this greatly. PFC Young, SPC Wilson, SPC Royal, SPC Eller, SPC Atkins, SGT Hamilton and SSG Daw are all assigned to the mail room now. SSG Daw and I are the only Caucasian race in mail room and SSG Daw has an African American wife.

0955	Walk into mail room and no one greets or acknowledges I am there. SSG Daw, Royal and Atkins are there. 1015 SSG Daw's wife calls and they talk to 1025.

1000-1030	Wilson and Young return from mail run. Royal asked Wilson to do something and he said something about not caring. Royal then said "You know what SFC Holliday told you!", Wilson said "I don't give a fuck what SFC Holliday says!". Some point SGT Hamilton enters the room.

1045	SPC Wilson says to SGT Hamilton, "Give me a dollar man?" SGT Hamilton responds, "why don't you ever have any money man?". They then left the room to get something to drink. SSG Daw, Atkins, and Royal are all present and nobody notices or says a thing.

1125	Went to lunch.

1300	Arrive back from lunch and Atkins is on computer with music playing and Wilson is sleeping.

1325	SSG Daw arrives back from lunch.

1340	SGT Hamilton arrives back from lunch.

1345	Royal returns from an appointment and then goes to HMR for safety classes. Wilson wakes up from sleeping for 45 minutes and goes with her.

1445	Atkins prints joke off of e-mail of pictures of penis's with joke lines under them. Wants me to read them and show's them to SSG Daw.

1450-1455	SSG Daw's wife calls again. Atkins is surfing the Internet. PFC Young has still not returned from lunch.

1505-1605	SPC Atkins calls Cleveland OH for 1 hour. On the only phone in the mail room.

	SGT Hamilton comes in for 10 to 15 minutes and leaves for the day. SGT Hamilton asks SSG Daw where Young is and he said she had to go by the bank. Young never comes back from lunch.

1607	Phone rings as soon as Atkins hangs up, SSG Daw's wife again.

1615-1625	SSG Daw's wife calls for 4th time.

1635-1645	SSG Daw's wife calls for 5th time.

1650	I left for the day. No one enquired about my MEB or addressed my IG and EO complaint. Another typical day at the mail room.

**CONFIDENTIAL**

1

# DECEMBER 16th, 2003

1330 – 1500    Wilson slept this whole time. Him and I were the only ones in the mail room from this time.

1600    Young and Royal show up.

1605    Major calls the mail room. Young answers the phone and they talk. Young is talking and complaining about Atkins and talking about SSG Daws wife. Royal surfed the Internet and then talked to Major for awhile. Conversation ended around 1620.

1700    Left for the day.

# December 17th, 2003

905    I showed up at work and Young was on the phone. Royal and Atkins were present and Atkins was on the computer. It became apparent that it was Major on the phone again. Young told Atkins Major wanted to talk to him. Atkins used racial slang terms on two different occasions. Royal was present and I don't know if she heard him or was paying attention. Young had left the room. Royal said to Atkins she wanted to talk to Major. SFC Holliday walked by and quipped about Royal laughing and being on the phone. He told her to get off and then he walked away. Royal talked some more and then Atkins got back on the phone. I left the room to log this on a piece of paper. I returned at 0920 and Atkins was off the phone when I returned.

SUMMARY:

I have been told to report back to the mail room against my will. I have asked EO my rights in accordance of returning and I was told that I have to report to my place of duty. EO advised me to write down any events of concern or relevance and that is why I wrote and recorded these occurrences. These events are to the best of my recollection and I have just recorded them in hopes to verify my serious accusations of past occurrences where I don't recall exact dates and times.

# DECEMBER 18th, 2003

I had a very disturbing conversation with SGT Hamilton at 1130 HRS in Division Mail Room with SSG Daw present. SGT Hamilton started to say that I owe the G-2 ISO office an apology. I asked him what he was talking about. He said I was rude to MRS Dressell. I asked him if she was an old woman with a cane and he said that was her. That is the exact description of the woman I demanded to know her identity of on December 9th, 2003 at the G-2 ISO office. She refused to identify herself to me. After she explained to me the process of how security clearances work. Which differed from the explanation LTC Daley gave me on December 17th, 2003.
    SGT Hamilton also said that he was the on that assured my interim clearance in April and indicated that he was offended by the accusations and allegations I have made to the EO and IG office. He also said he has spoken with MR White, MRS Dressell and a LT about security clearances on numerous occasions. He said he talks to them about everybody's clearance and said that is how he got Atkins's clearance. I also asked when he did all this, he said he went over there after SFC Holliday and I got into an argument again over my IG and OE allegations which I believe occurred on December 11th, 2003.

CONFIDENTIAL

2

I tried to ask him what he was doing inquiring about my medical, financial, and criminal investigation and or background and he then quit answering my questions. I am extremely disturbed about this conversation because in my opinion it substantiates my paranoia of occurrences behind my back. No one is giving me answers why my clearance is not adjudicated and when I ask why, they claim they are not privileged to that information and then I hear of stories like this where someone is discussing my private information without me present or without notifying me of such occurences.

I also saw SSG Daw's NCOER where he claimed that he successfully mentored a subordinate for Air Assault School. I am assuming he is referring to me as the subordinate since I am the only soldier assigned to the mail room who is Air Assault qualified and the only soldier to successfully complete and graduate the Air Assault course from G-6 since my arrival there in November of 2002. By observing this it enrages, insults and infuriates me that SSG Daw is trying to accept accolade for something he mocked and didn't have any input or contribution to helping me obtain such a prestigious and elite qualification.

When I met SSG Daw I continually asked him about Air Assault school which he never once attempted to get information for, sign me up for or suggest that I go to. I had to go to the Battalion NCOIC of schools to get an application and information about Air Assault school. SFC Green told me there were numerous slots available and he gave me an application which I directly took to my Company Commander who willfully helped me obtain a slot. I routinely was chastised and chided by Atkins and many members of G-6 to include SSG Daw that I wasn't going to make it and that I wasn't physically or mentally capable of completing such a difficult course.

During Air Assault School is when my physical problems began to occur. After having to re-attempt another 12 mile road march I graduated from Air Assault School on March 24th, 2003 and no one from G-6, to include SSG Daw, came to my graduation ceremony. Now SSG Daw wants to take credit for something he had absolutely no involvement in and what I allege he helped discourage instead of mentor.

I have also indicated since upon my arrival to 125th SIG BN that my desires were to go to PLDC and get my E-5 as soon as I was eligible. SSG Daw knew these were my goals and ambitions when I arrived in November 2002. I have never been counseled or "mentored" in promotion boards, promotion packets or reasons why I was never recommended to go to PLDC or the promotion board.

## DECEMBER 29th, 2003

It is Monday after Christmas and I am again dreading going back to work. I have not heard any word from EO, IG or Congress after contacting all three. I am ever more paranoid that my chain of command is lying to me and denying me information and access to my problems with my medical discharge and security clearance. I despise working with, around and having to continue to train and work with all those in G-6.

0630    First formation of the day. Overhear a black female soldier using racial slurs and boasting how she beat her kid down over Christmas. There are NCO's in the exact same formation that are standing closer to the soldier but nothing is said. I don't know if they heard her talking or not. Atkins spits in formation again, like everyday, and again no NCO says anything. I find these occurrences disgusting and appalling and what bothers me most is they go undisciplined or reprimanded. All I can ask myself is why haven't I been given the equal opportunity or the position of authority to prevent these occurrences? Why haven't I been medically discharged from the Army yet? Why do these soldiers have their clearances, career packets, and any other information regarding orders, schooling, re-enlistment, personal and financial affairs in order or being handled yet I don't? Extremely disturbing.

0900    I show up to the mail room and I am the only one there. I begin working by sorting the mail. I am standing and bending over and up and down the whole time. Finally around 0915 SSG Daw and Wilson show up. Neither one of them helps and I continue working. Around 0920 Royal shows up and Royal and Wilson hug and kiss each other right in front of me. At this point my back is killing me and I am fed up so I sit down. Hardin comes in to help sort mail. Wilson is sitting at the computer reading e-mail and Royal and Hardin are sorting mail. Royal and Hardin start asking why Wilson and I aren't helping. Wilson states he doesn't sort mail, he just picks it up and drops it off. I don't respond because I am tired of my



subordinates, who I out rank, inquiring about my personal and medical problems which they always seem to insinuate are not that serious.

Royal complains to SFC Holiday who talks to me and Wilson. Wilson claims he can't read so he doesn't sort mail. I try to tell SFC Holliday that I have been here all morning by myself working and my back is killing me and my profile states no prolonged standing. He then thinks cause my profile recommends that I stand no longer than 15 minutes per hour that every hour I should be able to just jump up and stand for 15 minutes. I tried to explain to him that my back doesn't just stop hurting from 9 to 915 and then 10 to 1015 and then 1100 to 1115 etc. He doesn't seem to think I am genuinely hurt even though he didn't say it.

I continued to wheel around in a chair and try to help sort mail that way but that too kills my back because I am having to bend over and reach over and reach up and down etc. I decided to go to sick call the next day.

## DECEMBER 30th, 2003

0545    I go to sick call and explain to the doctor at sick call about my medical problem since April and the duties they have me doing at the mail room are killing me. She said there was not a lot she could do since my profile is pretty self explanatory about my physical limitations. I told her I have all these complaints filed and that EO told me that I have to continue reporting to my place of duty and that I have to follow the orders I am given. The doctor, who is not my doctor nor have I ever seen her before about my medical condition, writes on the sick call slip "No mail room duty."

1045    I arrive to G-6 and give SSG Daw my sick call slip. He says nothing and gives it to SFC Holliday who seems upset and agitated that my back and hip are hurt. He even insinuates that I didn't attend the medical clinic our Battalion is assigned and that the doctor I saw was not an authorized doctor. He says that he will let me know tomorrow where I will be assigned and what they will do with me. I suggested that I be assigned to a medical holding company at Tripler Hospital until I am discharged which he seemed to think was a viable option.

## DECEMBER 31st, 2003

0630    First formation I was notified that we all were to attend mandatory EO and SAEDA training. During this training around 1130 SSG Daw pulls me out of training and notifies me that SGM Benyard had called the doctor who saw me on the 30th and she had re-assigned me back to the mail room. I told SSG Daw I will sit there and answer the phone but I will no longer stand and bend over, up and down and strain my back. He didn't say anything and left. I am again to report to the mail room on January 5th, 2004. Again I am ordered to work with and work for soldiers I have accused and alleged they have discriminated against me because of my race, age and or disability. I am also subjected to unprofessional, unorganized, and undisciplined work conditions which causes me to be unprofessional, disrespectful, defensive and paranoid. I have attempted to restrain myself with all the mental fortitude and discipline I can by not attempting redemption at mental health. I refuse to go because I know the ramifications and possibility of jeopardizing my Top Secret clearance and I also know that I am not the cause of my anger, frustration, paranoia and depression. Also I know their remedy and solution will be prescribing medication that I refuse to take.

