# DEFENDANT TRANS UNION LLC'S CONCISE STATEMENT OF MATERIAL FACTS AND EVIDENCE

# EXHIBIT "P"

Case 1:04-cv-00174-DAE-KSC    Document 201-20    Filed 01/13/2006    Page 2 of 4



SUBJECT: Synopsis SPC Gerald Eller, 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

1. *General Background:* SPC Gerald Eller was assigned to HHC, 125th SIGNAL BATTALION, 25ID(l) on October, 22, 2003. He is a 74C, and MOS that requires a Top Secret Clearance. He did not have his clearance when he arrived and an interim clearance was granted in short time. He was assigned to the ISSO office with SSG Daw as his Section Sergeant. His duties included: Official Mail and Distribution, processing Freedom of Information Act Requests and Privacy Act Statements, Records Management, and Forms management and Publications management at the division level. After receiving a temporary profile, SPC Eller was transferred to DCMO (Division COMSEC Management Office), where his duties would be less demanding on him physically. When his interim security clearance had expired, SPC Eller was sent to work for HHC 1st platoon, where he was placed on detail at the Martinez GYM. After physical limitations and complaints about his performance reached the chain of command, he was removed from the detail and assigned to the HHC orderly room as a clerk. He currently works as an additional orderly room clerk, but the focus of his daily activities is to actively participate in his medical treatment and to expedite the completion of his Medical Evaluation Board.

2. *Medical Background:* Prior to injury, SPC Eller was in good physical condition and completed the 25ID(L) Air Assault Course in March 03. On or about 24APR03, SPC Eller injured his left hip during physical training and went on sick call. He was initially diagnosed with having a stress fracture on his hip. SPC Eller was referred to Orthopedics at the Schofield Barracks TMC was under the care of MAJ Ungereit. SPC Eller was also referred to TAMC with LTC Providence. During this time, SPC Eller continued to work in the Division Mail Room. SPC Eller began to complain about lower back and hip pain. He was reassigned to a job at DCMO that did not require lifting. SPC Eller continued to receive physical therapy appointments for his condition. We have received numerous temporary profiles for left hip and lower back pain. SPC Eller has not completed an APFT since APR'03. LTC Providence had recommended treatment plan that called for surgery on the left hip. In Sept'03, SPC Eller declined the surgery both verbally and in writing. With refusal for treatment, the next step is the Medical Evaluation Board. We received a P3 profile for SPC Eller on 13JAN04. SPC Eller attended the MEB inbrief on 26JAN04 and all enclosures were turned in on 19FEB04. I spoke with Anna Hicks from PEBLO (433-2539), and we are currently awaiting the completion of the Narrative Summary from CPT Johnson, TAMC, for his packet to go forward.

4. *Security Clearance:* On arrival to 25ID(L), SPC Eller did not possess a TOP Secret clearance. An interim clearance was requested and granted. This was designed to allow the soldier to work in his assigned MOS until CCF granted his clearance. In November of 2003, I had submitted a request to G2, Mr. Wight, to stop the progress on his clearance since he was pending a medical evaluation Board and did not have enough time to justify the length of the investigation. On the 5th of December, 2003, SPC Eller was informed that his LOCAL interim security clearance had expired and that he was being removed from his current job at DCMO. He was relocated to the HHC orderly room to serve as a clerk. On the 27th of February 2004, we were informed that G2 received the 837 and that



SPC Eller had a TS (SCI) clearance. I counseled SPC Eller on March 2, 2004 that he in fact has a clearance, but as the commander I was suspending his ACCESS. After an emergency command referral on March 3, 2004, I submitted a 5248 to G2 recommending SUSPENSION / REVOCATION of his security clearance to G2. SPC Eller's security clearance is currently LOCALLY SUSPENDED.

5. *Mental Evaluation:* During the first week of March'04, SPC Eller was exhibiting behaviors that led me to question his mental state. He was FTR for a company formation, he left before the appointed time and refused a lawful order from an NCO, and was distressed. I counseled him on the evening of March 2, 2004, on his behavior and asked if he needed to talk with a professional. He stated that he was already talking to someone. On March 3, 2004, SPC Eller left his place of duty and did not return. He returned, later that afternoon, at 1700 hours to 125th Signal Battalion escorted by CH Simineau, MAJ Tredway and an NCO. We were going to conduct mediation and talk through his issues. While in counsel with these NCOs and Officers, he made a verbal statement "What do I have to do...kill someone" or words to that effect. I have sworn statements to his statements and mental state. I ordered an Emergency Medical Evaluation that evening at TAMC. He met with CPT Regal and they had him remain overnight and that following afternoon for treatment with COL Evans. He was released the following day and deemed a low risk to himself and others. As a precaution, all weapons were removed from his quarters off-post in Mililani. On March 9, 2004, we conducted a follow up appointment at Division Mental Health with CPT Bacon, 433-8600, and he was assessed as "...not currently a danger to himself or others...". In addition, I have ordered SPC Eller to attend anger and stress management classes on a weekly basis with Division Mental Health.

6. *15-6:* On December 24, 2003, an officer from 125th Signal Battalion was appointed as an investigating officer into the numerous complaints filed by SPC Eller to the Inspector General and Equal Opportunity. The investigation was completed on January 9, 2004. The results of the investigation are attached and will be discussed in the following section.

7. *SPC Eller's Complaints:*

   a. Security Clearance
   b. Discrimination for Race/Age/Disability:
   c. Promotion

8. *Complaints Against SPC Eller:*
   a. In the 15-6 report, there are statements from the personnel from G2 that SPC Eller was "loud...aggressive...demanding...agitated" in his manner when seeking answers to his security clearance.
   b. Comments from the Martinez Fitness Center (Gym), Richard Bautista, described SPC Eller during his detail there as, "bad attitude...incidents of arguing...not tactful with customers...rude and obnoxious." Upon receiving this complaint, SPC Eller was immediately removed from the detail and never returned.

CONFIDENTIAL

c. Anna Hicks, from PEBLO, called me and stated that SPC Eller was aggressive in his attitude in her office pursuing the status of his MEB. She put me on the phone with him and I verbally counseled him on his attitude and ordered him to leave.

9. TIMELINE Summary

| | |
|---|---|
| 22OCT02 | Arrived to Unit and assigned to the ISSO Section of G-6, to work in the Division Mail Room |
| MAR03 | Graduates from Air Assault School |
| 24APR03 | Injured during PT and given a temporary profile. Continued to receive treatment and physical therapy |
| JUN03 | X-rays conducted on back |
| 15SEPT03 | SPC Eller refused the recommended surgical treatment |
| OCT03 | Transferred to DCMO to work in a less physical job |
| NOV03 | Notified G2 to stop investigation because he is pending MEB |
| 5DEC03 | Counseled on not having a clearance and removed from DCMO |
| 6DEC03 | SPC Eller filed IG and EO complaints |
| 19DEC03 | P3 profile granted |
| 24DEC03 | 15-6 investigation initiated |
| 9JAN04 | 15-6 investigation completed |
| 26JAN04 | In-Brief for MEB was conducted |
| 4FEB04 | CT Scans ordered on back |
| 19FEB04 | Enclosures turned into PEBLO |
| 27FEB04 | Unit discovered that SPC Eller's security clearance was granted |
| 2MAR04 | SPC Eller informed by CDR that he has a clearance but access is suspended |
| 3MAR04 | SPC Eller was taken to TAMC for Emergency Mental Evaluation |
| 10MAR04 | Follow up with Division Mental Health Evaluation completed Soldier is ordered to attend stress and anger management classes weekly |

10. POC for the above action is CPT Michael R. Voss at 653-5654.

MICHAEL R. VOSS
CPT, SC
Commanding

