# DEFENDANT TRANS UNION LLC'S CONCISE STATEMENT OF MATERIAL FACTS AND EVIDENCE

# EXHIBIT "Q"

DA DEVELOPMENTAL COUNSELING FORM
For use of this form, see FM 22-100; the proponent agency is TRADOC

**DATA REQUIRED BY THE PRIVACY ACT OF 1974**
AUTHORITY: 5 USC 301, Departmental Regulations; 10 USC 3013, Secretary of the Army and E.O. 9397 (SSN)
PRINCIPAL PURPOSE: To assist leaders in conducting and recording counseling data pertaining to subordinates.
ROUTINE USES: For subordinate leader development IAW FM 22-100. Leaders should use this form as necessary.
DISCLOSURE: Disclosure is voluntary.

### PART I - ADMINISTRATIVE DATA

| Name (Last, First, MI) | Rank/Grade | Social Security No. | Date of Counseling |
|---|---|---|---|
| Eller, Gerald | SPC / E4 | 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 | 17 December 2003 |

| Organization | Name and Title of Counselor |
|---|---|
| HHC, 125 SIG BN, 25 ID(L) | Michael R. Voss |

### PART II - BACKGROUND INFORMATION

Purpose of Counseling: *(Leader states the reason for the counseling, e.g., performance/professional growth or event-oriented counseling, and includes the leader's facts and observations prior to the counseling.)*

o Status of Security Clearance
o Filed IG Complaint
o Filed EO Complaint
o MEB Process



### PART III - SUMMARY OF COUNSELING
Complete this section during or immediately subsequent to counseling.

Key Points of Discussion:
This is a written counseling to reiterate the verbal counseling with LTC Daley concerning your recent IG and EO case.

SECURITY CLEARANCE
There are 2 types of clearance processes
1. CCF Clearance process: The Actual NSA clearance that is granted after an exhausted check. It can take from 6 months to 18 months.
2. Local Interim Clearance process: Local or Interim Clearances are granted at the MACOM level and are to grant access for a limited time. This allows the soldier to continue to work in their assigned MOS until the clearance is complete. They do not follow when you PCS. They usually are good for 6 months and then need to be renewed.

Your local interim clearance has expired. Once the chain of command was informed that your interim was expired, you were removed from DCMO and reassigned to the mail room. LTC Daley has directed that we do not continue a request for your local interim clearance since you are pending an MEB board (see profile).

MEB:
We just received today a copy of your working Permanent profile dated 10DEC03. It still requires the signature of the Division Surgeon to be official and we will let you know once it is complete. A P3 profile is required before any Medical Evaluation Board process can begin. Once your P3 profile is approved, you will be scheduled for an MEB brief that will explain the required exams, paperwork and actions to complete the process.

FILED EO COMPLAINT:
I refer you to SSG Scott, a BN Equal Opportunity Representative to inform her about your allegations. Written statements of specific dates, people, conversations, and actions will be required. If warranted, SSG Scott can recommend to the chain of command several actions…to include a request for an informal or formal investigation. EO does not work directly for the command so be candid and honest with your answers and she will provide you educated counsel.

I encourage you to continue to use your chain of command concerning any issues you have.

I expect you to continue to serve as a valued team member and soldier of the 125 SIG BN team.

**CONFIDENTIAL**

### OTHER INSTRUCTIONS
This form will be destroyed upon: reassignment *(other than rehabilitative transfers)*, separation at ETS, or upon retirement. For separation requirements and notification of loss of benefits/consequences see local directives and AR 635-200.

DA FORM 4856, JUN 1999              EDITION OF JUN 85 IS OBSOLETE              USAPA V1.00

**Plan of Action:** *(Outlines actions that the subordinate will do after the counseling session to reach the agreed upon goal(s). The actions must be specific enough to modify or maintain the subordinate's behavior and include a specified time line for implementation and assessment (Part IV below).)*

o continued to serve as a valued team member and soldier of 125 SIG BN.
o continue to work with your chain of command as we resolve the current status of your CCF clearance
o be proactive in your treatment plan for your injuries

**Session Closing:** *(The leader summarizes the key points of the session and checks if the subordinate understands the plan of action. The subordinate agrees/disagrees and provides remarks if appropriate.)*

Individual counseled: [✓] I agree  [ ] disagree with the information above.

Individual counseled remarks: I WOULD JUST LIKE TO REITERATE TO MY CHAIN OF COMMAND THAT I NEED TO KNOW WHY THE CCF CLEARANCE PROCESS OF MY SECURITY CLEARANCE IS NOT COMPLETE. I FULLY COMPREHEND THAT THEY DO NOT HAVE ANYTHING TO DO WITH THIS PROCESS AND CANNOT CONFIRM OR DENY WHY.

Signature of Individual Counseled: *Gerald H. Elles*    Date: 17 DEC 03

**Leader Responsibilities:** *(Leader's responsibilities in implementing the plan of action.)*

Signature of Counselor: [signature]    Date: 17 Dec 03

### PART IV - ASSESSMENT OF THE PLAN OF ACTION

**Assessment:** *(Did the plan of action achieve the desired results? This section is completed by both the leader and the individual counseled and provides useful information for follow-up counseling.)*

**CONFIDENTIAL**

Counselor: _____    Individual Counseled: _____    Date of Assessment: _____

Note: Both the counselor and the individual counseled should retain a record of the counseling.

REVERSE, DA FORM 4856, JUN 1999

# DEVELOPMENTAL COUNSELING FORM

For use of this form, see FM 22-100; the proponent agency is TRADOC

### DATA REQUIRED BY THE PRIVACY ACT OF 1974

**AUTHORITY:** 5 USC 301, Departmental Regulations; 10 USC 3013, Secretary of the Army and E.O. 9397 (SSN)

**PRINCIPAL PURPOSE:** To assist leaders in conducting and recording counseling data pertaining to subordinates.

**ROUTINE USES:** For subordinate leader development IAW FM 22-100. Leaders should use this form as necessary.

**DISCLOSURE:** Disclosure is voluntary.

### PART I - ADMINISTRATIVE DATA

| Name (Last, First, MI) | Rank/Grade | Social Security No. | Date of Counseling |
|---|---|---|---|
| ELLER, GERALD | E-4 | 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 | 12 Feb 2004 |

| Organization | Name and Title of Counselor |
|---|---|
| HHC 125 SIGNAL BN | SSG(P) MCCANN, PLATOON SERGEANT |

### PART II - BACKGROUND INFORMATION

*Purpose of Counseling: (Leader states the reason for the counseling, e.g., performance/professional growth or event-oriented counseling, and includes the leader's facts and observations prior to the counseling.*

Performance Counseling

### PART III - SUMMARY OF COUNSELING
Complete this section during or immediately subsequent to counseling.

**Key Points of Discussion:**
SPC Eller you are being counseled pertaining to the outcome of your investigation. During your investigation, your top secret clearance investigation was stopped due to a pending MEB. If you have a pending MEB, your security clearance investigation will be on hold, possibily until your MEB results are determined.



CONFIDENTIAL

### OTHER INSTRUCTIONS

This form will be destroyed upon: reassignment *(other than rehabilitative transfers)*, separation at ETS, or upon retirement. For separation requirements and notification of loss of benefits/consequences see local directives and AR 635-200.

DA FORM 4856, JUN 1999        EDITION OF JUN 85 IS        USAPA V1.00

**n of Action:** *(Outlines actions that the subordinate will do after the counseling session to reach the agreed upon goal(s). The actions st be specific enough to modify or maintain the subordinate's behavior and include a specified time line for implementation and assessment (Part IV v).)*

e soldier will work on his situation to obtain his clearance

---

**ion Closing:** *(The leader summarizes the key points of the session and checks if the subordinate understands the plan of action. The rdinate agrees/disagrees and provides remarks if appropriate.)*

vidual counseled: [ ] I agree   [✓] disagree with the information above.

vidual counseled remarks: I HAVE FILED FORMAL COMPLAINTS ON 10-DEC-03 ASKING '4 I HAVE NOT BEEN PROMOTED AND WHY I WAS REMOVED FROM MY MOS 1) WHY I WAS NOT INFORMED OF ANY KIND OF PROBLEMS WITH Y CLEARENCE.

ature of Individual Counseled: *Derald H. Eller*   Date: 12-FEB-04

**der Responsibilities:** *(Leader's responsibilities in implementing the plan of action).*

the soldiers PLT SGT, I am counseling him on information at I know of. I am getting more understanding of SM situation.

ature of Counselor: *McCann*   Date: 12 FEB 04

---

**PART IV – ASSESSMENT OF THE PLAN OF ACTION**

ssment: *(Did the plan of action achieve the desired results? This section is completed by both the leader and the individual counseled and vides useful information for follow-up counseling.*

**CONFIDENTIAL**

iselor: _____   Individual Counseled: _____   Date of Assessment: _____

**Note: Both the counselor and the individual counseled should retain a record of the counseling.**

VERSE, DA FORM 4856, JUN 1999                                                                                           USAPA V1.00

# DEVELOPMENTAL COUNSELING FORM

For use of this form, see FM 22-100; the proponent agency is TRADOC

**DATA REQUIRED BY THE PRIVACY ACT OF 1974**

**AUTHORITY:** 5 USC 301, Departmental Regulations; 10 USC 3013, Secretary of the Army and E.O. 9397 (SSN)
**PRINCIPAL PURPOSE:** To assist leaders in conducting and recording counseling data pertaining to subordinates.
**ROUTINE USES:** For subordinate leader development IAW FM 22-100. Leaders should use this form as necessary.
**DISCLOSURE:** Disclosure is voluntary.

## PART I - ADMINISTRATIVE DATA

| Name (Last, First, MI) | Rank/Grade | Social Security No. | Date of Counseling |
|---|---|---|---|
| ELLER, GERALD | E-4 | 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 | 12 Feb 2004 |

| Organization | Name and Title of Counselor |
|---|---|
| HHC 125 SIGNAL BN | SSG(P) MCCANN, PLATOON SERGEANT |

## PART II - BACKGROUND INFORMATION

*Purpose of Counseling: (Leader states the reason for the counseling, e.g., performance/professional growth or event-oriented counseling, and includes the leader's facts and observations prior to the counseling.*

Performance Counseling

## PART III - SUMMARY OF COUNSELING

Complete this section during or immediately subsequent to counseling.

**Key Points of Discussion:**
SPC Eller you are being counseled for failing to be able to attend the promotion board. You are unable to attend the promotion board due to not having a top secret clearence for your MOS. In order to become promotable in your MOS you must have a top secret cleance which do not have because of various reasons. Upon completion of your clearance, it will then be determined if you will be eligible for the promotion board.

**CONFIDENTIAL**

## OTHER INSTRUCTIONS

This form will be destroyed upon: reassignment *(other than rehabilitative transfers)*, separation at ETS, or upon retirement. For separation requirements and notification of loss of benefits/consequences see local directives and AR 635-200.

DA FORM 4856, JUN 1999       EDITION OF JUN 85 IS       USAPA V1.00

Plan of Action: (Outlines actions that the subordinate will do after the counseling session to reach the agreed upon goal(s). The actions must be specific enough to modify or maintain the subordinate's behavior and include a specified time line for implementation and assessment (Part IV below).)
- The soldier will work on his situation to obtain his clearance
- The soldier understands the status of his investigation

Session Closing: (The leader summarizes the key points of the session and checks if the subordinate understands the plan of action. The Subordinate agrees/disagrees and provides remarks if appropriate.)

Individual counseled: [ ] I agree  [✓] disagree with the information above.

Individual counseled remarks: MY CHAIN OF COMMAND FAILED TO FOLLOW ARMY REGULATIONS, STANDARD OPERATING PROCEDURE, AND ARMY POLICY WHEN HALTING MY CLEARANCE AND STARTING MEB PROCEDURES.

Signature of Individual Counseled: Gerald H. Eller     Date: 12-FEB-04

Leader Responsibilities: (Leader's responsibilities in implementing the plan of action).

As the soldiers PLT SGT, I am counseling him on information that I know of. I am getting more understanding of the SM situation.

Signature of Counselor: McCann     Date: 12 FEB 04

PART IV – ASSESSMENT OF THE PLAN OF ACTION

Assessment: (Did the plan of action achieve the desired results? This section is completed by both the leader and the individual counseled and provides useful information for follow-up counseling.

**CONFIDENTIAL**

Counselor: _____  Individual Counseled: _____  Date of Assessment: _____

Note: Both the counselor and the individual counseled should retain a record of the counseling.

REVERSE, DA FORM 4856, JUN 1999                                    USAFA V1.00

# DEVELOPMENTAL COUNSELING FORM
For use of this form, see FM 22-100; the proponent agency is TRADOC

## DATA REQUIRED BY THE PRIVACY ACT OF 1974
**AUTHORITY:** 5 USC 301, Departmental Regulations; 10 USC 3013, Secretary of the Army and E.O. 9397 (SSN)
**PRINCIPAL PURPOSE:** To assist leaders in conducting and recording counseling data pertaining to subordinates.
**ROUTINE USES:** For subordinate leader development IAW FM 22-100. Leaders should use this form as necessary.
**DISCLOSURE:** Disclosure is voluntary.

## PART I - ADMINISTRATIVE DATA

| Name (Last, First, MI) | Rank/Grade | Social Security No. | Date of Counseling |
|---|---|---|---|
| Eller, Gerald | SPC / E4 | 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 | 2 March 2004 |

| Organization | Name and Title of Counselor |
|---|---|
| HHC, 125 SIG BN, 25 ID(L) | CPT Michael R. Voss, HHC Company Commander |

## PART II - BACKGROUND INFORMATION

**Purpose of Counseling:** *(Leader states the reason for the counseling, e.g., performance/professional growth or event-oriented counseling, and includes the leader's facts and observations prior to the counseling.)*
o Current duties and Chain of Command
o results of Security Clearance Check
o commander's recommendation
o current duties until complete

## PART III - SUMMARY OF COUNSELING
Complete this section during or immediately subsequent to counseling.

**Key Points of Discussion:**

o Current Duties; You were assigned to 1ST Platoon and your section SGT is SGT Stadthagen. SGT Stadthagen is your first point of contact for all actions and is to assist you in your MEB process. Your duties are the Battalion Duty Driver during the day shift and assisting with clerical work for first platoon. SGT Stadthagen will provide you with a detailed inbrief of your duties.

o Verified with Anna Hicks the status of your MEB. We are still awaiting your "narrative summary" to turn in your enclosures.

o I was notified on 27FEB04, that G2 had received a DA837 granting TS(SCI) security clearance to SPC Eller. On 2MAR04, I received confirmation Mr. Richard Wight that the clearance was valid.

o This counseling is to inform you that you currently have a clearance, Top Secret (SCI). I will request a copy of the DA 837 for your records.

o As a commander, I am recommending that your access to Secret and TS material be "suspended" for the following reasons:
  1. Your current duties and work environment do not require you to have a clearance
  2. You are pending a Medical Evaluation Board (MEB) and Separation from the Army.

o This suspension will not effect your current approved TS clearance. This will retrict your access to Secret and TS material while with 125th SIG BN and 25 ID(L).

I encourage you to continue to use your chain of command concerning any issues you have.

I expect you to continue to serve as a valued team member and soldier of the 125 SIG BN team.

This constitues an offical counseling

**CONFIDENTIAL**

## OTHER INSTRUCTIONS
This form will be destroyed upon: reassignment *(other than rehabilitative transfers)*, separation at ETS, or upon retirement. For separation requirements and notification of loss of benefits/consequences see local directives and AR 635-200.

DA FORM 4856, JUN 1999        EDITION OF JUN 85 IS OBSOLETE        USAPA V1.00

**Plan of Action:** *(Outlines actions that the subordinate will do after the counseling session to reach the agreed upon goal(s). The actions must be specific enough to modify or maintain the subordinate's behavior and include a specified time line for implementation and assessment (Part IV below).)*

o continued to serve as a valued team member and soldier of 125 SIG BN.
o continue with progress towards completion of MEB
o continue to work with your chain of command
o be proactive in your treatment plan for your injuries

---

**Session Closing:** *(The leader summarizes the key points of the session and checks if the subordinate understands the plan of action. The subordinate agrees/disagrees and provides remarks if appropriate.)*

Individual counseled: ☐ I agree   ☑ disagree with the information above.

Individual counseled remarks: *I DISAGREE WITH TIMING OF THIS COUNSELING.*

Signature of Individual Counseled: _Derald M Ellu_  Date: 2-MAR-04

**Leader Responsibilities:** *(Leader's responsibilities in implementing the plan of action.)*

Signature of Counselor: _____  Date: 2 MAR 04

---

**PART IV - ASSESSMENT OF THE PLAN OF ACTION**

Assessment: *(Did the plan of action achieve the desired results? This section is completed by both the leader and the individual counseled and provides useful information for follow-up counseling.)*

CONFIDENTIAL

Counselor: _____   Individual Counseled: _____   Date of Assessment: _____

**Note:** Both the counselor and the individual counseled should retain a record of the counseling.

REVERSE, DA FORM 4856, JUN 1999                                               USAPA V1.00

# DEVELOPMENTAL COUNSELING FORM
For use of this form, see FM 22-100; the proponent agency is TRADOC

## DATA REQUIRED BY THE PRIVACY ACT OF 1974

**AUTHORITY:** 5 USC 301, Departmental Regulations; 10 USC 3013, Secretary of the Army and E.O. 9397 (SSN)
**PRINCIPAL PURPOSE:** To assist leaders in conducting and recording counseling data pertaining to subordinates.
**ROUTINE USES:** For subordinate leader development IAW FM 22-100. Leaders should use this form as necessary.
**DISCLOSURE:** Disclosure is voluntary.

## PART I - ADMINISTRATIVE DATA

| Name (Last, First, MI) | Rank/Grade | Social Security No. | Date of Counseling |
|---|---|---|---|
| Eller, Gerald H. | SPC/E-4 | 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 | 9 Mar 04 |

| Organization | Name and Title of Counselor |
|---|---|
| HHC, 125TH Signal Battalion | Quesnell, Joseph L., 1SG, First Sergeant |

## PART II - BACKGROUND INFORMATION

**Purpose of Counseling:** *(Leader states the reason for the counseling, e.g., performance/professional growth or event-oriented counseling, and includes the leader's facts and observations prior to the counseling.)*

Promotion counseling for Mar 04.

## PART III - SUMMARY OF COUNSELING
Complete this section during or immediately subsequent to counseling.

**Key Points of Discussion:**
You are not being recommended for promotion for the following reasons:
o Lack of displayed leadership qualities
o Number of derogatory counselling
o Inability to control your anger
If you truly want to become an NCO, than you need to work on these areas mentioned above.

**CONFIDENTIAL**

## OTHER INSTRUCTIONS
This form will be destroyed upon: reassignment *(other than rehabilitative transfers)*, separation at ETS, or upon retirement. For separation requirements and notification of loss of benefits/consequences see local directives and AR 635-200.

DA FORM 4856, JUN 1999        EDITION OF JUN 85 IS OBSOLETE        USAPA V1.00

**Plan of Action:** *(Outlines actions that the subordinate will do after the counseling session to reach the agreed upon goal(s). The actions must be specific enough to modify or maintain the subordinate's behavior and include a specified time line for implementation and assessment (Part IV below).)*

Recommend you speak to the Chaplain and/or seek help through mental health for your anger issues.

**Session Closing:** *(The leader summarizes the key points of the session and checks if the subordinate understands the plan of action. The subordinate agrees/disagrees and provides remarks if appropriate.)*

Individual counseled: [ ] I agree  [✓] disagree with the information above.

Individual counseled remarks:

Signature of Individual Counseled: *[signed]*    Date: 9-MAR-04

**Leader Responsibilities:** *(Leader's responsibilities in implementing the plan of action.)*

Signature of Counselor: *[signed]*    Date: 9-MAR 04

## PART IV - ASSESSMENT OF THE PLAN OF ACTION

**Assessment:** *(Did the plan of action achieve the desired results? This section is completed by both the leader and the individual counseled and provides useful information for follow-up counseling.)*

**CONFIDENTIAL**

Counselor: _____    Individual Counseled: _____    Date of Assessment: _____

Note: Both the counselor and the individual counseled should retain a record of the counseling.

REVERSE, DA FORM 4856, JUN 1999    USAPA V1.00

# DEVELOPMENTAL COUNSELING FORM

For use of this form, see FM 22-100; the proponent agency is TRADOC

## DATA REQUIRED BY THE PRIVACY ACT OF 1974

**AUTHORITY:** 5 USC 301, Departmental Regulations; 10 USC 3013, Secretary of the Army and E.O. 9397 (SSN)
**PRINCIPAL PURPOSE:** To assist leaders in conducting and recording counseling data pertaining to subordinates.
**ROUTINE USES:** For subordinate leader development IAW FM 22-100. Leaders should use this form as necessary.
**DISCLOSURE:** Disclosure is voluntary.

## PART I - ADMINISTRATIVE DATA

| Name (Last, First, MI) | Rank/Grade | Social Security No. | Date of Counseling |
|---|---|---|---|
| Eller, Gerald H. | SPC/E-4 | 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 | 9 Mar 04 |

| Organization | Name and Title of Counselor |
|---|---|
| HHC, 125TH Signal Battalion | Quesnell, Joseph L., 1SG, First Sergeant |

## PART II - BACKGROUND INFORMATION

**Purpose of Counseling:** *(Leader states the reason for the counseling, e.g., performance/professional growth or event-oriented counseling, and includes the leader's facts and observations prior to the counseling.)*

Outcome of 15-6 Investigation.

## PART III - SUMMARY OF COUNSELING
Complete this section during or immediately subsequent to counseling.

**Key Points of Discussion:**
The following allegations were brought forward by you and a 15-6 investigation was initiated:
o Unauthorized Access to classified information
o Use of government telephones for personal long distance calls
o Unprofessional behavior and conduct
o Failure of NCOs to properly execute their jobs
o Discriminatory actions based on race
o Pornography in the work place
It was noted by the investigating officer that these allegations, whole or in part, were unfounded. This investigation also revealed a pattern of behavior, displayed by you, that is not consistent with Army Values. From Apr 03 - Dec 03 you were counseled on the following:
o Disrespect to a Noncommissioned Officer (28 Apr 03)
o Insubordinate conduct toward a Noncommissioned Officer (6 Aug 03)
o Failure to obey an order (6 Aug 03)
o Procedures for appointments and other issues that require your absence from your place of duty (23 Dec 03)
This investigation also revealed that you have issues with anger control. For example, your performance counseling dated 29 Apr 03 specifically states that "You need to control your temper".
Making false accusations is a serious offense and can result in UCMJ action. Furthermore, if the substandard conduct, listed above, continues, action may be initiated to separate you form the Army under AR 635-200. If you are involuntarily separated you could and honorable discharge, a general (under honorable conditions) discharge, or an other than honorable conditions discharge. An honorable discharge may be awarded under any provision. A general discharge may be awarded for separation under all chapters. An other then honorable conditions discharge may be awarded for separation under Chapter 14. If you receive an honorable discharge, you will be qualified for most benefits resulting from military service. An involuntary honorable discharge however, will disqualify you from receiving transitional benefits (e.g. commissary, housing, health benefits, and the Montgomery GI Bill). If you receive a general discharge, you will be disqualified from reenlisting in the service for some period of time and you will be ineligible for some benefits, including the Montgomery GI Bill. If you receive and under other than honorable discharge, you will be ineligible for reenlistment and most benefits, including payment for accrued leave, transportation of dependents and household goods to home, transitional benefits, and the Montgomery GI Bill. You may also face difficulty in obtaining civilian employment, as employers have a low regard for general and under other than honorable condition discharges. Although there are agencies to which you may apply to have the character of your discharge changed, it is unlikely that any such application will be successful.

**CONFIDENTIAL**

## OTHER INSTRUCTIONS
This form will be destroyed upon: reassignment *(other than rehabilitative transfers)*, separation at ETS, or upon retirement. For separation requirements and notification of loss of benefits/consequences see local directives and AR 635-200.

DA FORM 4856, JUN 1999       EDITION OF JUN 85 IS OBSOLETE       USAPA V1.00

**Plan of Action:** *(Outlines actions that the subordinate will do after the counseling session to reach the agreed upon goal(s). The actions must be specific enough to modify or maintain the subordinate's behavior and include a specified time line for implementation and assessment (Part IV below).)*

Recommend you speak to the Chaplain and/or seek help through mental health for your anger issues.

**Session Closing:** *(The leader summarizes the key points of the session and checks if the subordinate understands the plan of action. The subordinate agrees/disagrees and provides remarks if appropriate.)*

Individual counseled: [ ] I agree   [✓] disagree with the information above.

Individual counseled remarks:

Signature of Individual Counseled: _Gerald M. Elles_   Date: 9-MAR-04

**Leader Responsibilities:** *(Leader's responsibilities in implementing the plan of action.)*

Signature of Counselor: _[signature]_   Date: 9-MAR-04

## PART IV - ASSESSMENT OF THE PLAN OF ACTION

**Assessment:** *(Did the plan of action achieve the desired results? This section is completed by both the leader and the individual counseled and provides useful information for follow-up counseling.)*

CONFIDENTIAL

Counselor: _____   Individual Counseled: _____   Date of Assessment: _____

Note: Both the counselor and the individual counseled should retain a record of the counseling.

REVERSE, DA FORM 4856, JUN 1999                                    USAPA V1.00