# DEFENDANT TRANS UNION LLC'S CONCISE STATEMENT OF MATERIAL FACTS AND EVIDENCE

# EXHIBIT "R"

Deposition Exhibit 27

02375468   040389228001   BEST COPY AVAILABLE   DEC 19 '01 58

This form is to be attached to each Electronic Personnel Security Questionnaire (EPSQ) submitted to OPM for Investigation. Note: The EPSQ is for internal DOD use only, and is pending OMB approval.

DEC 05 '01 51 36

### Agency Use Information (SF86)

| A Type of Investigation | B Extra Coverage | C Sensitivity Level | D Access | E | F Date of Action | Room for |
|---|---|---|---|---|---|---|
| 08B | | 3 | 2 | MIL | 011126 | |

| G Geographic Location | H Position Code | I Position Title |
|---|---|---|
| | | U.S. ARMY |

| J SON | K Location of Official Personnel Folder | None | Other Address | Zip Code |
|---|---|---|---|---|
| 393D | | NPRC / X AI SON | | |

| L SOI | M Location of Security Folder | X None | Other Address | Zip Code |
|---|---|---|---|---|
| A334 | | AI SOI / NPI | | |

| N OPAC ALC Number | Accounting Data and/or Agency Case Number |
|---|---|
| "DSS-MIL" | |

| P Requesting Official | Name and Title | Signature | Telephone Number | Date |
|---|---|---|---|---|
| | GUIDANCE COUNSELOR | | (303) 893-8151 | 011126 |

The following information is requested as part of your EPSQ for an investigative request being sent to OPM. This information will be used to obtain records in order to determine your suitability for employment. Please sign and date this certifying the accuracy of the information you provided.

### Subject of Investigation (Identifying Information)

FULL NAME
If you have only initials in your name, use them and place (IO). If you have a "Jr.", "Sr.", "II", ..., enter this in the box after your middle name.
If you have no middle name, enter "NMN"

| Last Name | First Name | Middle Name | Jr, II, etc |
|---|---|---|---|

Maiden Name Used
If your maiden name and the "To and From" dates are known it has been used

| Maiden Name | | | Month/Year From | Month/Year To |
|---|---|---|---|---|

DEC 10 '01 54 59

### Education Degree(s) (Not shown on the EPSQ)

OPM verifies highest degree obtained and degrees pertinent to the position for which this investigation is conducted. Please list education information below for those degrees beyond the 7 year period, not listed on your EPSQ. Use the number "2" in the Code block which represents College/University/Military College.

| Month/Year From To | Code | Name of School | Degree/Diploma/Other | Month/Year Awarded |
|---|---|---|---|---|
| Street Address and City (County) of School | | | State | Zip Code |

| Month/Year From To | Code | Name of School | Degree/Diploma/Other | Month/Year Awarded |
|---|---|---|---|---|
| Street Address and City (County) of School | | | State | Zip Code |

X _Gerald H. Eller_  Appointee/Applicant Signature     Date: 011126

NAME: ELLER Gerald
SSN: 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
DOB: 640804
POB: Aurora Co
SHIP DATE: 19 FEB 02

August 2000

Attachment 2

**CONFIDENTIAL**

140

DEC 17 01 55 19

```
@pm                                                    040389228002
Office of Personnel Management      NAC/LAC         EPSQ Version 2.1
SECURITY CLEARANCE APPLICATION      011126          O.M.B. No. 3206-0007
Date 2001/11/21                     NP              Time 17:54:02
Standard Form 86, Sep. 95

ELLER                                               SSN: 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
GERALD, HANSEN N/A                                           Page: 1
1. Personal Information               02375468
        Name ELLER
             GERALD, HANSEN N/A
        Birth Date 1964/08/04                Sex Male
        Place Of Birth AURORA, CO
              County ADAMS
                     UNITED STATES
    Work/Day Phone  ()  -         Home/Evening Phone (719)574-5742
       Height 6-2   Weight 213   Hair Color BR   Eye Color BL

2. Other Names Used
YES Have you ever used or been known by another name?
    FROM           TO          OTHER NAME
1.  1964/08/04     PRES        ELLER
                               JERRY, HANSEN

3. Citizenship
Current Citizenship U.S. Citizen
Mother's Maiden Name SPITZER
                     SELMA, LORRAINE
Citizenship Type Born in the U.S.
NO Are you now or were you a dual citizen of the U.S. and another country?

4. Where You Have Lived
   FROM           TO          ADDRESS
1. 2000/03/02     PRES        2626 MANASSAS WAY
                              COLORADO SPRINGS, CO 80922
   Person Who Knows You
   EVJEN
   CHERI, UNK
   2626 MANASSES WAY
   COLORADO SPRINGS, CO 80922
   Phone 0117195745742
NO Is this residence address hard to find?

2. 1999/11/02     2000/03/01  3601 COUNTY RD 19
                              FLORENCE, CO 81226
   Person Who Knows You
   ELLER
   GLENN, ROSS
   3601 COUNTY RD 19
   FLORENCE, CO 81226
   Phone 0117197849605
NO Is this residence address hard to find?

3. 1994/11/02     1999/11/01  700 CHEYENNE BLVD
                              COLORADO SPRINGS, CO 80906
   Person Who Knows You
   AZAR
   STEVE, UNK
   2210 RICHMOND
   COLORADO SPRINGS, CO 80922
   Phone 0117195701251
NO Is this residence address hard to find?
```

**CONFIDENTIAL**

141

```
                                                    040389 228003 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
                                                                   Page: 2
ELLER
GERALD, HANSEN N/A
5.  Where You Went To School
YES Have you attended school beyond Junior High School within the last 10
    years?
    FROM         TO          TYPE/ADDRESS
1.  2000/05/01   2001/05/01  College/University/Military College
    Degree/Diploma/Other     UNIVERSITY OF COLORADO AT COLORADO SPRIN
                             1420 AUSTIN BLUFFS PKY PO BOX 7150
    Award Date  / /          COLORADO SPRINGS, CO 81226

    Person Who Knows You
    ELLER
    GLENN, ROSS
    3601 COUNTY RD 19
    FLORENCE, CO 81226
    Phone 7197849606

6.  Your Employment Activities
    FROM         TO          TYPE OF EMPLOYMENT
1.  2000/06/02   PRES        Other
    Your Position/Title BOUNCER
         Employer Name JACK QUINN'S BAR AND GRILL
         Employer Phone 0117193850766
         Job Address 239 SOUTH TEJON
                     COLORADO SPRINGS, CO 80906
    Supervisor's Name THOMPSON
                      GINA, UNK
         Supervisor Phone 0117193850766
    NO Is the employer's address different from the job location address?
    NO Is the supervisor's address different from the job location address?

2.  1999/11/02   2000/06/01  Unemployment
    Verifying Individual ELLER
                         GERALD, HANSEN
                         2626 MANASSAS WAY
                         COLORADO SPRINGS, CO 80922
              Phone 0117195745742

3.  1997/02/02   1999/11/01  Other
    Your Position/Title SALES REP
         Employer Name MCI WORLD COM
         Employer Phone 01171947371?
         Job Address 85 CORPORATE CENTRE DR
                     COLORADO SPRINGS, CO 80919
    Supervisor's Name WHITE
                      QUINN, UNK
         Supervisor Phone 01171947371?
    NO Is the employer's address different from the job location address?
    NO Is the supervisor's address different from the job location address?

4.  1994/11/02   1997/02/01  Other
    Your Position/Title APARTMENT MANAGER
         Employer Name CHEYENNE ARMS APARTMENTS
         Employer Phone 0117196334091
         Job Address 700 CHEYENNE BLVD
                     COLORADO SPRINGS, CO 80906
    Supervisor's Name STEWART
                      SUSAN, UNK
         Supervisor Phone 0117196334091
    NO Is the employer's address different from the job location address?
    NO Is the supervisor's address different from the job location address?
```

**CONFIDENTIAL**

142

```
                                                   040389 228004
                                                   S180   SSN: 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
ELLER                                                     Page: 3
GERALD, HANSEN N/A
```

**6. Your Employment Activities (Continued)**

NO Were you in the Federal Civil Service prior to the last 10 years?

**7. People Who Know You Well**

| FROM | TO | REFERENCE NAME/ADDRESS |
|---|---|---|
| 1. 1994/02/01 | PRES | AZAR<br>STEVE, UNK |

  Work Address 2210 RICHMOND DR
               COLORADO SPRINGS, CO 80922
  Evening Phone 0117195701251

| 2. 1980/05/01 | PRES | HIGGINS<br>DAN, UNK |
|---|---|---|

  Work Address 1128 C ST
               SALIDA, CO 81201
  Evening Phone 0117195700277

| 3. 1983/09/01 | PRES | SPAULDING<br>JON, UNK |
|---|---|---|

  Work Address 4751 NORTH SILVERLACE LN
               CASTLE ROCK, CO 80104
  Evening Phone 0112036604676

**8. Your Spouse**

What is your current marital status? Divorced

| STATUS/DATES | NAMES/LOCATION |
|---|---|
| 1. Divorced | BROOKS<br>KRISTEN, UNK |
| DOB 1966/10/05 | POB HORSEHEADS, NY |
| Marriage 1992/06/20 | CAMILLUS, NY |
| Divorced 1998/03/02 | COLORADO SPRINGS, CO |

YES Do you know the address of your former spouse? (most recent or last
    known address) (If deceased, answer No.)
                                UNK
                                UNK, CO 80918
                        Phone 0117190000000
  Country(ies) of Citizenship UNITED STATES

**9. Your Relatives and Associates**

| RELATIONSHIP | NAME/PLACE OF BIRTH |
|---|---|
| 1. Mother | ELLER<br>SELMA, LORRAINE |
| DOB 1933/12/17 | POB UNITED STATES |

NO Is the family/associate you listed deceased?
       Current Address 3601 COUNTY RD 19
                       FLORENCE, CO 81226
  Country(ies) of Citizenship UNITED STATES

| 2. Father | ELLER, SR<br>GLENN, ROSS |
|---|---|
| DOB 1926/12/06 | POB UNITED STATES |

NO Is the family/associate you listed deceased?
       Current Address 3601 COUNTY RD 19
                       FLORENCE, CO 81226
  Country(ies) of Citizenship UNITED STATES

3. Brother

CONFIDENTIAL

143

040389228005
SF86    SSN: 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

ELLER
GERALD, HANSEN N/A                                          Page: 4

9. Your Relatives and Associates (Continued)

    ELLER, JR
    GLENN, ROSS
    DOB 1954/09/29        POB UNITED STATES
YES Is the family/associate you listed deceased?
Country(ies) of Citizenship UNITED STATES
4: Brother

    ELLER
    WILLIAM, UNK
    DOB 1956/06/19        POB UNITED STATES
NO Is the family/associate you listed deceased?
    Current Address 3601 COUNTY RD 19
                    FLORENCE, CO 81226
Country(ies) of Citizenship UNITED STATES

10. Citizenship of Your Relatives and Associates
    RELATIONSHIP            NAME

11. Your Military History
YES Have you ever served in the military? (If yes, provide in chronological
    order your military history: begin with the most recent period and include
    Reserves, National Guard, Merchant Marines, and foreign Military service.)
    FROM/SVC #      TO           COUNTRY
1.  1988/01/05      1991/04/05   UNITED STATES
    524271792
    Branch/Grade ARMY/Specialist 4/Corporal (E4)
    Status Active

12. Your Foreign Activities - Property
NO  Do you have any foreign property, business connections, or financial
    interests?

13. Your Foreign Activities - Employment
NO  Are you now or have you ever been employed by or acted as a consultant
    for a foreign government, firm, or agency?

14. Your Foreign Activities - Contact with Foreign Government
NO  Have you ever had any contact with a foreign government, its
    establishments (embassies or consulates), or its representatives, whether
    inside or outside the U.S., other than on official U.S. Government
    business? (Does not include routine visa applications and border crossing
    contacts.)

15. Your Foreign Activities - Passport
NO  In the last 7 years, have you had an active passport that was issued by a
    foreign government?

16. Foreign Countries You Have Visited
NO  Have you traveled outside the United States on other than official U.S.
    Government orders in the last 7 years? (Travel as a dependent or contractor
    must be listed.) Do not repeat travel covered in modules 4, 5, and 6.

17. Your Military Record
NO  Have you ever received other than an honorable discharge from the military?

**CONFIDENTIAL**

144

040389228006   SSN: 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

ELLER
GERALD, HANSEN N/A                                                    Page: 5

**18. Your Selective Service Record**
YES Are you a male born after December 31, 1959?
YES Have you registered with the Selective Service System?
    Registration Number  UNKNOWN

**19. Your Medical Record**
NO In the last 7 years, have you consulted a mental health professional (psychiatrist, psychologist, counselor, etc.) or have you consulted with another health care provider about a mental health related condition?

**20. Your Employment Record**
NO Has any of the following happened to you in the last 10 years?

- Fired from job

- Quit a job after being told you'd be fired

- Left a job by mutual agreement following allegations of misconduct

- Left a job by mutual agreement following allegations of unsatisfactory performance

- Left a job for other reason under unfavorable circumstances

**21. Your Police Record - Felony Offenses**
NO Have you ever been charged with or convicted of any felony offense? (Include those under the Uniform Code of Military Justice.) For this item, report information regardless of whether the record in your case has been "sealed" or otherwise stricken from the record. The single exception to this requirement is for certain convictions under the Federal Controlled Substances Act for which the court issued an expungement order under the authority of 21 U.S.C. 844 or 18 U.S.C. 3607.

**22. Your Police Record - Firearms/Explosives Offenses**
NO Have you ever been charged with or convicted of a firearms or explosives offense? For this item, report information regardless of whether the record in your case has been "sealed" or otherwise stricken from the court record. The single exception to this requirement is for certain convictions under the Federal Controlled Substances Act for which the court issued an expungement order under the authority of 21 U.S.C. 844 or 18 U.S.C. 3607.

**23. Your Police Record - Pending Charges**
NO Are there currently any charges pending against you for any criminal offense? For this item, report information regardless of whether the record in your case has been "sealed" or otherwise stricken from the record. The single exception to this requirement is for certain convictions under the Federal Controlled Substances Act for which the court issued an expungement order under the authority of 21 U.S.C. 844 or 18 U.S.C. 3607.

CONFIDENTIAL

145

```
040389 228007
SF86   SSN: 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
ELLER                                                    Page: 6
GERALD HANSEN N/A
```

**24. Your Police Record - Alcohol/Drug Offenses**
NO Have you ever been charged with or convicted of any offense(s) related to alcohol or drugs? For this item, report information regardless of whether the record in your case has been "sealed" or otherwise stricken from the record. The single exception to this requirement is for certain convictions under the Federal Controlled Substances Act for which the court issued an expungement order under the authority of 21 U.S.C. 844 or 18 U.S.C. 3607.

**25. Your Police Record - Military Court**
NO In the last 7 years, have you been subject to court martial or other disciplinary proceedings under the Uniform Code of Military Justice? (Include non-judicial, Captain's mast, etc.) For this item, report information regardless of whether the record in your case has been "sealed" or otherwise stricken from the record. The single exception to this requirement is for certain convictions under the Federal Controlled Substances Act for which the court issued an expungement order under the authority of 21 U.S.C. 844 or 18 U.S.C. 3607.

**26. Your Police Record - Other Offenses**
YES In the last 7 years, have you been arrested for, charged with, or convicted of any offense(s) not listed in modules 21, 22, 23, 24, or 25? (Leave out traffic fines of less than $150 unless the violation was alcohol or drug related.) For this item, report information regardless of whether the record in your case has been "sealed" or otherwise stricken from the record. The single exception to this requirement is for certain convictions under the Federal Controlled Substances Act for which the court issued an expungement order under the authority of 21 U.S.C. 844 or 18 U.S.C. 3607.

| DATE | NATURE OF OFFENSE/ACTION |
|---|---|
| 1. 1998/12/01 | FAILURE TO YIELD<br>PAID FINE |

Authority/Court EL PASO COUNTY COURT
City COLORADO SPRINGS, CO 80905
County EL PASO
Remarks: FINED $150.00

**27. Your Use of Illegal Drugs and Drug Activity-Illegal Use of Drugs**
YES Since the age of 16 or in the last 7 years, whichever is shorter, have you illegally used any controlled substance, for example, marijuana, cocaine, crack cocaine, hashish, narcotics (opium, morphine, codeine, heroin, etc.), amphetamines, depressants (barbiturates, methaqualone, tranquilizers, etc.), hallucinogenics (LSD, PCP, etc.), or prescription drugs?

| FROM | TO | NAME/FREQUENCY |
|---|---|---|
| 1. 1976/05/01 | 1992/05/01 | MARIJUANA |

Remarks: UNKNOWN

**28. Your Use of Illegal Drugs and Drug Activity-Use in Sensitive Positions**
NO Have you EVER illegally used a controlled substance while employed as a law enforcement officer, prosecutor, or courtroom official; while possessing a security clearance; or while in a position directly and immediately affecting public safety?

CONFIDENTIAL

146

```
040389 228008
SF86   SSN: 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
                                    Page: 7
ELLER, GERALD, HANSEN II/A
```

**29. Your Use of Illegal Drugs and Drug Activity-Drug Activity**
NO  In the last 7 years, have you been involved in the illegal purchase, manufacture, trafficking, production, transfer, shipping, receiving, or sale of any narcotic, depressant, stimulant, hallucinogen, or cannabis for your own intended profit or that of another?

**30. Your Use of Alcohol**
NO  In the last 7 years has your use of alcoholic beverages (such as liquor, beer, wine) resulted in any alcohol-related treatment or counseling (such as for alcohol abuse or alcoholism)? Do not repeat information reported in module 21 on form SF86 (Your Medical Record).

**31. Your Investigation Record - Investigations/Clearances Granted**
YES  Has the United States Government ever investigated your background and/or granted you a security clearance? (If you can't recall the investigating agency and/or the security clearance received, enter (Y)es and follow instructions in the help text for the fields on the next screen. If you can't recall whether you've been investigated or cleared, enter (N)o.)

| DATE | AGENCY/DESCRIPTION |
|---|---|
| 1988/01/05 | Defense Department Secret |

**32. Your Investigation Record - Clearance Actions**
NO  To your knowledge have you ever had a clearance or access authorization denied, suspended, or revoked, or have you ever been debarred from government employment? (Note: An administrative downgrade or termination of a security clearance is not a revocation.)

**33. Your Financial Record - Bankruptcy**
NO  In the last 7 years, have you filed a petition under any chapter of the bankruptcy code (to include Chapter 13)?

**34. Your Financial Record - Wage Garnishments**
NO  In the last 7 years, have you had your wages garnished for any reason?

**35. Your Financial Record - Repossessions**
NO  In the last 7 years, have you had any property repossessed for any reason?

**36. Your Financial Record - Tax Lien**
NO  In the last 7 years, have you had a lien placed against your property for failing to pay taxes or other debts?

**37. Your Financial Record - Unpaid Judgements**
NO  In the last 7 years, have you had any judgements against you that have not been paid?

**38. Your Financial Delinquencies - 180 Days**
NO  In the last 7 years, have you been over 180 days delinquent on any debt(s)?

**39. Your Financial Delinquencies - 90 Days**
NO  Are you currently over 90 days delinquent on any debt(s)?

**40. Public Record Civil Court Actions**
NO  In the last 7 years, have you been a party to any public record civil court actions not listed elsewhere on this form?

CONFIDENTIAL

```
                    02375468                    040389228009
                                                SF86   SSN: 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
ELLER                                                         Page: 8
GERALD, HANSEN N/A
```

**41. Your Association Record - Membership**
NO  Have you ever been an officer or a member or made a contribution to an organization dedicated to the violent overthrow of the United States Government and which engages in illegal activities to that end, knowing that the organization engages in such activities with the specific intent to further such activities?

**42. Your Association Record - Activities**
NO  Have you ever knowingly engaged in any acts or activities designed to overthrow the United States Government by force?

**43. General Remarks**
YES  Do you have any additional remarks to enter in your application?
     Remarks: 19820901-19861201 - BA GRADUATE OF WESTERN STATE COLLEGE, GUNNISON
              CO 81213

**CERTIFICATION BY PERSON COMPLETING FORM**
My statements on this form, and any attachments to it, are true, complete, and correct to the best of my knowledge and belief and are made in good faith. I understand that a knowing and willful false statement on this form can be punished by fine or imprisonment or both. (See section 1001 of title 18, United States Code).

Name ELLER
     GERALD, HANSEN N/A
SSN 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

_____      11-26-01
Signature (Sign in ink)        Date

CONFIDENTIAL

148

```
                                              02375468
                                         040389 228010
Standard Form 86              Form approved:
Revised September 1995        O.M.B. No. 3206-0007
U.S. Office of Personnel Management   NSN 7540-00-634-4036
5 CFR Parts 731, 732, and 736    86-111
```

BEST COPY AVAILABLE

UNITED STATES OF AMERICA
Authorization for Release of Information
Carefully read this authorization to release information about you, then sign and date it in ink.

I Authorize any investigator, special agent, or other duly accredited representative of the authorized Federal agency conducting my background investigation, to obtain any information relating to my activities from individuals, schools, residential management agents, employers, criminal justice agencies, credit bureaus, consumer reporting agencies, collection agencies, retail business establishments, or other sources of information. This information may include, but is not limited to, my academic, residential, achievement, performance, attendance, disciplinary, employment history, criminal history record information, and financial and credit information. I authorize the Federal agency conducting my investigation to disclose the record of my background investigation to the requesting agency for the purpose of making a determination of suitability or eligibility for a security clearance.

I Understand that, for financial or lending institutions, medical institutions, hospitals, health care professionals, and other sources of information, a separate specific release will be needed, and I may be contacted for such a release at a later date. Where a separate release is requested for information relating to mental health treatment or counseling, the release will contain a list of the specific questions, relevant to the job description, which the doctor or therapist will be asked.

I Further Authorize any investigator, special agent, or other duly accredited representative of the U.S. Office of Personnel Management, the Federal Bureau of Investigation, the Department of Defense, the Defense Investigative Service, and any other authorized Federal agency, to request criminal record information about me from criminal justice agencies for the purpose of determining my eligibility for access to classified information and/or for assignment to, or retention in, a sensitive National Security position, in accordance with 5 U.S.C. 9101. I understand that I may request a copy of such records as may be available to me under the law.

I Authorize custodians of records and other sources of information pertaining to me to release such information upon request of the investigator, special agent, or other duly accredited representative of any Federal agency authorized above regardless of any previous agreement to the contrary.

I Understand that the information released by records custodians and sources of information is for official use by the Federal Government only for the purposes provided in this Standard Form 86, and that it may be redisclosed by the Government only as authorized by law.

Copies of this authorization that show my signature are as valid as the original release signed by me. This authorization is valid for five (5) years from the date signed or upon the termination of my affiliation with the Federal Government, whichever is sooner. Read, sign, and date the release on the next page if you have not done so.

_____          _____
Signature (Sign in ink)             Date  11 25

**CONFIDENTIAL**

149