# DEFENDANT TRANS UNION LLC'S CONCISE STATEMENT OF MATERIAL FACTS AND EVIDENCE

# EXHIBIT "S"

```
040406117014
```

Office of Personnel Management                     EPSQ Version 2.1
SECURITY CLEARANCE APPLICATION                     O.M.B. No. 3206-0007
Date: 2002/03/18                                   Time: 11:02:30
Standard Form 86, Sep. 95

ELLER                                              SSN: 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
GERALD, HANSEN                                     Page: 1

1. Personal Information
      Name  ELLER
            GERALD, HANSEN
      Birth Date 1964/08/04                        Sex Male
   Place Of Birth AURORA, CO
         County ADAMS
                UNITED STATES
   Work/Day Phone                    Home/Evening Phone  719 574-5742
      Height 6-2    Weight 207    Hair Color BLONDE    Eye Color BLUE

2. Other Names Used
   YES Have you ever used or been known by another name?
      FROM          TO         OTHER NAME
   1) 1964/08/04    PRES       ELLER
                               JERRY, HANSEN

3. Citizenship
   Current Citizenship U.S. Citizen
   Mother's Maiden Name SPITZER
                        SELMA, LORRAINE                          APR 23 '02 5856
   Citizenship Type Born in the U.S.
   NO Are you now or were you a dual citizen of the U.S. and another country?

4. Where You Have Lived
      FROM          TO         ADDRESS
   1. 2002/03/14    PRES       CO (?)
                               BX 2-1C...  TNG
                               FT LEONARD WOOD, MO 65473
      Person Who Knows You
      ****
      ****

      Phone
   NO Is this residence address hard to find?

   2. 2000/03/02    2002/03/13 2626 MANASSAS WAY
                               COLORADO SPRINGS, CO 80922
      Person Who Knows You
      EVJEN
      CHERI, UNK
      2626 MANASSAS WAY
      COLORADO SPRINGS, CO 80922
      Phone 719 574-5742
   NO Is this residence address hard to find?

   3. 1999/11/02    2000/03/02 3601 COUNTY RD 19
                               FLORENCE, CO 81226
      Person Who Knows You
      DEBILICK
      DALE, UNK
      4851 COUNTY RD #19
      FLORENCE, CO 81226
      Phone 719 784-4702
   NO Is this residence address hard to find?

CONFIDENTIAL

15

```
                                                    040406117015
ELLER                                         SF86   SSN: 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
GERALD, HANSEN                                              Page: 2
```

### 4. Where You Have Lived (Continued)

4. 1994/11/02   1999/11/02   700 CHEYENNE BLVD
                             COLORADO SPRINGS, CO 80906
   Person Who Knows You
   AZAR
   STEVE, UNK
   2210 RICHMOND
   COLORADO SPRINGS, CO 80922
   Phone 719 570-1251
   NO Is this residence address hard to find?

5. 1992/02/02   1994/11/02   416 DIVISION ST
                             SCHENECTADY, NY 12203

### 5. Where You Went To School

YES Have you attended school beyond Junior High School within the last 10 years?

| FROM | TO | TYPE/ADDRESS |
| --- | --- | --- |
| 2000/05/01 | 2001/09/01 | College/University/Military College |

Degree/Diploma/Other    UNIVERSITY OF COLORADO AT COLORADO SPRIN
                        1420 AUSTIN BLUFFS PKY
                        P.O. BOX 7150
Award Date  / /         COLORADO SPRINGS, CO 81226

Person Who Knows You
NYSTUEN
BEN, UNK
1320 AUSTIN BLUFFS
COLORADO SPRINGS, CO 80933
Phone 719 262-3000

### 6. Your Employment Activities

| FROM | TO | TYPE OF EMPLOYMENT |
| --- | --- | --- |
| 1. 2002/03/14 | PRES | Active Military Duty Station |

   Branch ARMY
   Your Position/Title TRAINEE
   Employer Name CO
   Employer Phone 5735960101
   Job Address CO
               BN 2-10 4th Inf TNG
               FT LEONARD WOOD, MO 65473
   Supervisor's Name ****
                     ****
   Supervisor Phone
   NO Is the employer's address different from the job location address?
   NO Is the supervisor's address different from the job location address?

2. 2000/06/02   2002/03/13 Other
   Your Position/Title BOUNCER
   Employer Name JACK QUINN'S BAR AND GRILL
   Employer Phone 719 385-0766
   Job Address 238 SOUTH TEJON
               COLORADO SPRINGS, CO 80906
   Supervisor's Name THOMPSON
                     GINA, UNK
   Supervisor Phone 719 385-0766
   NO Is the employer's address different from the job location address?
   NO Is the supervisor's address different from the job location address?

3. 1999/11/02   2000/06/02 Unemployment

**CONFIDENTIAL**

```
040406 117019
```

ELLER                                           SF86   SSN: 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
GERALD, HANSEN                                                  Page: 6

### 20. Your Employment Record (Continued)

  misconduct

   - Left a job by mutual agreement following allegations of
   unsatisfactory performance

   - Left a job for other reason under unfavorable circumstances

### 21. Your Police Record - Felony Offenses
NO Have you ever been charged with or convicted of any felony offense?
   (Include those under the Uniform Code of Military Justice.) For this item,
   report information regardless of whether the record in your case has been
   "sealed" or otherwise stricken from the record. The single exception to
   this requirement is for certain convictions under the Federal Controlled
   Substances Act for which the court issued an expungement order under the
   authority of 21 U.S.C. 844 or 18 U.S.C. 3607.

### 22. Your Police Record - Firearms/Explosives Offenses
NO Have you ever been charged with or convicted of a firearms or explosives
   offense? For this item, report information regardless of whether the
   record in your case has been "sealed" or otherwise stricken from the court
   record. The single exception to this requirement is for certain
   convictions under the Federal Controlled Substances Act for which the court
   issued an expungement order under the authority of 21 U.S.C. 844 or 18
   U.S.C. 3607.

### 23. Your Police Record - Pending Charges
NO Are there currently any charges pending against you for any criminal
   offense? For this item, report information regardless of whether the
   record in your case has been "sealed" or otherwise stricken from the
   record. The single exception to this requirement is for certain
   convictions under the Federal Controlled Substances Act for which the court
   issued an expungement order under the authority of 21 U.S.C. 844 or 18
   U.S.C. 3607.

### 24. Your Police Record - Alcohol/Drug Offenses
NO Have you ever been charged with or convicted of any offense(s) related to
   alcohol or drugs? For this item, report information regardless of whether
   the record in your case has been "sealed" or otherwise stricken from the
   record. The single exception to this requirement is for certain
   convictions under the Federal Controlled Substances Act for which the court
   issued an expungement order under the authority of 21 U.S.C. 844 or 18
   U.S.C. 3607.

### 25. Your Police Record - Military Court
NO In the last 7 years, have you been subject to court martial or other
   disciplinary proceedings under the Uniform Code of Military Justice?
   (include non-judicial, Captain's mast, etc.) For this item, report
   information regardless of whether the record in your case has been "sealed"
   or otherwise stricken from the record. The single exception to this
   requirement is for certain convictions under the Federal Controlled
   Substances Act for which the court issued an expungement order under the
   authority of 21 U.S.C. 844 or 18 U.S.C. 3607.



CONFIDENTIAL

20

```
                                                    040406117020
ELLER
GERALD, HANSEN                              SF86   SSN: 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
                                                            Page: 7
```

**26. Your Police Record - Other Offenses**

NO  In the last 7 years, have you been arrested for, charged with, or convicted of any offense(s) not listed in modules 21, 22, 23, 24, or 25? (Leave out traffic fines of less than $150 unless the violation was alcohol or drug related.) For this item, report information regardless of whether the record in your case has been "sealed" or otherwise stricken from the record. The single exception to this requirement is for certain convictions under the Federal Controlled Substances Act for which the court issued an expungement order under the authority of 21 U.S.C. 844 or 18 U.S.C. 3607.

**27. Your Use of Illegal Drugs and Drug Activity-Illegal Use of Drugs**

NO  Since the age of 16 or in the last 7 years, whichever is shorter, have you illegally used any controlled substance, for example, marijuana, cocaine, crack cocaine, hashish, narcotics (opium, morphine, codeine, heroin, etc.), amphetamines, depressants (barbiturates, methaqualone, tranquilizers, etc.), hallucinogenics (LSD, PCP, etc.), or prescription drugs?

**28. Your Use of Illegal Drugs and Drug Activity-Use in Sensitive Positions**

NO  Have you EVER illegally used a controlled substance while employed as a law enforcement officer, prosecutor, or courtroom official; while possessing a security clearance; or while in a position directly and immediately affecting public safety?

**29. Your Use of Illegal Drugs and Drug Activity-Drug Activity**

NO  In the last 7 years, have you been involved in the illegal purchase, manufacture, trafficking, production, transfer, shipping, receiving, or sale of any narcotic, depressant, stimulant, hallucinogen, or cannabis for your own intended profit or that of another?

**30. Your Use of Alcohol**

NO  In the last 7 years has your use of alcoholic beverages (such as liquor, beer, wine) resulted in any alcohol-related treatment or counseling (such as for alcohol abuse or alcoholism)? Do not repeat information reported in module 21 on form SF86  (Your Medical Record).

**31. Your Investigation Record - Investigations/Clearances Granted**

NO  Has the United States Government ever investigated your background and/or granted you a security clearance? (If you can't recall the investigating agency and/or the security clearance received, enter (Y)es and follow instructions in the help text for the fields on the next screen. If you can't recall whether you've been investigated or cleared, enter (N)o.)

**32. Your Investigation Record - Clearance Actions**

NO  To your knowledge have you ever had a clearance or access authorization denied, suspended, or revoked, or have you ever been debarred from government employment? (Note: An administrative downgrade or termination of a security clearance is not a revocation.)

**33. Your Financial Record - Bankruptcy**

NO  In the last 7 years, have you filed a petition under any chapter of the bankruptcy code (to include Chapter 13)?

**34. Your Financial Record - Wage Garnishments**

NO  In the last 7 years, have you had your wages garnished for any reason?

**CONFIDENTIAL**

7-1

```
                                                    040406 117021
ELLER                                        SF86    SSN: 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
GERALD, HANSEN                                               Page: 8
```

**35. Your Financial Record - Repossessions**
NO In the last 7 years, have you had any property repossessed for any reason?

**36. Your Financial Record - Tax Lien**
NO In the last 7 years, have you had a lien placed against your property for failing to pay taxes or other debts?

**37. Your Financial Record - Unpaid Judgements**
NO In the last 7 years, have you had any judgements against you that have not been paid?

**38. Your Financial Delinquencies - 180 Days**
NO In the last 7 years, have you been over 180 days delinquent on any debt(s)?

**39. Your Financial Delinquencies - 90 Days**
NO Are you currently over 90 days delinquent on any debt(s)?

**40. Public Record Civil Court Actions**
NO In the last 7 years, have you been a party to any public record civil court actions not listed elsewhere on this form?

**41. Your Association Record - Membership**
NO Have you ever been an officer or a member or made a contribution to an organization dedicated to the violent overthrow of the United States Government and which engages in illegal activities to that end, knowing that the organization engages in such activities with the specific intent to further such activities?

**42. Your Association Record - Activities**
NO Have you ever knowingly engaged in any acts or activities designed to overthrow the United States Government by force?

**43. General Remarks**
YES Do you have any additional remarks to enter in your application?
Remarks: MOS: 74C                    SI#39

    BCT DATE/LOCATION: 020312/FT LEONARD WOOD, MO
    SECURITY MANAGER: (573) 563-4020

    AIT DATE/LOCATION: 020528/FT GORDON, GA
    SECURITY MANAGER: (706) 791-4553

    PLease see attched finacial documents and legal documents.

---

CERTIFICATION BY PERSON COMPLETING FORM
My statements on this form, and any attachments to it, are true, complete, and correct to the best of my knowledge and belief and are made in good faith. I understand that a knowing and willful false statement on this form can be punished by fine or imprisonment or both. (See section 1001 of title 18, United States Code).

Name ELLER
     GERALD, HANSEN
SSN 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

*[signed] Gerald Hansen Eller*            02 03 18

**CONFIDENTIAL**

22

```
                                            040406117022
ELLER                                   SF86.  SSN: 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
GERALD, HANSEN                                        Page: 9
   Signature (Sign in ink)                  Date
```

*Gerald Hansen Eller*   02 03 18

CONFIDENTIAL

23