# DEFENDANT TRANS UNION LLC'S CONCISE STATEMENT OF MATERIAL FACTS AND EVIDENCE

# EXHIBIT "T"

NAME ELLER, GERALD HANSEN                    040406110996 CASE # 02911682 | PAGE 1

DATES OF INVESTIGATION 05/20/02 - 06/05/02 | SID 2871 | ORG ID C39 | REPORT # 1

### TESTIMONIES

ITEM: 002    INVESTIGATOR'S NOTE                            SOURCE: 002

SOLDIERS ARE REQUIRED TO LIVE IN BARRACKS DURING BASIC TRAINING.  NO
RESIDENTIAL RECORDS ARE MAINTAINED.

ITEM: 007                                                   SOURCE: 003
NAME ENLISTED RECORDS, SOLDIERS CENTER, 140 REPLACEMENT AVENUE, FT.
     LEONARD WOOD, MO 65473
BASIC TRAINING RECORD
PROVIDER  KONNYE PORTER, BT ASSIGNEMNT TECH

ACCEPTABLE

NAME VERIFIED     SSN VERIFIED     DOB VERIFIED     POB NOT SHOWN

RECORD SHOWS ELLER ARRIVED AT FT. LEONARD WOOD MISSOURI FOR BASIC
TRAINING ON 3/22/02 WAS IN CLASS 20, ASSIGNED TO BRAVO 210.  ELLER
GRADUATED BASIC TRAINING ON 5/23/02.

#### **** END OF REPORT ****

TRANSMITTED: 06/05/02                          PRINTED: 04/28/03

CONFIDENTIAL

REPORT OF INVESTIGATION
PROPERTY OF U.S. OFFICE OF PERSONNEL MANAGEMENT (IS)
1900 E ST, NW, WASHINGTON, DC 20415-4000

69

NAME ELLER, GERALD HANSEN          040406117085E # 02911682    PAGE   1

DATES OF INVESTIGATION 12/31/02 - 05/01/03    SID 4588    ORG ID S41    REPORT # 3

## TESTIMONIES

ITEM: 003    INVESTIGATOR'S NOTE                                    SOURCE: 001

ALL ATTEMPTS TO LOCATE ANY ADDITIONAL RESIDENTIAL SOURCES FOR ELLER
WHILE HE RESIDED AT 2626 MANASSAS MET WITH NEGATIVE RESULTS. THE
NEIGHBORS IN THE IMMEDIATE AREA MOVED INTO THE NEIGHBORHOOD AFTER
ELLER HAD MOVED OUT. ONE NEIGHBOR WHO HAD LIVED IN THE AREA FOR A LONG
PERIOD OF TIME, DID NOT KNOW HIM.

ITEM: 003                                                          SOURCE: 002
NAME CHERI K. EVJEN, FED EX COURIER, 2626 MANASSAS, COLORADO SPRINGS, CO
   80922

ACCEPTABLE
PRIMARY ASSOCIATION LANDLORD
AVERAGE EXTENT OF CONTACT MINIMAL
SPAN OF CONTACT 10/2000 TO 07/2002

RECOMMENDS

EVJEN FIRST MET GERRY ELLER WHEN HE RENTED THE LOWER LEVEL OF HER
HOUSE LOCATED AT 2626 MANASSAS, COLORADO SPRINGS, CO IN 10/2000. HE
PAID HER $350.00 A MONTH AND SPLIT THE COST OF UTILITIES. HIS DEPOSIT
WAS RETURNED IN FULL WHEN HE MOVED OUT. SHE DID NOT KEEP ANY TYPE OF
RENTAL RECORDS. HE MOVED OUT OF THE HOUSE IN 02/2002 AND MOVED BACK TO
HIS PARENTS HOME WHO LIVED IN FLORENCE, CO. HE WAS WAITING TO GO
ACTIVE DUTY IN THE ARMY. SHE WOULD SEE HIM DAILY AT THE HOUSE, BUT HAD
VERY LITTLE SOCIAL CONTACT WITH HIM. SHE HAD NO PROBLEMS WITH HIM AND
CONSIDERED HIM A GOOD RENTER WHO PAID HIS BILLS ON TIME. HE MOVED OUT
BECAUSE SHE WAS GETTING MARRIED AND HER NEW HUSBAND WOULD BE MOVING
INTO THE HOUSE. HER LAST CONTACT WITH HIM WAS BY E-MAIL APPROXIMATELY
SIX MONTHS AGO. HE HAD NO PROBLEMS WITH HIS NEIGHBORS AS THEY DID NOT
KNOW HIM AND HE DID NOT KNOW THEM.

HE IS A GOOD PERSON, HE IS HONEST, HE IS A COMMUNICATOR AND A GOOD
RENTER. HE IS TRUSTWORTHY. HE HAD A GOOD REPUTATION WITH HIS FRIENDS.
SHE HAD NO REASON TO QUESTION HIS CHARACTER, CONDUCT OR REPUTATION.

HE IS NOT MARRIED AND HAS NO CHILDREN.  IN HIS SPARE TIME HE ENJOYED
HUNTING, SNOW SKIING AND DATING. HE WORKED AS A BOUNCER AT A PLACE
CALLED JACK QUINN'S. HE WENT TO SCHOOL AT THE UNIVERSITY OF COLORADO
AT COLORADO SPRINGS. SHE RECALLS THAT HE ENGAGED IN A SHOUTING MATCH
WITH SOME STUDENTS IN HIS CLASS AFTER 09/11/2001. SHE DOES NOT RECALL
ANYTHING ELSE ABOUT THE INCIDENT.

SHE DID NOT SEE HIM DRINK ALCOHOL VERY OFTEN. SHE NEVER SAW HIM
INTOXICATED. HE WAS STRESSED OUT OVER HIS FINANCIAL STATUS. TRANS

70

NAME ELLER, GERALD HANSEN            0404061170 CASE # 02911682    PAGE    2

DATES OF INVESTIGATION 12/31/02 - 05/01/03   SID 4588   ORG ID S41   REPORT # 3

UNION, A CREDIT REPORTING AGENCY HAD RUINED HIS CREDIT. HE COULD NOT
FIND SUITABLE EMPLOYMENT DUE TO THE BAD CREDIT REPORT. SHE DOES NOT
RECALL ANY OTHER DETAILS. SHE HAS NO REASON TO QUESTION HIS LOYALTY TO
THE UNITED STATES. HE WAS VERY UPSET AFTER THE BOMBING ON 09/11/2001.
SHE HAS NO REASON TO QUESTION HIS SUSCEPTIBILITY TO BLACKMAIL.

SHE HAS NO KNOWLEDGE IF HE HAS BEEN COMPENSATED OR VOLUNTEERED SERVICE
EMPLOYMENT WITH ANY FOREIGN INTEREST.

SHE HAS NO KNOWLEDGE IF HE ASSOCIATED WITH NATIONALS OF FOREIGN
COUNTRIES.

SHE HAS NO KNOWLEDGE IF HE HAS MEMBERSHIP IN ORGANIZATIONS THAT HAVE
NATIONALS OF FOREIGN COUNTRIES AS MEMBERS.

HE HAS NOT SPONSORED THE ENTRY OF ALIENS INTO THE UNITED STATES.

HE COULD NOT BE SUBJECT TO ANY FORM OF DURESS BY A FOREIGN POWER FOR
ANYONE TO WHOM HE IS BOUND BY AFFECTION, INFLUENCE OR OBLIGATION.

ITEM: 004    INVESTIGATOR'S NOTE                          SOURCE: 003

DURING THE COURSE OF THIS INVESTIGATION, ALL ATTEMPTS TO OBTAIN AN
INTERVIEW WITH DALE DEBILICK, A LISTED SOURCE, MET WITH NEGATIVE
RESULTS. ATTEMPTS TO INTERVIEW HIM WHEN THIS INVESTIGATION STARTED MET
WITH NEGATIVE RESULTS AS HE WOULD NOT RETURN PHONE CALLS IN AN ATTEMPT
TO SET UP AN APPOINTMENT. DURING THE RE-OPENING OF THIS CASE VOICE
MESSAGES WERE LEFT ON HIS ANSWERING MACHINE. NO RESPONSES WERE EVER
RECEIVED FROM HIM. DEBILICK RESIDES OVER 70 MILES FROM THIS AREA.
ELLER'S PARENTS RESIDE IN A FARMING AND RANCHING AREA IN WHICH
NEIGHBORS ARE SEVERAL MILES APART. NO ADDITIONAL CONTACT WAS MADE WITH
ANY SUBJECTS THAT COULD ACCOUNT FOR ELLER WHILE HE WAS STAYING AT HIS
PARENT'S RESIDENCE.

ITEM: 004    COLLATERAL ITEM(S): 005 006 010 041              SOURCE: 004
NAME SELMA L. ELLER, REAL ESTATE BROKER, 3601 COUNTY ROAD 19, FLORENCE, CO
     81225
INTERVIEWED IN PRESENCE OF GLENN R. ELLER, REAL ESTATE BROKER

ACCEPTABLE
PRIMARY ASSOCIATION MOTHER
AVERAGE EXTENT OF CONTACT EXTENSIVE          CONFIDENTIAL
SPAN OF CONTACT 08/1964 TO PRESENT

RECOMMENDS

SELMA ELLER FIRST MET GERRY ELLER IN 08/1964 AT THE FITZSIMMONS ARMY
HOSPITAL IN DENVER, CO WHEN HE WAS BORN. SHE IS HIS MOTHER. SHE DID
NOT HAVE ANY PROBLEMS WITH HIM WHILE HE WAS GROWING UP OTHER THAN THE

REPORT OF INVESTIGATION
PROPERTY OF U.S. OFFICE OF PERSONNEL MANAGEMENT (IS)
1900 E ST, NW, WASHINGTON, D.C. 20415-4000

71

NAME ELLER, GERALD HANSEN                040406117686E # 02911682    PAGE    3

DATES OF INVESTIGATION 12/31/02 - 05/01/03    SID 4588    ORG ID S41    REPORT # 3

USUAL CHILDHOOD GROWING PAINS. HE WAS MARRIED IN 06/1992 TO KRISTEN.
IN 1994 TIL 1995, FOR APPROXIMATELY ELEVEN MONTHS, HE LIVED WITH HIS
PARENTS AT 700 CHEYENNE BLVD, COLORADO SPRINGS, CO (DISCREPANT). IN
APPROXIMATELY 06/1998, HE WAS THE MANAGER OF THE CHEYENNE ARMS
APARTMENTS LOCATED AT 700 CHEYENNE BLVD. HE WAS RESIDING AT THAT
LOCATION. HE MANAGED THE APARTMENTS FOR APPROXIMATELY ONE YEAR. HE DID
NOT APPEAR TO HAVE ANY TROUBLE WITH HIS TENANTS OR OWNERS OF THE
COMPLEX. HE WAS UNEMPLOYED FROM APPROXIMATELY 11/1999 TIL 06/2000 WHEN
HE WAS LIVING WITH HIS PARENTS AT 3601 COUNTY ROAD 19, FLORENCE, CO.
IN 06/2000, HE MOVED TO 6441 JONATHON COURT, COLORADO SPRINGS, CO FOR
APPROXIMATELY FOUR TO FIVE MONTHS (DISCREPANT). HE LIVED AT 2626
MANASSAS WAY, COLORADO SPRINGS, CO TIL HE RE-ENLISTED IN THE ARMY
AFTER THE EVENT THAT OCCURRED ON 09/11/2001. HE MOVED BACK TO HIS
PARENT'S HOME IN FLORENCE, CO ON 11/2001 AND STAYED THERE UNTIL HE
WENT ACTIVE DUTY IN 03/2002. HE WAS ATTENDING THE UNIVERSITY OF
COLORADO AT COLORADO SPRINGS FROM APPROXIMATELY 2000 TIL 2001. SHE
DOES NOT RECALL THE DATES OF HIS SCHOOLING AND IS CONFUSED ABOUT MOST
OF THE DATES RELATING TO HIS LOCATIONS OF RESIDENCE.

HE IS LOYAL TO HIS FRIENDS AND COUNTRY. HE IS CONSERVATIVE, HUMOROUS
AND FRIENDLY TO OTHERS. SOMETIMES HE DOES HAVE A TEMPER AND GETS
"MOUTHY" WITH PEOPLE. HE IS NOT A VIOLENT OR PHYSICAL PERSON WHEN HE
LOSES HIS TEMPER. SHE HAS NO REASON TO QUESTION HIS CHARACTER, CONDUCT
OR REPUTATION. HE IS VERY HONEST.

HE IS DIVORCED FROM KRISTEN AND HAS NO CHILDREN. SHE IS NOT AWARE OF
THE PROBLEMS OF THE DIVORCE OTHER THAN THERE WERE IRRECONCILABLE
DIFFERENCES. SHE IS NOT AWARE IF ANY FAMILY VIOLENCE OCCURRED IN THE
MARRIAGE.

IN HIS SPARE TIME HE ENJOYED SKIING BOTH SNOW AND WATER, FISHING,
OUTDOOR ACTIVITIES AND COMPUTERS. HE HAD A PART TIME JOB AT A
RESTAURANT CALLED JACK QUINN'S. SHE DOES NOT RECALL THE DATES. SHE IS
NOT AWARE OF ANY PROBLEMS THAT HE MAY HAVE HAD WITH ANY CUSTOMERS,
CO-WORKERS OR SUPERVISORS. SHE HAS NEVER SEEN HIM INTOXICATED AND HE
DRINKS VERY LITTLE ALCOHOL. SHE HAS NO KNOWLEDGE OF ANY USE OF DRUGS
TO INCLUDE MARIJUANA. SHE HAS NO KNOWLEDGE OF ANY NEGATIVE CONTACT
WITH LAW ENFORCEMENT, ANY ARRESTS OR ANY CRIMINAL CHARGES. HIS
FINANCIAL STATUS IS IN GOOD ORDER AS HE BUDGETS HIS MONEY. HE
TRAVELLED TO THE CARIBBEAN AFTER HIS DIVORCE. SHE DOES NOT RECALL THE
DATES. SHE HAS NO REASON TO QUESTION HIS LOYALTY TO THE UNITED STATES
OR SUSCEPTIBILITY TO BLACKMAIL OR COERCION.

HE HAS NOT BEEN COMPENSATED OR VOLUNTEERED SERVICE EMPLOYMENT WITH ANY
FOREIGN INTEREST.

HE HAS NOT ASSOCIATED WITH NATIONALS OF FOREIGN COUNTRIES.

HE DOES NOT HAVE MEMBERSHIP IN ANY ORGANIZATIONS THAT HAVE NATIONALS
OF FOREIGN COUNTRIES AS MEMBERS.

REPORT OF INVESTIGATION
PROPERTY OF U.S. OFFICE OF PERSONNEL MANAGEMENT (IS)
1900 E ST, NW, WASHINGTON, D.C.  20415-4000

CONFIDENTIAL

NAME ELLER, GERALD HANSEN                    040406 11746   CASE # 02911682    PAGE    4

DATES OF INVESTIGATION 12/31/02 - 05/01/03    SID 4588    ORG ID S41    REPORT # 3

HE HAS NOT SPONSORED THE ENTRY OF ALIENS INTO THE UNITED STATES.

HE COULD NOT BE SUBJECT TO ANY FORM OF DURESS BY A FOREIGN POWER FOR
ANYONE TO WHOM HE IS BOUND BY AFFECTION, INFLUENCE OR OBLIGATION.

ITEM: 005    INVESTIGATOR'S NOTE                              SOURCE: 005

ALL ATTEMPTS TO LOCATE ANY ADDITIONAL DIRECT RESIDENTIAL SOURCES MET
WITH NEGATIVE RESULTS. THERE ARE NO LONGER ANY RESIDENTS AT THE
COMPLEX THAT KNEW ELLER WHEN HE RESIDED THERE.

ITEM: 005    COLLATERAL ITEM(S): 010                         SOURCE: 006
NAME JIM W. CLAMP, LANDLORD, 1912 MESA VIEW CT., COLORADO SPRINGS, CO 80904

ACCEPTABLE
PRIMARY ASSOCIATION COUSIN
AVERAGE EXTENT OF CONTACT MODERATE                    **CONFIDENTIAL**
SPAN OF CONTACT 1986 TO 2001 OR 2002

RECOMMENDS

CLAMP FIRST MET GERRY ELLER IN 1986 AT THE CHEYENNE ARMS APARTMENTS.
ELLER'S PARENTS WERE MANAGING THE COMPLEX. CLAMP IS A BUSINESS PARTNER
IN THE OWNERSHIP OF THE COMPLEX. IN THE SUMMER OF 1992, CLAMP WENT TO
ELLER'S WEDDING IN NEW YORK. ELLER WAS IN THE ARMY AT ONE TIME. HE
MOVED BACK TO COLORADO SPRINGS AND MOVED INTO THE CHEYENNE ARMS
APARTMENTS AND BECAME THE MANAGER FOR APPROXIMATELY ONE TO TWO YEARS.
HE DOES NOT RECALL ANY OF THE DATES. THEY WOULD SEE EACH OTHER
APPROXIMATELY ONE TIME A WEEK BOTH CASUALLY AND PROFESSIONALLY. HE DID
NOT APPEAR TO HAVE ANY PROBLEMS WITH ANY ONE. HE WAS UNAWARE OF ANY
JOB RELATED PROBLEMS AT THE APARTMENT COMPLEX. HE DOES NOT RECALL WHEN
HE MOVED OUT OF THE COMPLEX. HE HAS NOT SEEN HIM FOR ONE TO TWO YEARS.

HE IS AN HONEST PERSON. HE HAS AN ATTITUDE OF WHAT YOU SEE IS WHAT YOU
GET. HE IS VERY STRAIGHT FORWARD. HE IS A POSITIVE NATURED PERSON
READY TO TRY NEW THINGS. HE IS UP BEAT AND FRIENDLY. HE HAS NO REASON
TO QUESTION HIS CHARACTER, CONDUCT OR REPUTATION. HE IS RELIABLE AND
HAS GOOD JUDGEMENT.

HE WAS DIVORCED AND HAD NO CHILDREN. HE ENJOYED SNOW SKIING IN HIS
SPARE TIME. HE HAD BOUGHT A HOUSE, BUT HAD TO SELL IT AFTER THE
DIVORCE. HE HAS NO KNOWLEDGE OF WHAT LED UP TO THE DIVORCE. HE WAS
UNAWARE OF ANY PART TIME EMPLOYMENT. HE HAD NO KNOWLEDGE OF ANY
ALCOHOL OR DRUG USAGE TO INCLUDE MARIJUANA. HE HAD NO KNOWLEDGE OF
ANY ARRESTS OR CRIMINAL CHARGES OR NEGATIVE CONTACT WITH LAW
ENFORCEMENT. HE HAD A PROBLEM WITH HIS FINANCES AT ONE TIME. PERSONS
UNKNOWN OBTAINED HIS SOCIAL SECURITY NUMBER AND HAD BEEN USING IT. HE
IS UNAWARE IF THE PROBLEM WAS RECTIFIED. HE IS UNAWARE OF ANY FOREIGN

73

NAME ELLER, GERALD HANSEN                    040406 11744SE # 02911682    PAGE    5

DATES OF INVESTIGATION 12/31/02 – 05/01/03    SID 4588    ORG ID S41    REPORT # 3

TRAVEL. HE HAS NO REASON TO QUESTION HIS LOYALTY TO THE UNITED STATES
OR SUSCEPTIBILITY TO BLACKMAIL OR COERCION. HE WAS A VERY PATRIOTIC
PERSON.

HE HAS NO KNOWLEDGE IF HE HAS BEEN COMPENSATED OR VOLUNTEERED SERVICE
EMPLOYMENT WITH ANY FOREIGN INTEREST.

HE HAS NO KNOWLEDGE IF HE HAS ASSOCIATED WITH NATIONALS OF FOREIGN
COUNTRIES.

HE HAS NO KNOWLEDGE IF HE HAS MEMBERSHIP IN ORGANIZATIONS THAT HAVE
NATIONALS OF FOREIGN COUNTRIES AS MEMBERS.

HE HAS NO KNOWLEDGE IF HE SPONSORED THE ENTRY OF ALIENS INTO THE
UNITED STATES.

HE COULD NOT BE SUBJECT TO ANY FORM OF DURESS BY A FOREIGN POWER FOR
ANYONE TO WHOM HE IS BOUND BY AFFECTION, INFLUENCE OR OBLIGATION.


ITEM: 006                                              SOURCE: 007
NAME UNIVERSITY OF COLORADO, COLORADO SPRINGS, OFFICE OF REGISTRAR, 1420
         AUSTIN BLUFFS PARKWAY, COLORADO SPRINGS, CO 80922
EDUCATION RECORD
PROVIDER JACK MCCARTT, TRANSCRIPTS
SF RELEASE


ACCEPTABLE


NAME VERIFIED       SSN VERIFIED       DOB VERIFIED       POB NOT SHOWN

DATES OF ATTENDANCE    06/00 – 08/00       (PART TIME)
                       09/00 – 12/00       (FULL TIME)
                       01/01 – 05/01       (FULL TIME)
                       09/01 – 09/01       (PART TIME)
CAMPUS LOCATION SAME AS ABOVE
MAJOR(S) UNDER GRAD. COURSES
DEGREE(S) AWARDED & DATE   NOT APPLICABLE

TRANSCRIPT REVEALS THAT ELLER WITHDREW FROM SCHOOL ON 09/17/2001.
REASONS FOR WITHDRAWING NOT SHOWN.


ITEM: 006    COLLATERAL ITEM(S): 017 033                SOURCE: 008
NAME BENJAMIN B. NYSTUEN, SENIOR INSTRUCTOR, UNIVERSITY OF COLORADO,
     COLORADO SPRINGS, 1420 AUSTIN BLUFFS PARKWAY, COLORADO SPRINGS, CO
     80907

ISSUE(S) 06B 11
PRIMARY ASSOCIATION TEACHER

                    REPORT OF INVESTIGATION
         PROPERTY OF U.S. OFFICE OF PERSONNEL MANAGEMENT (IS)
             1900 E ST, NW, WASHINGTON, D.C.  20415-4000

74

NAME ELLER, GERALD HANSEN                  040406117482E # 02911682    PAGE   6
----------------------------------------------------------------------------
DATES OF INVESTIGATION 12/31/02 - 05/01/03    SID 4588    ORG ID S41    REPORT # 3
----------------------------------------------------------------------------
AVERAGE EXTENT OF CONTACT MINIMAL    BEST COPY AVAILABLE
SPAN OF CONTACT 06/2000 TO PRESENT

**RECOMMENDS**

NYSTUEN FIRST MET GERRY ELLER IN 06/2000 AT THE UNIVERSITY OF
COLORADO, COLORADO SPRINGS CAMPUS. ELLER WAS ENROLLED IN NYSTUEN'S
COMPUTER CLASSES. HE WOULD SEE ELLER APPROXIMATELY TWO DAYS A WEEK IN
CLASS FOR A SEMESTER AND TWO TIMES A WEEK AFTER CLASSES. THEY BECAME
ACADEMIC FRIENDS. THEY DID NOT GO OUT AND SOCIALIZE. ALL CONTACT WAS
AT SCHOOL. HE WAS AWARE THAT HE WAS A STUDENT EMPLOYEE WORKING AS A
LAB MONITOR FOR THE SCHOOL. HE DID NOT APPEAR TO HAVE ANY TROUBLE WITH
HIS FELLOW STUDENTS OR INSTRUCTORS UNTIL THE DAY AFTER 09/11/2001.
THEY WERE IN CLASS HAVING A DISCUSSION ABOUT THE WORLD TRADE CENTER
BOMBING. ELLER IS VERY PATRIOTIC AND LOYAL TO THE UNITED STATES. HE
ENGAGED IN A VERBAL ARGUMENT WITH FOREIGN STUDENTS IN THE CLASS TO THE
POINT THAT SOME OF THE STUDENTS FELT FEAR AND INTIMIDATION. THEY
REPORTED HIS THREATS AND ANGER TO THE CAMPUS POLICE. ELLER WITHDREW
FROM THE SCHOOL APPROXIMATELY ONE WEEK LATER TO RE-JOIN THE ARMY.
NYSTUEN LAST SAW ELLER IN THE FALL OF 2002 WHEN ELLER VISITED HIM AT
THE SCHOOL. ELLER MAINTAINS CONTACT BY E-MAIL ABOUT ONCE EVERY MONTH
WITH NYSTUEN.

HE IS DEVOTED TO THE AMERICAN PRINCIPLE. HE IS VERY STRAIGHT FORWARD.
HE NEVER SAW A TEMPER UNTIL AFTER 09/11/2001. HE HAS THE HIGHEST
DEGREE OF INTEGRITY AND HONESTY. HE EXPRESSES HIS OPINIONS OPENLY.  HE
IS NOT VERY DIPLOMATIC OR POLITICALLY CORRECT IN HIS JUDGEMENT. HE HAS
NO REASON TO QUESTION HIS CHARACTER OR REPUTATION.

HE IS NOT MARRIED AND HAS NO CHILDREN. IN HIS SPARE TIME HE ENJOYS
SURFING AND LAYING ON THE BEACH. HE IS IN HAWAII IN THE ARMY. HE LIKES
HUNTING AND TARGET SHOOTING. HE WAS RENTING AN APARTMENT WHEN HE WAS
ATTENDING SCHOOL. HE WORKED AS A BOUNCER AT A STRIP CLUB. HE DOES NOT
RECALL WHERE OR WHEN. HE HAS NO KNOWLEDGE OF ELLER'S FINANCIAL STATUS.
HE HAS NO KNOWLEDGE OF ANY FOREIGN TRAVEL. HE DID HAVE CONTACT WITH
THE CAMPUS POLICE WHEN THE STUDENTS REPORTED HIS ACTIONS TO THE
POLICE. HE HAS NO REASON TO QUESTION HIS LOYALTY TO THE UNITED STATES
OR SUSCEPTIBILITY TO BLACKMAIL OR COERCION.

HE HAS NO KNOWLEDGE IF ELLER HAS BEEN COMPENSATED OR VOLUNTEERED
SERVICE EMPLOYMENT WITH ANY FOREIGN INTEREST.

HE HAS NO KNOWLEDGE IF ELLER HAS ASSOCIATED WITH NATIONALS OF FOREIGN
COUNTRIES.

HE HAS NO KNOWLEDGE IF ELLER HAS MEMBERSHIP IN ORGANIZATIONS THAT HAVE
NATIONALS OF FOREIGN COUNTRIES AS MEMBERS.

HE HAS NO KNOWLEDGE IF ELLER HAS SPONSORED THE ENTRY OF ALIENS INTO
THE UNITED STATES.

CONFIDENTIAL

7S

NAME ELLER, GERALD HANSEN                    040406111709E # 02911682    PAGE    7

DATES OF INVESTIGATION 12/31/02 - 05/01/03    SID 4588    ORG ID S41    REPORT # 3

HE COULD NOT BE SUBJECT TO ANY FORM OF DURESS BY A FOREIGN POWER FOR
ANYONE TO WHOM HE IS BOUND BY AFFECTION, INFLUENCE OR OBLIGATION.

ITEM: 008                                                    SOURCE: 009
NAME JACK QUINN'S IRISH ALE HOUSE & PUB, 21 S. TEJON STREET, COLORADO
    SPRINGS, CO 80903
PERSONNEL RECORD
PROVIDER TARA HOGAN, GENERAL MANAGER          BEST COPY AVAILABLE
SF RELEASE

ACCEPTABLE

NAME VERIFIED    SSN VERIFIED    DOB VERIFIED    POB NOT SHOWN

EMPLOYMENT DATES 07/00 - 03/02
STATUS PART-TIME HOURS PER WEEK/SHIFT 12
WORKSITE ADDRESS SAME AS SOURCE
POSITION DOOR MAN
REHIRE STATUS NOT SHOWN
EMPLOYMENT STATUS CHANGE
    SELF TERMINATED

ITEM: 008    INVESTIGATOR'S NOTE                            SOURCE: 010

DURING THE COURSE OF THIS INVESTIGATION, ALL ATTEMPTS TO LOCATE OTHER
SOURCES OF EMPLOYMENT FOR ELLER AT THIS LOCATION MET WITH NEGATIVE
RESULTS. THERE IS A LARGE TURNOVER OF EMPLOYEES AT THIS LOCATION
INCLUDING MANAGEMENT. THERE ARE NO OTHER SOURCES WORKING AT THIS
LOCATION THAT WERE EMPLOYED THERE WHEN ELLER WAS THERE. THE GENERAL
MANAGER DID NOT HAVE ADDRESSES ON EX-EMPLOYEES.

ITEM: 008                                                    SOURCE: 011
NAME TARA B. HOGAN, GENERAL MANAGER, JACK QUINN'S IRISH ALE HOUSE & PUB,
    21 S. TEJON STREET, COLORADO SPRINGS, CO 80903

ACCEPTABLE
PRIMARY ASSOCIATION SUPERVISOR
AVERAGE EXTENT OF CONTACT MINIMAL          CONFIDENTIAL
SPAN OF CONTACT 07/2000 TO 03/2002

DOES NOT KNOW WELL ENOUGH TO RECOMMEND

HOGAN FIRST MET GERRY ELLER IN 07/2000 WHEN HE WAS HIRED TO BE THE
DOOR MAN AT THE RESTAURANT, JACK QUINN'S. SHE IS THE GENERAL MANAGER.
HE WORKED ON WEEKENDS USUALLY ON FRIDAY AND SATURDAY NIGHTS. HE WORKED
ABOUT TWELVE HOURS A WEEK. SHE ONLY SAW HIM ON THE WEEKENDS WHEN HE
WAS WORKING. THEY HAD NO CONTACT OUTSIDE OF WORK. HE DID NOT APPEAR TO

REPORT OF INVESTIGATION
PROPERTY OF U.S. OFFICE OF PERSONNEL MANAGEMENT (IS)
1900 E ST, NW, WASHINGTON, D.C.  20415-4000

76

NAME ELLER, GERALD HANSEN                040406112 CASE # 02911682    PAGE    8

DATES OF INVESTIGATION 12/31/02 - 05/01/03    SID 4588    ORG ID S41    REPORT # 3

HAVE ANY PROBLEMS WITH HIS CO-WORKERS OR CUSTOMERS. SHE RELIED ON HIM
TO TRAIN NEW EMPLOYEES. HE LEFT IN 03/2002 DUE TO A MILITARY
OBLIGATION. SHE HAS HAD NO CONTACT WITH HIM SINCE HE LEFT.

HE WAS PROFESSIONAL, HAD A DRY SENSE OF HUMOR AND CONFIDENT. HE WAS
PUNCTUAL, DID WHAT HE WAS EXPECTED TO DO AND SHE TRUSTED HIM. HE HAD
GOOD JUDGEMENT AND WAS RELIABLE. SHE HAS NO REASON TO QUESTION HIS
CHARACTER, CONDUCT OR REPUTATION.

HE WAS NOT MARRIED. SHE HAS NO KNOWLEDGE OF ANY CHILDREN.  SHE HAS NO
KNOWLEDGE OF HIS HOUSING ARRANGEMENTS. SHE THINKS THAT HE MAY HAVE
BEEN GOING TO SCHOOL AT PIKES PEAK COMMUNITY COLLEGE OR UNIVERSITY OF
COLORADO AT COLORADO SPRINGS. SHE DOES NOT RECALL ANY MORE INFORMATION
PERTAINING TO HIS EDUCATION. SHE HAS NO KNOWLEDGE OF HIS USE OF
ALCOHOL, DRUGS OR MARIJUANA. SHE HAS NO KNOWLEDGE OF HIS FINANCIAL
SITUATION. SHE HAS NO KNOWLEDGE OF ANY FOREIGN TRAVEL. SHE HAS NO
REASON TO QUESTION HIS LOYALTY TO THE UNITED STATES OR SUSCEPTIBILITY
TO BLACKMAIL OR COERCION.

SHE HAS NO KNOWLEDGE IF HE HAS BEEN COMPENSATED OR VOLUNTEERED SERVICE
EMPLOYMENT WITH ANY FOREIGN INTEREST.

SHE HAS NO KNOWLEDGE IF HE IS ASSOCIATED WITH NATIONALS OF FOREIGN
COUNTRIES.

SHE HAS NO KNOWLEDGE IF HE HAS MEMBERSHIP IN ANY ORGANIZATIONS THAT
HAVE NATIONALS OF FOREIGN COUNTRIES AS MEMBERS.

SHE HAS NO KNOWLEDGE IF HE HAS SPONSORED THE ENTRY OF ALIENS INTO THE
UNITED STATES.

SHE HAS NO KNOWLEDGE IF HE COULD BE SUBJECT TO ANY FORM OF DURESS BY A
FOREIGN POWER FOR ANYONE TO WHOM HE IS BOUND BY AFFECTION, INFLUENCE
OR OBLIGATION.

ITEM: 009    INVESTIGATOR'S NOTE                          SOURCE: 012

MCI (WORLDCOM) WOULD NOT RELEASE ANY EMPLOYMENT INFORMATION ON ELLER.
THEY REFERRED ME TO THEIR LEGAL CONTACT CHRIS D'ORAZIO WITH COMPLIANCE
AND ENFORCEMENT. HIS TELEPHONE NUMBER IS (202)736-6912. CONTACT WAS
MADE WITH D'ORAZIO WHO STATED THAT A NOTARIZED ORIGINAL RELEASE WAS
REQUIRED FROM THE SUBJECT OF THE INVESTIGATION OR A SUBPOENA. THE
NOTARIZED RELEASE OR SUBPOENA SHALL BE MAILED TO: MCI, 1133 19TH
STREET N.W., WASHINGTON, DC 20036, ATTN: SUBPOENA DEPARTMENT, 3RD
FLOOR.

NO OTHER EMPLOYMENT SOURCES COULD BE LOCATED THAT KNEW ELLER AS AN
EMPLOYEE TO ACCOUNT FOR HIS TIME AT THE COMPANY FROM 02/1997 TO
07/1998.

# CONFIDENTIAL

ITEM: 009                                                SOURCE: 013

77

NAME ELLER, GERALD HANSEN          040406 11 CASE # 02911682    PAGE    9

DATES OF INVESTIGATION 12/31/02 - 05/01/03    SID 4588    ORG ID S41    REPORT # 3

NAME QUINN Y. WHITE, GENERAL MANAGER, 20TH CENTURY MORTGAGE, 5777 N.
     ACADEMY BLVD., COLORADO SPRINGS, CO 80918

ISSUE(S) 07B
PRIMARY ASSOCIATION SUPERVISOR
AVERAGE EXTENT OF CONTACT INFREQUENT
SPAN OF CONTACT 03/1999 TO 11/1999, SOMETIME IN 2001

NO REASON NOT TO RECOMMEND

WHITE FIRST MET GERRY ELLER IN 03/1999 WHEN ELLER CAME TO HIS BAY AT
MCI (WORLDCOM). WHITE WAS HIS SUPERVISOR IN THE TELEMARKETING SALES
DIVISION OF MCI LOCATED IN COLORADO SPRINGS. ELLER HAD BEEN WORKING IN
A DIFFERENT BAY AT THE COMPANY PRIOR TO BEING ASSIGNED TO WHITE'S BAY.
HE DID NOT HAVE SOCIAL CONTACT WITH ELLER EXCEPT IN TWO GROUP SETTINGS
AWAY FROM WORK. HE HAD DAILY CONTACT WITH ELLER WHILE AT WORK. ELLER
WAS TERMINATED IN 11/1999 FOR BEING RUDE TO A CUSTOMER ON THE PHONE.
WHITE DOES NOT RECALL THE CIRCUMSTANCES OF THE INCIDENT. HE HAD NO
PROBLEMS WITH HIS CO-WORKERS OR SUPERVISORS. HE LAST SAW ELLER
APPROXIMATELY ONE AND A HALF YEARS AGO WHEN ELLER WAS WORKING AS A
DOORMAN AT A RESTAURANT CALLED JACK QUINN'S. HE HAS NOT HAD ANY
CONTACT SINCE.

HE HAD A STRONG PERSONALITY, VERY OUTGOING, HAD THE TENDENCY TO SPEAK
BEFORE THINKING, OPINIONATED AND VERY VOCAL. HE DID NOT SHOW THAT HE
WANTED TO ADVANCE TO A MANAGEMENT POSITION WITH THE COMPANY. HE
APPEARED TO BE CONTENT WITH BEING IN SALES.
HE WAS LIKABLE, BUT ARROGANT. HE HAD NO REASON TO QUESTION HIS HONESTY
AND INTEGRITY.

HE HAD NO KNOWLEDGE OF ELLER'S MARITAL STATUS OR OF ANY CHILDREN. HE
ENJOYED BOATING IN HIS SPARE TIME.  HE HAD NO KNOWLEDGE OF ELLER'S
HOUSING ARRANGEMENTS. HE HAD NO KNOWLEDGE OF ANY PART TIME EMPLOYMENT.
HE HAD NO KNOWLEDGE OF ANY COLLEGE. HE HAD NO KNOWLEDGE OF ELLER'S
FINANCIAL STATUS. HE HAD NO KNOWLEDGE OF ELLER'S FOREIGN TRAVEL. ELLER
WAS A VERY LIGHT DRINKER AND NEVER SAW OR HEARD OF ELLER BEING
INTOXICATED. HE HAD NO REASON TO QUESTION HIS LOYALTY TO THE UNITED
STATES OR SUSCEPTIBILITY TO BLACKMAIL OR COERCION.

HE HAD NO KNOWLEDGE IF ELLER HAD BEEN COMPENSATED OR VOLUNTEERED
SERVICE EMPLOYMENT WITH ANY FOREIGN INTEREST.

HE HAD NO KNOWLEDGE IF ELLER HAD ASSOCIATED WITH NATIONALS OF FOREIGN
COUNTRIES.

HE HAD NO KNOWLEDGE IF ELLER HAD MEMBERSHIP IN ORGANIZATIONS THAT HAD
NATIONALS OF FOREIGN COUNTRIES AS MEMBERS.

HE HAD NO KNOWLEDGE IF ELLER HAD SPONSORED THE ENTRY OF ALIENS INTO
THE UNITED STATES.

CONFIDENTIAL

78

NAME ELLER, GERALD HANSEN                040406117104E # 02911682    PAGE    10

DATES OF INVESTIGATION 12/31/02 - 05/01/03    SID 4588    ORG ID S41    REPORT #   3

HE HAD NO KNOWLEDGE IF ELLER COULD BE SUBJECT TO ANY FORM OF DURESS BY
A FOREIGN POWER FOR ANYONE TO WHOM HE WAS BOUND BY AFFECTION,
INFLUENCE OR OBLIGATION.

ITEM: 010    INVESTIGATOR'S NOTE                                SOURCE: 014

DURING THE COURSE OF THIS INVESTIGATION, CONTACT WAS MADE WITH BENNETT
FOR AN INTERVIEW. SHE DID NOT WANT TO MEET IN PERSON AND STATED THAT
SHE WOULD BE INTERVIEWED OVER THE TELEPHONE. SHE WAS EXTREMELY
HESITANT IN ANSWERING THE QUESTIONS AND FEARFUL BECAUSE HE IS A COUSIN
TO HER BUSINESS PARTNERS.

THERE ARE NO EMPLOYMENT RECORDS FOR ELLER FOR THE TIME PERIOD THAT HE
WORKED AT THE CHEYENNE ARMS APARTMENTS. BENNETT DID NOT MAINTAIN OR
CREATE ANY EMPLOYMENT RECORDS ON ELLER BECAUSE HE WAS FAMILY.

ITEM: 010    COLLATERAL ITEM(S): 005                           SOURCE: 015
  NAME OLIVIA BENNETT, OWNER/BUSINESS MANAGER, 2425 CERESA LANE, COLORADO
       SPRINGS, CO 80909
  TELEPHONE TESTIMONY

  ISSUE(S) 12
  PRIMARY ASSOCIATION COUSIN TO HER PARTNERS
  AVERAGE EXTENT OF CONTACT MINIMAL
  SPAN OF CONTACT SUMMER/1997 TO SOMETIME 2001 OR 2002

  DOES NOT KNOW WELL ENOUGH TO RECOMMEND

  BENNETT FIRST MET GERRY ELLER IN THE SUMMER OF 1997. HE WAS LIVING AT
  THE CHEYENNE ARMS APARTMENTS WITH HIS PARENTS. HIS PARENTS WERE THE
  MANAGERS OF THE COMPLEX. HE IS A COUSIN TO HER BUSINESS PARTNERS WHO
  OWN THE OTHER SEVENTY FIVE PER CENT OF THE COMPLEX.. SHE OWNS TWENTY
  FIVE PER CENT. HE WAS HIRED TO MANAGE THE COMPLEX IN 09/1998 AFTER HIS
  PARENTS MOVED OUT (DISCREPANT). HE WAS PAID APPROXIMATELY $900.00 A
  MONTH AND WAS PROVIDED AN APARTMENT RENT FREE IN EXCHANGE FOR MANAGING
  THE COMPLEX. HE MANAGED THE COMPLEX TIL 09/1999. SHE HAD VERY LITTLE
  CONTACT WITH HIM WHEN HE WAS LIVING WITH HIS PARENTS. WHEN HE WAS
  HIRED AS THE MANAGER, SHE WOULD SPEAK WITH HIM SEVERAL TIMES A WEEK
  TELEPHONICALLY AND SEE HIM HIM THREE TO FOUR TIMES A MONTH. HE DID
  HAVE PROBLEMS WITH THE TENANTS IN THE COMPLEX. HE WOULD NOT TAKE CARE
  OF THEIR MAINTENANCE NEEDS. HE WAS SHORT TEMPERED AND THE TENANTS
  WOULD COMPLAIN TO HER ABOUT HIS ATTITUDE. HE DID NOT LIKE THE JOB AND
  MOVED OUT IN 09/1999. SHE HAS NOT SEE HIM FOR APPROXIMATELY ONE YEAR
  AND HAS NO CONTACT WITH HIM.

  HE IS FRIENDLY AND HONEST. HE HAD A REPUTATION OF HAVING A TEMPER AND
  BEING VERBAL WITH OTHERS. HE WAS NOT A PHYSICAL OR VIOLENT TYPE
  PERSON. HE WANTED TO PLEASE PEOPLE, BUT WAS HAVING EMOTIONAL PROBLEMS

REPORT OF INVESTIGATION
PROPERTY OF U.S. OFFICE OF PERSONNEL MANAGEMENT (IS)
1900 E ST, NW, WASHINGTON, D.C.  20415-4000

CONFIDENTIAL

79

NAME ELLER, GERALD HANSEN                    04040611710 CASE # 02911682    PAGE  11

DATES OF INVESTIGATION 12/31/02 - 05/01/03    SID 4588   ORG ID S41   REPORT # 3

DUE TO A DIVORCE. HE WAS NOT TO A POINT OF HURTING OTHERS OR HIMSELF. HE DID EXHIBIT VERBAL ANGER. HE HAD GOOD JUDGEMENT EXCEPT WHEN HE WAS ANGRY.

HE WAS DIVORCED AND HAD NO CHILDREN. SHE DOES NOT KNOW THE REASON FOR THE DIVORCE OR WHEN IT OCCURRED. HE LIKED OUTDOOR ACTIVITIES SUCH AS HIKING, BOATING AND FISHING. SHE HAD NO KNOWLEDGE IF HE CONSUMED ALCOHOL. HE DID NOT USE DRUGS OR MARIJUANA. SHE HAS NO KNOWLEDGE OF HIS FINANCIAL STATUS. WHEN HE LEFT THE COMPLEX, HE MOVED BACK WITH HIS PARENTS. HE HAD NO FOREIGN TRAVEL. SHE HAS NO REASON TO QUESTION HIS LOYALTY TO THE UNITED STATES OR SUSCEPTIBILITY TO BLACKMAIL OR COERCION.

SHE HAS NO KNOWLEDGE IF HAS BEEN COMPENSATED OR VOLUNTEERED SERVICE EMPLOYMENT WITH ANY FOREIGN INTEREST.

SHE HAS NO KNOWLEDGE IF HE HAS ASSOCIATED WITH NATIONALS OF FOREIGN COUNTRIES.

SHE HAS NO KNOWLEDGE IF HE HAS MEMBERSHIP IN ANY ORGANIZATIONS THAT HAVE NATIONALS OF FOREIGN COUNTRIES AS MEMBERS.

SHE HAS NO KNOWLEDGE IF HE HAS SPONSORED THE ENTRY OF ALIENS INTO THE UNITED STATES.

SHE HAS NO KNOWLEDGE IF HE COULD BE SUBJECT TO ANY FORM OF DURESS BY A FOREIGN POWER FOR ANYONE TO WHOM HE IS BOUND BY AFFECTION, INFLUENCE OR OBLIGATION.

ITEM: 017                                              SOURCE: 016
NAME UNIVERSITY OF COLORADO, COLORADO SPRINGS, 1420 AUSTIN BLUFFS PARKWAY,
     COLORADO SPRINGS, CO 80907
PERSONNEL RECORD
PROVIDER MARK B. HOFFMAN, STUDENT EMPLOYMENT COORD.
SF RELEASE

ACCEPTABLE

NAME VERIFIED      SSN VERIFIED      DOB VERIFIED      POB NOT SHOWN

EMPLOYMENT DATES 02/01 - 05/01
STATUS PART-TIME HOURS PER WEEK/SHIFT 4-6 HOURS
WORKSITE ADDRESS SAME AS SOURCE
POSITION RESEARCH ASSISTANT
REHIRE STATUS ELIGIBLE
EMPLOYMENT STATUS CHANGE
   END OF TEMPORARY POSITION

EMPLOYMENT DATES 08/01 - 09/01

CONFIDENTIAL

REPORT OF INVESTIGATION
PROPERTY OF U.S. OFFICE OF PERSONNEL MANAGEMENT (IS)
1900 E ST, NW, WASHINGTON, D.C.  20415-4000

NAME ELLER, GERALD HANSEN                    0404061 CASE # 02911682    PAGE 12

DATES OF INVESTIGATION 12/31/02 - 05/01/03    SID 4588    ORG ID S41    REPORT # 3

STATUS PART-TIME HOURS PER WEEK/SHIFT 4-6 HOURS
WORKSITE ADDRESS SAME AS SOURCE
POSITION STUDENT ASSISTANT
REHIRE STATUS ELIGIBLE
EMPLOYMENT STATUS CHANGE
  WITHDREW

EMPLOYMENT DATES 09/01 - 09/01
STATUS PART-TIME HOURS PER WEEK/SHIFT 4-6 HOURS
WORKSITE ADDRESS SAME AS SOURCE
POSITION TEACHING ASSISTANT
REHIRE STATUS ELIGIBLE
EMPLOYMENT STATUS CHANGE
  RESIGNED

HE IS ELIGIBLE FOR REHIRE IF HE MEETS THE CONDITIONS SET FORTH BY THE
SCHOOL FOR RE-ENROLLMENT.

ITEM: 017    COLLATERAL ITEM(S): 006 008 033                    SOURCE: 017
NAME WILLIAM B. MARTZ, ASSOCIATE PROFESSOR, UNIVERSITY OF COLORADO,
  COLORADO SPRINGS, 1420 AUSTIN BLUFFS PARKWAY, COLORADO SPRINGS, CO
  80907

ISSUE(S) 06B 11
PRIMARY ASSOCIATION TEACHER
AVERAGE EXTENT OF CONTACT INFREQUENT
SPAN OF CONTACT FALL/2001 TO SPRING/2002

NO REASON NOT TO RECOMMEND

MARTZ FIRST MET GERRY ELLER IN THE FALL OF 2001 AT THE UNIVERSITY OF
COLORADO AT COLORADO SPRINGS. ELLER WAS IN ONE OF THE MARTZ'S
INFORMATION SYSTEMS CLASSES. ELLER WAS ALSO A STUDENT EMPLOYEE WORKING
AS A COMPUTER LAB MONITOR . MARTZ WOULD SEE ELLER ABOUT TWO TIMES A
WEEK AND IN STUDENT GROUPS FOR ACADEMIC SESSIONS. HE LAST SAW ELLER IN
THE SPRING OF 2002. ELLER WAS ESCORTED OUT OF CLASS BY CAMPUS POLICE
FOR HARASSING AND THREATENING FOREIGN STUDENTS BECAUSE OF THE WORLD
TRADE CENTER BOMBING. HE HAD NO SOCIAL CONTACT WITH ELLER. HE DOES
RECEIVE ONE E-MAIL APPROXIMATELY EVERY TWO MONTHS FROM ELLER. THE
E-MAILS ARE GENERIC AND SENT OUT TO MANY PERSONS AT ONE TIME.

HE IS VERY OPINIONATED, BUT PERSONABLE. HE IS FRIENDLY AND WANTS TO BE
INVOLVED IN EVERYTHING. HE WAS VERY POSITIVE AND PARTICIPATED IN
CLASS.  AFTER 09/11/2001 HE APPEARED TO GO THROUGH A NEGATIVE
BEHAVIORAL CHANGE. HE NEVER QUESTIONED HIS HONESTY AND HAD NO
KNOWLEDGE OF HIS INTEGRITY.

HE HAD BEEN IN THE MILITARY BEFORE HE ATTENDED SCHOOL AT THE
UNIVERSITY AND REJOINED THE ARMY AFTER 09/11/2001. HE WAS UNAWARE OF



REPORT OF INVESTIGATION
PROPERTY OF U.S. OFFICE OF PERSONNEL MANAGEMENT (IS)
1900 E ST, NW, WASHINGTON, D.C.  20415-4000

NAME ELLER, GERALD HANSEN                04040611CASE # 02911682    PAGE  13

DATES OF INVESTIGATION 12/31/02 - 05/01/03    SID 4588    ORG ID S41    REPORT # 3

HIS HOBBIES. HE WAS UNAWARE OF HIS MARITAL STATUS OR IF HE HAD CHILDREN. HE HAD NO KNOWLEDGE OF HIS HOUSING OR ANY EMPLOYMENT OTHER THAN AT THE SCHOOL. ELLER KNOWS THAT HE MADE A MISTAKE IN BEING VOCAL AND MAKING THE THREATS TO OTHERS AT THE SCHOOL. HIS FINANCIAL STATUS WAS ASKEW DUE TO A PROBLEM WITH IDENTITY THEFT. HIS CREDIT REPORT WAS SCREWED UP. HE HAS NO KNOWLEDGE OF ANY FOREIGN TRAVEL. HE IS VERY LOYAL TO THE UNITED STATES. HE HAS NO REASON TO QUESTION HIS SUSCEPTIBILITY TO BLACKMAIL OR COERCION.

HE HAS NO KNOWLEDGE IF ELLER HAS BEEN COMPENSATED OR VOLUNTEERED SERVICE EMPLOYMENT WITH ANY FOREIGN INTEREST.

HE HAS NO KNOWLEDGE IF ELLER HAS ASSOCIATED WITH NATIONALS OF FOREIGN COUNTRIES.

HE HAS NO KNOWLEDGE IF ELLER HAS MEMBERSHIP IN ORGANIZATIONS THAT HAVE NATIONALS OF FOREIGN COUNTRIES AS MEMBERS.

HE HAS NO KNOWLEDGE IF ELLER HAS SPONSORED THE ENTRY OF ALIENS INTO THE UNITED STATES.

HE HAS NO KNOWLEDGE IF ELLER COULD BE SUBJECT TO ANY FORM OF DURESS BY A FOREIGN POWER FOR ANYONE TO WHOM HE IS BOUND BY AFFECTION, INFLUENCE OR OBLIGATION.

ITEM: 032
NAME EL PASO COUNTY CLERK'S OFFICE, 25 VERMIJO, COLORADO SPRINGS, CO 80903    SOURCE: 018
DIVORCE RECORD
PROVIDER KAREN WHIPELY, SUPERVISOR

ISSUE(S) 06B

NAME VERIFIED    SSN NOT SHOWN    DOB NOT SHOWN    POB NOT SHOWN

DOCKET # 97 DR 3256            DATE PETITION FILE 09/27/97
FINAL DISPOSITION GRANTED
DISPOSITION DATE 03/02/98
PARTIES INVOLVED
   KRISTEN ELLER (PETITIONER/PLANTIFF)
   GERALD ELLER (RESPONDENT/DEFENDANT)

**CONFIDENTIAL**

REASON FOR PETITION
   PARTIES AGREE THAT THEIR MARRIAGE IS IRRETRIEVABLY BROKEN.

PROVISION OF SETTLEMENT
   THE RESIDENCE LOCATED AT 6140 FAXON COURT, COLORADO SPRINGS, CO WAS SOLD AND THAT THE PARTIES DIVIDED THE PROCEEDS, EQUALLY. A TRUST ACCOUNT SHALL BE DIVIDED EQUALLY. ALL PERSONAL PROPERTY WAS DIVIDED AMONGST THE PARTIES. THE PARTIES WAIVED MAINTENANCE. THE PARTIES, IN

```
NAME ELLER, GERALD HANSEN                04040611 CASE # 02911682    PAGE  14
DATES OF INVESTIGATION 12/31/02 - 05/01/03    SID 4588    ORG ID S41    REPORT #  3
```

THEIR BEST INTEREST, FILED THEIR TAXES JOINTLY FOR THE YEAR 1997. EACH
PARTY WAS RESPONSIBLE FOR THEIR DEBT INCURRED AFTER THE SEPARATION.
THE TEMPORARY RESTRAINING ORDER WAS MODIFIED TO SHOW THAT EACH PARTY
WAS FREE FROM ANY MARITAL CONTROL AND AUTHORITY OVER ONE ANOTHER.

THE HUSBAND WAS AWARDED: ALL PERSONAL PROPERTY CURRENTLY IN HIS
POSSESSION AND 21 SERIES EE U.S. SAVINGS BONDS, A 1995 BOAT, 1 1990
MAZDA TRUCK, A 1972 CHEVY TRUCK, MCI STOCK, FIVE IRA'S IN HIS NAME, A
BASEBALL CARD COLLECTION. ALL BANK ACCOUNTS IN HIS NAME.

A BLUE COUCH, QUEEN SIZE BED, LARGE TV, GAS GRILL, SKI TUBE, QUILT,
WHEEL BARROW, GARDEN TOOLS AND A LAWN MOWER

THE WIFE WAS AWARDED: ALL PERSONAL PROPERTY CURRENTLY IN HER
POSSESSION AND A RINGER PRINT "FIRST STEELHEAD", CERAMIC HEATER, RED
WOOL BLANKET AND COLLECTORS COINS.

A 1991 NISSAN SENTRA, THREE IRA'S IN HER NAME, THE BALANCE OF SERIES
EE BONDS, INCLUDING ALL BONDS OWNED BY HER PRIOR TO THEIR MARRIAGE.
HER PENSION RIGHTS IN THE EL PASO RETIREMENT PLAN, THE NEW YORK
PENSION, THE WASHINGTON CORRECTIONAL SYSTEM PENSION AND HER SAVINGS
ACCOUNT WITH CROUSE SAVINGS IN NEW YORK. ALL BANK ACCOUNTS IN HER
NAME.

KRISTEN ELLER (WIFE) FILED A MOTION FOR EMERGENCY EX PARTE ORDER ON
09/30/1997. THE ORDER INDICATES THAT GERALD ELLER PHYSICALLY ATTACKED
AND THREATENED KRISTEN ELLER.
SHE FILED THE FOLLOWING AFFIDAVIT :

I, KRISTEN ELLER, BEING DULY SWORN ON MY OATH STATE AS FOLLOWS:

1. I AM THE PETITIONER IN THE ABOVE TITLED ACTION FOR DISSOLUTION OF
MARRIAGE.

2. ON SEPTEMBER 26,1997 I RETURNED AT 11PM AND MY HUSBAND WAS AT THE
HOUSE. MY HUSBAND TOLD ME THAT HE WAS DATING A GIRL AND WOULD BE GOING
OUT ON SATURDAY NIGHT. I TOLD HIM HE DID NOT NEED TO MY PERMISSION AND
ASKED HIM TO TO TELL HER NOT TO CALL ME. (A GIRL HAD CALLED ME EARLIER
IN THE WEEK TO TELL ME THAT SHE WAS CONSIDERING DATING MY HUSBAND AND
WANTED TO KNOW IF I HAD A PROBLEM WITH THAT.) WE THEN BEGAN TO ARGUE
ABOUT MY WEDDING RING AND HE DEMANDED THAT I RETURN IT TO HIM. HE
REPEATEDLY CALLED ME A "FUCKING CUNT" AND THREATENED ME BY SAYING, "
IF IT WASN'T FOR GOD AND JAIL I WOULD STRANGLE YOU RIGHT NOW, SNAP
YOUR NECK AND BASH YOUR FACE IN." HE THEN PLACED HIS HANDS AROUND MY
NECK, BUT DID NOT STRANGLE ME. HE WAS TRYING TO SHOW ME HE COULD DO
IT.  I TOLD HIM TO LEAVE ME ALONE AND THREATENED TO CALL THE POLICE.
HE SAID," WHO IS GOING TO BE A WITNESS, THE CAT?"

WHILE THIS WAS HAPPENING HE WAS ANGRY AND LOUD. HE WAS ALSO UPSET
ABOUT THE FACT THAT I HAD TOLD HIM THAT I WAS HIRING AN ATTORNEY. I

REPORT OF INVESTIGATION
PROPERTY OF U.S. OFFICE OF PERSONNEL MANAGEMENT (IS)
1900 E ST, NW, WASHINGTON, D.C.  20415-4000



CONFIDENTIAL

83

NAME ELLER, GERALD HANSEN                    040406111145E # 02911682    PAGE  15

DATES OF INVESTIGATION 12/31/02 - 05/01/03    SID 4588    ORG ID S41    REPORT #  3

LEFT THE ROOM AND WENT TO ANOTHER BEDROOM AND BARRICADED THE DOOR. I
SPENT THE NIGHT ON SATURDAY AND SUNDAY WITH A FRIEND.

3. I AM AFRAID FOR MY SAFETY BECAUSE MY HUSBAND IS ANGRY AND
UNPREDICTABLE.

4. I FOUND OUT ON SATURDAY, SEPTEMBER 27TH THAT HE HAD CLEANED OUT OUR
JOINT CHECKING AND SAVINGS ACCOUNTS. THERE WAS OVER $4700 IN SAVINGS
AND $3600 IN CHECKING. I AM AFRAID THAT HE WILL DISPOSE OF THIS MONEY
THAT HE WILL INCUR NEW DEBTS WITHOUT MY KNOWLEDGE. I HAVE FOUND OUT
THAT SOMEONE WROTE A $5000 CASH ADVANCE CHECK ON ONE OF MY CREDIT
CARDS IN AUGUST WITHOUT MY SIGNATURE. I BELIEVE MY HUSBAND MAY HAVE
DONE THIS BY FORGING MY NAME.

5. I WOULD LIKE TO RETURN TO THE HOUSE BUT I AM UNABLE TO DO SO SINCE
I AM AFRAID OF HOW HE WILL REACT.

SIGNED:
KRISTEN ELLER

ATTACHMENT(S)
   COPIES OF MOTION FOR EMERGENCY EX PARTE ORDER, EMERGENCY EX PARTE
   ORDER, SEPARATION AGREEMENT AND DECREE OF DISSOLUTION OF MARRIAGE.


ITEM: 033                                                    SOURCE: 019
NAME UNIVERSITY OF COLORADO, COLORADO SPRINGS, DEPARTMENT OF PUBLIC
      SAFETY, 1420 AUSTIN BLUFFS PARKWAY, COLORADO SPRINGS, CO 80907
LAW ENFORCEMENT-OTHER
PROVIDER CURT STRAUB, LIEUTENANT
SF RELEASE

ISSUE(S) 06B 11

NAME VERIFIED      SSN NOT SHOWN      DOB DISCREPANT      POB NOT SHOWN

INCIDENT RECORD 010299              INCIDENT DATE 09/13/01
INCIDENT LOCATION 1420 AUSTIN BLUFFS PARKWAY, UNIVERSITY OF COLORADO,
                  COLORADO SPRINGS, COLORADO SPRINGS, CO 80907
REPORTING AGENCY SAME AS ABOVE
NATURE OF CONTACT
   OFFICER ROBERT MCKENNAN TOOK A REPORT FOR HARASSMENT BY E-MAIL.
INCIDENT DETAILS NOT SHOWN
OUTCOME DATE 09/13/01
OUTCOME
   THE CASE STILL SHOWS TO BE OPEN PENDING FURTHER INVESTIGATION.

THE DATE OF BIRTH ENTERED IN THE POLICE REPORT WAS 08/04/94. THE
CORRECT DATE OF BIRTH IS 08/04/1964.


                       REPORT OF INVESTIGATION
           PROPERTY OF U.S. OFFICE OF PERSONNEL MANAGEMENT (IS)
                 1900 E ST, NW, WASHINGTON, D.C.  20415-4000

CONFIDENTIAL

84

NAME ELLER, GERALD HANSEN          0404061...CASE # 02911682    PAGE 16

DATES OF INVESTIGATION 12/31/02 - 05/01/03    SID 4588    ORG ID S41    REPORT # 3

COPY OF OFFICERS INCIDENT REPORT:

ON 09/13/2001 AT APPROXIMATELY 1300 HOURS, OFFICER ROBERT MCKENNAN, A SWORN OFFICER WITH THE UNIVERSITY OF COLORADO AT COLORADO SPRINGS, COUNTY OF EL PASO AND STATE OF COLORADO WAS INFORMED BY OFFICER DEWEY THAT HE HAD RECEIVED A COPY OF AN E-MAIL FROM A STUDENT WHO WISHED TO REMAIN ANONYMOUS.

OFFICER DEWEY STATED THAT HE HAD BEEN INFORMED BY THE STUDENT THAT HE HAD A CLASS WITH A GERALD ELLER AND THAT ELLER HAD SENT HIM AN E-MAIL STATING, "I AM WILLING TO HI-JACK ANY ENEMY PLANE AND CRASH IT INTO THE HEART AND SOUL OF THAT ENEMY'S RELIGION, COUNTRY, CITIES AND PEOPLE." THE STUDENT WHO WAS LATER IDENTIFIED AND WILLING TO MAKE A WRITTEN STATEMENT WAS IDENTIFIED AS MANGUM, DAVID, ~~████████████~~    (b)(6)
                                                                              +
OFFICERS DEWEY AND MCKENNAN PROCEEDED TO THE SCIENCE BUILDING IN AN    (b)(7)(C)
ATTEMPT TO CONTACT MANGUM AND ELLER. WHILE THERE, SEVERAL OTHER STUDENTS CONTACTED THE OFFICERS MAKING STATEMENTS ABOUT ELLER. ONE OF THE STUDENTS, IDENTIFIED AS ~~████████████~~ STATED THAT ELLER HAD MADE THE COMMENT THAT HE WAS GOING TO BRING HIS 9MM (FIREARM) TO CLASS. AS ELLER EXITED THE CLASS ROOM INTO THE HALLWAY OFFICER MCKENNAN MADE CONTACT WITH HIM.

OFFICER MCKENNAN ASKED ELLER IF HE WOULD STEP OVER TO AN AREA THAT WAS AWAY FROM THE OTHER PEOPLE SO THAT HE COULD TALK WITH HIM. THEY WERE OVER BY THE SCIENCE BUILDING STORAGE AREA. OFFICER MCKENNAN ASKED ELLER FOR HIS IDENTIFICATION. ELLER PROVIDED HIM WITH HIS STUDENT ID CARD. OFFICER MCKENNAN ASKED ELLER WHAT WAS GOING ON. ELLER ASKED OFFICER MCKENNAN WHERE HE HAD BEEN WORKING THE PAST COUPLE OF DAYS. OFFICER MCKENNAN STATED THAT HE HAD BEEN WORKING. ELLER STATED THAT HE, ELLER WAS MAD AND THAT THE OFFICERS WERE NOT GOING TO STOP HIS FREEDOM OF SPEECH AND HIS RIGHT TO BEAR ARMS. ELLER STATED THAT HE HAD A RIGHT TO SAY WHAT HE HAD BEEN SAYING AND THAT THE OFFICERS COULD NOT STOP HIM. OFFICER MCKENNAN FELT THAT ELLER WAS ATTEMPTING TO PUSH A PHYSICAL CONFRONTATION. ELLER INFORMED OFFICER MCKENNAN THAT IF HE ARRESTED ELLER THAT OFFICER MCKENNAN WAS A COMMUNIST AND A COMMUNIST SYMPATHIZER. OFFICER MCKENNAN INFORMED ELLER THAT HE WAS TRYING TO ENFORCE THE LAWS OF THE UNITED STATES AND THE STATE OF COLORADO. OFFICER MCKENNAN CONFRONTED ELLER ABOUT A COMMENT THAT HE WAS ALLEGED TO HAVE MADE ABOUT BRINGING A GUN TO THE CAMPUS. ELLER STATED AGAIN THAT IT WAS HIS RIGHT TO BEAR ARMS. ELLER STATED THAT HE DID NOT THREATEN ANYONE. OFFICER MCKENNAN INFORMED ELLER THAT HE WAS NOT ALLOWED TO POSSESS A GUN ON CAMPUS. ELLER STATED THAT HE WOULD NOT BRING A GUN ON CAMPUS.

ELLER WAS BECOMING MORE VOCAL AND APPEARED TO BE GETTING MORE AGITATED AS THE OFFICERS QUESTIONED HIM. ELLER KEPT SAYING THAT IF THE OFFICERS WERE GOING TO ARREST HIM, THEN TO ARREST HIM, AS THIS WOULD NOT STOP HIM FROM SAYING WHAT HE HAD BEEN SAYING. ELLER ALSO STATED THAT THOUSANDS OF PEOPLE WOULD BE THERE TO BAIL HIM OUT. ELLER KEPT

CONFIDENTIAL

---

NAME ELLER, GERALD HANSEN                    040406117 CASE # 02911682    PAGE  17

DATES OF INVESTIGATION 12/31/02 - 05/01/03    SID 4588   ORG ID S41    REPORT # 3

---

TIGHTENING HIS ARMS IN WHAT THE OFFICERS PERCEIVED TO BE A MOTION THAT
HE WAS WAITING FOR AND WANTING A CONFRONTATION WITH THE OFFICERS.
ELLER STATED THAT NOWHERE IN HIS E-MAIL DID HE THREATEN ANYONE.
OFFICER MCKENNAN INFORMED HIM THAT HE DID. ELLER BECAME MORE AGITATED
AT THIS AND ASKED WHERE.  OFFICER MCKENNAN QUOTED TO ELLER THE PORTION
OF THE E-MAIL REGARDING THE HI-JACKING OF THE PLANE. OFFICER MCKENNAN
INFORMED ELLER THAT HIS CONDUCT WAS NO BETTER THAN THAT OF THE PEOPLE
WHO BOMBED THE WORLD TRADE CENTER.

WHEN OFFICER MCKENNAN RETURNED TO THE UNIVERSITY POLICE DEPARTMENT HE
WAS CONTACTED BY BEN MARTZ, ASSOCIATE PROFESSOR. MARTZ INFORMED HIM
THAT MARTZ HAD BEEN CONTACTED BY A STUDENT WHO TURNED OUT TO BE DAVID
MANGUM. MARTZ INFORMED OFFICER MCKENNAN THAT HE HAD ELLER IN A CLASS
AND HAS HAD CONVERSATIONS WITH ELLER CONCERNING HIS PERSONAL LIFE.
MARTZ STATED THAT ELLER HAD INFORMED HIM THAT ELLER HAD HIS IDENTITY
STOLEN TWO YEARS AGO AND THAT HE WAS FIGHTING IT IN COURT. MARTZ
STATED THAT ELLER HAD GONE TO COURT ON THE 20TH OF AUGUST AND THAT THE
JUDGE HAD TOLD HIM THAT HE DID NOT STAND MUCH OF A CHANCE WITH THIS
CASE. MARTZ STATED THAT ELLER JOKED ABOUT THE SITUATION. MARTZ STATED
THAT ELLER WAS MORE REACTIVE THAN PREMEDITATED, BUT THAT HE THOUGH
THAT ELLER COULD ESCALATE QUICKLY AND PROBABLY WOULD. MARTZ ALSO
STATED THAT HE THOUGHT THAT ELLER WOULD SPEAK HIS MIND TO PEOPLE AND
THAT ELLER WAS A MAN OF PRINCIPLE. MARTZ INFORMED OFFICER MCKENNAN THAT
ELLER WAS A STUDENT EMPLOYEE THAT WORKED IN THE COMPUTER LAB. MARTZ
INFORMED OFFICER MCKENNAN THAT ELLER WAS SCHEDULED TO WORK ON FRIDAY
FROM 9AM TO 1PM.

OFFICER MCKENNAN WAS CONTACTED BY MANGUM, WHO WISHED TO MAKE A WRITTEN
STATEMENT. MANGUM AGAIN STATED THAT HE WAS AFRAID. MANGUM ALSO STATED
THAT HE HAD SEVERAL E-MAILS FROM ELLER THAT HE WAS GOING TO PRINTOUT
AND COPY TO A DISK.

███████████████████████ CONTACTED OFFICER MCKENNAN. ████████████ MADE A
WRITTEN STATEMENT ABOUT THE INCIDENT, WHICH OCCURRED ON 09/13/2001 AT
APPROXIMATELY 1215 HOURS. ████████████ STATED THAT THE INSTRUCTOR OF THE       (b)(6)
CLASS HAD STARTED THE CLASS OFF BY TALKING ABOUT THE BOMBING ON
09/11/2001. ████████████ STATED THAT THE INSTRUCTOR WAS TALKING ABOUT HOW
THEY COULD PROTECT THEMSELVES FROM A SIMILAR TYPE INCIDENT. ████████████         &
WENT ON TO SAY THAT ELLER STARTED MAKING COMMENTS ABOUT HOW PISSED OFF
HE WAS AND WHAT HE WOULD DO IF PUT IN THAT SITUATION. ████████████ STATED       (b)(7)
THAT EVERYONE THAT WAS NOT AN AMERICAN NEEDED TO LEAVE THE COUNTRY.             (C)
████████████ STATED THAT ELLER SEEMED TO HAVE OFFENDED OTHER PEOPLE IN THE
CLASS.

OFFICER MCKENNAN ALSO TOOK A WRITTEN STATEMENT FROM ████████████
████████████ STATED THAT HE HAD HEARD ELLER TALKING ABOUT
GETTING HIS FRIENDS TOGETHER AND GATHERING FOREIGNERS AND FORCING THEM
TO LEAVE THE COUNTRY. ████████ STATED THAT HE WAS AFRAID OF ELLER.

OFFICER MCKENNAN WAS CONTACTED BY ████████████ ███████████ STATED THAT

CONFIDENTIAL

NAME ELLER, GERALD HANSEN                    0404061 CASE # 02911682     PAGE  18

DATES OF INVESTIGATION 12/31/02 - 05/01/03    SID 4588    ORG ID S41    REPORT #  3
------------------------------------------------------------------------------------
STUDENTS HAD EXPRESSED CONCERN ABOUT ELLER TO HIM. ⬛⬛⬛⬛GAVE THE NAME
⬛⬛⬛⬛⬛⬛TO OFFICER MCKENNAN TO CONTACT, AS THIS STUDENT ALSO
EXPRESSED CONCERN ABOUT ELLER.

AT APPROXIMATELY 1650 HOURS, ⬛⬛⬛⬛WENT TO THE POLICE DEPARTMENT TO
MAKE A WRITTEN STATEMENT. ⬛⬛⬛⬛CLARIFIED THE EARLIER STATEMENT ABOUT
THE GUN STATING WHILE HE WAS IN THE COMPUTER LAB IN THE ENGINEERING
BUILDING, HE HEARD ELLER MAKE THE STATEMENT THAT HE, "SERIOUSLY
CONSIDERED BRINGING HIS 9MM TO SCHOOL WITH HIM BECAUSE WE WERE AT WAR
AND YOU NEVER KNOW WHAT WAS GOING TO HAPPEN."

CASE WILL REMAIN OPEN PENDING FURTHER INVESTIGATION.

COPY OF E-MAIL ATTACHMENT:

I HAVE WRITTEN THIS AMENDMENT AND PERSONALLY SUPPORT FULL RATIFICATION
TO OUR CONSTITUTION. MY LIFE HAS CHANGED. I NO LONGER CARE THAT PEOPLE
THINK I AM RIGHT WING, RADICAL, EXTREME, PREJUDICE. IRRATIONAL OR
UNJUSTIFIED IN MY BELIEF AND OR OPINIONS. I DO NOT KNOW WHERE ANY OF
YOU WERE BORN OR WHAT KIND OF LIFE YOU HAVE LIVED, BUT I KNOW WHERE I
WAS BORN AND WHAT KIND OF LIFE I HAVE LIVED FOR THE LAST 37 YEARS. I
AM WILLING TO HI-JACK ANY ENEMY PLANE AND CRASH IT INTO THE HEART AND
SOUL OF THAT ENEMY'S RELIGION, COUNTRY, CITIES AND PEOPLE. I WILL
NEVER FORGET SEPTEMBER 11TH , 2001 AND WILL NEVER BE THE SAME
COMPASSIONATE, UNDERSTANDING, SYMPATHETIC AND TRUSTING HUMAN BEING I
WAS BEFORE THAT DAY. I VOW TO AVENGE THE PEOPLE OF NEW YORK CITY THAT
WERE KILLED. I WILL GIVE AND SACRIFICE MY LIFE SO THAT THE CHILDREN OF
THE UNITED STATES OF AMERICA WILL ONCE AGAIN RUN FREE IN THE CITIES,
STATES AND COUNTRY OF THE UNITED STATES OF AMERICA. GOD BLESS US ALL
AND MAY EVIL BE DISTINGUISHED FOR ANOTHER 2000 YEARS AND BEYOND.
FORWARD OR DELETE, YOUR CHOICE.


SINCERELY,
GERALD H. ELLER


WE THE PEOPLE OF THE UNITED STATES OF AMERICA NOW COME FORTH TO RATIFY
THE UNITED STATES CONSTITUTION AND THE BILL OF RIGHTS.

AMENDMENT XI

FOR EVERY DAY, AFTER THE ELEVENTH DAY OF THE NINTH MONTH, IN THE YEAR
TWO THOUSAND AND ONE, ALL NON CITIZENS OF THE UNITED STATES OF AMERICA
SHALL BE DEPORTED, OR DETAINED UPON REQUEST BY SUCH NON CITIZEN, TO
THEIR COUNTRY OF CITIZENSHIP OR ANY OTHER COUNTRY OUTSIDE OF THE
BORDERS OF ALL FIFTY STATES OF THE UNITED STATES OF AMERICA, IT'S
TERRITORY'S AND ANY OTHER SOVEREIGN LANDS DEFENDED BY THE PEOPLE OF
THE UNITED STATES OF AMERICA. THE ONLY CITIZENS OF ANY COUNTRY OTHER
THAN THE UNITED STATES OF AMERICA ALLOWED INTO SAID BORDERS ARE, LEGAL
CITIZENS OF THE COUNTRY KNOWN AS MEXICO AND THE COUNTRY KNOWN AS
CANADA. THIS AMENDMENT SHALL REMAIN AMENDED TO THE CONSTITUTION OF THE

REPORT OF INVESTIGATION
PROPERTY OF U.S. OFFICE OF PERSONNEL MANAGEMENT (IS)
1900 E ST, NW, WASHINGTON, D.C.  20415-4000

CONFIDENTIAL

87

NAME ELLER, GERALD HANSEN                    040406 117145 CASE # 02911682    PAGE  19

DATES OF INVESTIGATION 12/31/02 - 05/01/03    SID 4588   ORG ID S41   REPORT # 3

UNITED STATES OF AMERICA AND BILL OF RIGHTS, UNTIL OR UNLESS, RATIFIED
BY THE PRESIDENT, THE CONGRESS, THE HOUSE OF REPRESENTATIVES, AND THE
SUPREME COURT OF THE UNITED STATES OF AMERICA.

ATTACHMENT(S)
   COPY OF SIGNIFICANT INCIDENT REPORT. COPY OF E-MAIL FROM GERALD ELLER
TO NUMEROUS E-MAIL SITES.

ITEM: 034    COLLATERAL ITEM(S): 006 017 033                    SOURCE: 020
NAME RONALD E. WISNER, DEAN OF STUDENTS, UNIVERSITY OF COLORADO, COLORADO
   SPRINGS, 1420 AUSTIN BLUFFS PARKWAY, COLORADO SPRINGS, CO 80907

ISSUE(S) 06B 11
PRIMARY ASSOCIATION DEAN OF STUDENTS
AVERAGE EXTENT OF CONTACT INFREQUENT
SPAN OF CONTACT 09/13/2001 TO 09/19/2001

DOES NOT KNOW WELL ENOUGH TO RECOMMEND

WISNER FIRST MET GERALD ELLER ON 09/13/2001 AFTER HE HAD BEEN APPRISED
THAT THE UNIVERSITY OF COLORADO CAMPUS POLICE DEPARTMENT HAD RECEIVED
REPORTS FROM STUDENTS ALLEGING THAT ELLER HAD THREATENED THEM BY
E-MAIL. WISNER, WHO IS THE DEAN OF STUDENTS AT THE UNIVERSITY HAD A
MEETING WITH ELLER ON THAT DATE. ELLER WAS CLEARLY UPSET DUE TO THE
BOMBING OF THE WORLD TRADE CENTER IN NEW YORK CITY.ELLER WAS LOOKING
FOR A SCAPEGOAT AND WAS GENERALIZING HIS FEELINGS TOWARD NON CITIZENS.
ELLER'S BELIEF WAS THAT THEY NEEDED TO BE DEPORTED IMMEDIATELY. ELLER
VIOLATED THE STUDENT'S CODE OF CONDUCT BY HARASSING AND THREATENING
THE FOREIGN STUDENTS. THE CHANCELLOR OF THE UNIVERSITY SUSPENDED ELLER
OVER THE WEEKEND IN AN ATTEMPT FOR ELLER TO COOL OFF AND REGAIN HIS
EMOTIONS. ELLER WITHDREW FROM THE UNIVERSITY AND ENLISTED IN THE ARMY.
THE CHANCELLOR RESCINDED THE SUSPENSION IF ELLER MEETS THREE
CONDITIONS. THE FIRST CONDITION: NOT TO INTERFERE IN ANY SCHOOL
FUNCTIONS, THE SECOND CONDITION: NO HARASSING OF ANY STUDENTS ENROLLED
IN THE UNIVERSITY OF COLORADO SYSTEM, THIRD CONDITION: NO ASSAULTING
OR THREATENING THE SAFETY OF ANY STUDENT AT THE UNIVERSITY. ELLER IS
CURRENTLY BARRED FROM ENROLLMENT FROM ALL UNIVERSITY OF COLORADO
CAMPUSES UNTIL THESE CONDITIONS ARE MET AND APPROVED BY WISNER. WISNER
HAS HAD CONTACT WITH ELLER ONE TIME AFTER THE INCIDENT IN WHICH ELLER
ACTED LIKE THERE WERE NO HARD FEELINGS.

BASED ON THE SHORT CONTACT TIME THAT WISNER HAD WITH ELLER HE HAS NO
KNOWLEDGE OF HIS CHARACTER, CONDUCT OR REPUTATION. HIS KNOWLEDGE ON
ELLER'S JUDGEMENT IS CLOUDED DUE TO THE INCIDENT THAT OCCURRED ON
09/13/2001. HE HAS NO KNOWLEDGE OF ELLER'S RELIABILITY. HE APPEARS TO
BE VERY HONEST AND SPEAKS HIS MIND.

HE HAS NO KNOWLEDGE OF ELLER'S MARITAL STATUS OR IF HE HAD CHILDREN.
HE WAS WORKING NIGHTS AT JACK QUINN'S IRISH RESTAURANT AS A BOUNCER

REPORT OF INVESTIGATION
PROPERTY OF U.S. OFFICE OF PERSONNEL MANAGEMENT (IS)
1900 E ST, NW, WASHINGTON, D.C.  20415-4000



NAME ELLER, GERALD HANSEN                                    CASE # 02911682    PAGE   20
                                           04040611/116

DATES OF INVESTIGATION 12/31/02 - 05/01/03    SID 4588    ORG ID S41    REPORT # 3

OR BAR TENDER. HE DOES NOT RECALL DATES. HE HAS NO KNOWLEDGE OF
HOBBIES. HE HAS NO KNOWLEDGE OF HOUSING ARRANGEMENTS. HE BELIEVES THAT
ELLER'S MENTAL HEALTH WAS VERY UNSTABLE AT THE TIME THE INCIDENT
OCCURRED AND THAT ELLER WAS ABNORMALLY OBSESSED WITH THE EVENT OF
09/11/2001. HE HAS NO KNOWLEDGE AS TO HIS FINANCIAL STATUS OR ANY
FOREIGN TRAVEL. HE BELIEVES ELLER TO BE EXTREMELY LOYAL TO THE UNITED
STATES. HE HAS NO KNOWLEDGE OF ANY THING THAT ELLER COULD BE
BLACKMAILED OR COERCED WITH.

HE HAS NO KNOWLEDGE IF ELLER HAS BEEN COMPENSATED OR VOLUNTEERED
SERVICE EMPLOYMENT WITH ANY FOREIGN INTEREST.

HE HAS NO KNOWLEDGE IF ELLER HAS ASSOCIATED WITH NATIONALS OF FOREIGN
COUNTRIES.

HE HAS NO KNOWLEDGE IF ELLER HAS MEMBERSHIP IN ANY ORGANIZATIONS THAT
HAVE NATIONALS OF FOREIGN COUNTRIES AS MEMBERS.

HE HAS NO KNOWLEDGE IF ELLER SPONSORED THE ENTRY OF ALIENS INTO THE
UNITED STATES.

HE HAS NO KNOWLEDGE IF ELLER COULD BE SUBJECT TO ANY FORM OF DURESS BY
A FOREIGN POWER FOR ANYONE TO WHOM HE IS BOUND BY AFFECTION, INFLUENCE
OR OBLIGATION.

ITEM: 035    INVESTIGATOR'S NOTE                           SOURCE: 021

PERSONAL REFERENCE HIGGINS WAS INTERVIEWED TELEPHONICALLY DUE TO HIS
GEOGRAPHIC LOCATION AND THE FACT THAT HE WAS BEING SENT ON A TEMPORARY
ASSIGNMENT TO A DISTANT LOCATION FOR APPROXIMATELY THREE WEEKS.

ITEM: 035                                                  SOURCE: 022
NAME DANIEL W. HIGGINS, TOWN OPERATOR, 1128 C STREET, SALIDA, CO 81201
REFERENCE
TELEPHONE TESTIMONY

ISSUE(S) 01A
PRIMARY ASSOCIATION FRIEND
AVERAGE EXTENT OF CONTACT MINIMAL
SPAN OF CONTACT  09/1978 TO PRESENT

NO REASON NOT TO RECOMMEND

HIGGINS FIRST MET GERRY ELLER IN 09/1978 IN SCHOOL IN CANON CITY, CO.
THEY WERE STUDENTS IN THE SAME JUNIOR HIGH SCHOOL. THEY MET WHILE ON
THE SCHOOL BOWLING TEAM. THEY SAW EACH OTHER IN PASSING DAILY AT
SCHOOL. THEY WOULD SPEND TIME TOGETHER ABOUT ONCE A WEEK. IN 05/1982,
ELLER GRADUATED HIGH SCHOOL AND WENT TO WESTERN STATE UNIVERSITY IN
GUNNISON , CO. HIGGINS DID NOT SEE ELLER AGAIN UNTIL THE SUMMER OF

NAME ELLER, GERALD HANSEN                    040406117 CASE # 02911682    PAGE 21

DATES OF INVESTIGATION 12/31/02 - 05/01/03    SID 4588    ORG ID S41    REPORT # 3

1984 WHEN THEY BOTH WERE WORKING SUMMER JOBS AT BROOKHART'S LUMBER
COMPANY IN CANON CITY, CO. IN 08/1984 THEY BOTH WENT BACK TO SCHOOL
AND HIGGINS DID NOT SEE ELLER UNTIL THE SUMMER OF 1985 WHEN THEY BOTH
WERE BACK AT BROCKHART'S LUMBER FOR THE SUMMER. HIGGINS ONLY SAW ELLER
APPROXIMATELY ONE TIME A YEAR AFTER 1985. THEY WOULD COMMUNICATE BY
E-MAIL OR TELEPHONE. HIGGINS LAST SAW ELLER IN 11/2002 WHEN ELLER WAS
ENROUTE TO HAWAII IN THE ARMY. HE HAS MAINTAINED CONTACT BY E-MAIL
APPROXIMATELY TWO TIMES A MONTH. ELLER DID NOT APPEAR TO HAVE ANY
PROBLEMS WITH ANY OF HIS CO-WORKERS OR SUPERVISORS WHILE HE WAS
WORKING FOR BROOKHART'S LUMBER COMPANY.

HE IS MATURE, CONSERVATIVE, FOCUSED, SOMEWHAT ARROGANT, CONFIDENT,
FRIENDLY AND CONSIDERS HIMSELF ATTRACTIVE TO WOMEN. HE IS UNAWARE OF
ANY REPUTATION. HE HAS NO REASON TO QUESTION HIS CHARACTER OR CONDUCT.
HE IS HONEST AND HAS INTEGRITY.

HE IS DIVORCED FROM KRISTEN AND THEY HAVE NO CHILDREN. HE BELIEVES
THAT THE DIVORCE WAS DUE TO INCOMPATIBILITY. HE IS UNAWARE OF ANY
FAMILY VIOLENCE IN THE MARRIAGE. HE DOES NOT KNOW WHERE ELLER'S
EX-WIFE IS RESIDING. ELLER HAD SOME ROUGH EMOTIONAL TIMES DURING THE
DIVORCE, BUT IS COPING WELL NOW.

HE WAS LIVING IN AN APARTMENT WHILE HE WAS ATTENDING THE UNIVERSITY OF
COLORADO AT COLORADO SPRINGS (UCCS). HE DOES NOT RECALL THE DATES OR
LOCATION OF THE APARTMENT.  HE DOES NOT RECALL THE PARTICULARS OF THE
INCIDENT THAT OCCURRED AT UCCS.  HE RE-JOINED THE ARMY AFTER
09/11/2001 AND MOVED BACK HOME TO HIS PARENTS HOUSE IN FLORENCE, CO
UNTIL HE WAS CALLED TO ACTIVE DUTY.

ELLER HAS RECEIVED A SPEEDING TICKET, BUT HIGGINS DOES NOT RECALL THE
LOCATION OR DATES. HE DRINKS BEER ON OCCASION. IN 1984 THROUGH 1985,
HE OBSERVED ELLER INTOXICATED APPROXIMATELY TWELVE TIMES. DURING THOSE
TIMES HE DID NOT HAVE ANY CONTACT WITH LAW ENFORCEMENT OR ANY TROUBLE
WITH OTHERS AROUND HIM. HE ACTS BOLD AND MORE OUTGOING WHEN
INTOXICATED. HE HAS NEVER SEEN ELLER USING ANY KIND OF DRUGS. HE HAS
NO KNOWLEDGE OF HIS FINANCIAL STATUS. HE HAS NO KNOWLEDGE OF ANY
FOREIGN TRAVELS. HE IS PATRIOTIC AND VERY LOYAL TO HIS COUNTRY. HE HAS
NO REASON TO QUESTION HIS SUSCEPTIBILITY TO BLACKMAIL OR COERCION.

HE HAS NO KNOWLEDGE IF ELLER HAS BEEN COMPENSATED OR VOLUNTEERED
SERVICE EMPLOYMENT WITH ANY FOREIGN INTEREST.

HE HAS NO KNOWLEDGE IF ELLER HAS ASSOCIATED WITH NATIONALS OF FOREIGN
COUNTRIES.

HE HAS NO KNOWLEDGE IF ELLER HAS MEMBERSHIP IN ORGANIZATIONS THAT HAVE
NATIONALS OF FOREIGN COUNTRIES AS MEMBERS.

HE HAS NOT SPONSORED THE ENTRY OF ALIENS INTO THE UNITED STATES.



REPORT OF INVESTIGATION
PROPERTY OF U.S. OFFICE OF PERSONNEL MANAGEMENT (IS)
1900 E ST. NW, WASHINGTON, D.C.  20415-4000

90

NAME ELLER, GERALD HANSEN          040406110CASE # 02911682    PAGE  22

DATES OF INVESTIGATION 12/31/02 - 05/01/03    SID 4588    ORG ID S41    REPORT #  3

HE COULD NOT BE SUBJECT TO ANY FORM OF DURESS BY A FOREIGN POWER FOR
ANYONE TO WHOM HE IS BOUND BY AFFECTION, INFLUENCE OR OBLIGATION.

ITEM: 036   INVESTIGATOR'S NOTE                                    SOURCE: 023

DURING THE COURSE OF THIS INVESTIGATION, ATTEMPTS TO CONTACT JON
SPAULDING MET WITH NEGATIVE RESULTS. SPAULDING RESIDES IN CASTLE ROCK,
CO AND WORKS APPROXIMATELY 100 MILES FROM HIS RESIDENCE. CONTACT WAS
MADE WITH HIS WIFE, TERESA SPAULDING AT THEIR RESIDENCE IN CASTLE
ROCK. IT WAS EXPLAINED TO HER THAT ELLER HAD LISTED HER HUSBAND, JON,
AS THE REFERENCE. SHE INDICATED THAT SHE UNDERSTOOD AND CONSENTED TO
BE INTERVIEWED ON HIS BEHALF. SHE STATED THAT JON SPAULDING WOULD SAY
THE SAME THINGS ABOUT ELLER THAT SHE SAID. BOTH SPAULDINGS HAVE HAVE A
GOOD FRIENDSHIP WITH ELLER.

ITEM: 036                                                          SOURCE: 024
NAME TERESA L. SPAULDING, ESCROW CLOSER, 4751 N. SILVERLACE, CASTLE ROCK,
    CO 80109
REFERENCE

ACCEPTABLE
PRIMARY ASSOCIATION FRIEND
AVERAGE EXTENT OF CONTACT MODERATE
SPAN OF CONTACT WINTER/1989 TO PRESENT

RECOMMENDS

SPAULDING FIRST MET GERRY ELLER IN THE WINTER OF 1989 IN GUNNISON, CO
WHEN ELLER CAME TO VISIT HER HUSBAND. ELLER WAS IN THE ARMY. ELLER
STAYED A FEW DAYS AND WENT BACK TO THE ARMY. SHE DID NOT SEE HIM AGAIN
UNTIL THE WINTER OF 1992 WHEN ELLER CAME TO VISIT THEM IN GUNNISON
AGAIN. SHE SAW HIM AGAIN IN THE SPRING OF 1995 WHEN ELLER CAME BACK TO
COLORADO SPRINGS, CO TO LIVE. ELLER WAS MARRIED AND THEY VISITED EACH
OTHER'S HOMES AND WENT OUT AS COUPLES TO MOVIES AND DINNERS WITH THEIR
RESPECTIVE SPOUSES. SOMETIME IN 1998, ELLER WAS DIVORCED. SHE STILL
HAD CONTACT WITH ELLER APPROXIMATELY ONE TO TWO TIMES A MONTH WHEN HE
WOULD COME BY HER HOUSE. SHE LAST SAW HIM IN 10/2002 WHEN HE WAS GOING
TO HAWAII. HE IS IN THE ARMY. SHE RECEIVES E-MAILS AND TELEPHONE CALLS
APPROXIMATELY ONE TIME A WEEK FROM ELLER. HE DID NOT APPEAR TO HAVE
ANY TROUBLE WITH ANYONE.

HE IS A GOOD GUY, GOOD FRIEND, A STRAIGHT SHOOTER AND HAS A GOOD
REPUTATION.  HE IS CONFIDENT, IS IN GOOD PHYSICAL SHAPE, EASY GOING
AND SHE HAS NEVER SEEN A TEMPER. HE IS VERY HONEST. SHE HAS NO REASON
TO QUESTION HIS CHARACTER OR CONDUCT.

HE IS DIVORCED FROM KRISTEN. THEY HAD NO CHILDREN. ELLER AND HIS WIFE
DID NOT GET ALONG WITH EACH OTHER. ELLER'S EX-WIFE MAY HAVE MOVED BACK
TO NEW YORK WHERE SHE WAS FROM. SHE IS UNAWARE OF ANY FAMILY VIOLENCE

CONFIDENTIAL

91

NAME ELLER, GERALD HANSEN                    040406 11PAGE # 02911682    PAGE  23

DATES OF INVESTIGATION 12/31/02 - 05/01/03    SID 4588    ORG ID S41    REPORT #  3

IN THE MARRIAGE.

HE ENJOYED THE OUTDOORS, HIKING AND FISHING. HE HAD BEEN EMPLOYED AT
MCI (WORLDCOM), A HAIR PRODUCTS SALES COMPANY IN DENVER, CO AND A BAR
IN COLORADO SPRINGS, CO. HE MANAGED AN APARTMENT COMPLEX AND LIVED ON
THE COMPLEX IN COLORADO SPRINGS. SHE DOES NOT RECALL ANY DATES OR
LOCATIONS. HE WAS ATTENDING COLLEGE IN COLORADO SPRINGS, BUT DID NOT
FINISH. SHE DOES NOT RECALL THE SCHOOL OR DATES. SHE IS UNAWARE OF ANY
PROBLEMS AT SCHOOL. HE HAD PURCHASED A HOUSE IN COLORADO SPRINGS AND
SOLD IT. HE RENTED AN APARTMENT AFTER THAT.

A CREDIT REPORTING COMPANY SCREWED UP HIS CREDIT BY MIS-IDENTIFYING
HIM WITH ANOTHER PERSON. HE HIRED ATTORNEYS TO STRAIGHTEN THE PROBLEM
OUT. SHE IS UNAWARE IF THE PROBLEM HAD BEEN RESOLVED. SHE HAS NO
KNOWLEDGE OF ANY FOREIGN TRAVEL. SHE HAS NEVER SEEN HIM INTOXICATED.
HE WOULD DRINK A BEER OR GLASS OF WINE AT DINNER. SHE HAS NO REASON TO
QUESTION HIS LOYALTY TO THE UNITED STATES OR SUSCEPTIBILITY TO
BLACKMAIL OR COERCION.

SHE HAS NO KNOWLEDGE IF HE HAS BEEN COMPENSATED OR VOLUNTEERED SERVICE
EMPLOYMENT WITH ANY FOREIGN INTEREST.

SHE HAS NO KNOWLEDGE IF HE HAS ASSOCIATED WITH NATIONALS OF FOREIGN
COUNTRIES.

SHE HAS NO KNOWLEDGE IF HE HAS MEMBERSHIP IN ORGANIZATIONS THAT HAVE
NATIONALS OF FOREIGN COUNTRIES AS MEMBERS.

HE HAS NOT SPONSORED THE ENTRY OF ALIENS INTO THE UNITED STATES.

HE COULD NOT BE SUBJECT TO ANY FORM OF DURESS BY A FOREIGN POWER FOR
ANYONE TO WHOM HE IS BOUND BY AFFECTION, INFLUENCE OR OBLIGATION.

ITEM: 037                                              SOURCE: 025
  NAME NICOLE Y. SPURGEON, DENTAL ASSISTANT, 3791 WESTMEADOW DRIVE #202,
       COLORADO SPRINGS, CO 80906

ACCEPTABLE
PRIMARY ASSOCIATION FRIEND
AVERAGE EXTENT OF CONTACT MINIMAL
SPAN OF CONTACT 02/2000 TO 02/2002                    CONFIDENTIAL

NO REASON NOT TO RECOMMEND

SPURGEON FIRST MET GERRY ELLER ON THE BUS ON A SKI TRIP IN 02/2000.
THEY SPOKE ON THE PHONE TO EACH OTHER APPROXIMATELY SIX TIMES FROM
02/2000 TO 09/2000. THEY HAD THEIR FIRST ROMANTIC DATE IN 09/2001.
THEY WOULD SEE EACH OTHER THREE TO FOUR TIMES A WEEK UNTIL 02/2002
WHEN HE JOINED THE ARMY AND LEFT COLORADO SPRINGS. SHE HAS RECEIVED

92

NAME ELLER, GERALD HANSEN                    040406117SE # 02911682    PAGE  24
----------------------------------------------------------------------
DATES OF INVESTIGATION 12/31/02 - 05/01/03    SID 4588    ORG ID S41    REPORT # 3
----------------------------------------------------------------------

HOLIDAY CARDS FROM HIM SINCE HE HAS BEEN GONE. HE IS IN THE ARMY
STATIONED IN HAWAII. HE DID NOT HAVE ANY PROBLEMS WITH ANYONE WHILE
SHE KNEW HIM.

HE IS SWEET CARING MAN WHO HAS A GOOD PERSONALITY. SHE HAS NEVER KNOWN
HIM TO TELL A LIE. HE IS A LITTLE INSECURE AND WELL LIKED. HE HAD GOOD
JUDGEMENT AND WAS VERY RELIABLE. SHE HAS NO REASON TO QUESTION HIS
CHARACTER, CONDUCT OR REPUTATION.

HE WAS NOT MARRIED. SHE HAS NO KNOWLEDGE OF ANY CHILDREN. HE HAD BEEN
RENTING A HOUSE (SHE DID NOT RECALL THE ADDRESS) AND MOVED IN WITH A
FRIEND OF HER'S BEFORE HE JOINED THE ARMY. HE LIVED AT 3107 MOONBEAM
CIRCLE, COLORADO SPRINGS FOR APPROXIMATELY TWO MONTHS IN JANUARY AND
FEBRUARY OF 2002. HE HAD BEEN GOING SCHOOL AND WORKING AS A DOOR MAN
AT JACK QUINN'S RESTAURANT. SHE DOES NOT RECALL THE SCHOOL OR DATES.
SHE DID NOT RECALL ANY INCIDENT AT THE SCHOOL.

SHE NEVER SAW HIM INTOXICATED AND HE DRANK VERY LITTLE ALCOHOL. HIS
PARENTS WERE HELPING HIM FINANCIALLY BECAUSE HE WAS BROKE AND GOING TO
SCHOOL. SHE HAS NO KNOWLEDGE OF ANY FOREIGN TRAVEL. SHE HAS NO REASON
TO QUESTION HIS LOYALTY TO THE UNITED STATES OR SUSCEPTIBILITY TO
BLACKMAIL OR COERCION.

SHE HAS NO KNOWLEDGE IF HE HAS BEEN COMPENSATED OR VOLUNTEERED SERVICE
EMPLOYMENT WITH ANY FOREIGN INTEREST.

SHE HAS NO KNOWLEDGE IF HE ASSOCIATED WITH NATIONALS OF FOREIGN
COUNTRIES.

SHE HAS NO KNOWLEDGE IF HE HAS MEMBERSHIP IN ORGANIZATIONS THAT HAVE
NATIONALS OF FOREIGN COUNTRIES AS MEMBERS.

SHE HAS NO KNOWLEDGE IF HE SPONSORED THE ENTRY OF ALIENS INTO THE
UNITED STATES.

HE COULD NOT BE SUBJECT TO ANY FORM OF DURESS BY A FOREIGN POWER FOR
ANYONE TO WHOM HE IS BOUND BY AFFECTION, INFLUENCE OR OBLIGATION.

ITEM: 038    INVESTIGATOR'S NOTE                          SOURCE: 026

DURING THE COURSE OF THIS INVESTIGATION, ALL ATTEMPTS TO OBTAIN
UNEMPLOYMENT RECORDS FROM THE STATE OF COLORADO MET WITH NEGATIVE
RESULTS. THE STATE OF COLORADO DOES NOT RELEASE ANY RECORDS PERTAINING
TO EMPLOYMENT OR UNEMPLOYMENT.

ITEM: 040    INVESTIGATOR'S NOTE                          SOURCE: 027

ALL ATTEMPTS TO LOCATE ANY ADDITIONAL RESIDENTIAL SOURCES THAT KNEW
ELLER IN THE 3107 MOONBEAM CIRCLE AREA MET WITH NEGATIVE RESULTS.
ELLER ONLY RESIDED AT THIS LOCATION FOR APPROXIMATELY ONE MONTH. HIS

CONFIDENTIAL

REPORT OF INVESTIGATION
PROPERTY OF U.S. OFFICE OF PERSONNEL MANAGEMENT (IS)
1900 E ST, NW, WASHINGTON, DC 20415-4000

93

```
NAME ELLER, GERALD HANSEN                04040611 CASE # 02911682    PAGE 25
-------------------------------------------------------------------
DATES OF INVESTIGATION 12/31/02 - 05/01/03    SID 4588    ORG ID S41    REPORT # 3
-------------------------------------------------------------------
```

NEIGHBORS DID NOT KNOW HIM.

ITEM: 040    COLLATERAL ITEM(S): 003 006 008                          SOURCE: 028
NAME CAREN J. WEEKS-BUSTOS, SELF EMPLOYED, 3107 MOONBEAM CIRCLE S.,
    COLORADO SPRINGS, CO 80916

ACCEPTABLE
PRIMARY ASSOCIATION FRIEND
AVERAGE EXTENT OF CONTACT MODERATE
SPAN OF CONTACT 02/2000 TO PRESENT

RECOMMENDS

WEEKS-BUSTOS FIRST MET GERRY ELLER IN 02/2000 DURING A BUS RIDE TO A
SKI RESORT. THEY WOULD TALK OCCASIONALLY ON THE PHONE AFTER THAT
INITIAL MEETING AND WOULD ATTEND PARTIES AND FUNCTIONS. SHE WOULD SEE
HIM ABOUT ONCE A MONTH AT THOSE PARTIES. SHE INTRODUCED HIM TO HER
FRIEND NICOLE SPURGEON. HE LIVED IN A HOUSE ON MANASSAS IN COLORADO
SPRINGS AND MOVED OUT OF THERE WHEN HE WAS WAITING TO GO TO ACTIVE
DUTY IN THE ARMY. HE NEEDED A PLACE TO STAY AND SHE LET HIM STAY AT
HER HOUSE LOCATED AT 3107 MOONBEAM CIRCLE, S., COLORADO SPRINGS, CO.
HE MOVED IN ON 01/14/2002 AND MOVED OUT ON 02/14/2002 SHE DID NOT
CHARGE HIM ANY RENT. SHE DID NOT HAVE ANY PROBLEMS WITH HIM. HE DID
NOT HAVE ANY PROBLEMS WITH ANY NEIGHBORS. SHE LAST SAW HIM IN 02/2002,
BUT RECEIVES E-MAILS FROM HIM ABOUT EVERY THREE MONTHS.

HE IS TRUSTWORTHY. BEFORE HE MOVED INTO HER HOUSE SHE WOULD ALLOW HIM
TO HOUSE SIT WHILE SHE WAS OUT OF TOWN. HE WAS OUTGOING, FRIENDLY,
VERY PATRIOTIC AND PRO UNITED STATES. SHE HAD NO REASON TO QUESTION
HIS CHARACTER, CONDUCT OR REPUTATION.

SHE HAD NO KNOWLEDGE OF HIS MARITAL STATUS OR OF ANY CHILDREN. HE
ENJOYED SNOW SKIING, PHOTOGRAPHY AND THE OUTDOORS. HE HAD BEEN
ATTENDING COLLEGE IN COLORADO SPRINGS. SHE DOES NOT RECALL THE COLLEGE
HE HAD BEEN ATTENDING. SHE WAS UNAWARE OF ANY INCIDENTS AT THE SCHOOL
THAT HE MAY HAVE BEEN INVOLVED IN. HE WORKED AT A RESTAURANT CALLED
JACK QUINN'S. HE GOT INTO AN ARGUMENT WITH A WOMAN AT THE RESTAURANT
ABOUT THE WORLD TRADE CENTER BOMBING ON 09/11/2001 (DISCREPANT). SHE
DOES NOT RECALL ANY INFORMATION OR DATES OF THE INCIDENT. HIS CREDIT
HISTORY WAS RUINED BY AN IDENTITY THEFT OFFENSE. SHE IS UNAWARE IF THE
PROBLEM HAD BEEN RESOLVED.
SHE HAD NO KNOWLEDGE OF FOREIGN TRAVEL. SHE NEVER SAW HIM DRINK
ALCOHOLIC BEVERAGES. HE WAS VERY PATRIOTIC AND LOYAL TO THE UNITED
STATES. SHE HAD NO REASON TO QUESTION HIS SUSCEPTIBILITY TO BLACKMAIL
OR COERCION.

SHE HAD NO KNOWLEDGE IF HE HAD BEEN COMPENSATED OR VOLUNTEERED SERVICE
EMPLOYMENT WITH ANY FOREIGN INTEREST.

REPORT OF INVESTIGATION
PROPERTY OF U.S. OFFICE OF PERSONNEL MANAGEMENT (IS)
1900 E ST, NW, WASHINGTON, D.C.  20415-4000

CONFIDENTIAL

94

NAME ELLER, GERALD HANSEN                    040406116457 # 02911682    PAGE 26

DATES OF INVESTIGATION 12/31/02 - 05/01/03    SID 4588    ORG ID S41    REPORT # 3

SHE HAD NO KNOWLEDGE IF HE HAD ASSOCIATED WITH NATIONALS OF FOREIGN
COUNTRIES.

SHE HAD NO KNOWLEDGE IF HE HAD MEMBERSHIP IN ORGANIZATIONS THAT HAD
NATIONALS OF FOREIGN COUNTRIES AS MEMBERS.

SHE HAD NO KNOWLEDGE IF HE HAD SPONSORED THE ENTRY OF ALIENS INTO THE
UNITED STATES.

HE COULD NOT BE SUBJECT TO ANY FORM OF DURESS BY A FOREIGN POWER FOR
ANYONE TO WHOM HE WAS BOUND BY AFFECTION, INFLUENCE OR OBLIGATION.

ITEM: 041    INVESTIGATOR'S NOTE                              SOURCE: 029

ALL ATTEMPTS TO LOCATE ANY ADDITIONAL RESIDENTIAL SOURCES THAT LIVED
NEAR 6441 JONATHON COURT MET WITH NEGATIVE RESULTS. ALL NEIGHBORS THAT
POSSIBLY KNEW ELLER WHEN HE LIVED AT THAT LOCATION HAD MOVED.

ITEM: 041    COLLATERAL ITEM(S): 006 009                     SOURCE: 030
NAME FRANK N. PALAZZOLO, TRAVEL AGENT, 6441 JONATHON COURT, COLORADO
    SPRINGS, CO 80918

ISSUE(S) 07B
PRIMARY ASSOCIATION ACQUAINTANCE
AVERAGE EXTENT OF CONTACT MODERATE
SPAN OF CONTACT 07/1998 TO PRESENT

RECOMMENDS

PALAZZOLO FIRST MET GERRY ELLER IN 07/1998 AT MCI (WORLDCOM) COLORADO
SPRINGS, CO WHERE THEY WERE BOTH WORKING IN THE SALES DEPARTMENT. THEY
WOULD SEE EACH OTHER TWO TO THREE TIMES A WEEK AT WORK. THEY DID NOT
HAVE SOCIAL CONTACT. ELLER WAS TERMINATED FROM MCI IN 1999. PALAZZOLO
RECALLS THAT ELLER HAD BEEN RUDE TO A CUSTOMER ON THE PHONE. THE
PHONES WERE MONITORED BY MANAGEMENT FOR CONTENT. HE DOES NOT RECALL
THE EXACT DATE. HE SAW ELLER APPROXIMATELY ONE TIME A MONTH AFTER
ELLER WAS TERMINATED. IN 06/2000, ELLER MOVED IN WITH PALAZZOLO.
PALAZZOLO LIVED AT 6441 JONATHON COURT, COLORADO SPRINGS, CO. ELLER
PAID HIM $400.00 A MONTH. PALAZZOLO DID NOT GENERATE ANY RENTAL
RECORDS. ELLER PAID HIS RENT ON TIME. ELLER STARTED GOING TO SCHOOL AT
THE UNIVERSITY OF COLORADO AT COLORADO SPRINGS (UCCS) IN THE SPRING OF
2000. PALAZZOLO WAS ALSO GOING TO SCHOOL THERE, BUT DID NOT SHARE ANY
CLASSES WITH ELLER. ELLER MOVED OUT OF PALAZZOLO'S HOME IN 11/2000. HE
APPEARED TO BE A GOOD STUDENT. HE DID NOT HAVE ANY PROBLEMS WITH HIS
FELLOW STUDENTS OR INSTRUCTORS WHILE ATTENDING SCHOOL. HE WAS WORKING
AT JACK QUINN'S RESTAURANT ON THE WEEKENDS AS A DOORMAN. HE DID NOT
APPEAR TO HAVE ANY PROBLEMS AT THAT LOCATION WITH CUSTOMERS,
CO-WORKERS OR SUPERVISORS. HE LAST SAW ELLER APPROXIMATELY ONE YEAR
AGO, BUT RECEIVES E-MAIL APPROXIMATELY ONCE A WEEK FROM ELLER. ELLER

95

NAME ELLER, GERALD HANSEN                    04040611CASE # 02911682    PAGE 27

DATES OF INVESTIGATION 12/31/02 - 05/01/03    SID 4588    ORG ID S41    REPORT # 3

SENDS OUT A GENERAL INFORMATION LETTER AT ONE TIME TO MANY E-MAIL SITES.

HE HAD A GOOD PERSONALITY, HE WAS OPEN ABOUT HIS POLITICAL VIEWS AND CHARISMATIC. HE HAD A GOOD REPUTATION. HIS HONESTY AND INTEGRITY WERE RATED VERY HIGH. HE WAS A HARD CORE CONSERVATIVE. HE DID NOT LIKE FOREIGNERS. PALAZZOLO HAD A CLOSE FRIEND WHO WAS IRANIAN. IT TOOK ELLER A LONG TIME TO ACCEPT HIM AS PALAZZOLO'S FRIEND. HE WAS INTELLIGENT AND SMART. HE HAD NO REASON TO QUESTION HIS CHARACTER, CONDUCT OR REPUTATION.

HE WAS DIVORCED. HE AND HIS EX-WIFE COULD NOT GET ALONG. HE WAS UNAWARE OF ANY FAMILY VIOLENCE IN THE MARRIAGE.  HE HAD NO CHILDREN. HE IS IN THE ARMY STATIONED IN HAWAII. IN HIS SPARE TIME HE ENJOYED BIKING, HIKING, JOGGING AND WORKING OUT.  HE DID NOT DRINK VERY MUCH ALCOHOL. HE DID NOT EVER SEE ELLER DRINKING AT THE RESIDENCE. HE NEVER SAW ELLER INTOXICATED. HIS MENTAL HEALTH APPEARED TO BE STABLE.  HIS FINANCES WERE IN GOOD SHAPE. HE HAD INVESTMENTS IN STOCK AND MUTUAL FUNDS. HE WAS UNAWARE OF ANY FOREIGN TRAVEL. HE WAS LOYAL AND PATRIOTIC TO THE UNITED STATES. ELLER SENT PALAZZOLO AN E-MAIL ONE TIME OF AN AMENDMENT THAT ELLER HAD WRITTEN DEPORTING AND DETAINING ALL FOREIGN NATIONALS IN THE UNITED STATES. HE HAD NO REASON TO QUESTION HIS SUSCEPTIBILITY TO BLACKMAIL OR COERCION.

HE HAS NOT BEEN COMPENSATED OR VOLUNTEERED SERVICE EMPLOYMENT WITH ANY FOREIGN INTEREST.

HE HAS NOT ASSOCIATED WITH NATIONALS OF FOREIGN COUNTRIES.

HE DOES NOT HAVE MEMBERSHIP IN ORGANIZATIONS THAT HAVE NATIONALS OF FOREIGN COUNTRIES AS MEMBERS.

HE HAS NOT SPONSORED THE ENTRY OF ALIENS INTO THE UNITED STATES.

HE COULD NOT BE SUBJECT TO ANY FORM OF DURESS BY A FOREIGN POWER FOR ANYONE TO WHOM HE IS BOUND BY AFFECTION, INFLUENCE OR OBLIGATION.

ITEM: 042    INVESTIGATOR'S NOTE
                                                          SOURCE: 031

ALL ATTEMPTS TO LOCATE ANY ADDITIONAL RESIDENTIAL SOURCES FOR THE RESIDENCE LOCATED AT 327 S. WAHSATCH MET WITH NEGATIVE RESULTS. THIS IS RENTAL PROPERTY AND ALL NEIGHBORS THAT POSSIBLY KNEW ELLER HAD MOVED FROM THE AREA. THERE WERE NO FORWARDING ADDRESSES ON ANY OF THESE SUBJECTS.

ITEM: 042    COLLATERAL ITEM(S): 008
NAME RONALD J. BOLLENBERGHE, LANDLORD, 325 S. WAHSATCH APT. A, COLORADO SPRINGS, CO 80903                                          SOURCE: 032

ACCEPTABLE

96

NAME ELLER, GERALD HANSEN                    040406117724E # 02911682    PAGE  28

DATES OF INVESTIGATION 12/31/02 - 05/01/03   SID 4588   ORG ID S41   REPORT #  3

PRIMARY ASSOCIATION LANDLORD
AVERAGE EXTENT OF CONTACT INFREQUENT
SPAN OF CONTACT SOMETIME/1999 TO SOMETIME/2000

NO REASON NOT TO RECOMMEND

BOLLENBERGHE FIRST MET GERRY ELLER SOMETIME IN 1999 OR SOMETIME IN
2000 WHEN HE RENTED THE APARTMENT LOCATED AT 327 S. WAHSATCH APT. A,
COLORADO SPRINGS, CO TO ELLER. ELLER LIVED IN THE APARTMENT FOR
APPROXIMATELY SIX MONTHS. HE DOES NOT RECALL THE DATES AND MAINTAINS
NO RECORDS. HE DESTROYS RENTAL APPLICATIONS ONE YEAR AFTER A TENANT
MOVES OUT. HE DOES RECALL THAT ELLER WAS GOING TO COLLEGE IN COLORADO
SPRINGS AND WAS LATER EMPLOYED AT A RESTAURANT CALLED JACK QUINN'S
AFTER HE MOVED FROM THE APARTMENT ON WAHSATCH. HE WAS A GOOD RENTER
AND PAID HIS RENT ON TIME. HIS RENT WAS $450.00 MONTH PLUS UTILITIES
THAT WERE IN BOLLENBERGHE'S NAME. HE DID NOT HAVE SOCIAL CONTACT WITH
ELLER AND SAW ELLER FIVE TO SIX TIMES DURING THE TIME HE LIVED AT THE
APARTMENT. HE HAD NO PROBLEMS WITH HIS NEIGHBORS. HIS DEPOSIT WAS
REFUNDED IN FULL. HE LEFT NO FORWARDING ADDRESS. HE LAST SAW ELLER
WORKING AT JACK QUINN'S IRISH RESTAURANT AS A DOORMAN. HE HAS HAD NO
CONTACT WITH ELLER SINCE HE SAW HIM AT THE RESTAURANT WHICH WAS
SEVERAL MONTHS AFTER HE MOVED FROM THE APARTMENT.

HE WAS A PLEASANT PERSON. HE HAD NO REASON TO QUESTION HIS CHARACTER,
CONDUCT, JUDGEMENT, REPUTATION OR RELIABILITY. HE PAID HIS RENT ON
TIME. HE APPEARED TO BE HONEST.

HE WAS UNAWARE OF HIS MARITAL STATUS OR OF ANY CHILDREN. HE WAS GOING
TO COLLEGE IN COLORADO SPRINGS.  HE WAS UNAWARE OF ANY USE OF ALCOHOL
OR DRUGS. HE WAS UNAWARE OF HIS FINANCIAL STATUS. HE WAS UNAWARE OF
ANY FOREIGN TRAVEL. HIS MENTAL HEALTH APPEARED TO BE STABLE. HE HAD NO
REASON TO QUESTION HIS LOYALTY TO THE UNITED STATES OR SUSCEPTIBILITY
TO BLACKMAIL OR COERCION.

HE HAD NO KNOWLEDGE IF ELLER HAD BEEN COMPENSATED OR VOLUNTEERED
SERVICE EMPLOYMENT WITH ANY FOREIGN INTEREST.

HE HAD NO KNOWLEDGE IF ELLER HAD ASSOCIATED WITH NATIONALS OF FOREIGN
COUNTRIES.

HE HAD NO KNOWLEDGE IF ELLER HAD MEMBERSHIP IN ORGANIZATIONS THAT HAD
NATIONALS OF FOREIGN COUNTRIES AS MEMBERS.

HE HAD NO KNOWLEDGE IF ELLER HAD SPONSORED THE ENTRY OF ALIENS INTO
THE UNITED STATES.

HE HAD NO KNOWLEDGE IF ELLER COULD BE SUBJECT TO ANY FORM OF DURESS BY
A FOREIGN POWER FOR ANYONE TO WHOM HE WAS BOUND BY AFFECTION,
INFLUENCE OR OBLIGATION.

ITEM: 050    INVESTIGATOR'S NOTE                            SOURCE: 033

CONFIDENTIAL

97

NAME ELLER, GERALD HANSEN                    04040611 CASE # 02911682    PAGE  29

DATES OF INVESTIGATION 12/31/02 - 05/01/03    SID 4588    ORG ID S41    REPORT #  3

DURING THE COURSE OF THIS INVESTIGATION, CONTACT WAS MADE WITH BERTHA
GEORGE ON TWO SEPARATE OCCASIONS. ON EACH OCCASION GEORGE STATED THAT
SHE DID NOT KNOW ELLER WELL ENOUGH TO GIVE AN INTERVIEW AND WOULD NOT
GIVE AN AN INTERVIEW.


ITEM: 051
NAME EL PASO COUNTY CLERK'S OFFICE, 20 VERMIJO STREET, COLORADO SPRINGS,          SOURCE: 034
    CO 80903
CRIMINAL/TRAFFIC RECORD
OBTAINED BY INVESTIGATOR

ACCEPTABLE

NAME VERIFIED       SSN NOT SHOWN       DOB NOT SHOWN       POB NOT SHOWN

DOCKET # 2000T 013399                OFFENSE DATE 09/11/00
CHARGING AGENCY COUNTY COURT, EL PASO COUNTY, COLORADO
CHARGES
    1. DEFECTIVE VEHICLE - HEADLIGHTS.  2. NO AUTOMOBILE INSURANCE.
DISPOSITION DATE 10/26/00
DISPOSITION
    FINE OF $35.00 PLUS SURCHARGE OF $4.00 PLUS COURT COSTS OF $18.CO
    TOTALING $57.00 AND TWO POINTS ASSESSED AGAINST DRIVING RECORD. NO
    AUTOMOBILE INSURANCZ VIOLATION DROPPED.

ITEM: 051    INVESTIGATOR'S NOTE
                                                                SOURCE: 035

DURING THE COURSE OF THIS INVESTIGATION, ALL ATTEMPTS TO LOCATE ANY
TRAFFIC CITATION OR COURT RECORDS FOR THE VIOLATION OF FAILING TO
YIELD RIGHT OF WAY INVOLVING AN ACCIDENT THAT OCCURRED IN 1998 MET
WITH NEGATIVE RESULTS.  A RECORDS CHECK WAS MADE THROUGH COLORADO
SPRINGS MUNICIPAL COURT AND NOTHING WAS FOUND. A RECORDS CHECK THROUGH
EL PASO COUNTY COURT FOR THE YEARS 1995 THROUGH 2001 REVEALED ONLY THE
DEFECTIVE HEADLIGHTS AND NO PROOF OF INSURANCE VIOLATIONS. THE
COLORADO SPRINGS POLICE DEPARTMENT RELEASES ALL THEIR TRAFFIC
CITATIONS TO MUNICIPAL COURT OR EL PASO COUNTY COURT.


ITEM 053    COLLATERAL ITEM(S): 005 006 010
NAME CLARA S. STEWART, BUSINESS OWNER, 2878 TENDER FOOT HILL STREET,          SOURCE: 036
    COLORADO SPRINGS, CO 80906
INTERVIEWED AT PENRAD IMAGING, 3050 N. CIRCLE DRIVE, COLORADO SPRINGS, CO
    80909

ACCEPTABLE
PRIMARY ASSOCIATION SUPERVISOR
AVERAGE EXTENT OF CONTACT REGULAR
SPAN OF CONTACT SPRING/1980 TO PRESENT

98

NAME ELLER, GERALD HANSEN                040406114428 # 02911682    PAGE    30

DATES OF INVESTIGATION 12/31/02 - 05/01/03    SID 4588    ORG ID S41    REPORT # 3

RECOMMENDS

STEWART FIRST MET JERRY ELLER IN APPROXIMATELY THE SPRING OF 1980 AT
THE CHEYENNE ARMS APARTMENTS LOCATED AT 700 CHEYENNE BLVD, COLORADO
SPRINGS, CO. ELLER'S PARENTS WERE MANAGING AND LIVING AT THE
APARTMENTS. STEWART IS A PART OWNER OF THE COMPLEX. ELLER WAS IN THE
ARMY AT THE TIME AND HAD BEEN STAYING WITH HIS PARENTS PERIODICALLY.
IN APPROXIMATELY 09/1998, WHEN ELLER'S PARENTS RETIRED FROM THE
APARTMENT COMPLEX, ELLER WAS HIRED TO MANAGE THE APARTMENTS. HE ALSO
LIVED AT THE COMPLEX AS PART OF HIS SALARY. HE MANAGED THE COMPLEX
UNTIL APPROXIMATELY 09/2000. SHE WOULD TALK WITH HIM ON THE TELEPHONE
APPROXIMATELY TWO TO THREE TIMES A WEEK. SHE WOULD SEE HIM
APPROXIMATELY ONCE A MONTH. SHE IS NOT AWARE OF ANY PROBLEMS THAT HE
MAY HAVE HAD WITH ANY TENANTS. SHE DID NOT HAVE ANY PROBLEMS WITH HIM
AND FOUND THAT HE WAS A GOOD RELIABLE MANAGER. SHE HAD SOCIAL CONTACT
WITH HIM IN THAT SHE ASSOCIATED WITH HIS PARENTS AND HAD MET HIS
GIRLFRIENDS. SHE LAST SAW HIM APPROXIMATELY ONE MONTH AGO AT HIS
PARENTS WEDDING ANNIVERSARY. HE FLEW IN FROM HAWAII FOR THE OCCASION.
SHE RECEIVES THREE TO FOUR E-MAILS A YEAR FROM ELLER.

HE IS PATRIOTIC, HAS INTEGRITY, HONEST, INTELLIGENT, HAS HIGH MORALS
AND IS DEDICATED. HE IS FRIENDLY AND FAMILY ORIENTED. HE IS A TRUE
AMERICAN, WELL GROOMED AND SOFT SPOKEN.

HE IS NOT MARRIED AND HAS NO CHILDREN. HE WAS MARRIED, BUT IS
DIVORCED. SHE IS NOT AWARE OF THE REASON FOR THE DIVORCE. THERE WAS NO
FAMILY VIOLENCE IN THE MARRIAGE.
HE IS IN THE ARMY STATIONED AT SCHOFIELD BARRACKS, HAWAII. SHE IS NOT
AWARE OF ANY OTHER EMPLOYMENT THAT HE MAY HAVE. HE DID NOT HAVE ANY
OTHER EMPLOYMENT WHEN HE MANAGED THE APARTMENT COMPLEX. HE WAS
ATTENDING COLLEGE AT THE UNIVERSITY OF COLORADO, COLORADO SPRINGS
CAMPUS. SHE HAS NO KNOWLEDGE WHAT HIS DEGREE PLAN WAS OR IF HE
COMPLETED HIS STUDIES. HE ATTENDED WESTERN STATE UNIVERSITY AND
RECEIVED A DEGREE. SHE DOES NOT RECALL THE DATES. IN HIS SPARE TIME HE
ENJOYS PHOTOGRAPHY, HUNTING, FISHING AND THE OUTDOORS. SHE HAS NO
KNOWLEDGE OF HIS FINANCIAL STATUS OR ANY FOREIGN TRAVEL. HE IS VERY
LOYAL TO THE UNITED STATES. SHE HAS NO REASON TO QUESTION HIS
SUSCEPTIBILITY TO BLACKMAIL OR COERCION.

HE HAS NOT BEEN COMPENSATED OR VOLUNTEERED SERVICE EMPLOYMENT WITH ANY
FOREIGN INTEREST.

HE DOES NOT ASSOCIATE WITH NATIONALS OF FOREIGN COUNTRIES.

HE DOES NOT HAVE MEMBERSHIP IN ANY ORGANIZATION THAT HAS NATIONALS OF
FOREIGN COUNTRIES AS MEMBERS.

HE HAS NOT SPONSORED THE ENTRY OF ALIENS INTO THE UNITED STATES.

CONFIDENTIAL

REPORT OF INVESTIGATION
PROPERTY OF U.S. OFFICE OF PERSONNEL MANAGEMENT (IS)
1900 E ST, NW, WASHINGTON, D.C.  20415-4000

99

NAME: ELLER, GERALD HANSEN                    040406110432 E # 02911682    PAGE 31

DATES OF INVESTIGATION 12/31/02 - 05/01/03    SID 4588    ORG ID S41    REPORT # 3

HE COULD NOT BE SUBJECT TO ANY FORM OF DURESS BY A FOREIGN POWER FOR ANYONE TO WHOM HE IS BOUND BY AFFECTION, INFLUENCE OR OBLIGATION.

ITEM: 054
NAME EL PASO COUNTY CLERKS OFFICE, 20 VERMIJO STREET, COLORADO SPRINGS, CO                                                                SOURCE: 037
      80903
TRAFFIC CITATION
OBTAINED BY INVESTIGATOR.

ACCEPTABLE

NAME VERIFIED      SSN VERIFIED      DOB VERIFIED      POB NOT SHOWN

AN OFFICER , WHOSE BADGE NUMBER IS 1417P, OF THE COLORADO SPRINGS POLICE DEPARTMENT STOPPED ELLER ON TEJON STREET AT PIKES PEAK STREET, COLORADO SPRINGS, CO FOR THE VIOLATION OF OPERATING A MOTOR VEHICLE WITHOUT HEADLIGHTS TURNED ON. ELLER ALSO DID NOT HAVE ANY PROOF OF AUTOMOBILE INSURANCE WITH HIM. HE WAS ISSUED A CITATION FOR BOTH THE HEADLIGHTS VIOLATION AND THE NO PROOF OF INSURANCE VIOLATION. THE CITATION NUMBER WAS 1780187.


                    ****  END OF REPORT  ****

    TRANSMITTED: 05/01/03

                                        PRINTED: 05/01/03

CONFIDENTIAL

100