# DEFENDANT TRANS UNION LLC'S CONCISE STATEMENT OF MATERIAL FACTS AND EVIDENCE

# EXHIBIT "U"

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
040406 117128
02911682

DISTRICT COURT, COUNTY OF EL PASO, STATE OF COLORADO

Case No. 97DR3256    Division No.  N  5

---

VERIFIED MOTION FOR EMERGENCY EX PARTE ORDER

---

In Re Marriage of:

KRISTEN ELLER, Petitioner,

and

GERALD ELLER, Respondent.

FILED IN THE DISTRICT AND
COUNTY COURTS OF
EL PASO COUNTY, COLORADO

SEP 30 1997

---

COMES NOW the Petitioner, KRISTEN ELLER, by and through her attorney, KANE, DONLEY & JOHNSON, P.C., by David M. Johnson, and for her motion states as follows:

1. The Affidavit of KRISTEN ELLER, attached hereto as Exhibit A, is incorporated herein by reference.

2. The Petitioner seeks an Emergency Ex Parte Restraining Order against the Respondent for the following reasons:

    A. Respondent has physically attacked and threatened the Petitioner, requiring her to vacate the marital residence and seek temporary housing for her own safety.

    B. Respondent has unilaterally taken virtually all of the cash in the joint checking and savings accounts, an amount totaling over $8,000.

    C. Respondent may have incurred a $5,000 debt against one of Petitioner's credit cards without her knowledge or permission.

    D. Respondent is acting in an angry and irrational manner.

CONFIDENTIAL

101

040406 117129    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
                 02911632

3.  Petitioner has been able to locate temporary housing for herself and does not seek an Ex Parte Order requiring the Respondent to vacate the premise. However, Petitioner will be seeking permission to re-enter the marital home and have exclusive use of the marital home when this Court hears temporary orders. In the meantime, Petitioner requests an Order from the Court requiring the Respondent to pay all marital debts, be responsible for all expenses relative to the marital residence, and to care for the animals currently at the marital residence.

4.  Petitioner further seeks an Order of the Court requiring the Respondent to fully account for all monies which he unilaterally withdrew from the joint checking and savings accounts on or after September 27, 1997, and further that he account for any and all debts he has incurred against the credit of the Petitioner.

5.  Petitioner submits that she will suffer irreparable damage if the Court does not enter an Emergency Ex Parte Order because the Respondent has already shown that he intends to act unilaterally with respect to the marital estate and he has previously made threats against the Petitioner and has physically assaulted her.

WHEREFORE, the Petitioner moves the Court for an Emergency Ex Parte Order as follows:

1.  Respondent is to have no contact with the Petitioner and should maintain at least a 100 yard distance from her, wherever she may be found.

2.  The Respondent be ordered to fully account for all monies he has withdrawn from the joint savings and checking account within 30 days. Pending such accounting, Respondent should be denied access to those funds other than to pay marital debts, the mortgage and expenses relative to the marital home.

3.  Respondent is to refrain from incurring any new debt in the parties' names or in the name of the Petitioner.

4.  Respondent shall be responsible for the care of the animals currently at the marital residence.

CONFIDENTIAL

2

102

040406 117130   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
                02911682

Respectfully submitted this 30 day of September 1997.

                KANE, DONLEY & JOHNSON, P.C.

                David M. Johnson, No. 12339
                Attorney for the Petitioner
                90 South Cascade, Suite 830
                Colorado Springs, CO 80903-1675
                (719) 471-1650

CONFIDENTIAL

040406117131

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
02911682

### Affidavit of Kristen Eller

I, Kristen Eller, being duly sworn on my oath state as follows:

1. I am the Petitioner in the above titled action for dissolution of marriage.

2. On September 26, 1997 I returned at 11PM and my husband was at the house. My husband told me he was dating a girl and would be going out on Saturday night. I told him he did not need my permission and asked him to tell her not to call me. (A girl had called me earlier in the week to tell me that she was considering dating my husband and wanted to know if I had a problem with that.) We then began to argue about my wedding ring and he demanded that I return it to him. He repeatedly called me a "Fucking cunt" and threatened me by saying " If it wasn't for God and jail I would strangle you right now, snap your neck and bash your face in." He then put his hands around my neck but did not strangle me. He was trying to show me he could do it. I told him to leave me alone and threatened to call the police. He said: "Who is going to be a witness, the cat?"

While this was happening he was angry and loud. He was also upset about the fact that I had told him I was hiring an attorney. I left the room and went to another bedroom and barricaded the door. I spent the night on Saturday and Sunday with a friend.

3. I am afraid for my safety because my husband is angry and unpredictable.

4. I found out on Saturday, September 27th that he had cleaned out our joint checking and savings accounts. There was over $4700 in savings and $3600 in checking. I am afraid that he will dispose of this money and that he will incur new debts without my knowledge. I have found out that someone wrote a $5000 cash advance check on one of my credit cards in August without my signature. I believe my husband may have done this by forging my name.

5. I would like to return to the house but I am unable to do so since I am afraid of how he will react.

_____
Kristen Eller

Subscibed and sworn to before me this ___29th___ day of September, 1997.

_____   Comm exp 6-30-99
Notary Public

CONFIDENTIAL

104

040406 117132

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

02911682

DISTRICT COURT, COUNTY OF EL PASO, STATE OF COLORADO

Case No. 97DR3256           Division No.                    5

## EMERGENCY EX PARTE ORDER

In Re Marriage of:

KRISTEN ELLER, Petitioner,

and

GERALD ELLER, Respondent.

THIS MATTER is before the Court on the Motion for an Emergency Ex Parte Order filed by the Petitioner.

THE COURT has reviewed the Motion and the Affidavit of the Petitioner, and finds that the Petitioner will suffer irreparable harm if an Emergency Ex Parte Order is not entered at this time.

IT IS THEREFORE ORDERED AS FOLLOWS:

1. Respondent is to have no contact with the Petitioner and should maintain at least a 100 yard distance from her, wherever she may be found.

2. The Respondent shall fully account for all monies he has withdrawn from the joint savings and checking account within 30 days. Pending such accounting, Respondent is denied access to those funds other than to pay marital debts, the mortgage and expenses relative to the marital home.

3. Respondent is to refrain from incurring any new debt in the parties' names or in the name of the Petitioner.

4. Respondent shall be responsible for the care of the animals currently at the marital residence.

CONFIDENTIAL

125

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
040406 117133
02911682

RESPONDENT IS ENTITLED TO A HEARING ON THE **EX PARTE** ORDER UPON 48 HOURS NOTICE TO PETITIONER AND HER COUNSEL.

SO ORDERED this 30th day of September, 1997.

_____
District Court Magistrate/Judge

A HEARING TO DISSOLVE OR MODIFY THIS ORDER CAN BE SET ON TWO DAYS NOTICE TO THE OPPOSING PARTY.

CONFIDENTIAL