# DEFENDANT TRANS UNION LLC'S CONCISE STATEMENT OF MATERIAL FACTS AND EVIDENCE

# EXHIBIT "V"

```
NAME ELLER, GERALD HANSEN                    040406 CASE # 02911682 | PAGE  1
DATES OF INVESTIGATION 06/06/02 - 06/06/02 | SID 5766 | ORG ID C60 | REPORT # 1
```

TESTIMONIES

ITEM: G01                                                       SOURCE: 001
NAME NPRC, ST. LOUIS,
MILITARY RECORD
OBTAINED BY INVESTIGATOR

ISSUE(S) 05A

NAME VERIFIED      SSN VERIFIED       DOB VERIFIED       POB VERIFIED

BRANCH OF SERVICE USA
DATE ENTERED SERVICE 01/88
DUTY STATUS DISCHARGED
SEPARATION DATE 04/91     TYPE OF SEPARATION HONORABLE

CIVIL LAW VIOLATION IN MT. CRESTED BUTTE, CO:  2/87, THEFT OF FIREWOOD
- DEFERRED SENTENCE, TWO DAYS IN JAIL, SIX MONTHS PROBATION, $48 FINE.

RECORD CONTAINS NO ADDITIONAL PERTINENT INFORMATION.

                    ****  END OF REPORT  ****

        TRANSMITTED: 06/06/02                      PRINTED: 04/28/03

**CONFIDENTIAL**

REPORT OF INVESTIGATION
PROPERTY OF U.S. OFFICE OF PERSONNEL MANAGEMENT (IS)
1900 E ST, NW, WASHINGTON, DC 20415-4000

127