```
Of Counsel:
PRICE OKAMOTO HIMENO & LUM
Attorneys at Law
KENNETH T. OKAMOTO, ESQ.   2068
ROBERT M. KOHN, ESQ.       6291
707 Richards Street, Suite 728
Honolulu, Hawaii 96813
Telephone: (808) 538-1113
Fax: (808) 533-0549
Email:    rkohn@pohlhawaii.com

CROWELL & MORING LLP
Attorneys at Law
DONALD E. BRADLEY, ESQ. (pro hac vice, Cal. Bar No. 145037)
THERESA C. LOPEZ, ESQ. (pro hac vice, Cal. Bar No. 205338)
3 Park Plaza, 20th Floor
Irvine, California 92614-8505
Telephone:  (949) 263-8400
Email:    dbradley@crowell.com
          tlopez@crowell.com

Attorneys for Defendant
TRANS UNION LLC
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GERALD H. ELLER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign corporation; BANK ONE CORPORATION, a foreign corporation,<br><br>　　　　Defendants. | CIVIL NO. 04-CV-174 DAE KSC<br><br>LOCAL RULE 7.5(e) CERTIFICATION OF WORD COUNT CONCERNING DEFENDANT TRANS UNION LLC'S CONCISE STATEMENT OF MATERIAL FACTS AND EVIDENCE IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION; CERTIFICATE OF SERVICE<br><br>Action Filed:  12/17/2003<br><br>Date:     02/27/2006<br>Time:     10:30 a.m.<br>Judge:    Hon. David A. Ezra |

1

LOCAL RULE 7.5(e) CERTIFICATION OF WORD COUNT CONCERNING DEFENDANT TRANS UNION LLC'S CONCISE STATEMENT OF MATERIAL FACTS AND EVIDENCE IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION

I, THERESA C. LOPEZ, hereby certify that I prepared Defendant Trans Union LLC's Concise Statement of Material Facts and Evidence in Support of its Motion for Summary Judgment, or, in the Alternative, Summary Adjudication using the Microsoft Word 2002 application. The Concise Statement is longer than five pages. In compliance with Local Rule 7.5(e), I hereby certify that I ran the Microsoft Word 2002's word count feature on the Concise Statement, excluding the title page and certificate of service, and the word count is 1,494.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:   Irvine, California,   1/13/2006   .

CROWELL & MORING LLP

By: _____
Theresa C. Lopez, Esq.
Attorneys for Defendant
Trans Union LLC

Of Counsel:
PRICE OKAMOTO HIMENO &  LUM
Attorneys at Law
KENNETH T. OKAMOTO, ESQ. 2068
ROBERT M. KOHN, ESQ.      6291
707 Richards Street, Suite 728
Honolulu, Hawaii 96813
Telephone: (808) 538-1113
Fax: (808) 533-0549
Email:    rkohn@pohlhawaii.com

CROWELL & MORING LLP
Attorneys at Law
DONALD E. BRADLEY, ESQ. (*pro hac vice*, Cal. Bar No. 145037)
THERESA C. LOPEZ, ESQ. (*pro hac vice*, Cal. Bar No. 205338)
3 Park Plaza, 20th Floor
Irvine, California 92614-8505
Telephone:  (949) 263-8400
Email:    dbradley@crowell.com
          tlopez@crowell.com

Attorneys for Defendant
TRANS UNION LLC


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII


| | |
|---|---|
| GERALD H. ELLER,<br><br>          Plaintiff,<br><br>     v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign corporation; BANK ONE CORPORATION, a foreign corporation,<br><br>          Defendants. | CIVIL NO. 04-CV-174 DAE KSC<br><br>CERTIFICATE OF SERVICE RE: LOCAL RULE 7.5(e) CERTIFICATION OF WORD COUNT CONCERNING DEFENDANT TRANS UNION LLC'S CONCISE STATEMENT OF MATERIAL FACTS AND EVIDENCE IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION<br><br>Action Filed:  12/17/2003 |

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of LOCAL RULE 7.5(e) CERTIFICATION OF WORD COUNT CONCERNING DEFENDANT TRANS UNION LLC'S CONCISE STATEMENT OF MATERIAL FACTS AND EVIDENCE IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION was duly served upon the following parties indicated below <u>IN THE MANNER INDICATED BELOW</u> on this day to the addresses set forth herein below:

| | |
|---|---|
| Norman K.K. Lau, Esq.<br>Attorney at Law<br>820 Mililani Street<br>Suite 701<br>Honolulu, Hawaii 96813<br>Fax: (808) 523-6769<br>\*\*BY PERSONAL SERVICE\*\* | Scott K. Behrendt, Esq.<br>Jones Day<br>555 South Flower Street<br>Fiftieth Floor<br>Los Angeles, California 90071<br>Fax: (213) 243-2539<br>\*\*BY OVERNIGHT MAIL\*\* |
| Robert S. Sola, Esq.<br>Attorney at Law<br>8835 S.W. Canyon Lane<br>Suite 130<br>Portland, Oregon 97225<br>Fax: (503) 291-9172<br>\*\*BY OVERNIGHT MAIL\*\*<br><br>    Attorneys for Plaintiff<br>    Gerald H. Eller | Deborah K. Wright, Esq.<br>Keith D. Kirschbraun, Esq.<br>Wright & Kirschbraun<br>1885 Main Street, Suite 108<br>Wailuku, Hawaii 96793-1827<br>Fax: (808) 244-1013<br>\*\*BY OVERNIGHT MAIL\*\*<br><br>    Attorneys for Defendant<br>    Experian Information<br>    Solutions, Inc. |

DATED: Honolulu, Hawaii,_____.

                                           PRICE, OKAMOTO, HIMENO & LUM

                                           By: _____
                                               Robert M. Kohn, Esq.
                                               Attorneys for Defendant
                                               Trans Union LLC

3715329v1 (087827.0000301)