Of Counsel:
WRIGHT & KIRSCHBRAUN
A Limited Liability Law Company
DEBORAH K. WRIGHT          4444
KEITH D. KIRSCHBRAUN       4971
1885 Main Street, Suite 108
Wailuku, Hawaii 96793
Telephone: 808-244-6644
Facsimile: 808-244-1013
Email: WrightKirsch@aol.com

JONES DAY
SCOTT K. BEHRENDT (*pro hac vice*, Cal. Bar No. 200217)
555 South Flower Street, 50th Floor
Los Angeles, CA  90071
Telephone: (213) 489-3939
Facsimile: (213) 243-2539
Email: skbehrendt@jonesday.com

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GERALD H. ELLER,<br><br>           Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation, TRANS UNION LLC, a foreign corporation, and BANK ONE CORPORATION, a foreign corporation,<br><br>           Defendants. | CIVIL NO. 04-CV-174 DAE KSC<br><br>*EX PARTE* APPLICATION TO APPEAR AS COUNSEL *PRO HAC VICE*; MEMORANDUM IN SUPPORT OF *EX PARTE* APPLICATION; AFFIDAVIT OF DEBORAH K. WRIGHT; AFFIDAVIT OF MICHAEL G. MORGAN; ORDER GRANTING *EX PARTE* APPLICATION TO APPEAR AS COUNSEL PRO HAC VICE; CERTIFICATE OF SERVICE |

## *EX PARTE* APPLICATION TO APPEAR AS COUNSEL PRO HAC VICE

LAI-2218581v1

Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian"), by and through its attorneys, WRIGHT & KIRSCHBRAUN, A Limited Liability Law Company, hereby moves this Honorable Court, *ex parte*, for an order granting this application to admit Michael G. Morgan as counsel *pro hac vice* for Experian in this matter.

This application is made pursuant to LR 83.1 of the Local Rules for the United States District Court for the District of Hawaii and is based upon the attached memorandum in support, affidavits and the records and files herein.

DATED: Wailuku, Maui, Hawaii; January 5, 2006.

                                                DEBORAH K. WRIGHT
                                                KEITH D. KIRSCHBRAUN

                                                Attorneys for Defendant
                                                EXPERIAN INFORMATION
                                                SOLUTIONS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GERALD H. ELLER,<br><br>    Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation, TRANS UNION LLC, a foreign corporation, and BANK ONE CORPORATION, a foreign corporation,<br><br>    Defendants. | CIVIL NO. 04-CV-174 DAE KSC<br><br>MEMORANDUM IN SUPPORT OF *EX PARTE* APPLICATION |

## **MEMORANDUM IN SUPPORT OF *EX PARTE* APPLICATION**

Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian") hereby requests that this Court admit Michael G. Morgan as counsel *pro hac vice* for Experian in this matter. Mr. Morgan is employed by the law firm of Jones Day in Los Angeles, California, and is a resident of the State of California. Mr. Morgan is a member in good standing of the California State Bar.

Experian has retained Jones Day and Wright & Kirschbraun, A Limited Liability Law Company, as its associate counsel, as its attorneys in this action. Experian will best be served by an order which permits the counsel of its choice to represent it herein.

LR 83.1 gives this Court authority to grant this application. This application, inclusive of the attached affidavits, meets all of the requirements of

LAI-2218581v1

LR 83.1(e), both with respect to Experian's associate counsel in Wailuku, Hawaii as well as its California *pro hac vice* counsel.

Local and associate counsel of record for Experian, Deborah K. Wright and Keith D. Kirschbraun, are active members of the Hawaii Bar in good standing and shall continue to represent Experian.

Michael G. Morgan is a resident of California and his office address is Jones Day, 555 South Flower Street, 50th Floor, Los Angeles, CA 90071. Michael G. Morgan is not regularly employed or regularly engaged in business, professional, or other law-related activities in Hawaii. All of the requirements of LR 83.1(e) are addressed and satisfied as set forth in the attached affidavits.

For the foregoing reasons, Experian respectfully requests that this application be granted and the attached proposed Order Granting Ex Parte Application to Appear as Counsel Pro Hac Vice be entered.

DATED: Wailuku, Maui, Hawaii; January 5, 2006.

DEBORAH K. WRIGHT
KEITH D. KIRSCHBRAUN
Attorneys for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GERALD H. ELLER, | CIVIL NO. CV03 00200 SPK LEK |
| Plaintiff, | AFFIDAVIT OF DEBORAH K. WRIGHT |
| vs. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation, TRANS UNION LLC, a foreign corporation, and BANK ONE CORPORATION, a foreign corporation, | |
| Defendants. | |

## AFFIDAVIT OF DEBORAH K. WRIGHT

STATE OF HAWAII     )
                    ) SS.
COUNTY OF MAUI      )

DEBORAH K. WRIGHT, being first duly sworn upon oath, deposes and says that:

1. I am an attorney licensed to practice law in the State of Hawaii and am a member of the law firm of WRIGHT & KIRSCHBRAUN, A Limited Liability Law Company ("Wright & Kirschbraun"), attorneys for Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian"). I have been licensed to practice in all courts in the State of Hawaii and have been in practice in this jurisdiction since May of 1987. I have been licensed to practice law in the State of Texas since 1978 and have primarily handled business litigation since

1978. I am in all respects qualified and authorized to make this Affidavit, which is based upon personal knowledge except where noted to be upon information and belief. I make this Affidavit in support of the foregoing *Ex Parte* Application to Appear as Counsel Pro Hac Vice.

2. Keith D. Kirschbraun is a member of the law firm of Wright & Kirschbraun and admitted to practice before all courts in the State of Hawaii. Both Mr. Kirschbraun and I are members in good standing of the Hawaii Bar.

3. Wright & Kirschbraun, A Limited Liability Law Company, consents to acting as local and associate counsel in this action pursuant to and in conformance with LR 83.1(e). Wright & Kirschbraun's address is 1885 Main Street, Suite 108, Wailuku, Hawaii 96793, and the telephone number is 808-244-6644.

4. In view of the foregoing and the attached application, memorandum and affidavits, I respectfully request that the Court enter the attached Order Granting Ex Parte Application to Appear as Counsel Pro Hac Vice.

Further Affiant sayeth naught.

_____
DEBORAH K. WRIGHT

Subscribed and sworn to before me
this 9th day of January, 2006.

_____
Notary Public, State of Hawaii

Print name: Margaret E. Harris
My commission expires: Sept. 5, 2008

LAI-2218581v1                3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GERALD H. ELLER,<br><br>    Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation, TRANS UNION LLC, a foreign corporation, and BANK ONE CORPORATION, a foreign corporation,<br><br>    Defendants. | ) CIVIL NO. 04-CV-174 DAE KSC<br>)<br>) AFFIDAVIT OF MICHAEL G.<br>) MORGAN<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **AFFIDAVIT OF MICHAEL G. MORGAN**

CITY AND COUNTY OF LOS ANGELES )
                                          ) SS.

    MICHAEL G. MORGAN, being first duly sworn upon oath, deposes and says that:

    1.    I hereby request leave of this Court to appear in the above-entitled action as counsel *pro hac vice.* I am employed by the law firm of Jones Day, which has been retained to appear in connection with the law firm of Wright & Kirschbraun, A Limited Liability Law Company, located at 1885 Main Street, Suite 108, Wailuku, Hawaii 96793, (808) 244-6644. Deborah K. Wright and Keith D. Kirschbraun are counsel of record for Experian and I am informed that they are active members in good standing of the Bar of this Court.

LAI-2218581v1

2. I am ~~a member of~~ <ins>an associate at</ins> the law firm of Jones Day. My residence address is 2475 Park Oak Dr., Los Angeles, California, 90068. My office address 555 South Flower Street, 50th Floor, Los Angeles, CA 90071.

3. I have been admitted to practice before the following courts:

| Court | Date of Admission |
|---|---|
| California State Bar California Bar Number 170611 | June 1994 |
| Supreme Court of the State of California | June 1994 |
| Supreme Court of the United States | November 1997 |
| United States District Court, Central District of California | June 1994 |
| United States District Court, Eastern District of California | July 1995 |
| United States District Court, Northern District of California | June 1995 |
| United States District Court, Southern District of California | February 1995 |
| United States Court of Appeals for the Ninth Circuit | December 1994 |
| United States Court of Appeals for the Tenth Circuit | August 2005 |

LAI-2218581v1        2

I am a member in good standing and eligible to practice in all such courts. I am not currently suspended or disbarred in any court.

4.  I do not reside in Hawaii, nor am I regularly employed or regularly engaged in any business, professional, or other law related activities in Hawaii, such as would disqualify me from appearing *pro hac vice* in this matter.

5.  During the twelve months preceding this application, I have not been admitted *pro hac vice* before this Court.

Further Affiant sayeth naught.

_____
MICHAEL G. MORGAN

Subscribed and sworn to before me
this 5th day of January, 2006.

_____
Notary Public, State of California

Print name: Jennifer Tai

My commission expires:

[Notary stamp: JENNIFER TAI, Commission # 1492512, Notary Public - California, Los Angeles County, My Comm. Expires Jun 26, 2008]

LAI-2218581v1                                     3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GERALD H. ELLER,<br><br>         Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation, TRANS UNION LLC, a foreign corporation, and BANK ONE CORPORATION, a foreign corporation,<br><br>         Defendants. | ) CIVIL NO. 04-CV-174 DAE KSC<br>)<br>) ORDER GRANTING *EX PARTE*<br>) APPLICATION TO APPEAR AS<br>) COUNSEL PRO HAC VICE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING *EX PARTE* APPLICATION
TO APPEAR AS COUNSEL PRO HAC VICE**

The Court having reviewed the *Ex Parte* Application to Appear as Counsel *Pro Hac Vice*, the Memorandum in Support of *Ex Parte* Application, and the Affidavits of Deborah K. Wright and Michael G. Morgan, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Application to Appear as Counsel *Pro Hac Vice* is GRANTED as to Michael G. Morgan.

DATED: Honolulu, Hawaii; __JAN 1 2 2006__.

_____
JUDGE OF THE ABOVE-ENTITLED COURT

---

*Gerald H. Eller v. Experian Information Solutions, Inc., et al.*, Civil No. 04-CV-174 DAE KSC; **ORDER GRANTING *EX PARTE* APPLICATION TO APPEAR AS COUNSEL *PRO HAC VICE***

LAI-2218581v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was duly served upon the following counsel of record, at their last known address indicated below, by depositing a copy with the U.S. Postal Service, postage prepaid, first class mail, on January 10, 2006.

>ROBERT S. SOLA, Esquire
>8835 S.W. Canyon Lane, Suite 130
>Portland, OR 97225
>
>NORMAN K.K. LAU, Esquire
>820 Mililani Street, Suite 701
>Honolulu, HI 96813
>
>Attorneys for Plaintiff
>GERALD H. ELLER
>
>
>KENNETH T. OKAMOTO, Esquire
>ROBERT M. KOHN, Esquire
>Price, Okamoto, Himeno & Lum
>707 Richards Street, Suite 728
>Honolulu, HI 96813
>
>DONALD E. BRADLEY, Esquire
>THERESA C. LOPEZ, Esquire
>Crowell & Moring LLP
>3 Park Plaza, 20th Floor
>Irvine, CA 92614-8505
>
>Attorneys for Defendant
>TRANS UNION LLC

DATED: Wailuku, Maui, Hawaii; January 10, 2006.

                                                   DEBORAH K. WRIGHT
                                                   KEITH D. KIRSCHBRAUN

                                                   Attorneys for Defendant
                                                   EXPERIAN INFORMATION
                                                   SOLUTIONS, INC.