ORIGINAL

NORMAN K.K. LAU
Attorney at Law
A Law Corporation

NORMAN K.K. LAU         1795
820 Mililani Street, Suite 701
Honolulu, Hawaii 96813
Telephone No. (808) 523-6767
Facsimile No. (808) 523-6769
Email: norm@normlau.com

ROBERT S. SOLA, P.C.
Attorney at Law

ROBERT S. SOLA (*pro hac vice*, OSB No. 84454)
8835 SW Canyon Lane, Suite 130
Portland, OR 97225
Telephone No. (503) 295-6880
Facsimile No. (503) 291-9172
Email: rssola@msn.com

Attorneys for Plaintiff
GERALD H. ELLER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GERALD H. ELLER,<br><br>        Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign corporation; and BANK ONE CORPORATION, a foreign corporation,<br><br>        Defendants. | CASE NO. CV 04-00174 DAE-KSC<br><br>NOTICE OF FILING OF ORIGINAL DECLARATIONS OF LEONARD BENNETT AND ROBERT S. SOLA; EXHIBITS 6 AND 7; CERTIFICATE OF SERVICE<br><br>Hearing Date: January 9, 2006<br>Time:      9:30 a.m.<br>Judge:     Kevin S. C. Chang |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 12 2006
at 3 o'clock and 10 min P M
SUE BEITIA, CLERK

ORIGINAL

NOTICE OF FILING OF ORIGINAL DECLARATIONS OF LEONARD BENNETT AND ROBERT S. SOLA

Plaintiff, by and through his undersigned attorney, hereby notifies all parties that the original Declaration of Leonard Bennett and Declaration of Robert S. Sola and Exhibits 6 and 7 are attached hereto. A photostatic copy of the Declaration of Leonard Bennett and the Declaration of Robert S. Sola were respectively attached to Plaintiff's Motion to Compel Production of Documents and Responses to Interrogatories filed on December 20, 2005 and Plaintiff's Reply to Experian Information Solutions, Inc.'s Opposition to Plaintiff's Motion to Compel filed on January 6, 2006..

DATED:    Honolulu, Hawaii.  January 12, 2006.

NORMAN K.K. LAU
ROBERT S. SOLA (pro hac vice)
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| GERALD H. ELLER, | ) | CASE NO. CV 04-00174 DAE-KSC |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign corporation; and BANK ONE CORPORATION, a foreign corporation, | ) | |
| | ) | |
| Defendants. | ) | |

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was duly served upon the following persons by regular mail and/or hand-delivery:

ROBERT M. KOHN, ESQ.          (Hand-Delivery)
Price Okamoto Himeno & Lum
707 Richards Street, Suite 728
Honolulu, HI 96813

THERESA LOPEZ, ESQ.          (Mail)
Crowell & Moring LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505

Attorneys for Defendant
    TRANS UNION LLC

DEBORAH K. WRIGHT, ESQ.          (Mail)
Wright & Kirschbraun
1885 Main Street, Suite 108
Wailuku, HI 96793

SCOTT E. BEHRENDT, ESQ.    (Mail)
Jones Day
555 South Flower Street, 50th Floor
Los Angeles, CA 90071

Attorneys for Defendant
    EXPERIAN INFORMATION SOLUTIONS, INC.

    DATED:    Honolulu, Hawaii.    January 12, 2006.

                                                        NORMAN K.K. LAU
                                                        ROBERT S. SOLA (pro hac vice)
                                                        Attorneys for Plaintiff