NORMAN K.K. LAU
Attorney at Law
A Law Corporation

NORMAN K.K. LAU 1795
820 Mililani Street, Suite 701
Honolulu, Hawaii 96813
Telephone No. (808) 523-6767
Facsimile No. (808) 523-6769
Email: norm@normlau.com

ROBERT S. SOLA, P.C.
Attorney at Law

ROBERT S. SOLA (*pro hac vice, OSB No. 84454*)
8835 SW Canyon Lane, Suite 130
Portland, OR 97225
Telephone No. (503) 295-6880
Facsimile No. (503) 291-9172
Email: rssola@msn.com

Attorneys for Plaintiff
GERALD H. ELLER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GERALD H. ELLER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign corporation; and BANK ONE CORPORATION, a foreign corporation,<br><br>　　　　　Defendants. | CASE NO. CV 04-00174 DAE-KSC<br><br>DECLARATION OF ROBERT S. SOLA; EXHIBITS 6 AND 7 |

## DECLARATION OF ROBERT S. SOLA

I, Robert S. Sola, state as follows:

1. I am one of the counsel for plaintiff Gerald H. Eller in this case. I make this declaration based on personal knowledge.

2. Attached as Exhibit 6 is a true copy of pages 1, 16-19 of Defendant Experian's Rule 26(a)(2) Expert Witness Report.

3. Attached as Exhibit 7 is a true copy of pages 1, 56-58, 61-64 and 67 of the transcript of the hearing on Plaintiff's Motion to Compel in Beck v. Equifax Information Services LLC, et al., Case No. 1:05-cv-347 in the District Court of the Eastern District of Virginia, Alexandria Division, on August 16, 2005.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 5, 2006.

_____
Robert S. Sola