Beck.MTCTranscript.txt

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

```
---------------------------------:
STEVEN E. BECK,                   :
              Plaintiff,          :
                                  :
   -vs-                           :    Case No. 1:05-cv-347
                                  :
EQUIFAX INFORMATION SERVICES,     :
LLC, et al.,                      :
              Defendants.         :
---------------------------------:
```

PARTIAL TRANSCRIPT
(Experian Motions)

August 26, 2005

Before:  Liam O'Grady, Magistrate Judge

APPEARANCES:

Leonard A. Bennett, Counsel for the Plaintiff

Experian   Dean Calloway and Timothy McElvoy, Counsel for Deft.

Rebecca E. Kuehn, Counsel for Defendant Chase

Page 1

Exhibit 7

Beck.MTCTranscript.txt

```
         6   previously testified there was no incentive program for its
         7   employees.
reasonable-- 8              THE COURT:  All right.  I think it is
         9              MR. CALLOWAY:  Your Honor--
        10              THE COURT:  And if you have a manual that
        11   identifies how somebody should go about doing the proper
        12   search, produce it.
of      13              MR. BENNETT:  And we have provided them the name
just,   14   the employee who runs that National Fraud Database.  We
        15   obviously, can't contact him ourselves.
        16              THE COURT:  Okay.
        17              MR. CALLOWAY:  Your Honor--
        18              THE COURT:  You want to give them the
        19   administrative handbook, number one?
        20              MR. CALLOWAY:  Yes, that's another example, Your
        21   Honor.  And again, Your Honor, this has to be taken in
        22   context.  What I feel is happening here is that Mr.--  In
        23   fact, I have an e-mail from Mr. Beck yesterday where he
        24   indicates his intent to pile on.
        25              The problem that we have, Your Honor, is that--

52

         1   Mr. Bennett, excuse me.  Is that plaintiff is using this as
this     2   an opportunity to ask inquiries that are not relevant to
         3   litigation, but that he just wants to use in further
```

Page 56

Beck.MTCTranscript.txt

```
 4    litigation.
 5             THE COURT:  He wants to be able to interpret the
 6    credit reports that you gave him.  And he says that it has
 7    got all this code in it, and he wants to know what it means.
 8             MR. CALLOWAY:  Your Honor, with respect to the
 9    Ad.Min. handbook, Your Honor, Experian will agree to provide
10    the plaintiff with the relevant portions with the definitions
11    and codes in the Ad.Min. handbook.
12             Other than the things in there, every witness that
13    has testified-- Or, excuse me.  The witness that we put up
14    with regard to our 30(b)(6), Kimberly Hughes, was able to
15    define any kind of codes in the Ad.Min.'s that Mr. Bennett
16    already has from Experian.
17             With respect to the Ad.Min. handbook, we will
18    produce portions of it.  Not all of it is relevant.  And
19    like, this would--  I mean, it is apples and oranges.
20    Producing information that has nothing to do with Mr. Beck's
21    credit file is just overbroad.
22             THE COURT:  Well, how does Mr. Bennett know if you
23    don't produce the entire handbook when you are talking--
24             MR. CALLOWAY:  Well, if we look to Mr. Beck's
25    Ad.Min, administrative report, and we look at the codes
```

53

Page 57

Beck.MTCTranscript.txt

1    definitions contained therein, and then we just give him the

2 for those, and give him the relevant portions of the

3 handbook, I don't see anything problematic in that.

4          THE COURT: What about the codes that could have

5 been looked at and weren't? Isn't he entitled to what you

6 didn't do that the handbook may specify should have been done

7 in his case?

8          MR. CALLOWAY: I don't believe so, Your Honor. I

9 believe that--

10          THE COURT: I think it is. And I don't know

11 whether there are any there, but produce the book in a

12 confidential basis.

13          I think he is entitled to know what codes were

14 identified and also what other codes were not identified --

15 could have been on different report information, that could

16 have been generated and was not for his credit report.

17          MR. CALLOWAY: Okay. The bonus information-- The

18 bonus information. Or the employee compensation packages.

19          Your Honor, each of the witnesses that Mr. Bennett

20 deposed stated that they did not have any idea of what the --

21 their bonuses were based on other than this idea of just

22 generically quality or quantity, as the Court might expect.

23 You know, the more you do and the better you do it, the

24 better you get paid.

25          That's all they know. They don't have any idea as

Page 58

```
                              Beck.MTCTranscript.txt
         22            MR. BENNETT:  Judge, we would narrow that to
         23   January 1, '04 to April '05, which is the last dispute.
         24            THE COURT:  Okay.
         25            MR. CALLOWAY:  Was April '05?

   56


          1            MR. BENNETT:  Yes.
          2            MR. CALLOWAY:  Database management.  I think this
          3   was the one that Mr. Bennett opened with.
          4            Your Honor, to be frank, I don't even understand
          5   what this is.  And I don't understand the particular
          6   documents that he is searching for.  I have never read Ms.
          7   Centanni's deposition.  In fact, I don't even know how to
          8   pronounce her name properly.  In fact, I have never met her
          9   before.
         10            So, I am kind of in the dark with respect to
         11   this is the first time I recall seeing this in -- or
         12   about this.  And maybe I haven't read Mr. -- Mr. Bennett's
         13   discovery requests closely enough or their dispute letters.
         14   But this is the first time I have ever recalled hearing
         15   this.
         16            If there is something that he can point me to
         17   that--
         18            MR. BENNETT:  Yeah, I can.  I sent this whole
         19   to the Atlanta office of Jones Day a few weeks ago.  Here
                                    Page 61
```

(margin notes: "this.", "hearing", "about", "list", "is")

Beck.MTCTranscript.txt

20   the copy of the transcript I just cited. But-- And you
21   can-- Certainly, Ms. Centanni--
22        THE COURT: Well, what interrogatory or document
23   request do you think--
24        MR. BENNETT: Well, we have asked for all the
25   manuals, Judge. We have narrowed it in this instance, I

57

1   shouldn't be punished for narrowing it to eight things.
2        MR. CALLOWAY: Your Honor, I thought we were moving
3   to compel the items listed in his -- in his -- in his motion
4   to compel.
5        I mean, if that's the case, Your Honor, then there
6   is numerous other interrogatories and requests for production
7   that I have that I just didn't even choose to bring. I mean,
8   we are going to be here all day and we are going to be asking
9   for everything.
10       MR. BENNETT: We have -- we have narrowed it out to
11   these finite things for the purpose-- Because we have a
12   limited amount of time left. These are the only ones that
13   could still help us. I am not hear to learn. I am here to
14   litigate a case before Judge Lee. But here is a copy of the
15   excerpts that include that.

Page 62

Beck.MTCTranscript.txt

16          THE COURT: You read enough into the record where
17   it is clear that there is a manual of some materials that
18   they -- that they use to help review the administrative
19   records.
20          MR. CALLOWAY: But that's the Ad.Min. report,
21   that's what we talked about already.
22          MR. BENNETT: She discussed it in two different
23   two different documents.
24          THE COURT: Right. The database management
25   training material, that is 200-plus pages, a manual. She

58

1   looked at it two weeks ago. And it identifies how data
2   put into the credit reports. And also it helps them review
3   the administrative record.
4          And Mr. Bennett says that the question of what is
5   or what is not in the plaintiff's file is relevant to the
6   lawsuit. And I agree with him.
7          So, let's-- Let's check with Ms. Centanni or Mr.
8   Browne and let's see if it exists.
9          MR. CALLOWAY: I will, Your Honor. And, Your
10  Honor, I just want to be perfectly clear for Your Honor's
11  guidance. The testimony exactly was this: Well, what's
12  name of the document you recall, this very big document?
13  lack of a better word, I would call it data management

Page 63

Beck.MTCTranscript.txt

```
14   training materials.
15           Question:  And are these the same materials that
16   are provided to the Texas -- or Allen, Texas consumer
17   employees when they do their training?  I don't know that
18   is exactly the same document.
19           Now, if it is the same document, Your Honor, I
20   would submit that it has already been produced and we are
21   under any other obligation.  But I give to the Court my
22   as an officer of the Court that I will confirm that and
23   report back.
24           THE COURT:  Okay.  If it's -- if it's the same--
25           MR. BENNETT:  She represented it wasn't in the
```

affairs (margin note at line 16)
it (margin note at line 17)
not (margin note at line 20)
word (margin note at line 21)

59

```
1   deposition.  We asked about the participant guide.
2           THE COURT:  All right.  How about the 7X and NX
3   report?
4           MR. CALLOWAY:  Your Honor, to be frank, I am
5   somewhat flatfooted.  My information at this point is that
6   the 7X reports are not generated anymore.
7           If Mr.--  Now, that's an artifice of the past.
8   Mr. Bennett has something else to--  And this is my
9   information as of six months ago, which--  Which, Your
10  in sum, I don't generally do individual credit, consumer
```

If (margin note at line 7)
Honor, (margin note at line 9)

Beck.MTCTranscript.txt

```
         7   of '05, and then the other report is comprehensive.  So,
         8   one they print out today would detail the whole history of
         9   the file.
        10            THE COURT:  All right.
        11            MR. BENNETT:  And then the Long Ad.Min., Judge, I
        12   discussed this, although in my final list I didn't say it
        13   again, but I read the Long Ad.Min., which is the third
        14   that includes, if you recall--
        15            THE COURT:  The history of the credit file.
        16            MR. BENNETT:  The history, yes, sir.
        17            THE COURT:  All right.
        18            MR. CALLOWAY:  I believe that's -- that's the
        19   Your Honor.  I think we have exhausted it.
        20            THE COURT:  All right.  I think I have granted
        21   those motions.
        22            Just so we are clear, Mr. Bennett, there is lots
        23   other interrogatories, document requests, requests for
        24   admissions that are both in your motion and/or in your long
        25   letter.  You know, the failure --  One of the
```

62

```
         1   asks for your contentions on the affirmative defenses, and
         2   that wasn't answered.  And this is it?
         3            MR. BENNETT:  We take our lumps.  I said, Judge,
```