
NORMAN K.K. LAU
Attorney at Law
A Law Corporation

NORMAN K.K. LAU 1795
820 Mililani Street, Suite 701
Honolulu, Hawaii 96813
Telephone No. (808) 523-6767
Facsimile No. (808) 523-6769
Email: norm@normlau.com

ROBERT S. SOLA, P.C.
Attorney at Law

ROBERT S. SOLA (*pro hac vice*, OSB No. 84454)
8835 SW Canyon Lane, Suite 130
Portland, OR 97225
Telephone No. (503) 295-6880
Facsimile No. (503) 291-9172
Email: rssola@msn.com

Attorneys for Plaintiff
GERALD H. ELLER

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 13 2006

at 5 o'clock and 19 min, P.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GERALD H. ELLER,<br><br>    Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign corporation; and BANK ONE CORPORATION, a foreign corporation,<br><br>    Defendants. | CASE NO. CV 04-00174 DAE-KSC<br><br>PLAINTIFF GERALD H. ELLER'S MOTIONS FOR PARTIAL SUMMARY JUDGMENT AGAINST TRANS UNION LLC; CERTIFICATE OF SERVICE<br><br>Hearing Date: To Be Determined<br>Magistrate Judge Kevin S. C. Chang<br>Presiding Judge David Alan Ezra |

PLAINTIFF GERALD H. ELLER'S MOTIONS FOR PARTIAL SUMMARY JUDGMENT
AGAINST TRANS UNION LLC



Plaintiff Gerald H. Eller ("plaintiff") hereby submits the following motions for partial summary judgment pursuant to Fed. R. Civ. P. 56.

### MOTION ONE

Plaintiff moves for partial summary judgment on the ground that Defendant Trans Union LLC ("Trans Union") willfully failed to comply with 15 U.S.C. § 1681e(b) of the Fair Credit Reporting Act ("FCRA") requiring that Trans Union follow reasonable procedures to assure the maximum possible accuracy of the information it reported about plaintiff.

### MOTION TWO

Plaintiff moves for partial summary judgment on the ground that Defendant Trans Union negligently failed to comply with 15 U.S.C. § 1681e(b) of the FCRA requiring that Trans Union follow reasonable procedures to assure the maximum possible accuracy of the information it reported about plaintiff.

### MOTION THREE

Plaintiff moves for partial summary judgment on the ground that Defendant Trans Union willfully failed to comply with 15 U.S.C. § 1681g of the FCRA requiring that Trans Union identify in its reports to plaintiff persons who received a consumer report on plaintiff in the preceding year and persons who made inquiries concerning plaintiff in the preceding year.

### MOTION FOUR

Plaintiff moves for partial summary judgment on the ground that Defendant Trans Union negligently failed to comply with 15 U.S.C. § 1681g of the FCRA requiring that Trans Union identify in its reports to plaintiff persons who received a consumer report on plaintiff in the preceding year and persons who made inquiries concerning plaintiff in the preceding year.

Plaintiff's motions are for partial summary judgment. Plaintiff seeks judgment only on some of his claims under § 1681e(b) and § 1681g, and not on all of the claims made in the Amended Complaint. The remaining claims and damages issue should be decided by the jury.

These motions are supported by the Memorandum of Law, Concise Statement of Material Facts, Declarations and Exhibits filed herewith.

DATED: Honolulu, Hawaii, January 13, 2006.

_____
ROBERT S. SOLA (pro hac vice)
NORMAN K.K. LAU

Attorneys for Plaintiff
GERALD H. ELLER

Of Counsel:
NORMAN K.K. LAU
Attorney at Law
A Law Corporation

NORMAN K.K. LAU 1795
820 Mililani Street, Suite 701
Honolulu, Hawaii 96813
Telephone No. (808) 523-6767
Facsimile No. (808) 523-6769
Email: norm@normlau.com

ROBERT S. SOLA, P.C.
Attorney at Law

ROBERT S. SOLA (*pro hac vice, OSB No. 84454*)
8835 SW Canyon Lane, Suite 130
Portland, OR 97225
Telephone No. (503) 295-6880
Facsimile No. (503) 291-9172
Email: rssola@msn.com

Attorneys for Plaintiff
GERALD H. ELLER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GERALD H. ELLER,<br><br>           Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign corporation; and BANK ONE CORPORATION, a foreign corporation,<br><br>           Defendants. | CASE NO. CV 04-00174 DAE-KSC<br><br>CERTIFICATE OF SERVICE [RE: PLAINTIFF GERALD H. ELLER'S MOTIONS FOR PARTIAL SUMMARY JUDGMENT AGAINST TRANS UNION LLC, PLAINTIFF GERALD H. ELLER'S CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF MOTIONS FOR PARTIAL SUMMARY JUDGMENT AGAINST TRANS UNION LLC, MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTIONS FOR PARTIAL SUMMARY JUDGMENT AGAINST TRANS UNION LLC, DECLARATION OF GERALD H. ELLER IN SUPPORT OF PLAINTIFF'S MOTIONS FOR PARTIAL SUMMARY JUDGMENT AGAINST TRANS UNION LLC, |

```
) DECLARATION OF ROBERT S. SOLA IN
) SUPPORT OF PLAINTIFF'S MOTIONS FOR
) PARTIAL SUMMARY JUDGMENT
) AGAINST TRANS UNION LLC]
_____ )
```

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the following documents were duly served upon the following parties at their last known address indicated below, by depositing same with the U.S. Postal Service, postage prepaid, first class mail or hand-delivery, on the date indicated below.

1) PLAINTIFF GERALD H. ELLER'S MOTIONS FOR PARTIAL SUMMARY JUDGMENT AGAINST TRANS UNION LLC;

2) PLAINTIFF GERALD H. ELLER'S CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF MOTIONS FOR PARTIAL SUMMARY JUDGMENT AGAINST TRANS UNION LLC;

3) MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTIONS FOR PARTIAL SUMMARY JUDGMENT AGAINST TRANS UNION LLC;

4) DECLARATION OF GERALD H. ELLER IN SUPPORT OF PLAINTIFF'S MOTIONS FOR PARTIAL SUMMARY JUDGMENT AGAINST TRANS UNION LLC; and

5) DECLARATION OF ROBERT S. SOLA IN SUPPORT OF PLAINTIFF'S MOTIONS FOR PARTIAL SUMMARY JUDGMENT AGAINST TRANS UNION LLC

|  | Hand Delivery | Mail |
|---|---|---|
| ROBERT M. KOHN, ESQ.<br>Price Okamoto Himeno & Lum<br>707 Richards Street, Suite 728<br>Honolulu, HI 96813 | X |  |
| THERESA LOPEZ, ESQ.<br>Crowell & Moring LLP<br>3 Park Plaza, 20th floor<br>Irvine, CA 92614-8505 |  | X |

Attorneys for Defendant

TRANS UNION LLC

DEBORAH K. WRIGHT, ESQ.                                            X
Wright & Kirschbraun
1885 Main Street, Suite 108
Wailuku, HI 96793

SCOTT K. BEHRENDT, ESQ.                                            X
Jones Day
555 South Flower Street, 50th Floor
Los Angeles, CA 90071

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

DATED: Honolulu, Hawaii, _January 13, 2006_.

_____
ROBERT S. SOLA (pro hac vice)
NORMAN K.K. LAU

Attorneys for Plaintiff
GERALD H. ELLER

3