
NORMAN K.K. LAU
Attorney at Law
A Law Corporation

NORMAN K.K. LAU 1795
820 Mililani Street, Suite 701
Honolulu, Hawaii 96813
Telephone No. (808) 523-6767
Facsimile No. (808) 523-6769
Email: norm@normlau.com

ROBERT S. SOLA, P.C.
Attorney at Law

ROBERT S. SOLA (*pro hac vice*, OSB No. 84454)
8835 SW Canyon Lane, Suite 130
Portland, OR 97225
Telephone No. (503) 295-6880
Facsimile No. (503) 291-9172
Email: rssola@msn.com

Attorneys for Plaintiff
GERALD H. ELLER

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 13 2006

at 5 o'clock and 23 min. PM
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GERALD H. ELLER,<br><br>        Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign corporation; and BANK ONE CORPORATION, a foreign corporation,<br><br>        Defendants. | CASE NO. CV 04-00174 DAE-KSC<br><br>PLAINTIFF GERALD H. ELLER'S CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST TRANS UNION LLC; CERTIFICATE OF SERVICE |

ORIGINAL

PLAINTIFF GERALD H. ELLER'S CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST TRANS UNION LLC

1. In 1999, plaintiff Gerald H. Eller ("plaintiff") filed a case against Trans Union under the Fair Credit Reporting Act for putting information on his credit report that belonged to a person named Jerry Willard. — Declaration of Gerald H. Eller ("Eller Decl."), ¶ 2.

2. In 2001, Trans Union indicated it had corrected plaintiff's credit report and provided him with a credit report dated August 14, 2001 that showed his positive credit history including 14 credit accounts. — Eller Decl., ¶ 3; Ex. A.

3. Plaintiff then settled his case against Trans Union because Trans Union was reporting his complete and accurate positive credit history. — Eller Decl., ¶ 4.

4. The settlement agreement provided that the information contained in the August 14, 2001 credit report was complete and accurate, and that report was attached as Exhibit 1 to the settlement agreement. — Eller Decl., ¶ 5.

5. On February 20, 2002, Trans Union provided a credit report on plaintiff to Capitol Hill Mortgage via NCO Credit Services. — Declaration of Robert S. Sola ("Sola Decl."), ¶ 2; Ex. C, p. 3.

6. On March 19, 2002, Trans Union provided a credit report on plaintiff to Pueblo Mortgage via Advanced Information Res. — Sola Decl., ¶ 2; Ex. C, p. 3.

7. Trans Union reported plaintiff's name, address and other information about him in response to inquiries from the following companies on the following dates: SM Servicing in November 2002, American Express Property in September 2002, Capital One Bank in July 2002, College Loan Corp in August 2002. — Sola Decl., ¶ 2; Ex. C, p. 3.

8. In March 2003, plaintiff requested a credit report from Trans Union and received a credit report dated March 8, 2003. — Eller Decl., ¶ 6; Ex. B.

9. The March 8, 2003 credit report only listed one account, Citibank. — Eller Decl., ¶ 7; Ex. B.

10. The March 8, 2003 credit report did not identify any persons as having received plaintiff's credit report during the previous year. — Eller Decl., ¶ 7; Ex. B.

| | | |
|---|---|---|
| 11. | The March 8, 2003 credit report did not include a record of all inquiries received by Trans Union during the previous year. | Eller Decl., ¶ 8; Ex. B. |
| 12. | As of April 30, 2003 Trans Union was reporting only the Citibank account in regard to plaintiff. | Sola Decl., ¶ 3; Ex. D. |
| 13. | In December 2004, plaintiff inquired about obtaining a mortgage. Experian Real Estate Services obtained credit information about him from Trans Union. Trans Union only reported two accounts regarding plaintiff: First Card and Household Bank | Eller Decl., ¶ 9. |
| 14. | In November 2005, Trans Union provided a credit report to plaintiff through counsel dated November 28, 2005. The November 28, 2005 report includes almost all of the deleted accounts that had been on the August 14, 2001 credit report. | Sola Decl., ¶ 4; Ex. E. |

DATED: Honolulu, Hawaii, January 13, 2006.

ROBERT S. SOLA (pro hac vice)
NORMAN K.K. LAU

Attorneys for Plaintiff
GERALD H. ELLER