NORMAN K.K. LAU
Attorney at Law
A Law Corporation

NORMAN K.K. LAU 1795
820 Mililani Street, Suite 701
Honolulu, Hawaii 96813
Telephone No. (808) 523-6767
Facsimile No. (808) 523-6769
Email: norm@normlau.com

ROBERT S. SOLA, P.C.
Attorney at Law

ROBERT S. SOLA (*pro hac vice, OSB No. 84454*)
8835 SW Canyon Lane, Suite 130
Portland, OR 97225
Telephone No. (503) 295-6880
Facsimile No. (503) 291-9172
Email: rssola@msn.com

Attorneys for Plaintiff
GERALD H. ELLER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GERALD H. ELLER,<br><br>               Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign corporation; and BANK ONE CORPORATION, a foreign corporation,<br><br>               Defendants. | CASE NO. CV 04-00174 DAE-KSC<br><br>DECLARATION OF GERALD H. ELLER IN SUPPORT OF PLAINTIFF'S MOTIONS FOR PARTIAL SUMMARY JUDGMENT AGAINST TRANS UNION LLC; EXHIBITS A and B. |

01/13/2006 15:06   71......5814   THE CONIFERS   PAGE 01
FROM :   FAX NO. :5032919172   Jan. 13 2006 02:50PM P6

## DECLARATION OF GERALD H. ELLER IN SUPPORT OF PLAINTIFF'S MOTIONS FOR PARTIAL SUMMARY JUDGMENT AGAINST TRANS UNION LLC

I, Gerald H. Eller, state as follows:

1. I am the plaintiff in this action and make this declaration based on personal knowledge.

2. In 1999, I filed a case against Trans Union under the Fair Credit Reporting Act for putting information on my credit report that belonged to a person named Jerry Willard.

3. In 2001, Trans Union said it had corrected my credit report and gave me a credit report dated August 14, 2001 that showed my positive credit history including 14 credit accounts.

4. I then settled my case against Trans Union because Trans Union was reporting my complete and accurate positive credit history.

5. The settlement agreement provided that the information contained in the August 14, 2001 credit report was complete and accurate, and the report was attached as Exhibit 1 to the settlement agreement. A true copy of the August 14, 2001 credit report is attached as Exhibit A.

6. In March 2003, I requested a credit report from Trans Union and received a credit report dated March 8, 2003. A true copy of the March 8, 2003 credit report is attached as Exhibit B.

7. The March 8, 2003 credit report only listed one account, Citibank. The March 8, 2003 credit report did not identify any persons as having received my credit report during the previous year.

8. The March 8, 2003 credit report did not include a record of all inquiries received by Trans Union pertaining to me during the previous year.

9. In December 2004, I inquired about obtaining a mortgage. Experian Real Estate Services obtained credit information about me from Trans Union. Trans Union only reported two accounts regarding me: First Card and Household Bank.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 13, 2006.

*Gerald H. Eller*
Gerald H. Eller

2