```
                                    YOUR TRANS UNION FILE NUMBER:  99MV4729
                                    PAGE   1 OF  5
                                    DATE THIS REPORT PRINTED: 08/14/2001

                                    SOCIAL SECURITY NUMBER: 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
                                    BIRTH DATE:                 08/1964
                                    YOU HAVE BEEN IN OUR FILES SINCE: 01/1989

                                    PHONE: 574-5742

ONSUMER REPORT FOR:



  ELLER, GERALD, HANSEN
  2636 MANASSAS WY
  COLORADO SPRINGS, CO 80922

ORMER ADDRESSES REPORTED:

  3601 COUNTY ROAD 19, FLORENCE, CO 81226

MPLOYMENT DATA REPORTED:

  SELF
  DATE REPORTED: 10/2000


                       YOUR CREDIT INFORMATION
_____
HE FOLLOWING ACCOUNTS ARE REPORTED WITH NO ADVERSE INFORMATION

FST USA BK B              # 4417185610105605    REVOLVING ACCOUNT
                                                CREDIT CARD
     UPDATED  07/2001  BALANCE:         $0      INDIVIDUAL ACCOUNT
     OPENED   10/1997  MOST OWED:    $4433      CREDIT LIMIT:     $9000
     PAID OFF 01/2001
     STATUS AS OF 01/2001: PAID OR PAYING AS AGREED
     IN PRIOR 43 MONTHS FROM DATE PAID NEVER LATE

CITIBANK MC               # 5424180322212397    REVOLVING ACCOUNT
ACCT INFO DISPUTED BY CONSUMR                   CREDIT CARD
     UPDATED  06/2001  BALANCE:        $56      INDIVIDUAL ACCOUNT
     OPENED   03/1997                           PAY TERMS:  MINIMUM $20
                                                CREDIT LIMIT:     $2000
     STATUS AS OF 06/2001: PAID OR PAYING AS AGREED
     IN PRIOR 23 MONTHS FROM LAST UPDATE NEVER LATE

JNVL BK NA                # 5491130189618226    REVOLVING ACCOUNT
                                                CREDIT CARD
     UPDATED  06/2001  BALANCE:         $0      INDIVIDUAL ACCOUNT
     OPENED   05/1990                           CREDIT LIMIT:     $6200
     PAID OFF 01/1998
     STATUS AS OF 01/1998: PAID OR PAYING AS AGREED
     IN PRIOR  1 MONTH  FROM DATE PAID NEVER LATE
```



```
REPORT ON ELLER, GERALD, HANSEN                                    PAGE  2 OF  5
SOCIAL SECURITY NUMBER: 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       TRANS UNION FILE NUMBER: 99MV4729

KEY BANK                    # 9000001199367      INSTALLMENT ACCOUNT
CLOSED                                           RECREATIONAL MERCHANDISE
    UPDATED  05/2000    BALANCE:         $0      JOINT ACCOUNT
    OPENED   07/1995    MOST OWED:   $11997      PAY TERMS: 144 MONTHLY $139
    CLOSED   05/2000                             95FOUR WINNS       170
    STATUS AS OF 05/2000: PAID OR PAYING AS AGREED
    IN PRIOR 20 MONTHS FROM DATE CLOSED NEVER LATE

HH BANK                     # 5443170000036272   REVOLVING ACCOUNT
ACCOUNT CLOSED BY CONSUMER                       CREDIT CARD
    UPDATED  03/2000    BALANCE:         $0      INDIVIDUAL ACCOUNT
    OPENED   05/1997    MOST OWED:    $7207      CREDIT LIMIT:     $8000
    CLOSED   09/1999
    STATUS AS OF 09/1999: PAID OR PAYING AS AGREED
    IN PRIOR 24 MONTHS FROM DATE CLOSED NEVER LATE

HH BANK                     # 5404242421054254   REVOLVING ACCOUNT
ACCOUNT CLOSED BY CONSUMER                       CREDIT CARD
    UPDATED  03/2000    BALANCE:         $0      INDIVIDUAL ACCOUNT
    OPENED   04/1994    MOST OWED:       $0      CREDIT LIMIT:     $6000
    CLOSED   08/1999
    STATUS AS OF 08/1999: PAID OR PAYING AS AGREED
    IN PRIOR 24 MONTHS FROM DATE CLOSED NEVER LATE

AT&TWIRELESS                # 450000090598279    OPEN ACCOUNT
                                                 CELLULAR
    UPDATED  10/1999    BALANCE:         $0      INDIVIDUAL ACCOUNT
    OPENED   09/1998    MOST OWED:       $0
    PAID OFF 08/1999
    STATUS AS OF 08/1999: PAID OR PAYING AS AGREED
    IN PRIOR  1 MONTH  FROM DATE PAID NEVER LATE

FIRST CARD                  # 4204775970$0       REVOLVING ACCOUNT
ACCOUNT CLOSED BY CONSUMER                       CREDIT CARD
    VERIF'D  06/1999    BALANCE:         $0      INDIVIDUAL ACCOUNT
    OPENED   01/1993    MOST OWED:    $6600      CREDIT LIMIT:    $10000
    CLOSED   03/1999
    STATUS AS OF 03/1999: PAID OR PAYING AS AGREED

FSTNTWDMORTG                # 5775777503832      MORTGAGE ACCOUNT
CLOSED                                           VA REAL ESTATE MORTGAGE
    VERIF'D  04/1998    BALANCE:         $0      JOINT ACCOUNT
    OPENED   08/1996    MOST OWED:  $110000      PAY TERMS: 360 MONTHLY $931
    CLOSED   03/1998
    STATUS AS OF 03/1998: PAID OR PAYING AS AGREED
    IN PRIOR 19 MONTHS FROM DATE CLOSED NEVER LATE

CITIBK VISA                 # 4138002650739381   REVOLVING ACCOUNT
ACCOUNT CLOSED BY CONSUMER                       CREDIT CARD
    VERIF'D  04/1993    BALANCE:         $0      INDIVIDUAL ACCOUNT
    OPENED   02/1990
    STATUS AS OF 04/1993: PAID OR PAYING AS AGREED
```

```
EPORT ON ELLER, GERALD, HANSEN                                    PAGE  3 OF  5
OCIAL SECURITY NUMBER: 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        TRANS UNION FICE NUMBER: 99MV4729


SIGNET BANK              # 4121741264812772    REVOLVING ACCOUNT
CLOSED
  VERIF'D  06/1992   BALANCE:         $0       INDIVIDUAL ACCOUNT
  OPENED   10/1990
  STATUS AS OF 06/1992: NO RATING

COL ST LN                # 52427179203         INSTALLMENT ACCOUNT
TRANSFERRED TO ANOTHER LENDER                  STUDENT LOAN
  UPDATED  06/2001   BALANCE:         $0       INDIVIDUAL ACCOUNT
  OPENED   08/2000   MOST OWED:    $5000
  CLOSED   06/2001
  STATUS AS OF 06/2001: UNRATED
  IN PRIOR 10 MONTHS FROM DATE CLOSED NEVER LATE

COL ST LN                # 52427179202         INSTALLMENT ACCOUNT
TRANSFERRED TO ANOTHER LENDER                  STUDENT LOAN
  UPDATED  06/2001   BALANCE:         $0       INDIVIDUAL ACCOUNT
  OPENED   08/2000   MOST OWED:    $2086
  CLOSED   06/2001
  STATUS AS OF 06/2001: UNRATED
  IN PRIOR 10 MONTHS FROM DATE CLOSED NEVER LATE

COL ST LN                # 52427179201         INSTALLMENT ACCOUNT
STUDENT LOAN NOT IN REPAYMENT                  STUDENT LOAN
  UPDATED  06/2001   BALANCE:      $3405       INDIVIDUAL ACCOUNT
  OPENED   06/2000   MOST OWED:   $99999
  STATUS AS OF 06/2001: UNRATED
  IN PRIOR 12 MONTHS FROM LAST UPDATE NEVER LATE

----------------------------------------------------------------------------
HE FOLLOWING COMPANIES HAVE RECEIVED YOUR CREDIT REPORT.  THEIR INQUIRIES
EMAIN ON YOUR CREDIT REPORT FOR TWO YEARS. (NOTE: "TU CONSUMER DISCLOSURE"
NQUIRIES ARE NOT VIEWED BY CREDITORS).

INQUIRY TYPE   DATE         SUBSCRIBER NAME
NDIVIDUAL      08/14/2001   TU CONSUMER DISCLOSURE
NDIVIDUAL      08/06/2001   TU CONSUMER DISCLOSURE
NDIVIDUAL      05/14/2001   TU CONSUMER DISCLOSURE
NDIVIDUAL      05/14/2001   TU CONSUMER DISCLOSURE
NDIVIDUAL      04/12/2001   TU CONSUMER DISCLOSURE
NDIVIDUAL      04/12/2001   TU CONSUMER DISCLOSURE
NDIVIDUAL      04/10/2001   TU CONSUMER DISCLOSURE
NDIVIDUAL      03/09/2001   TU CONSUMER DISCLOSURE
NDIVIDUAL      12/05/2000   TU CONSUMER DISCLOSURE
NDIVIDUAL      10/25/2000   TU CONSUMER DISCLOSURE
NDIVIDUAL      10/06/2000   TU CONSUMER DISCLOSURE
NDIVIDUAL      10/05/2000   TU CONSUMER DISCLOSURE
NDIVIDUAL      08/31/2000   TU CONSUMER DISCLOSURE
NDIVIDUAL      08/24/2000   TU CONSUMER DISCLOSURE
NDIVIDUAL      03/27/2000   TU CONSUMER DISCLOSURE
NDIVIDUAL      03/27/2000   TU CONSUMER DISCLOSURE
NDIVIDUAL      03/27/2000   TU CONSUMER DISCLOSURE
NDIVIDUAL      02/18/2000   TU CONSUMER DISCLOSURE
NDIVIDUAL      02/18/2000   TU CONSUMER DISCLOSURE
NDIVIDUAL      01/26/2000   TU CONSUMER DISCLOSURE
NDIVIDUAL      01/25/2000   TU CONSUMER DISCLOSURE
```

Exhibit A
Page 3 of 5

TU00165

```
EPORT ON ELLER, GERALD, HANSEN                                    PAGE  4 OF  5
OCIAL SECURITY NUMBER: 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    TRANS UNION FILE NUMBER:  99MV4729


NQUIRY TYPE    DATE          SUBSCRIBER NAME
NDIVIDUAL      01/12/2000    ADVANTAGE NETWORK
NDIVIDUAL      01/10/2000    TU CONSUMER DISCLOSURE
NDIVIDUAL      12/22/1999    TU CONSUMER DISCLOSURE
NDIVIDUAL      12/21/1999    TU CONSUMER DISCLOSURE
```

HE COMPANIES LISTED BELOW RECEIVED YOUR NAME, ADDRESS AND OTHER LIMITED
NFORMATION ABOUT YOU SO THEY COULD MAKE A FIRM OFFER OF CREDIT OR INSURANCE.
HEY DID NOT RECEIVE YOUR FULL CREDIT REPORT, AND THESE INQUIRIES ARE NOT SEEN
Y ANYONE BUT YOU.

```
DATE       SUBSCRIBER NAME            DATE       SUBSCRIBER NAME
11/2000    MBNA AMERICA               02/2001    AIG
11/2000    AMERICAN EXPRESS           10/2000    AMERICAN EXPRESS
```

HE COMPANIES LISTED BELOW OBTAINED INFORMATION FROM YOUR CONSUMER REPORT FOR
HE PURPOSE OF AN ACCOUNT REVIEW OR OTHER BUSINESS TRANSACTION WITH YOU. THESE
NQUIRIES ARE NOT DISPLAYED TO ANYONE BUT YOU AND WILL NOT AFFECT ANY
REDITOR'S DECISION OR ANY SCORE.

```
DATE       SUBSCRIBER NAME
06/2001    TU COLORADO FCRA NOTICE
07/2001    CITIBANK NA
06/2001    UNIVERSAL BANK NA
06/2001    CITIBANK NA
02/2001    CITIBANK NA
12/2000    UNIVERSAL BANK NA
12/2000    CITIBANK NA
08/2000    UNIVERSAL BANK NA
06/2000    CITIBANK NA
08/1999    KEY BANK
01/2000    FUSA/BK1 A/M
01/2000    CITIBANK NA
03/2000    FUSA/BK1 A/M
02/2000    KEY BANK
05/2000    FUSA/BK1 A/M
06/2000    CITIBANK NA
07/2000    UNIVERSAL BANK NA
09/2000    CITIBANK NA
```

ONSUMER STATEMENT:
    DO NOT CONFUSE WITH CONSUMERS OF SIMILAR IDENTIFICATION; VERIFY
    ALL IDENTIFYING INFORMATION.

PECIAL MESSAGES:

    INPUT CURRENT ADDRESS HAS BEEN USED (003) TIMES IN THE LAST (30) DAYS
    ON DIFFERENT INQUIRIES

Exhibit A
Page 4 of 5

TU00166

```
REPORT ON ELLER, GERALD, HANSEN                                    PAGE  5 OF  5
SOCIAL SECURITY NUMBER: 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      TRANS UNION FILE NUMBER:  99MV4729
```

---

IF YOU BELIEVE ANY OF THE INFORMATION IN YOUR CREDIT REPORT IS INCORRECT,
PLEASE LET US KNOW.  FOR YOUR CONVENIENCE, AN INVESTIGATION FORM IS INCLUDED.
PLEASE COMPLETE IT AND MAIL TO:

TRANS UNION CONSUMER RELATIONS
1561 E. ORANGETHORPE AVENUE
FULLERTON, CA 92831-5207

1-800-916-8800
OUR BUSINESS HOURS IN YOUR TIME ZONE ARE:
8:30 A.M. TO 4:30 P.M. EXCEPT MAJOR HOLIDAYS,
MONDAY THRU FRIDAY

FOR ADDITIONAL CONSUMER INFORMATION OR TO DISPUTE YOUR CREDIT REPORT ONLINE
VISIT THE PERSONAL SOLUTIONS PAGE AT WWW.TRANSUNION.COM