```
04   *** 99MV4729-115 ***              YOUR TRANS UNION FILE NUMBER: 99MV4729
     P.O. Box 6790                     PAGE   1 OF  5
     Fullerton, CA 92834               DATE THIS REPORT PRINTED: 01/06/2003

     RETURN SERVICE REQUESTED          SOCIAL SECURITY NUMBER: 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
                                       BIRTH DATE:                08/1964
                                       YOU HAVE BEEN IN OUR FILES SINCE: 01/1989
                                       PHONE: 784-9606
```

CONSUMER REPORT FOR:

ELLER, GERALD, HANSEN
3601 COUNTY RD 19
FLORENCE SPRINGS, CO 81226

**INTERNAL USE ONLY**

FORMER ADDRESSES REPORTED:

2626 MANASSAS WY, COLORADO SPRINGS, CO 80922

EMPLOYMENT DATA REPORTED:

SELF
DATE REPORTED: 10/2000

## YOUR CREDIT INFORMATION

THE FOLLOWING ACCOUNTS ARE REPORTED WITH NO ADVERSE INFORMATION

```
NELNET                    # 52427179203         INSTALLMENT ACCOUNT
                                                STUDENT LOAN
   UPDATED  12/2002   BALANCE:     $4712        INDIVIDUAL ACCOUNT
   OPENED   08/2000   MOST OWED:   $5000        PAY TERMS: 120 MONTHLY $56
                                                DEFERRED TO   04172002
   STATUS AS OF 12/2002: PAID OR PAYING AS AGREED
   IN PRIOR 11 MONTHS FROM LAST UPDATE NEVER LATE

NELNET                    # 52427179204         INSTALLMENT ACCOUNT
                                                STUDENT LOAN
   UPDATED  12/2002   BALANCE:     $1947        INDIVIDUAL ACCOUNT
   OPENED   08/2000   MOST OWED:   $2086        PAY TERMS: 120 MONTHLY $22
                                                DEFERRED TO   04172002
   STATUS AS OF 12/2002: PAID OR PAYING AS AGREED
   IN PRIOR 11 MONTHS FROM LAST UPDATE NEVER LATE

NELNET                    # 52427179202         INSTALLMENT ACCOUNT
                                                STUDENT LOAN
   UPDATED  12/2002   BALANCE:     $3198        INDIVIDUAL ACCOUNT
   OPENED   07/2000   MOST OWED:   $3414        PAY TERMS: 120 MONTHLY $38
                                                DEFERRED TO   04172002
   STATUS AS OF 12/2002: PAID OR PAYING AS AGREED
   IN PRIOR 11 MONTHS FROM LAST UPDATE NEVER LATE
```

Exhibit C
Page 1 of 5

TU00191

```
REPORT ON ELLER, GERALD, HANSEN                              PAGE   2 OF
SOCIAL SECURITY NUMBER: 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        TRANS UNION FILE NUMBER: 99MV4729

 FST USA BK                   # 4417125810105605   REVOLVING ACCOUNT
     UPDATED   10/2002   BALANCE:          $0      CREDIT CARD
     OPENED    10/1997   MOST OWED:     $4433      INDIVIDUAL ACCOUNT
     PAID OFF  09/2002                             CREDIT LIMIT:     $9000
     STATUS AS OF 10/2002: PAID OR PAYING AS AGREED
     IN PRIOR 48 MONTHS FROM LAST UPDATE NEVER LATE

 CITIBANK CBSD NA             # 5424180322212397   REVOLVING ACCOUNT
 ACCT INFO DISPUTED BY CONSUMR                     CREDIT CARD
     UPDATED   10/2002   BALANCE:        $744      INDIVIDUAL ACCOUNT
     OPENED    03/1997                             PAY TERMS:  MINIMUM $20
                                                   CREDIT LIMIT:     $8000
     STATUS AS OF 10/2002: PAID OR PAYING AS AGREED
     IN PRIOR 39 MONTHS FROM LAST UPDATE NEVER LATE

 CITIBANK UCS                 # 5491130189618226   REVOLVING ACCOUNT
     UPDATED   09/2002   BALANCE:          $0      CREDIT CARD
     OPENED    05/1990                             INDIVIDUAL ACCOUNT
     PAID OFF  07/2002                             CREDIT LIMIT:     $6200
     STATUS AS OF 09/2002: PAID OR PAYING AS AGREED
     IN PRIOR 48 MONTHS FROM LAST UPDATE NEVER LATE

 COLORADO ST LN PROGRAM   # 52427179202            INSTALLMENT ACCOUNT
                                                   STUDENT LOAN
     UPDATED   04/2002   BALANCE:          $0      INDIVIDUAL ACCOUNT
     OPENED    08/2000   MOST OWED:     $2086      PAY TERMS: 104 MONTHLY $25
     STATUS AS OF 04/2002: PAID OR PAYING AS AGREED
     IN PRIOR 20 MONTHS FROM LAST UPDATE NEVER LATE

 KEY BANK                     # 900000119936 7     INSTALLMENT ACCOUNT
 CLOSED                                            RECREATIONAL MERCHANDISE
     UPDATED   05/2000   BALANCE:          $0      JOINT ACCOUNT
     OPENED    07/1995   MOST OWED:    $11997      PAY TERMS: 144 MONTHLY $139
     CLOSED    05/2000                             95FOUR WINNS      170
     STATUS AS OF 05/2000: PAID OR PAYING AS AGREED
     IN PRIOR 20 MONTHS FROM LAST UPDATE NEVER LATE

 HOUSEHOLD BK                 # 5443170000036272   REVOLVING ACCOUNT
 ACCOUNT CLOSED BY CONSUMER                        CREDIT CARD
     UPDATED   03/2000   BALANCE:          $0      INDIVIDUAL ACCOUNT
     OPENED    05/1997   MOST OWED:     $7207      CREDIT LIMIT:     $8000
     CLOSED    09/1999
     STATUS AS OF 03/2000: PAID OR PAYING AS AGREED
     IN PRIOR 24 MONTHS FROM LAST UPDATE NEVER LATE

 HOUSEHOLD BK                 # 5404242421054254   REVOLVING ACCOUNT
 ACCOUNT CLOSED BY CONSUMER                        CREDIT CARD
     UPDATED   03/2000   BALANCE:          $0      INDIVIDUAL ACCOUNT
     OPENED    04/1994   MOST OWED:        $0      CREDIT LIMIT:     $6000
     CLOSED    08/1999
     STATUS AS OF 03/2000: PAID OR PAYING AS AGREED
     IN PRIOR 24 MONTHS FROM LAST UPDATE NEVER LATE
```

Exhibit C
Page 2 of 5

TU00192

```
REPORT FOR: GERALD, HANSEN                                           PAGE   3 OF
SOCIAL SECURITY NUMBER: 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        TRANS UNION FILE NUMBER:  99MV4729
```

```
FIRST USA BANK            # 4250477587080        REVOLVING ACCOUNT
ACCOUNT CLOSED BY CONSUMER                       CREDIT CARD
    UPDATED  06/1999    BALANCE:         $0      INDIVIDUAL ACCOUNT
    OPENED   01/1993    MOST OWED:    $6600      CREDIT LIMIT:     $10000
    CLOSED   03/1999
    STATUS AS OF 06/1999: PAID OR PAYING AS AGREED

FIRST NATIONWIDE BANK     # 5775777503832        MORTGAGE ACCOUNT
CLOSED                                           VA REAL ESTATE MORTGAGE
    UPDATED  04/1998    BALANCE:         $0      JOINT ACCOUNT
    OPENED   08/1996    MOST OWED:  $110000      PAY TERMS: 360 MONTHLY $931
    CLOSED   03/1998
    STATUS AS OF 04/1998: PAID OR PAYING AS AGREED
    IN PRIOR 19 MONTHS FROM LAST UPDATE NEVER LATE

CITIBANK SOUTH DAKOTA NA # 4128002650739381      REVOLVING ACCOUNT
ACCOUNT CLOSED BY CONSUMER                       CREDIT CARD
    UPDATED  04/1993    BALANCE:         $0      INDIVIDUAL ACCOUNT
    OPENED   02/1990
    STATUS AS OF 04/1993: PAID OR PAYING AS AGREED

COLORADO ST LN PROGRAM    # 52427179201          INSTALLMENT ACCOUNT
STUDENT LOAN NOT IN REPAYMENT                    STUDENT LOAN
    UPDATED  01/2002    BALANCE:      $3395      INDIVIDUAL ACCOUNT
    OPENED   06/2000    MOST OWED:   $99999      PAY TERMS: 104 MONTHLY $42
    STATUS AS OF 01/2002: UNRATED
    IN PRIOR 19 MONTHS FROM LAST UPDATE NEVER LATE
```

---

THE FOLLOWING COMPANIES HAVE RECEIVED YOUR CREDIT REPORT. THEIR INQUIRIES REMAIN ON YOUR CREDIT REPORT FOR TWO YEARS.

```
SUBSCRIBER NAME                                  INQUIRY TYPE      DATE
PUEBLO MORTGAGE VIA ADVANCED INFORMATION RES     INDIVIDUAL        03/19/2002
    PERMISSIBLE PURPOSE = CREDIT TRANSACTION
CAPITOL HILL MORTGAG VIA NCO CREDIT SERVICES     INDIVIDUAL        02/20/2002
    PERMISSIBLE PURPOSE = CREDIT TRANSACTION
```

---

THE COMPANIES LISTED BELOW RECEIVED YOUR NAME, ADDRESS AND OTHER LIMITED INFORMATION ABOUT YOU SO THEY COULD MAKE A FIRM OFFER OF CREDIT OR INSURANCE. THEY DID NOT RECEIVE YOUR FULL CREDIT REPORT, AND THESE INQUIRIES ARE NOT SEEN BY ANYONE BUT YOU.

```
SUBSCRIBER NAME                  DATE
SM SERVICING                     11/2002
AMERICAN EXPRESS PROPERT         09/2002
CAPITAL ONE BANK                 07/2002
COLLEGE LOAN CORP                08/2002
CAPITAL ONE BANK                 01/2002
FIRST USA                        02/2002
```

Exhibit C
Page 3 of 5

TU00193

```
REPORT ON EILER, GER?, HANSEN                                          PAGE    4 OF
SOCIAL SECURITY NUMBER: 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         TRANS UNION FILE NUMBER:  99MV4729
```

THE COMPANIES LISTED BELOW OBTAINED INFORMATION FROM YOUR CONSUMER REPORT FOR
THE PURPOSE OF AN ACCOUNT REVIEW OR OTHER BUSINESS TRANSACTION WITH YOU. THESE
INQUIRIES ARE NOT DISPLAYED TO ANYONE BUT YOU AND WILL NOT AFFECT ANY
CREDITOR'S DECISION OR ANY SCORE (EXCEPT INSURANCE COMPANIES MAY HAVE ACCESS
TO OTHER INSURANCE COMPANY INQUIRIES, WHERE PERMITTED BY LAW.)

| SUBSCRIBER NAME | DATE |
| --- | --- |
| TU CONSUMER DISCLOSURE | 03/2002 |
| TU CONSUMER DISCLOSURE | 02/2002 |
| TU CONSUMER DISCLOSURE | 08/2001 |
| TU CONSUMER DISCLOSURE | 08/2001 |
| TU COLORADO FCRA NOTICE | 06/2001 |
| CITI CARDS CBSDNA | 07/2001 |
| UNIVERSAL CARD/CBSDNA | 06/2001 |
| CITI CARDS CBSDNA | 06/2001 |
| TU CONSUMER DISCLOSURE | 05/2001 |
| TU CONSUMER DISCLOSURE | 05/2001 |
| TU CONSUMER DISCLOSURE | 04/2001 |
| TU CONSUMER DISCLOSURE | 04/2001 |
| TU CONSUMER DISCLOSURE | 04/2001 |
| CITI CARDS CBSDNA | 03/2001 |
|  | 02/2001 |

CONSUMER STATEMENT:
   DO NOT CONFUSE WITH CONSUMERS OF SIMILAR IDENTIFICATION; VERIFY
   ALL IDENTIFYING INFORMATION.
   THIS STATEMENT HAS NO EXPIRATION DATE.

Exhibit C
Page 4 of 5

TU00194

SHOULD YOU WISH TO INITIATE AN INVESTIGATION, YOU MAY DO SO,

AT OUR WEB-SITE:
WWW.TRANSUNION.COM/INVESTIGATE

BY MAIL, AFTER COMPLETING AND RETURNING THE ENCLOSED INVESTIGATION REQUEST FORM TO:
Fraud Victim Assistance Department
P.O. Box 6790
Fullerton, CA 92834-6790

BY PHONE:
1-800-680-7289
OUR BUSINESS HOURS IN YOUR TIME ZONE ARE:
8:30 A.M. TO 4:30 P.M., MONDAY-FRIDAY, EXCEPT MAJOR HOLIDAYS.
PLEASE HAVE YOUR TRANSUNION FILE NUMBER LOCATED AT THE TOP OF THIS PAGE AVAILABLE.

## IMPORTANT

INVESTIGATIONS ARE CONCLUDED WITHIN 30 DAYS FROM THE DATE WE RECEIVE YOUR REQUEST. A REPORT REFLECTING THE RESULTS OF THE INVESTIGATION WILL BE SENT TO YOU BY U.S. MAIL AT THE CONCLUSION OF THE INVESTIGATION.

Exhibit C
Page 5 of 5

TU00195