*** 99MV4729-196 ***
P.O. Box 6790
Fullerton, CA 92834

RETURN SERVICE REQUESTED

11/28/2005     TransUnion.

| | |
|---|---|
| Your TransUnion File Number: | 99MV4729 |
| Password: | 94W9K265 |
| Login Expiration Date: | 12/31/2005 |

GERALD HANSEN ELLER
2635 VERDE DR 114
COLORADO SPRINGS, CO 80910

Enclosed is the TransUnion Personal Credit Report that you requested. As a trusted leader in the consumer credit information industry, TransUnion, LLC takes the accuracy of your credit information very seriously. We are committed to providing the complete and reliable credit information that you need to participate in everyday transactions and purchases.

If you believe an item of information to be incomplete or inaccurate, please alert us immediately. We will investigate the data and notify you of the results of our investigation.

To make it easier to request an investigation, you can now submit your request online, **24 hours a day, 7 days a week** anytime before the Login Expiration Date provided above. You must have an active email address to use the online service. Please note that your email address will only be used for communicating with you regarding your request and the results of our investigation. Your email address will not be shared with any non-TransUnion entities.

**To submit an online request for investigation:**

Step 1. Go to the TransUnion online investigation service at https://review.transunion.com
Step 2. Type Your TransUnion File Number and password as provided above.
Step 3. Follow the instructions provided by the web site.

Once submitted, you will receive online confirmation of your request. You will also be notified by email when we complete our investigation and your results will be available online. You can check the status of your investigation online by logging into your account.

Thank you for helping ensure the accuracy of your credit information.

TransUnion Consumer Relations

Exhibit E
Page 1 of 14

TU00205

# TransUnion Personal Credit Score

GERALD HANSEN ELLER



This will show a numerical depiction of your creditworthiness.

```
     400   475   550   625   700   775   850   925
Lowest [====|=====|=====|=====|=====|=====|=====] Highest
```

This will show how you compare to the general population.

```
     0%    20%   40%   60%   80%   100%
Lowest [=====|=====|=====|=====|=====] Highest
```

This will show how most lenders would view your creditworthiness.

(Very Poor — Poor — Fair — Good — Very Good)

Score created on: 11/28/2005

## About Your TransUnion Personal Credit Score

Your TransUnion Personal Credit Score is displayed above. Your credit score is a snapshot of the contents of your credit report on the day the score was calculated. Using objective, impartial formulas to translate the contents of your credit report into a 3-digit score enables lenders to evaluate your application for credit in a faster, fairer and more consistent manner. Remember, we constantly update the information contained in your credit report, so your TransUnion Personal Credit Score only represents the score a lender would receive if they requested it today.

## Summary

You did not order a TransUnion credit score. You can purchase your credit score for $5.95 by calling 1-866-SCORE-TU or 1-866-726-7388.

## Answers About Credit Scores

• **How are credit scores used?**
A credit score is just one of several factors a company will usually use to decide whether to extend credit, give insurance coverage or provide financial services to you. A variety of other factors will always be considered, such as length of employment, income or previous experience with you. Depending on what you are applying for, different companies give different weights to each of these factors. By using a credit score, they can evaluate your application faster, fairer and more consistently.

• **How can I improve my credit score?**
A credit score is a snapshot of the contents of your credit report at the time it was calculated. The first step in improving your score is to review your credit report to ensure it is accurate. Long-term, responsible credit behavior is the most effective way to improve future scores. Pay bills on time, lower balances and use credit wisely to improve your score over time.

• **How do inquiries affect my credit score?**
Only regular inquiries affect your credit score; and typically they have only a small impact. Delinquencies, balances owed, and the length of time you have used credit are all more important. Also, if inquiries actually did affect your score, we will specifically inform you of this. Inquiries have a greater impact if you have a limited credit history.

## Additional Information:

The TransUnion Personal Credit Score is provided to help you better understand how lenders view your credit report. It is not an endorsement or a determination of your qualification for a loan. The scoring model used for this Score Analysis is not necessarily the same scoring model that may be used by a lender, and the resulting credit score may not be identical in every respect to any consumer credit score produced by any other company. Any credit information that has not yet been reported to TransUnion will not be reflected in your consumer disclosure or score. Also, some items disputed directly with creditors are not incorporated in the assessment of your credit score.

---

## See your 3-in-1 Credit Report!

Plus, you can see all 3 of your credit scores side-by-side. Quick & secure. See the full story instantly!

Get your score: www.truecredit.com/score

## Protect yourself from ID theft

Last year, 9.9 million people became victims of identity theft. Protect yourself, it's easy. We'll email you when your credit changes!

Sign up now: www.truecredit.com/protect

| File Number: | 99MV4729 |
| --- | --- |
| Page: | 1 of 8 |
| Date Issued: | 11/28/2005 |



TransUnion.

## Personal Information

**Name:** GERALD HANSEN ELLER

**SSN:** XXX-XX-1792
**Date of Birth:** 08/1964
**Telephone:** 784-9606
Your SSN is partially masked for your protection.

You have been on our files since 01/1989

### CURRENT ADDRESS
**Address:** 2635 VERDE DR 114
COLORADO SPRINGS, CO 80910
**Date Reported:** 06/2005

### PREVIOUS ADDRESS
**Address:** 5730 VELVET CT
COLORADO SPRINGS, CO 80918
**Date Reported:** 03/2005

**Address:** 952040 WAIKALANI PL E103
MILILANI, HI 96789

### EMPLOYMENT DATA REPORTED

**Employer Name:** STUDENT
**Date Reported:** 10/2005
**Position:**
**Hired:**

**Employer Name:** SELF
**Date Reported:** 10/2000
**Position:**
**Hired:**

Special Notes: Your Social Security number has been masked for your protection. You may request disclosure of the full number by writing to us at the address found at the end of this report. Also, if any item on your credit report begins with 'MED1', it includes medical information and the data following 'MED1' is not displayed to anyone but you except where permitted by law.

## Account Information

The key to the right helps explain the payment history information contained in some of the accounts below. Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them.



N/A — Not Applicable
X — Unknown
OK — Current
30 — 30 days late
60 — 60 days late
90 — 90 days late
120 — 120 days late

## Satisfactory Accounts

The following accounts are reported with no adverse information. (Note: The account # may be scrambled by the creditor for your protection).

**BANK ONE** #4417125810105605
DEPT OH1-0552 ATTN CDV
800 BROOKSEDGE BV 3 WEST
WESTERVILLE, OH 43081-0552
(800) 955-9900

**Balance:** $0
**Date Updated:** 07/2004
**High Balance:** $4,433
**Credit Limit:** $10,400

**Pay Status:** PAID OR PAYING AS AGREED
**Account Type:** REVOLVING ACCOUNT
**Responsibility:** INDIVIDUAL ACCOUNT
**Date Opened:** 10/1997
**Date Paid:** 09/2002

**Loan Type:** CREDIT CARD



Late Payments (48 months): 30: 0  60: 0  90: 0

Last 48 months:

| jun | may | apr | mar | feb '04 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb '03 | dec | nov | oct | sep | aug | jul |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| jun | may | apr | mar | feb '02 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb '01 | dec | nov | oct | sep | aug | jul |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

Consumer Credit Report for GERALD HANSEN ELLER

File Number: 99MV4729
Page: 2 of 8
Date Issued: 11/28/2005

### CITIBANK CBSD NA #5466160163961186
PO BOX 6241
SIOUX FALLS, SD 57117-6241
(800) 950-5114

Balance: $1,063
Date Updated: 11/2005
Terms: MINIMUM $22

Pay Status: PAID OR PAYING AS AGREED
Account Type: REVOLVING ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Opened: 03/1997

Loan Type: CREDIT CARD
Remarks: ACCT INFO DISPUTED BY CONSUMR

Late Payments (26 months): 30: 0  60: 0  90+: 0

Last 26 months:
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| oct | sep | aug | jul | jun | may | apr | mar | feb | '05 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '04 | dec | nov |

| OK | OK |
|---|---|
| oct | sep |

### CITIBANK CBSD NA #5424180322212397
PO BOX 6241
SIOUX FALLS, SD 57117-6241
(800) 950-5114

Balance: $534
Date Updated: 07/2004
Credit Limit: $8,000
Terms: MINIMUM $20

Pay Status: PAID OR PAYING AS AGREED
Account Type: REVOLVING ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Opened: 03/1997

Loan Type: CREDIT CARD
Remarks: ACCT INFO DISPUTED BY CONSUMR

Late Payments (48 months): 30: 0  60: 0  90+: 0

Last 48 months:
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | X | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| jun | may | apr | mar | feb | '04 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '03 | dec | nov | oct | sep | aug | jul |

| OK | OK | X | X | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| jun | may | apr | mar | feb | '02 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '01 | dec | nov | oct | sep | aug | jul |

### CITIBANK UCS #5491130348082264
8787 BAYPINE RD
JACKSONVILLE, FL 32256-8528
(904) 954-7500

Balance: $334
Date Updated: 10/2005
Credit Limit: $7,700
Terms: MINIMUM $20

Pay Status: PAID OR PAYING AS AGREED
Account Type: REVOLVING ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Opened: 05/1990

Loan Type: CREDIT CARD

Late Payments (25 months): 30: 0  60: 0  90+: 0

Last 25 months:
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| sep | aug | jul | jun | may | apr | mar | feb | '05 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '04 | dec | nov | oct |

| OK |
|---|
| sep |

### CITIBANK UCS #5491130189618226
8787 BAYPINE RD
JACKSONVILLE, FL 32256-8528
(904) 954-7500

Balance: $0
Date Updated: 07/2004
Credit Limit: $6,200

Pay Status: PAID OR PAYING AS AGREED
Account Type: REVOLVING ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Opened: 05/1990
Date Paid: 04/2004

Loan Type: CREDIT CARD

Late Payments (18 months): 30: 0  60: 0  90+: 0

Last 18 months:
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| jun | may | apr | mar | feb | '04 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '03 |

Consumer Credit Report for GERALD HANSEN ELLER

File Number: 99MV4729
Page: 3 of 8
Date Issued: 11/28/2005


TransUnion.

### COLORADO ST LN PROGRAM #52427179202
DENVER PL
999 18TH ST # STE425
DENVER, CO 80202
(303) 305-3000

Loan Type: STUDENT LOAN
Remarks: PAYMENT DEFERRED

Balance: $3,571
Date Updated: 09/2005
High Balance: $4,874
Collateral: DEFERRED TO 08232009
Terms: 120 MONTHLY $63

Pay Status: PAID OR PAYING AS AGREED
Account Type: INSTALLMENT ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Opened: 02/2005

Late Payments (41 months): 30: 0  60: 0  90: 0
Last 41 months:

| aug | jul | jun | may | apr | mar | feb '05 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb '04 | dec | nov | oct | sep |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |

| aug | jul | jun | may | apr | mar | feb '03 | dec | nov | oct | sep | aug | jul | jun | may | apr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | OK |

### COLORADO ST LN PROGRAM #52427179203
DENVER PL
999 18TH ST # STE425
DENVER, CO 80202
(303) 305-3000

Loan Type: STUDENT LOAN
Remarks: PAYMENT DEFERRED

Balance: $2,685
Date Updated: 09/2005
High Balance: $3,665
Collateral: DEFERRED TO 08232009
Terms: 120 MONTHLY $47

Pay Status: PAID OR PAYING AS AGREED
Account Type: INSTALLMENT ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Opened: 02/2005

Late Payments (05 months): 30: 0  60: 0  90: 0
Last 5 months:

| aug | jul | jun | may | apr |
|---|---|---|---|---|
| OK | OK | OK | OK | OK |

### COLORADO ST LN PROGRAM #52427179204
DENVER PL
999 18TH ST # STE425
DENVER, CO 80202
(303) 305-3000

Loan Type: STUDENT LOAN
Remarks: PAYMENT DEFERRED

Balance: $1,865
Date Updated: 09/2005
High Balance: $2,546
Collateral: DEFERRED TO 08232009
Terms: 120 MONTHLY $33

Pay Status: PAID OR PAYING AS AGREED
Account Type: INSTALLMENT ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Opened: 02/2005

Late Payments (04 months): 30: 0  60: 0  90: 0
Last 4 months:

| aug | jul | jun | may |
|---|---|---|---|
| OK | OK | OK | OK |

### COLORADO ST LN PROGRAM #52427179205
DENVER PL
999 18TH ST # STE425
DENVER, CO 80202
(303) 305-3000

Loan Type: STUDENT LOAN
Remarks: PAYMENT DEFERRED

Balance: $331
Date Updated: 09/2005
High Balance: $1,358
Collateral: DEFERRED TO 08232009
Terms: 120 MONTHLY $6

Pay Status: PAID OR PAYING AS AGREED
Account Type: INSTALLMENT ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Opened: 05/2005

Late Payments (01 month): 30: 0  60: 0  90: 0
Last 1 month: aug OK

### COLORADO ST LN PROGRAM #52427179206
DENVER PL
999 18TH ST # STE425
DENVER, CO 80202
(303) 305-3000

Loan Type: STUDENT LOAN
Remarks: PAYMENT DEFERRED

Balance: $2,834
Date Updated: 09/2005
High Balance: $8,500
Collateral: DEFERRED TO 08232009
Terms: 120 MONTHLY $31

Pay Status: PAID OR PAYING AS AGREED
Account Type: INSTALLMENT ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Opened: 05/2005

Late Payments (01 month): 30: 0  60: 0  90: 0
Last 1 month: aug OK

Consumer Credit Report for GERALD HANSEN ELLER

File Number: 99MV4729
Page: 4 of 8
Date Issued: 11/28/2005

### COLORADO ST LN PROGRAM #52427179201
DENVER PL
999 18TH ST # STE425
DENVER, CO 80202
(303) 305-3000

Balance: $3,395
Date Updated: 01/2002
High Balance: $99,999
Terms: 104 MONTHLY $42

Pay Status: UNRATED
Account Type: INSTALLMENT ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Opened: 06/2000

Loan Type: STUDENT LOAN
Remarks: STUDENT LOAN NOT IN REPAYMENT

### DIRECT LOAN SVC SYSTEM #5242717921
PO BOX 4609
UTICA, NY 13504-4609
(800) 848-0979

Balance: $25,100
Date Updated: 10/2005
High Balance: $25,153
Terms: 299 MONTHLY $65

Pay Status: UNRATED
Account Type: INSTALLMENT ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Opened: 09/2005

Loan Type: STUDENT LOAN
Remarks: STUDENT LOAN NOT IN REPAYMENT

### FIRST NATIONWIDE BANK #5775777503832
PO BOX 15510
SACRAMENTO, CA 95852
(301) 696-4000

Balance: $0
Date Verified: 04/1998
High Balance: $110,000
Terms: 360 MONTHLY $931

Pay Status: PAID OR PAYING AS AGREED
Account Type: MORTGAGE ACCOUNT
Responsibility: JOINT ACCOUNT
Date Opened: 08/1996
Date Closed: 03/1998

Loan Type: VA REAL ESTATE MORTGAGE
Remarks: CLOSED

### FIRST USA #4301542001748788
800 BROOKSEDGE BLV
WESTERVILLE, OH 43081
(800) 955-9900

Balance: $0
Date Updated: 10/2005
High Balance: $4,433
Credit Limit: $10,400

Pay Status: PAID OR PAYING AS AGREED
Account Type: REVOLVING ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Opened: 10/1997
Date Paid: 03/2003

Loan Type: CREDIT CARD

Late Payments (37 months): 30: 0  60: 0  90: 0

Last 37 months:
| sep | aug | jul | jun | may | apr | mar | feb '05 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb '04 | dec | nov | oct |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| sep | aug | jul | jun | may | apr | mar | feb '03 | dec | nov | oct | sep |
|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

### FIRST USA BANK #4250477587080
201 N WALNUT ST
WILMINGTON, DE 19801-2920
(800) 368-4535

Balance: $0
Date Verified: 06/1999
High Balance: $6,600
Credit Limit: $10,000

Pay Status: PAID OR PAYING AS AGREED
Account Type: REVOLVING ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Opened: 01/1993
Date Closed: 03/1999

Loan Type: CREDIT CARD
Remarks: ACCOUNT CLOSED BY CONSUMER

### HSBC NV #5404242421054254
PO BOX 98706
LAS VEGAS, NV 89193-8706
(800) 947-1000

Balance: $0
Date Updated: 03/2000
High Balance: $0
Credit Limit: $6,000

Pay Status: PAID OR PAYING AS AGREED
Account Type: REVOLVING ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Opened: 04/1994
Date Closed: 08/1999

Loan Type: CREDIT CARD
Remarks: ACCOUNT CLOSED BY CONSUMER

Late Payments (13 months): 30: 0  60: 0  90: 0

Last 13 months:
| feb '00 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb |
|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

Consumer Credit Report for GERALD HANSEN ELLER

File Number: 99MV4729
Page: 5 of 8
Date Issued: 11/28/2005


TransUnion.

**HSBC NV #5443170000036272**
PO BOX 98706
LAS VEGAS, NV 89193-8706
(800) 947-1000

Loan Type: CREDIT CARD
Remarks: ACCOUNT CLOSED BY CONSUMER

Balance: $0
Date Updated: 03/2000
High Balance: $7,207
Credit Limit: $8,000

Pay Status: PAID OR PAYING AS AGREED
Account Type: REVOLVING ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Opened: 05/1997
Date Closed: 09/1999

Late Payments (13 months): 30:0  60:0  90:0
Last 13 months: OK OK OK OK OK OK OK OK OK OK OK OK OK
feb '00 dec nov oct sep aug jul jun may apr mar feb

**KEY BANK #9000001199367**
PO BOX 94518
CLEVELAND, OH 44101-4518
(800) 999-0895

Loan Type: RECREATIONAL MERCHANDISE
Remarks: CLOSED

Balance: $0
Date Updated: 05/2000
High Balance: $11,997
Collateral: 95FOUR WINNS 170
Terms: 144 MONTHLY $139

Pay Status: PAID OR PAYING AS AGREED
Account Type: INSTALLMENT ACCOUNT
Responsibility: JOINT ACCOUNT
Date Opened: 07/1995
Date Closed: 05/2000

Late Payments (15 months): 30:0  60:0  90:0
Last 15 months: OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
apr mar feb '00 dec nov oct sep aug jul jun may apr mar feb

**NELNET #52427179202**
PO BOX 1649
DENVER, CO 80201-1649
(888) 486-4722

Loan Type: STUDENT LOAN
Remarks: PAYMENT DEFERRED

Balance: $2,423
Date Updated: 09/2005
High Balance: $3,414
Collateral: DEFERRED TO 01232007
Terms: 120 MONTHLY $38

Pay Status: PAID OR PAYING AS AGREED
Account Type: INSTALLMENT ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Opened: 07/2000

Late Payments (44 months): 30:0  60:0  90:0
Last 44 months:
OK OK OK OK OK OK OK OK OK OK OK X X OK OK OK OK OK OK OK OK OK OK
aug jul jun may apr mar feb '05 dec nov oct sep aug jul jun may apr mar feb '04 dec nov oct sep
OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
aug jul jun may apr mar feb '03 dec nov oct sep aug jul jun may apr mar feb '02

**NELNET #52427179203**
PO BOX 1649
DENVER, CO 80201-1649
(888) 486-4722

Loan Type: STUDENT LOAN
Remarks: PAYMENT DEFERRED

Balance: $3,572
Date Updated: 09/2005
High Balance: $5,000
Collateral: DEFERRED TO 01232007
Terms: 120 MONTHLY $56

Pay Status: PAID OR PAYING AS AGREED
Account Type: INSTALLMENT ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Opened: 08/2000

Late Payments (44 months): 30:0  60:0  90:0
Last 44 months:
OK OK OK OK OK OK OK OK OK OK OK X X OK OK OK OK OK OK OK OK OK OK
aug jul jun may apr mar feb '05 dec nov oct sep aug jul jun may apr mar feb '04 dec nov oct sep
OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
aug jul jun may apr mar feb '03 dec nov oct sep aug jul jun may apr mar feb '02

**NELNET #52427179204**
PO BOX 1649
DENVER, CO 80201-1649
(888) 486-4722

Loan Type: STUDENT LOAN
Remarks: PAYMENT DEFERRED

Balance: $1,475
Date Updated: 09/2005
High Balance: $2,086
Collateral: DEFERRED TO 01232007
Terms: 120 MONTHLY $23

Pay Status: PAID OR PAYING AS AGREED
Account Type: INSTALLMENT ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Opened: 08/2000

Late Payments (44 months): 30:0  60:0  90:0
Last 44 months:
OK OK OK OK OK OK OK OK OK OK OK X X OK OK OK OK OK OK OK OK OK OK
aug jul jun may apr mar feb '05 dec nov oct sep aug jul jun may apr mar feb '04 dec nov oct sep
OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
aug jul jun may apr mar feb '03 dec nov oct sep aug jul jun may apr mar feb '02

Consumer Credit Report for GERALD HANSEN ELLER

File Number: 99MV4729
Page: 6 of 8
Date Issued: 11/28/2005

## Regular Inquiries

The following companies have received your credit report. Their inquiries remain on your credit report for two years.

**THE CONIFERS AT SPRI VIA TU RENTAL SCREENING SOLU**
5889 GREENWOOD PLA
#201
GREENWOOD, CO 80111
(888) 387-1750
Requested On: 06/07/2005   Inquiry Type: INDIVIDUAL
Permissible Purpose: TENANT SCREENING

**0604 FIRST MTG LLC D VIA FACTUAL DATA-NATIONAL**
5200 HAHNS PEAK DR
LOVELAND, CO 80538
(970) 663-5700x2280
Requested On: 01/12/2005   Inquiry Type: INDIVIDUAL
Permissible Purpose: CREDIT TRANSACTION

**CTX MORTGAGE VIA KROLL FACTUAL DATA**
59 HOWARD STREET
FRAMINGHAM, MA 01701
(800) 877-5266
Requested On: 12/15/2004   Inquiry Type: INDIVIDUAL
Permissible Purpose: CREDIT TRANSACTION

**CARDSERVICE INTERNATIONL**
6101 CONDOR DRIVE
MOORPARK, CA 93021
(818) 878-8100
Requested On: 01/05/2004   Inquiry Type: JOINT

**T-MOBILE**
12920 SE 38TH ST
BELLEVUE, WA 98006
(800) 318-9270
Requested On: 01/27/2005   Inquiry Type: INDIVIDUAL

**CTX MORTGAGE COMPANY VIA CREDIT BUR ASSOC FILES**
IV EXECUTIVE CAMPU
SUITE 200
CHERRY HILL, NJ 08002
(609) 795-3211
Requested On: 12/15/2004   Inquiry Type: INDIVIDUAL
Permissible Purpose: CREDIT TRANSACTION

**B OF A COSUM LNDG GRP**
NC1-022-03-01
CHARLOTTE, NC 28255
Phone number not available
Requested On: 09/04/2004   Inquiry Type: INDIVIDUAL

## Promotional Inquiries

The companies listed below received your name, address and other limited information about you so they could make a firm offer of credit or insurance. They did not receive your full credit report. These inquiries are not seen by anyone but you and do not affect your score.

**DISCOVER FINANCIAL SERVI**   Requested On: 07/2005
PO BOX 15316
WILMINGTON, DE 19850-5316
Phone number not available

**FIRST USA**   Requested On: 06/2005
800 BROOKSEDGE BLVD
WESTERVILLE, OH 43081-2822
Phone number not available

**COLLEGIATE FUNDING SERVI**   Requested On: 05/2005
4343 PLANK RD
115
FREDERICKSBRG, VA 22407-4807
Phone number not available

**ROYAL MANAGEMENT-ITA**   Requested On: 04/2005
PO BOX 1947
BOERNE, TX 78006-6947
Phone number not available

**CITI CARDS**   Requested On: 05/2004
8725 W SAHARA AVE
MC02-02-03
THE LAKES, NV 89163-7802
Phone number not available

**NELNET CORPORATION**   Requested On: 07/2005
8425 WOODFIELD CRO
INDIANAPOLIS, IN 46240
(317) 469-2199

**FIRST USA**   Requested On: 06/2005
800 BROOKSEDGE BLVD
WESTERVILLE, OH 43081-2822
Phone number not available

**ROYAL MANAGEMENT-ITA**   Requested On: 04/2005
PO BOX 1947
BOERNE, TX 78006-6947
Phone number not available

**PROGRESSIVE INSURANCE**   Requested On: 01/2005
6300 WILSON MILLS RD
CLEVELAND, OH 44143-2109
(800) 937-7704

Consumer Credit Report for GERALD HANSEN ELLER

File Number: 99MV4729
Page: 7 of 8
Date Issued: 11/28/2005

 TransUnion.

## Account Review Inquiries

The companies listed below obtained information from your consumer report for the purpose of an account review or other business transaction with you. These inquiries are not displayed to anyone but you and will not affect any creditor's decision or any score (except insurance companies may have access to other insurance company inquiries, where permitted by law).

**CITI CARDS CBSDNA**
PO BOX 6500
CITIBANK
SIOUX FALLS, SD 57117
(800) 950-5118
Requested On: 11/2005

**CITI CARDS CBSDNA**
PO BOX 6500
CITIBANK
SIOUX FALLS, SD 57117
(800) 950-5118
Requested On: 09/2005

**CITI CARDS CBSDNA**
PO BOX 6500
CITIBANK
SIOUX FALLS, SD 57117
(800) 950-5118
Requested On: 08/2005

**CITI CARDS CBSDNA**
PO BOX 6500
CITIBANK
SIOUX FALLS, SD 57117
(800) 950-5118
Requested On: 07/2005

**CITI CARDS CBSDNA**
PO BOX 6500
CITIBANK
SIOUX FALLS, SD 57117
(800) 950-5118
Requested On: 06/2005

**CITI CARDS CBSDNA**
PO BOX 6500
CITIBANK
SIOUX FALLS, SD 57117
(800) 950-5118
Requested On: 05/2005

**CITI CARDS CBSDNA**
PO BOX 6500
CITIBANK
SIOUX FALLS, SD 57117
(800) 950-5118
Requested On: 04/2005

**T-MOBILE**
12920 SE 38TH ST
BELLEVIEW, WA 98006
(800) 937-8997
Requested On: 02/2005

**STATE FREE DISCLOSURE**
P O BOX 1000
CHESTER, PA 19022
(800) 888-4213
Requested On: 10/2005

**UNVRSL CARD AT&T/CBSDNA**
8787 BAYPINE ROAD
CITIBANK
JACKSONVILLE, FL 32256
(904) 954-7500
Requested On: 09/2005

**UNVRSL CARD AT&T/CBSDNA**
8787 BAYPINE ROAD
CITIBANK
JACKSONVILLE, FL 32256
(904) 954-7500
Requested On: 08/2005

**UNVRSL CARD AT&T/CBSDNA**
8787 BAYPINE ROAD
CITIBANK
JACKSONVILLE, FL 32256
(904) 954-7500
Requested On: 07/2005

**UNVRSL CARD AT&T/CBSDNA**
8787 BAYPINE ROAD
CITIBANK
JACKSONVILLE, FL 32256
(904) 954-7500
Requested On: 06/2005

**UNVRSL CARD AT&T/CBSDNA**
8787 BAYPINE ROAD
CITIBANK
JACKSONVILLE, FL 32256
(904) 954-7500
Requested On: 05/2005

**UNVRSL CARD AT&T/CBSDNA**
8787 BAYPINE ROAD
CITIBANK
JACKSONVILLE, FL 32256
(904) 954-7500
Requested On: 04/2005

**T-MOBILE**
12920 SE 38TH ST
BELLEVIEW, WA 98006
(800) 937-8997
Requested On: 02/2005

| | |
|---|---|
| Consumer Credit Report for GERALD HANSEN ELLER | File Number: 99MV4729<br>Page: 8 of 8<br>Date Issued: 11/28/2005 |

### Should you wish to initiate an investigation, you may do so,

**At our web site:**
https://review.transunion.com

**By Mail, after completing and returning the enclosed Investigation Request form to:**
Fraud Victim Assistance Department
P.O. Box 6790
Fullerton, CA 92834-6790

**By Phone:**
1-800-680-7289
Our business hours in your time zone are 8:30 a.m. to 4:30 p.m., Monday through Friday, except major holidays.

For all correspondence, please have your TransUnion file number available (located at the top of this report).

**File Number:** 99MV4729

## Request for Investigation

Should you wish to initiate an investigation, you may do by completing and returning this form to the address listed below.

Upon receipt of your request, an investigation will be initiated. Upon completion, you will receive written notice of the results of your investigation. We recommend that you do not apply for credit while your request for investigation is pending.

**1** If any of this information in the box on the left is incorrect or incomplete, write the corrections in the boxes on the right.

Name:
GERALD HANSEN ELLER
Other Name(s):

Address:
2635 VERDE DR 114
COLORADO SPRINGS, CO 80910

Date of Birth:
08/1964
Driver's License Number:

Telephone Number:
784-9606
Employer:
STUDENT

Name:
Other Name(s):

Address:

Date of Birth:
Driver's License Number:

Telephone Number(s):

Employer:

**2** Tell us what you disagree with on your credit report. Use the additional space on the back of this form if necessary.

Company Name:

Account #:

The reason I disagree:
- [ ] This is not my account
- [ ] I have never paid late
- [ ] This account is in bankruptcy
- [ ] This account is closed
- [ ] I have paid this account in full
- [ ] I paid this before it went to collection or before it was charged off
- [ ] Other:

Company Name:

Account #:

The reason I disagree:
- [ ] This is not my account
- [ ] I have never paid late
- [ ] This account is in bankruptcy
- [ ] This account is closed
- [ ] I have paid this account in full
- [ ] I paid this before it went to collection or before it was charged off
- [ ] Other:

Signature:

**3** Return this form to:
Fraud Victim Assistance Department
P.O. Box 6790
Fullerton, CA 92834-6790

Additional space for **2**  Tell us what you disagree with on your credit report.

---

**Company Name:** _____

**Account #:** _____

The reason I disagree:
- [ ] This is not my account
- [ ] I have never paid late
- [ ] This account is in bankruptcy
- [ ] This account is closed
- [ ] I have paid this account in full
- [ ] I paid this before it went to collection or before it was charged off
- [ ] Other: _____

---

**Company Name:** _____

**Account #:** _____

The reason I disagree:
- [ ] This is not my account
- [ ] I have never paid late
- [ ] This account is in bankruptcy
- [ ] This account is closed
- [ ] I have paid this account in full
- [ ] I paid this before it went to collection or before it was charged off
- [ ] Other: _____

---

**Company Name:** _____

**Account #:** _____

The reason I disagree:
- [ ] This is not my account
- [ ] I have never paid late
- [ ] This account is in bankruptcy
- [ ] This account is closed
- [ ] I have paid this account in full
- [ ] I paid this before it went to collection or before it was charged off
- [ ] Other: _____

---

**Company Name:** _____

**Account #:** _____

The reason I disagree:
- [ ] This is not my account
- [ ] I have never paid late
- [ ] This account is in bankruptcy
- [ ] This account is closed
- [ ] I have paid this account in full
- [ ] I paid this before it went to collection or before it was charged off
- [ ] Other: _____

---

**4.** Optional: Write any additional comments. For example, tell us if you have any corrections to your previous address or previous employer.

**Additional Comments:**
_____
_____
_____

To investigate your request, we will contact the source of the disputed information. Each source will be told the nature of your dispute and will be asked to verify the accuracy and/or completeness of the information they reported.

## Summary of Rights

*Para informacion en espanol, visite www.ftc.gov/credit o escribe a la FTC Consumer Response Center, Room 130-A 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.*

### A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.ftc.gov/credit or write to: Consumer Response Center, Room 130-A, Federal Trade Commission, 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment - or to take another adverse action against you - must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identity theft and place a fraud alert in your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.

  In addition, by September 2005 all consumers will be entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.ftc.gov/credit for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.ftc.gov/credit for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, the consumer reporting agency is not required to remove accurate derogatory information from your file unless it is outdated (as described below) or cannot be verified. A consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need -- usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.ftc.gov/credit.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-567-8688.

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.ftc.gov/credit.

### A SUMMARY OF YOUR RIGHTS UNDER THE FAIR CREDIT REPORTING ACT, CONTINUED...

States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. Federal enforcers are:

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| Consumer reporting agencies, creditors and others not listed below | Federal Trade Commission: Consumer Response Center - FCRA Washington, DC 20580   1-877-382-4357 |
| National banks, federal branches/agencies of foreign banks (word "National" or initials "N.A." appear in or after bank's name) | Office of the Comptroller of the Currency Compliance Management, Mail Stop 6-6 Washington, DC 20219   800-613-6743 |
| Federal Reserve System member banks (except national banks, and federal branches/agencies of foreign banks) | Federal Reserve Board Division of Consumer & Community Affairs Washington, DC 20551   202-452-3693 |
| Savings associations and federally chartered savings banks (word "Federal" or initials "F.S.B." appear in federal institution's name) | Office of Thrift Supervision Consumer Complaints Washington, DC 20552   800-842-6929 |
| Federal credit unions (words "Federal Credit Union" appear in institution's name) | National Credit Union Administration 1775 Duke Street Alexandria, VA 22314   703-519-4600 |
| State-chartered banks that are not members of the Federal Reserve System | Federal Deposit Insurance Corporation Consumer Response Center, 2345 Grand Avenue, Suite 100 Kansas City, Missouri 64108-2638   1-877-275-3342 |
| Air, surface, or rail common carriers regulated by former Civil Aeronautics Board or Interstate Commerce Commission | Department of Transportation, Office of Financial Management Washington, DC 20590   202-366-1306 |
| Activities subject to the Packers and Stockyards Act, 1921 | Department of Agriculture Office of Deputy Administrator - GIPSA Washington, DC 20250   202-720-7051 |

**Colorado Residents**
If we investigate the information in your report at your request, you will receive an updated credit report, and another copy of this notice, to indicate that we have completed our investigation. The results of our investigation will be shown in that report. In addition to all the other rights listed, you may bring an action to enforce any obligation imposed on us under Colorado Law in any court of competent jurisdiction or submitted to binding arbitration, after you have followed all dispute procedures in the Colorado law and have received this notice, in the manner set forth in the rules of the American Arbitration Association to determine whether we have met our obligations under law. No decision of an arbitrator pursuant to this provision shall affect the validity of any obligation or debt. A successful party to any such arbitration shall be compensated for the costs and attorney fees of the proceeding as determined by the court or arbitration. No consumer may submit more than one action to arbitration against any consumer reporting agency during any 120 day period. The results of any arbitration action brought against a consumer reporting agency doing business in this state shall be communicated in a timely manner to all other consumer reporting agencies doing business in this state. If, as a results of an arbitration a determination is made in favor of the consumer, any adverse information in such consumer's file or record shall be removed or stricken in a timely manner, or the consumer may bring an action against the non-complying agency pursuant to this section, in spite of the 120 day waiting period. In addition to the rights discussed above, you also have a right to receive a credit score developed by the consumer reporting agency.