NORMAN K.K. LAU
Attorney at Law
A Law Corporation

NORMAN K.K. LAU 1795
820 Mililani Street, Suite 701
Honolulu, Hawaii 96813
Telephone No. (808) 523-6767
Facsimile No. (808) 523-6769
Email: norm@normlau.com

ROBERT S. SOLA, P.C.
Attorney at Law

ROBERT S. SOLA (*pro hac vice, OSB No. 84454*)
8835 SW Canyon Lane, Suite 130
Portland, OR 97225
Telephone No. (503) 295-6880
Facsimile No. (503) 291-9172
Email: rssola@msn.com

Attorneys for Plaintiff
GERALD H. ELLER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GERALD H. ELLER,<br><br>               Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign corporation; and BANK ONE CORPORATION, a foreign corporation,<br><br>               Defendants. | CASE NO. CV 04-00174 DAE-KSC<br><br>DECLARATION OF ROBERT S. SOLA IN SUPPORT OF PLAINTIFF'S MOTIONS FOR PARTIAL SUMMARY JUDGMENT AGAINST TRANS UNION LLC; EXHIBITS C, D, E, and F. |

### DECLARATION OF ROBERT S. SOLA IN SUPPORT OF PLAINTIFF'S MOTIONS FOR PARTIAL SUMMARY JUDGMENT AGAINST TRANS UNION LLC

I, Robert S. Sola, state as follows:

1. I am one of the counsel for plaintiff Gerald H. Eller in this case. I make this declaration based on personal knowledge.

2. Attached as Exhibit C is a true copy of a Trans Union credit report on plaintiff dated January 6, 2003 that was produced by Trans Union in this case. On page three, Trans Union states it provided a credit report to Capitol Hill Mortgage via NCO Credit Services on February 20, 2002 and Pueblo Mortgage via Advance Information Res. on March 19, 2002. Trans Union also states it reported plaintiff's name, address and other information about him in response to inquiries from the following companies on the following dates: SM Servicing in November 2002, American Express Property in September 2002, Capital One Bank in July 2002, College Loan Corp in August 2002.

3. Attached as Exhibit D is a true copy of a Trans Union credit report on plaintiff dated April 30, 2003 that was produced by Trans Union in this case. It includes only the Citibank account.

4. Attached as Exhibit E is a true copy of a Trans Union credit report on plaintiff dated November 28, 2005 that was provided to plaintiff through me.

5. Attached as Exhibit F is a true copy of the Opinion in Wharram v. Credit Services Inc. obtained from Lexis Nexis.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 13, 2006.

_____
Robert S. Sola