```
04     *** 99MV4729-115 ***              YOUR TRANS UNION FILE NUMBER:  99MV4729
       P.O. Box 6790                     PAGE   1 OF  5
       Fullerton, CA 92834               DATE THIS REPORT PRINTED: 01/06/2003

       RETURN SERVICE REQUESTED          SOCIAL SECURITY NUMBER: 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
                                         BIRTH DATE:                 08/1964
                                         YOU HAVE BEEN IN OUR FILES SINCE: 01/1989
                                         PHONE: 784-9606
```

CONSUMER REPORT FOR:

ELLER, GERALD, HANSEN
3601 COUNTY RD 19
FLORENCE SPRINGS, CO 81226

**INTERNAL USE ONLY**

FORMER ADDRESSES REPORTED:

2626 MANASSAS WY, COLORADO SPRINGS, CO 80922

EMPLOYMENT DATA REPORTED:

SELF
DATE REPORTED: 10/2000

## YOUR CREDIT INFORMATION

THE FOLLOWING ACCOUNTS ARE REPORTED WITH NO ADVERSE INFORMATION

```
NELNET                    # 52427179203       INSTALLMENT ACCOUNT
                                               STUDENT LOAN
   UPDATED   12/2002   BALANCE:     $4712      INDIVIDUAL ACCOUNT
   OPENED    08/2000   MOST OWED:   $5000      PAY TERMS: 120 MONTHLY $56
                                               DEFERRED TO   04172002
   STATUS AS OF 12/2002: PAID OR PAYING AS AGREED
   IN PRIOR 11 MONTHS FROM LAST UPDATE NEVER LATE

NELNET                    # 52427179204       INSTALLMENT ACCOUNT
                                               STUDENT LOAN
   UPDATED   12/2002   BALANCE:     $1947      INDIVIDUAL ACCOUNT
   OPENED    08/2000   MOST OWED:   $2086      PAY TERMS: 120 MONTHLY $22
                                               DEFERRED TO   04172002
   STATUS AS OF 12/2002: PAID OR PAYING AS AGREED
   IN PRIOR 11 MONTHS FROM LAST UPDATE NEVER LATE

NELNET                    # 52427179202       INSTALLMENT ACCOUNT
                                               STUDENT LOAN
   UPDATED   12/2002   BALANCE:     $3198      INDIVIDUAL ACCOUNT
   OPENED    07/2000   MOST OWED:   $3414      PAY TERMS: 120 MONTHLY $38
                                               DEFERRED TO   04172002
   STATUS AS OF 12/2002: PAID OR PAYING AS AGREED
   IN PRIOR 11 MONTHS FROM LAST UPDATE NEVER LATE
```

Exhibit C
Page 1 of 5

TU00191

```
REPORT ON ELLER, GERALD, HANSEN
SOCIAL SECURITY NUMBER: 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        TRANS UNION FILE NUMBER:   PAGE  2 OF
                                                                      99MV4729

  FST USA BK                    # 4417125810105605   REVOLVING ACCOUNT
                                                     CREDIT CARD
     UPDATED   10/2002   BALANCE:            $0      INDIVIDUAL ACCOUNT
     OPENED    10/1997   MOST OWED:       $4433      CREDIT LIMIT:       $9000
     PAID OFF  09/2002
     STATUS AS OF 10/2002: PAID OR PAYING AS AGREED
     IN PRIOR 48 MONTHS FROM LAST UPDATE NEVER LATE

  CITIBANK CBSD NA              # 5424180322212397   REVOLVING ACCOUNT
  ACCT INFO DISPUTED BY CONSUMR                      CREDIT CARD
     UPDATED   10/2002   BALANCE:          $744      INDIVIDUAL ACCOUNT
     OPENED    03/1997                               PAY TERMS:  MINIMUM $20
                                                     CREDIT LIMIT:       $8000
     STATUS AS OF 10/2002: PAID OR PAYING AS AGREED
     IN PRIOR 39 MONTHS FROM LAST UPDATE NEVER LATE

  CITIBANK UCS                  # 5491130189618226   REVOLVING ACCOUNT
                                                     CREDIT CARD
     UPDATED   09/2002   BALANCE:            $0      INDIVIDUAL ACCOUNT
     OPENED    05/1990                               CREDIT LIMIT:       $6200
     PAID OFF  07/2002
     STATUS AS OF 09/2002: PAID OR PAYING AS AGREED
     IN PRIOR 48 MONTHS FROM LAST UPDATE NEVER LATE

  COLORADO ST LN PROGRAM        # 52427179202        INSTALLMENT ACCOUNT
                                                     STUDENT LOAN
     UPDATED   04/2002   BALANCE:            $0      INDIVIDUAL ACCOUNT
     OPENED    08/2000   MOST OWED:       $2086      PAY TERMS: 104 MONTHLY $25
     STATUS AS OF 04/2002: PAID OR PAYING AS AGREED
     IN PRIOR 20 MONTHS FROM LAST UPDATE NEVER LATE

  KEY BANK                      # 9000001199367      INSTALLMENT ACCOUNT
  CLOSED                                             RECREATIONAL MERCHANDISE
     UPDATED   05/2000   BALANCE:            $0      JOINT ACCOUNT
     OPENED    07/1995   MOST OWED:      $11997      PAY TERMS: 144 MONTHLY $139
     CLOSED    05/2000                               95FOUR WINNS        170
     STATUS AS OF 05/2000: PAID OR PAYING AS AGREED
     IN PRIOR 20 MONTHS FROM LAST UPDATE NEVER LATE

  HOUSEHOLD BK                  # 5443170000036272   REVOLVING ACCOUNT
  ACCOUNT CLOSED BY CONSUMER                         CREDIT CARD
     UPDATED   03/2000   BALANCE:            $0      INDIVIDUAL ACCOUNT
     OPENED    05/1997   MOST OWED:       $7207      CREDIT LIMIT:       $8000
     CLOSED    09/1999
     STATUS AS OF 03/2000: PAID OR PAYING AS AGREED
     IN PRIOR 24 MONTHS FROM LAST UPDATE NEVER LATE

  HOUSEHOLD BK                  # 5404242421054254   REVOLVING ACCOUNT
  ACCOUNT CLOSED BY CONSUMER                         CREDIT CARD
     UPDATED   03/2000   BALANCE:            $0      INDIVIDUAL ACCOUNT
     OPENED    04/1994   MOST OWED:          $0      CREDIT LIMIT:       $6000
     CLOSED    08/1999
     STATUS AS OF 03/2000: PAID OR PAYING AS AGREED
     IN PRIOR 24 MONTHS FROM LAST UPDATE NEVER LATE
```

Exhibit C
Page 2 of 5

TU00192

```
REPORT ON ELLER, GERALD, HANSEN
SOCIAL SECURITY NUMBER: 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                              PAGE   3 OF
                                         TRANS UNION FILE NUMBER:  99MV4729

FIRST USA BANK              # 4250477587080
ACCOUNT CLOSED BY CONSUMER                    REVOLVING ACCOUNT
   UPDATED   06/1999   BALANCE:          $0   CREDIT CARD
   OPENED    01/1993   MOST OWED:     $6600   INDIVIDUAL ACCOUNT
   CLOSED    03/1999                          CREDIT LIMIT:    $10000
   STATUS AS OF 06/1999: PAID OR PAYING AS AGREED

FIRST NATIONWIDE BANK       # 5775777503832
CLOSED                                        MORTGAGE ACCOUNT
   UPDATED   04/1998   BALANCE:          $0   VA REAL ESTATE MORTGAGE
   OPENED    08/1996   MOST OWED:   $110000   JOINT ACCOUNT
   CLOSED    03/1998                          PAY TERMS: 360 MONTHLY $931
   STATUS AS OF 04/1998: PAID OR PAYING AS AGREED
   IN PRIOR 19 MONTHS FROM LAST UPDATE NEVER LATE

CITIBANK SOUTH DAKOTA NA  # 4128002650739381
ACCOUNT CLOSED BY CONSUMER                    REVOLVING ACCOUNT
   UPDATED   04/1993   BALANCE:          $0   CREDIT CARD
   OPENED    02/1990                          INDIVIDUAL ACCOUNT
   STATUS AS OF 04/1993: PAID OR PAYING AS AGREED

COLORADO ST LN PROGRAM      # 52427179201
STUDENT LOAN NOT IN REPAYMENT                 INSTALLMENT ACCOUNT
   UPDATED   01/2002   BALANCE:       $3395   STUDENT LOAN
   OPENED    06/2000   MOST OWED:    $99999   INDIVIDUAL ACCOUNT
   STATUS AS OF 01/2002: UNRATED               PAY TERMS: 104 MONTHLY $42
   IN PRIOR 19 MONTHS FROM LAST UPDATE NEVER LATE
```

THE FOLLOWING COMPANIES HAVE RECEIVED YOUR CREDIT REPORT. THEIR INQUIRIES REMAIN ON YOUR CREDIT REPORT FOR TWO YEARS.

```
SUBSCRIBER NAME                                 INQUIRY TYPE      DATE
PUEBLO MORTGAGE VIA ADVANCED INFORMATION RES    INDIVIDUAL        03/19/2002
   PERMISSIBLE PURPOSE = CREDIT TRANSACTION
CAPITOL HILL MORTGAG VIA NCO CREDIT SERVICES    INDIVIDUAL        02/20/2002
   PERMISSIBLE PURPOSE = CREDIT TRANSACTION
```

THE COMPANIES LISTED BELOW RECEIVED YOUR NAME, ADDRESS AND OTHER LIMITED INFORMATION ABOUT YOU SO THEY COULD MAKE A FIRM OFFER OF CREDIT OR INSURANCE. THEY DID NOT RECEIVE YOUR FULL CREDIT REPORT, AND THESE INQUIRIES ARE NOT SEEN BY ANYONE BUT YOU.

```
SUBSCRIBER NAME                DATE
SM SERVICING                   11/2002
AMERICAN EXPRESS PROPERT       09/2002
CAPITAL ONE BANK               07/2002
COLLEGE LOAN CORP              08/2002
CAPITAL ONE BANK               01/2002
FIRST USA                      02/2002
```

Exhibit C
Page 3 of 5

TU00193

REPORT ON ELLER, GERALD, HANSEN
SOCIAL SECURITY NUMBER: 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

TRANS UNION FILE NUMBER: 99MV4729        PAGE 4 OF

THE COMPANIES LISTED BELOW OBTAINED INFORMATION FROM YOUR CONSUMER REPORT FOR THE PURPOSE OF AN ACCOUNT REVIEW OR OTHER BUSINESS TRANSACTION WITH YOU. THESE INQUIRIES ARE NOT DISPLAYED TO ANYONE BUT YOU AND WILL NOT AFFECT ANY CREDITOR'S DECISION OR ANY SCORE (EXCEPT INSURANCE COMPANIES MAY HAVE ACCESS TO OTHER INSURANCE COMPANY INQUIRIES, WHERE PERMITTED BY LAW.)

| SUBSCRIBER NAME | DATE |
|---|---|
| TU CONSUMER DISCLOSURE | 03/2002 |
| TU CONSUMER DISCLOSURE | 02/2002 |
| TU CONSUMER DISCLOSURE | 08/2001 |
| TU CONSUMER DISCLOSURE | 08/2001 |
| TU COLORADO FCRA NOTICE | 06/2001 |
| CITI CARDS CBSDNA | 07/2001 |
| UNIVERSAL CARD/CBSDNA | 06/2001 |
| CITI CARDS CBSDNA | 06/2001 |
| TU CONSUMER DISCLOSURE | 05/2001 |
| TU CONSUMER DISCLOSURE | 05/2001 |
| TU CONSUMER DISCLOSURE | 04/2001 |
| TU CONSUMER DISCLOSURE | 04/2001 |
| TU CONSUMER DISCLOSURE | 04/2001 |
| TU CONSUMER DISCLOSURE | 03/2001 |
| CITI CARDS CBSDNA | 02/2001 |

CONSUMER STATEMENT:
DO NOT CONFUSE WITH CONSUMERS OF SIMILAR IDENTIFICATION; VERIFY ALL IDENTIFYING INFORMATION.
THIS STATEMENT HAS NO EXPIRATION DATE.

Exhibit C
Page 4 of 5

TU00194

```
REPORT ON ELLER, GERALD, HANSEN
SOCIAL SECURITY NUMBER: 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        TRANS UNION FILE NUMBER:    PAGE  5 OF  5
                                                                      99MV4729
```

SHOULD YOU WISH TO INITIATE AN INVESTIGATION, YOU MAY DO SO,

AT OUR WEB-SITE:
WWW.TRANSUNION.COM/INVESTIGATE

BY MAIL, AFTER COMPLETING AND RETURNING THE ENCLOSED INVESTIGATION
REQUEST FORM TO:
Fraud Victim Assistance Department
P.O. Box 6790
Fullerton, CA 92834-6790

BY PHONE:
1-800-680-7289
OUR BUSINESS HOURS IN YOUR TIME ZONE ARE:
8:30 A.M. TO 4:30 P.M., MONDAY-FRIDAY, EXCEPT MAJOR HOLIDAYS.
PLEASE HAVE YOUR TRANSUNION FILE NUMBER LOCATED AT THE TOP OF THIS PAGE
AVAILABLE.

---

### IMPORTANT

INVESTIGATIONS ARE CONCLUDED WITHIN 30 DAYS FROM THE DATE WE RECEIVE
YOUR REQUEST. A REPORT REFLECTING THE RESULTS OF THE INVESTIGATION WILL
BE SENT TO YOU BY U.S. MAIL AT THE CONCLUSION OF THE INVESTIGATION.

Exhibit C
Page 5 of 5

TU00195