```
02   *** 117390543-002 ***              YOUR TRANS UNION FILE NUMBER: 117390543
     P.O. Box 2000                      PAGE  1 OF  1
     Chester, PA 19022                  DATE THIS REPORT PRINTED: 04/30/2003

         RETURN SERVICE REQUESTED       SOCIAL SECURITY NUMBER: 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
                                        BIRTH DATE:             08/1964
                                        YOU HAVE BEEN IN OUR FILES SINCE: 01/2003
```

CONSUMER REPORT FOR:

ELLER, GERALD, H
125 SIG BN POB 02
SCHOFIELD, HI 96857

YOUR CREDIT INFORMATION

THE FOLLOWING ACCOUNTS ARE REPORTED WITH NO ADVERSE INFORMATION

```
CITIBANK CBSD NA            # 5424180322212397    REVOLVING ACCOUNT
ACCT INFO DISPUTED BY CONSUMR                     CREDIT CARD
   UPDATED  04/2003   BALANCE:         $3808      INDIVIDUAL ACCOUNT
   OPENED   03/1997                                PAY TERMS:   MINIMUM $79
                                                   CREDIT LIMIT:       $8000
     STATUS AS OF 04/2003: PAID OR PAYING AS AGREED
     IN PRIOR  5 MONTHS FROM LAST UPDATE NEVER LATE
```

SHOULD YOU WISH TO INITIATE AN INVESTIGATION, YOU MAY DO SO,
AT OUR WEB-SITE:
WWW.TRANSUNION.COM/INVESTIGATE

BY MAIL, AFTER COMPLETING AND RETURNING THE ENCLOSED INVESTIGATION
REQUEST FORM TO:
TransUnion Consumer Relations
P.O. Box 2000
Chester, PA 19022-2000

BY PHONE:
1-800-916-8800
OUR BUSINESS HOURS IN YOUR TIME ZONE ARE:
8:30 A.M. TO 4:30 P.M., MONDAY-FRIDAY, EXCEPT MAJOR HOLIDAYS.
PLEASE HAVE YOUR TRANSUNION FILE NUMBER LOCATED AT THE TOP OF THIS PAGE
AVAILABLE.

IMPORTANT

INVESTIGATIONS ARE CONCLUDED WITHIN 30 DAYS FROM THE DATE WE RECEIVE
YOUR REQUEST. A REPORT REFLECTING THE RESULTS OF THE INVESTIGATION WILL
BE SENT TO YOU BY U.S. MAIL AT THE CONCLUSION OF THE INVESTIGATION.

Exhibit D

Page 1 of 1

TU00204