

NORMAN K.K. LAU
Attorney at Law
A Law Corporation

NORMAN K.K. LAU 1795
820 Mililani Street, Suite 701
Honolulu, Hawaii 96813
Telephone No. (808) 523-6767
Facsimile No. (808) 523-6769
Email: norm@normlau.com

ROBERT S. SOLA, P.C.
Attorney at Law

ROBERT S. SOLA (*pro hac vice*, OSB No. 84454)
8835 SW Canyon Lane, Suite 130
Portland, OR 97225
Telephone No. (503) 295-6880
Facsimile No. (503) 291-9172
Email: rssola@msn.com

Attorneys for Plaintiff
GERALD H. ELLER

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 13 2006

at 5 o'clock and 12 min. P.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GERALD H. ELLER,<br><br>            Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign corporation; and BANK ONE CORPORATION, a foreign corporation,<br><br>            Defendants. | CASE NO. CV 04-00174 DAE-KSC<br><br>PLAINTIFF'S MOTION FOR LEAVE TO FILE PORTIONS OF TRANSCRIPT OF DEPOSITION OF EXPERIAN WITNESS KIMBERLY HUGHES AT A LATER DATE |

PLAINTIFF'S MOTION FOR LEAVE TO FILE PORTIONS OF TRANSCRIPT OF
DEPOSITION OF EXPERIAN WITNESS KIMBERLY HUGHES AT A LATER DATE



Plaintiff Gerald H. Eller ("plaintiff") asks that the Court allow plaintiff additional time to file portions of the official transcript of the deposition of Experian's witness Kimberly Hughes to be used in support of plaintiff's motion for summary judgment against Experian. Plaintiff files this motion because the official transcript of the deposition has not yet been prepared. Plaintiff has conferred with Experian's counsel, Daniel McLoon, and he has indicated that Experian will not object to a later filing of portions of the deposition transcript as untimely.

The deposition of Kimberly Hughes began on January 10, 2006 and has not been completed. An official transcript of the deposition is not available as of this date, January 13, 2006. Today is the deadline for filing dispositive motions and plaintiff is filing motions for partial summary judgment against Experian.

Plaintiff has ordered a transcript of the deposition of Kimberly Hughes and the court reporter indicates the transcript should be finished by January 20, 2006 or the following week.

DATED: Honolulu, Hawaii, _____1/13/06_____.

_____
ROBERT S. SOLA (pro hac vice)
NORMAN K.K. LAU

Attorneys for Plaintiff
GERALD H. ELLER

Of Counsel:
NORMAN K.K. LAU
Attorney at Law
A Law Corporation

NORMAN K.K. LAU 1795
820 Mililani Street, Suite 701
Honolulu, Hawaii 96813
Telephone No. (808) 523-6767
Facsimile No. (808) 523-6769
Email: norm@normlau.com

ROBERT S. SOLA, P.C.
Attorney at Law

ROBERT S. SOLA (*pro hac vice, OSB No. 84454*)
8835 SW Canyon Lane, Suite 130
Portland, OR 97225
Telephone No. (503) 295-6880
Facsimile No. (503) 291-9172
Email: rssola@msn.com

Attorneys for Plaintiff
GERALD H. ELLER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GERALD H. ELLER,<br><br>    Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign corporation; and BANK ONE CORPORATION, a foreign corporation,<br><br>    Defendants. | CASE NO. CV 04-00174 DAE-KSC<br><br>CERTIFICATE OF SERVICE [RE: PLAINTIFF'S MOTION FOR LEAVE TO FILE PORTIONS OF TRANSCRIPT OF DEPOSITION OF EXPERIAN WITNESS KIMBERLY HUGHES AT A LATER DATE] |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of: PLAINTIFF'S MOTION FOR LEAVE TO FILE PORTIONS OF TRANSCRIPT OF DEPOSITION OF EXPERIAN WITNESS KIMBERLY HUGHES AT A LATER DATE was duly served upon the following parties at their last known address indicated below, by depositing same with the U.S. Postal Service, postage prepaid, first class mail or hand-delivery, on the date indicated below.

|  | Hand Delivery | Mail |
|---|---|---|
| ROBERT M. KOHN, ESQ.<br>Price Okamoto Himeno & Lum<br>707 Richards Street, Suite 728<br>Honolulu, HI 96813 | X |  |
| THERESA LOPEZ, ESQ.<br>Crowell & Moring LLP<br>3 Park Plaza, 20th floor<br>Irvine, CA 92614-8505<br><br>Attorneys for Defendant<br>TRANS UNION LLC |  | X |
| DEBORAH K. WRIGHT, ESQ.<br>Wright & Kirschbraun<br>1885 Main Street, Suite 108<br>Wailuku, HI 96793 |  | X |
| SCOTT K. BEHRENDT, ESQ.<br>Jones Day<br>555 South Flower Street, 50th Floor<br>Los Angeles, CA 90071<br><br>Attorneys for Defendant<br>EXPERIAN INFORMATION SOLUTIONS, INC. |  | X |

DATED: Honolulu, Hawaii, \_\_\_\_1/13/06\_\_\_\_.

_____
ROBERT S. SOLA (pro hac vice)
NORMAN K.K. LAU
Attorneys for Plaintiff
GERALD H. ELLER

2