Of Counsel:
NORMAN K.K. LAU
Attorney at Law
A Law Corporation

NORMAN K.K. LAU 1795
820 Mililani Street, Suite 701
Honolulu, Hawaii 96813
Telephone No. (808) 523-6767
Facsimile No. (808) 523-6769
Email: norm@normlau.com

ROBERT S. SOLA, P.C.
Attorney at Law

ROBERT S. SOLA (*pro hac vice*, OSB No. 84454)
8835 SW Canyon Lane, Suite 130
Portland, OR 97225
Telephone No. (503) 295-6880
Facsimile No. (503) 291-9172
Email: rssola@msn.com

Attorneys for Plaintiff
GERALD H. ELLER

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 17 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GERALD H. ELLER,<br><br>  Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign corporation; and BANK ONE CORPORATION, a foreign corporation,<br><br>  Defendants. | CASE NO. CV 04-00174 DAE-KSC<br><br>AMENDED CERTIFICATE OF SERVICE [RE: PLAINTIFF GERALD H. ELLER'S MOTIONS FOR PARTIAL SUMMARY JUDGMENT AGAINST EXPERIAN INFORMATION SOLUTIONS, INC., PLAINTIFF GERALD H. ELLER'S CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF MOTIONS FOR PARTIAL SUMMARY JUDGMENT AGAINST EXPERIAN INFORMATION SOLUTIONS, INC., MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTIONS FOR PARTIAL SUMMARY JUDGMENT AGAINST EXPERIAN INFORMATION SOLUTIONS, |

ORIGINAL

|  | INC., DECLARATION OF GERALD H. ELLER, DECLARATION OF ROBERT S. SOLA] |
|---|---|
| _____ ) | |

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that a copy of the following documents were duly served upon the following parties at their last known address indicated below, by depositing same with the U.S. Postal Service, postage prepaid, first class mail or hand-delivery, on the date indicated below.

1) PLAINTIFF GERALD H. ELLER'S MOTIONS FOR PARTIAL SUMMARY JUDGMENT AGAINST EXPERIAN INFORMATION SOLUTIONS, INC.;

2) PLAINTIFF GERALD H. ELLER'S CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF MOTIONS FOR PARTIAL SUMMARY JUDGMENT AGAINST EXPERIAN INFORMATION SOLUTIONS, INC.;

3) MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTIONS FOR PARTIAL SUMMARY JUDGMENT AGAINST EXPERIAN INFORMATION SOLUTIONS, INC.;

4) DECLARATION OF GERALD H. ELLER IN SUPPORT OF PLAINTIFF'S MOTIONS FOR PARTIAL SUMMARY JUDGMENT AGAINST EXPERIAN INFORMATION SOLUTIONS, INC.; and

5) DECLARATION OF ROBERT S. SOLA IN SUPPORT OF PLAINTIFF'S MOTIONS FOR PARTIAL SUMMARY JUDGMENT AGAINST EXPERIAN INFORMATION SOLUTIONS, INC.

|  | Hand Delivery | Mail |
|---|---|---|
| ROBERT M. KOHN, ESQ.<br>Price Okamoto Himeno & Lum<br>707 Richards Street, Suite 728<br>Honolulu, HI 96813 |  | X |

| | |
|---|---|
| THERESA LOPEZ, ESQ.<br>Crowell & Moring LLP<br>3 Park Plaza, 20th floor<br>Irvine, CA 92614-8505<br><br>Attorneys for Defendant<br>TRANS UNION LLC | X |
| DEBORAH K. WRIGHT, ESQ.<br>Wright & Kirschbraun<br>1885 Main Street, Suite 108<br>Wailuku, HI 96793 | X |
| SCOTT K. BEHRENDT, ESQ.<br>Jones Day<br>555 South Flower Street, 50th Floor<br>Los Angeles, CA 90071<br><br>Attorneys for Defendant<br>EXPERIAN INFORMATION SOLUTIONS, INC. | X |

DATED: Honolulu, Hawaii, January 14, 2006                          .

_____
ROBERT S. SOLA (pro hac vice)
NORMAN K.K. LAU

Attorneys for Plaintiff
GERALD H. ELLER