# SEALED EXHIBITS