# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/17/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV04-00174DAE-KSC |
| CASE NAME: | Gerald H. Eller v. Experian Information Solutions, Inc., et al. |
| ATTYS FOR PLA: | Robert Sola<br>Norman Lau<br>Plaintiff Gerald Eller |
| ATTYS FOR DEFT: | Theresa Lopez<br>Daniel McLoon |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | In Chambers - no record |
| DATE: | 1/17/2006 | TIME: | 8:30-9:45am<br>10:30-12:00pm<br>1:15-4:00pm |

COURT ACTION:  EP: Settlement Conference.  Settlement Conference held.  Further Settlement Conference set 1/31/06 at 10:00am before Judge Chang.

cc: all counsel

Submitted by: Shari Afuso, Courtroom Manager