IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GERALD H. ELLER, | ) CIVIL NO. 04-00174 DAE-KSC |
| | ) |
| Plaintiff, | ) ORDER REQUIRING ATTENDANCE |
| | ) AT SETTLEMENT CONFERENCE |
| vs. | ) |
| | ) |
| EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign corporation; and BANK ONE CORPORATION, a foreign corporation, | ) ) ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |
| _____ | ) |

ORDER REQUIRING ATTENDANCE AT SETTLEMENT CONFERENCE

       A settlement conference is scheduled to take place on January 31, 2006 at 10:00 a.m. with Magistrate Judge Chang.  The Court orders Patricia Norris, counsel for Defendant Trans Union LLC to attend this settlement conference.

IT IS SO ORDERED.

Dated:  Honolulu, Hawaii, January 23, 2006.





Kevin S.C. Chang
United States Magistrate Judge

CIVIL NO. 04-00174 DAE-KSC; GERALD H. ELLER vs. EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation, et. al.; ORDER REQUIRING ATTENDANCE AT SETTLEMENT CONFERENCE