Of Counsel:
PRICE OKAMOTO HIMENO & LUM
Attorneys at Law
KENNETH T. OKAMOTO, ESQ. 2068
ROBERT M. KOHN, ESQ.         6291
707 Richards Street, Suite 728
Honolulu, Hawaii 96813
Telephone: (808) 538-1113
Fax: (808) 533-0549
Email:    rkohn@pohlhawaii.com

CROWELL & MORING LLP
Attorneys at Law
DONALD E. BRADLEY, ESQ. (*pro hac vice*, Cal. Bar No. 145037)
THERESA C. LOPEZ, ESQ. (*pro hac vice*, Cal. Bar No. 205338)
3 Park Plaza, 20th Floor
Irvine, California 92614-8505
Telephone:  (949) 263-8400
Email:    dbradley@crowell.com
          tlopez@crowell.com

Attorneys for Defendant
TRANS UNION LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GERALD H. ELLER,<br><br>   Plaintiff,<br><br> v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign corporation; BANK ONE CORPORATION, a foreign corporation,<br><br>   Defendants. | CIVIL NO. 04-CV-174 DAE KSC<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND NON-DISPOSITIVE MOTION FILING CUT-OFF AND DISCOVERY CUT-OFF; CERTIFICATE OF SERVICE<br><br>Action Filed:  12/17/2003 |

STIPULATION AND [PROPOSED] ORDER TO EXTEND NON-DISPOSITIVE
MOTION FILING CUT-OFF AND DISCOVERY CUT-OFF

WHEREAS, the current non-dispositive motion filing cut-off is January 18, 2006;

WHEREAS, the current discovery cut-off is February 17, 2006;

WHEREAS, prior to January 18, 2006, Plaintiff Gerald H. Eller ("Plaintiff") and Defendants Experian Information Solutions, Inc. ("Experian") and Trans Union LLC ("Trans Union"), by and through their counsel, verbally agreed to file a stipulation extending the non-dispositive motion cut-off by one week;

WHEREAS, on January 17, 2006, Plaintiff and Experian reached a tentative settlement of the claims and disputes between them;

WHEREAS, on January 20, 2006, Plaintiff, through his counsel, verbally agreed, that, although Plaintiff had reached a settlement with Experian, Plaintiff still intended to proceed with the stipulated extension of the non-dispositive motion filing cut-off and also requested an extension of the discovery cut-off;

IT IS HEREBY STIPULATED AND AGREED between Plaintiff and Trans Union as follows:

1. The deadline to file any non-dispositive motion may be extended from January 18, 2006 to February 15, 2006; and

2. The deadline to complete all discovery may be extended from February 17, 2006 to February 24, 2006.

SO STIPULATED.

DATED:    Honolulu, Hawaii,    JAN 2 5 2006                    .

PRICE, OKAMOTO, HIMENO & LUM

By: _____
Robert M. Kohn, Esq.
Attorneys for Defendant
Trans Union LLC

DATED:    _____,    JAN 2 5 2006                    .

LAW OFFICE OF ROBERT S. SOLA

By: _____
Robert S. Sola, Esq.
Attorneys for Plaintiff
Gerald H. Eller

IT IS HEREBY STIPULATED AND AGREED between Plaintiff and Trans Union as follows:

1. The deadline to file any non-dispositive motion may be extended from January 18, 2006 to February 15, 2006; and

2. The deadline to complete all discovery may be extended from February 17, 2006 to February 24, 2006.

SO STIPULATED.

DATED:   Honolulu, Hawaii, _____.

```
                                    PRICE, OKAMOTO, HIMENO & LUM

                                    By: _____
                                        Robert M. Kohn, Esq.
                                        Attorneys for Defendant
                                        Trans Union LLC
```

DATED: _____,  JAN 25 2006 _____.

```
                                    LAW OFFICE OF ROBERT S. SOLA

                                    By: /s/ Robert Sola
                                        Robert S. Sola, Esq.
                                        Attorneys for Plaintiff
                                        Gerald H. Eller
```

3

DATED: *Los Angeles, CA*, 1/24/06 .

JONES DAY

By: *Scott K. Behrendt*
Scott K. Behrendt, Esq.
Attorneys for Defendant
Experian Information
Solutions, Inc.

## O R D E R

Having read and considered the parties' Stipulation and GOOD CAUSE appearing therefor,

IT IS HEREBY ORDERED that:

1. The deadline to file any non-dispositive motion shall be extended from January 18, 2006 to February 15, 2006; and

2. The deadline to complete all discovery shall be extended from February 17, 2006 to February 24, 2006.

SO ORDERED.

DATE: _____   BY: _____
HONORABLE KEVIN S.C. CHANG
UNITED STATES MAGISTRATE JUDGE

3715690v1(087827.0000301)

4

```
Of Counsel:
PRICE OKAMOTO HIMENO &  LUM
Attorneys at Law
KENNETH T. OKAMOTO, ESQ. 2068
ROBERT M. KOHN, ESQ.      6291
707 Richards Street, Suite 728
Honolulu, Hawaii 96813
Telephone: (808) 538-1113
Fax: (808) 533-0549
Email:    rkohn@pohlhawaii.com

CROWELL & MORING LLP
Attorneys at Law
DONALD E. BRADLEY, ESQ. (pro hac vice, Cal. Bar No. 145037)
THERESA C. LOPEZ, ESQ. (pro hac vice, Cal. Bar No. 205338)
3 Park Plaza, 20th Floor
Irvine, California 92614-8505
Telephone:  (949) 263-8400
Email:    dbradley@crowell.com
          tlopez@crowell.com

Attorneys for Defendant
TRANS UNION LLC
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GERALD H. ELLER,<br><br>                    Plaintiff,<br><br>     v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign corporation; BANK ONE CORPORATION, a foreign corporation,<br><br>                    Defendants. | CIVIL NO. 04-CV-174 DAE KSC<br><br>CERTIFICATE OF SERVICE RE: STIPULATION AND [PROPOSED] ORDER TO EXTEND NON-DISPOSITIVE MOTION FILING CUT-OFF AND DISCOVERY CUT-OFF<br><br>Action Filed: 12/17/2003 |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of STIPULATION AND [PROPOSED] ORDER TO EXTEND NON-DISPOSITIVE MOTION FILING CUT-OFF AND DISCOVERY CUT-OFF was duly served upon the following parties indicated below by EMAIL AND FIRST CLASS- MAIL on this day to the addresses set forth herein below:

| Norman K.K. Lau, Esq.<br>Attorney at Law<br>820 Mililani Street<br>Suite 701<br>Honolulu, Hawaii 96813<br>Email: norm@normlau.com<br><br>Robert S. Sola, Esq.<br>Attorney at Law<br>8835 S.W. Canyon Lane<br>Suite 130<br>Portland, Oregon 97225<br>Email: rsola@msn.com<br><br>Attorneys for Plaintiff<br>Gerald H. Eller | Scott K. Behrendt, Esq.<br>Jones Day<br>555 South Flower Street<br>Fiftieth Floor<br>Los Angeles, California 90071<br>Email: skbehrendt@jonesday.com<br><br>Deborah K. Wright, Esq.<br>Keith D. Kirschbraun, Esq.<br>Wright & Kirschbraun<br>1885 Main Street, Suite 108<br>Wailuku, Hawaii 96793-1827<br>Email: wrightkirsch@aol.com<br><br>Attorneys for Defendant<br>Experian Information<br>Solutions, Inc. |
|---|---|

DATED:  Honolulu, Hawaii, January 26, 2006.

PRICE, OKAMOTO, HIMENO & LUM

By: _____
Robert M. Kohn, Esq.
Attorneys for Defendant
Trans Union LLC

6