Of Counsel:
PRICE OKAMOTO HIMENO & lum
Attorneys at Law
KENNETH T. OKAMOTO, ESQ.        2068
ROBERT M. KOHN, ESQ.            6291
707 Richards Street, suite 728
Honolulu, Hawaii 96813
Telephone: (808) 538-1113
Fax: (808) 533-0549
Email: rkohn@pohlhawaii.com

CROWELL & MORING LLP
Attorneys at Law
DONALD E. BRADLEY, ESQ. (pro hac vice, Cal. Bar no. 145037)
THERESA C. LOPEZ, ESQ. (Pro hac vice, Cal. Bar No. 205338)
3 Park Plaza, 20th Floor
Irvince, California 92611-8505
Telephone: (949) 263-8400
Email: dbradley@crowell.com
       tlopez@crowell.com

Attorneys for Defendant
TRANS UNION LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GERALD H. ELLER,<br><br>               Plaintiff,<br><br>   v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign corporation; BANK ONE CORPORATION, a foreign corporation,<br><br>               Defendants. | CIVIL NO. 04-CV-174 DAE KSC<br><br>ORDER RE: STIPULATION TO EXTEND NON-DISPOSITIVE MOTION FILING CUT-OFF AND DISCOVERY CUT-OFF<br><br>Action Filed: 12/17/2003 |

ORDER RE: STIPULATION TO EXTEND
NON-DISPOSITIVE MOTION FILING CUT-OFF AND DISCOVERY CUT-OFF

Having read and considered the parties' Stipulation and GOOD CAUSE appearing therefor,

IT IS HEREBY ORDERED that:

1. The deadline to file any non-dispositive motion shall be extended from January 18, 2006 to February 15, 2006; and

2. The deadline to complete all discovery shall be extended from February 17, 2006 to February 24, 2006.

SO ORDERED.



_____
Kevin S.C. Chang
United States Magistrate Judge

Of Counsel:
PRICE OKAMOTO HIMENO & lum
Attorneys at Law
KENNETH T. OKAMOTO, ESQ.          2068
ROBERT M. KOHN, ESQ.              6291
707 Richards Street, suite 728
Honolulu, Hawaii 96813
Telephone: (808) 538-1113
Fax: (808) 533-0549
Email: rkohn@pohlhawaii.com

CROWELL & MORING LLP
Attorneys at Law
DONALD E. BRADLEY, ESQ. (pro hac vice, Cal. Bar no. 145037)
THERESA C. LOPEZ, ESQ. (Pro hac vice, Cal. Bar No. 205338)
3 Park Plaza, 20th Floor
Irvince, California 92611-8505
Telephone: (949) 263-8400
Email: dbradley@crowell.com
        tlopez@crowell.com

Attorneys for Defendant
TRANS UNION LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GERALD H. ELLER,<br><br>             Plaintiff,<br><br>   v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign corporation; BANK ONE CORPORATION, a foreign corporation,<br><br>             Defendants. | CIVIL NO. 04-CV-174 DAE KSC<br><br>ORDER RE: STIPULATION TO EXTEND NON-DISPOSITIVE MOTION FILING CUT-OFF AND DISCOVERY CUT-OFF<br><br>Action Filed: 12/17/2003 |

ORDER RE: STIPULATION TO EXTEND
NON-DISPOSITIVE MOTION FILING CUT-OFF AND DISCOVERY CUT-OFF

Having read and considered the parties' Stipulation and GOOD CAUSE appearing therefor,

IT IS HEREBY ORDERED that:

1. The deadline to file any non-dispositive motion shall be extended from January 18, 2006 to February 15, 2006; and

2. The deadline to complete all discovery shall be extended from February 17, 2006 to February 24, 2006.

SO ORDERED.



_____
Kevin S.C. Chang
United States Magistrate Judge