# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/31/2006  4:30 pm

SUE BEITIA, CLERK

**CASE NUMBER:**     CV04-00174DAE-KSC

**CASE NAME:**     Gerald H. Eller v. Experian Information Solutions, Inc., et al.

**ATTYS FOR PLA:**     Robert Sola

**ATTYS FOR DEFT:**     Theresa Lopez
Patricia Norris, Counsel for Trans Union

**INTERPRETER:**

| | | | |
|---|---|---|---|
| **JUDGE:** | Kevin S. C. Chang | **REPORTER:** | In Chambers - no record |
| **DATE:** | 1/31/2006 | **TIME:** | 10:00-11:10am 1:30-5:20pm |

**COURT ACTION:**  EP: Further Settlement Conference.  Settlement Conference held. Counsel to advise the court by 2/10/06 of existence of a settlement.  Upon being informed of a settlement, the court will set a Dismissal deadline.

Submitted by: Shari Afuso, Courtroom Manager