ORIGINAL

Of Counsel:
WRIGHT & KIRSCHBRAUN
A Limited Liability Law Company
DEBORAH K. WRIGHT        4444
KEITH D. KIRSCHBRAUN     4971
1885 Main Street, Suite 108
Wailuku, HI 96793
Telephone: 808-244-6644
Facsimile: 808-244-1013
Email:     WrightKirsch@aol.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 2 2006

at 3 o'clock and 37 min. PM
SUE BEITIA, CLERK

JONES DAY
Daniel J. McLoon (*pro hac vice*, Cal. Bar No. 109598)
Scott K. Behrendt (*pro hac vice*, Cal. Bar No. 200217)
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071-2300
Telephone: 213-489-3939
Facsimile: 213-243-2539
E-mail:    djmcloon@jonesday.com
           skbehrendt@jonesday.com
Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| GERALD H. ELLER, | Case No. 1:04-CV-00174 DAE-KSC |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR WITHDRAWAL OF CERTAIN DOCUMENTS FILED IN SUPPORT OF MOTIONS FOR PARTIAL SUMMARY JUDGMENT |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign corporation; and BANK ONE CORPORATION, a foreign corporation, | |
| Defendants. | |

1   STIPULATION AND [PROPOSED] ORDER FOR WITHDRAWAL OF
    CERTAIN DOCUMENTS FILED IN SUPPORT OF MOTIONS FOR
    PARTIAL SUMMARY JUDGMENT
LAI-2222944v3

WHEREAS, on January 13, 2006, defendant Experian Information Solutions, Inc. ("Experian") filed a motion for partial summary judgment against plaintiff Gerald H. Eller ("Plaintiff") ("Experian's Motion");

WHEREAS, on that same date, Plaintiff filed a motion for partial summary judgment against Experian ("Plaintiff's Motion");

WHEREAS, certain documents filed in support of Experian's Motion and Plaintiff's Motion have been designated as confidential under the terms of the protective order entered in this matter;

WHEREAS, Experian and Plaintiff have reached a tentative settlement agreement, and are currently working in good faith to formalize the agreement in writing;

IT IS HEREBY STIPULATED by and between Plaintiff, Experian, and defendant Trans Union LLC, by and through their respective attorneys of record, as follows:

1. The following document filed in support of Plaintiff's Motion contains material that has been designated confidential under the terms of the protective order entered in this matter and shall immediately be withdrawn from the Court's file, shall immediately be returned to Plaintiff's counsel of record, and shall no longer be made available for public inspection: "Declaration of Robert S. Sola in Support of Plaintiff's Motions for Partial Summary Judgment Against Experian Information Solutions, Inc., Exhibits D, E, and F";

2. The following two documents filed in support of Experian's Motion contain material that has been designated confidential under the terms of the protective order entered in this matter and shall immediately be withdrawn from the Court's file, shall immediately be returned to Experian's counsel of record, and shall no longer be made available for public inspection: "Exhibits B, D, F, G, H, I,

J, K, L, M, N, and O and Page 10 of Memorandum of Points and Authorities to Defendant Experian Information Solutions, Inc.'s Motion for Partial Summary Judgment, Filed Under Seal Pursuant to General Order Adopting Electronic Case Filing Procedures Dated October 20, 2005" and "Portion of Exhibits 1 & 3, Exhibit 5, Portion of Exhibits 6 – 11, Portion of Exhibits 14, 15 & 23 to Errata to Defendant Experian Information Solutions, Inc's Separate Concise Statement In Support of Motion for Partial Summary Judgment, Filed Under Seal"; and

3. In the event that Plaintiff and Experian are unable to formalize their settlement agreement, each party may resubmit the documents withdrawn pursuant to this Stipulation and Order and request a new hearing date on their respective motions for partial summary judgment. In the event this occurs, Experian will request that the Court place all such documents under seal.

Dated:      January 25, 2006

_____
Scott K. Behrendt
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071-2300
Telephone: (213) 489-3939

Counsel for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

Dated:    January 23, 2006

*Robert Sola* (signature)

Robert S. Sola
8835 S.W. Canyon Lane, Suite 130
Portland, Oregon 97225
Telephone: (503) 295-6880

Counsel for Plaintiff
GERALD H. ELLER


Dated:    January 23, 2006

Theresa C. Lopez
CROWELL & MORING
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
Telephone: (949) 263-8400

Counsel for Defendant
TRANS UNION LLC

Dated:     January 23, 2006

>Robert S. Sola
>8835 S.W. Canyon Lane, Suite 130
>Portland, Oregon 97225
>Telephone: (503) 295-6880
>
>Counsel for Plaintiff
>GERALD H. ELLER

Dated:     January 23, 2006

>*/s/ Theresa C. Lopez*
>Theresa C. Lopez
>CROWELL & MORING
>3 Park Plaza, 20th Floor
>Irvine, CA 92614-8505
>Telephone: (949) 263-8400
>
>Counsel for Defendant
>TRANS UNION LLC

4   STIPULATION AND [PROPOSED] ORDER FOR WITHDRAWAL OF
    MOTIONS FOR PARTIAL SUMMARY JUDGMENT

LAI-2222944v3

APPROVED AND IT IS HEREBY ORDERED on this 1st day of Feb, 2006 that the following documents be immediately withdrawn from the Court's file, immediately returned to the counsel of record of the party that filed the respective document, and shall no longer be made available for public inspection:

1. "Declaration of Robert S. Sola in Support of Plaintiff's Motions for Partial Summary Judgment Against Experian Information Solutions, Inc., Exhibits D, E, and F";

2. "Exhibits B, D, F, G, H, I, J, K, L, M, N, and O and Page 10 of Memorandum of Points and Authorities to Defendant Experian Information Solutions, Inc.'s Motion for Partial Summary Judgment, Filed Under Seal Pursuant to General Order Adopting Electronic Case Filing Procedures Dated October 20, 2005"; and

3. "Portion of Exhibits 1 & 3, Exhibit 5, Portion of Exhibits 6 – 11, Portion of Exhibits 14, 15 & 23 to Errata to Defendant Experian Information Solutions, Inc's Separate Concise Statement In Support of Motion for Partial Summary Judgment, Filed Under Seal."

_____
United States Magistrate Judge