THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| GERALD H. ELLER, | ) | CV. NO. 04-00174 DAE-KSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign corporation; and BANK ONE CORPORATION, a foreign corporation, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE PORTIONS OF TRANSCRIPT OF DEPOSITION OF EXPERIAN WITNESS KIMBERLY HUGHES AT A LATER DATE

Pursuant to Local Rule 7.2(d), the Court finds this matter suitable for disposition without a hearing. After reviewing Plaintiff's Motion, the Court GRANTS Plaintiff's Motion For Leave to File Portions of Transcript of Deposition of Experian Witness Kimberly Hughes at a Later Date.

On January 13, 2006, Plaintiff Gerald H. Eller ("Plaintiff") filed the instant Motion, seeking the Court's permission for additional time to file portions of the official transcript of Defendant Experian's ("Defendant's") witness

Kimberly Hughes, to support Plaintiff's Motion for Summary Judgment against Defendant. Plaintiff seeks permission because January 13, 2006 marked the deadline for filing dispositive motions and an official transcript of the deposition was not yet available at that time. Plaintiff indicates that Defense counsel does not plan to object to Plaintiff's late filings as untimely.

IT IS HEREBY ORDERED that Plaintiff may file portions of Kimberly Hughes' official deposition transcript in support of Plaintiff's Motion for Summary Judgment as soon as the transcript becomes available.

DATED: Honolulu, Hawaii, February 3, 2006.



_____
David Alan Ezra
United States District Judge

Gerald H. Eller v. Experian Information Solutions, Inc., et al., CV No. 04-00174 DAE-KSC; ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE PORTIONS OF TRANSCRIPT OF DEPOSITION OF EXPERIAN WITNESS KIMBERLY HUGHES AT A LATER DATE