Of Counsel:
PRICE OKAMOTO HIMENO & LUM
Attorneys at Law
KENNETH T. OKAMOTO, ESQ. 2068
ROBERT M. KOHN, ESQ.      6291
707 Richards Street, Suite 728
Honolulu, Hawaii 96813
Telephone: (808) 538-1113
Fax: (808) 533-0549
Email:    rkohn@pohlhawaii.com

CROWELL & MORING LLP
Attorneys at Law
DONALD E. BRADLEY, ESQ. (*pro hac vice*, Cal. Bar No. 145037)
THERESA C. LOPEZ, ESQ. (*pro hac vice*, Cal. Bar No. 205338)
3 Park Plaza, 20th Floor
Irvine, California 92614-8505
Telephone:  (949) 263-8400
Email:    dbradley@crowell.com
          tlopez@crowell.com

Attorneys for Defendant
TRANS UNION LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GERALD H. ELLER,<br><br>                Plaintiff,<br><br>     v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign corporation; BANK ONE CORPORATION, a foreign corporation,<br><br>                Defendants. | CIVIL NO. 04-CV-174 DAE KSC<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE ON DISPOSITIVE MOTIONS SET FOR HEARING ON FEBRUARY 27, 2006; CERTIFICATE OF SERVICE |

STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE ON DISPOSITIVE MOTIONS SET FOR HEARING ON FEBRUARY 27, 2006

WHEREAS, on January 13, 2006, Plaintiff and Defendants Trans Union LLC and Experian Information Solutions, Inc. filed cross-dispositive motions;

WHEREAS, on January 31, 2006 at a court-ordered settlement conference, Plaintiff and Defendant Trans Union LLC reached a tentative settlement of all of Plaintiff's claims against Defendant Trans Union LLC;

WHEREAS, Plaintiff and Defendant Trans Union LLC are currently negotiating the final terms of the settlement and written settlement agreement;

WHEREAS, the Court has ordered Plaintiff and Defendant Trans Union LLC to notify the Court by Friday, February 10, 2006, whether the parties were able to finalize the terms of their settlement agreement; and

WHEREAS, Plaintiff and Defendants Trans Union LLC and Experian Information Solutions, Inc. are required to file opposition briefs to the dispositive motions on February 9, 2006 and reply briefs on February 16, 2006;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between Plaintiff and Defendants Trans Union LLC and Experian Information Solutions, Inc. as follows:

    1.   The deadline to file opposition briefs to the dispositive motions may be extended to February 16, 2006; and

    2.   The deadline to file reply briefs may be extended to February 23, 2006.

    SO STIPULATED.

DATED:   Honolulu, Hawaii, February 6, 2006.

                              PRICE, OKAMOTO, HIMENO & LUM

                              By: _____
                                 Robert M. Kohn, Esq.
                                 Attorneys for Defendant
                                 Trans Union LLC

DATED:   _____, _____.

                              LAW OFFICE OF ROBERT S. SOLA

                              By: _____
                                 Robert S. Sola, Esq.
                                 Attorneys for Plaintiff
                                 Gerald H. Eller

1. The deadline to file opposition briefs to the dispositive motions may be extended to February 16, 2006; and

2. The deadline to file reply briefs may be extended to February 23, 2006.

SO STIPULATED.

DATED:    Honolulu, Hawaii, _____.

DATED:    Honolulu, Hawaii, _____.

PRICE, OKAMOTO, HIMENO & LUM

By: _____
Robert M. Kohn, Esq.
Attorneys for Defendant
Trans Union LLC

DATED:  Portland, OR,  February 6, 2006 .

LAW OFFICE OF ROBERT S. SOLA

By: _Robert Sola_____
Robert S. Sola, Esq.
Attorneys for Plaintiff
Gerald H. Eller

DATED: 2/3/06 , Los Angeles, CA .

JONES DAY

By: *(signature)*
Scott K. Behrendt, Esq.
Attorneys for Defendant
Experian Information
Solutions, Inc.

### O R D E R

Having read and considered the parties' Stipulation and GOOD CAUSE appearing therefor,

IT IS HEREBY ORDERED that:

1. The deadline to file opposition briefs to the dispositive motions shall be and hereby is extended to February 16, 2006; and

2. The deadline to file reply briefs shall be and hereby is extended to February 23, 2006.

SO ORDERED.

DATE: _____   BY: _____
HONORABLE KEVIN S.C. CHANG
UNITED STATES MAGISTRATE JUDGE

3716179v1(087827.0000301)

```
Of Counsel:
PRICE OKAMOTO HIMENO &  LUM
Attorneys at Law
KENNETH T. OKAMOTO, ESQ. 2068
ROBERT M. KOHN, ESQ.       6291
707 Richards Street, Suite 728
Honolulu, Hawaii 96813
Telephone: (808) 538-1113
Fax: (808) 533-0549
Email:    rkohn@pohlhawaii.com

CROWELL & MORING LLP
Attorneys at Law
DONALD E. BRADLEY, ESQ. (pro hac vice, Cal. Bar No. 145037)
THERESA C. LOPEZ, ESQ. (pro hac vice, Cal. Bar No. 205338)
3 Park Plaza, 20th Floor
Irvine, California 92614-8505
Telephone:  (949) 263-8400
Email:    dbradley@crowell.com
          tlopez@crowell.com

Attorneys for Defendant
TRANS UNION LLC
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GERALD H. ELLER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign corporation; BANK ONE CORPORATION, a foreign corporation,<br><br>　　　　　Defendants. | CIVIL NO. 04-CV-174 DAE KSC<br><br>CERTIFICATE OF SERVICE RE: STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE ON DISPOSITIVE MOTIONS SET FOR HEARING ON FEBRUARY 27, 2006 |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE ON DISPOSITIVE MOTIONS SET FOR HEARING ON FEBRUARY 27, 2006 was duly served upon the following parties indicated below by EMAIL AND FIRST CLASS-MAIL on this day to the addresses set forth herein below:

| | |
|---|---|
| Norman K.K. Lau, Esq.<br>Attorney at Law<br>820 Mililani Street<br>Suite 701<br>Honolulu, Hawaii 96813\<br>Email: norm.lau@verizon.net<br><br>Robert S. Sola, Esq.<br>Attorney at Law<br>8835 S.W. Canyon Lane<br>Suite 130<br>Portland, Oregon 97225<br>Email: rssola@msn.com<br><br>    Attorneys for Plaintiff<br>    Gerald H. Eller | Scott K. Behrendt, Esq.<br>Jones Day<br>555 South Flower Street<br>Fiftieth Floor<br>Los Angeles, California 90071<br>Email: skbehrendt@jonesday.com<br><br>Deborah K. Wright, Esq.<br>Keith D. Kirschbraun, Esq.<br>Wright & Kirschbraun<br>1885 Main Street, Suite 108<br>Wailuku, Hawaii 96793-1827<br>Email: WrightKirsch@aol.com<br><br>    Attorneys for Defendant<br>    Experian Information<br>    Solutions, Inc. |

DATED: Honolulu, Hawaii, February 6, 2006.

                                PRICE, OKAMOTO, HIMENO & LUM

                      By: _____
                             Robert M. Kohn, Esq.
                             Attorneys for Defendant
                             Trans Union LLC