Of Counsel:
PRICE OKAMOTO HIMENO & LUM
Attorneys at Law
KENNETH T. OKAMOTO, ESQ. 2068
ROBERT M. KOHN, ESQ.          6291
707 Richards Street, Suite 728
Honolulu, Hawaii 96813
Telephone: (808) 538-1113
Fax: (808) 533-0549
Email:    rkohn@pohlhawaii.com

CROWELL & MORING LLP
Attorneys at Law
DONALD E. BRADLEY, ESQ. (*pro hac vice*, Cal. Bar No. 145037)
THERESA C. LOPEZ, ESQ. (*pro hac vice*, Cal. Bar No. 205338)
3 Park Plaza, 20th Floor
Irvine, California 92614-8505
Telephone:  (949) 263-8400
Email:    dbradley@crowell.com
          tlopez@crowell.com

Attorneys for Defendant
TRANS UNION LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GERALD H. ELLER,<br><br>        Plaintiff,<br><br>  v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign corporation; BANK ONE CORPORATION, a foreign corporation,<br><br>        Defendants. | CIVIL NO. 04-CV-174 DAE KSC<br><br>ORDER TO EXTEND BRIEFING SCHEDULE ON DISPOSITIVE MOTIONS SET FOR HEARING ON FEBRUARY 27, 2006 |

## O R D E R

Having read and considered the parties' Stipulation and GOOD CAUSE appearing therefor,

IT IS HEREBY ORDERED that:

1. The deadline to file opposition briefs to the dispositive motions shall be and hereby is extended to February 16, 2006; and

2. The deadline to file reply briefs shall be and hereby is extended to February 23, 2006.

IT IS SO ORDERED.

Dated: Honolulu, Hawaii, February 7, 2006.



_____
Kevin S.C. Chang
United States Magistrate Judge