NORMAN K.K. LAU
Attorney at Law
A Law Corporation

NORMAN K.K. LAU  1795
820 Mililani Street, Suite 701
Honolulu, Hawaii 96813
Telephone No. (808) 523-6767
Facsimile No. (808) 523-6769
Email: norm@normlau.com

ROBERT S. SOLA, P.C.
Attorney at Law

ROBERT S. SOLA (*pro hac vice, OSB No. 84454*)
8835 SW Canyon Lane, Suite 130
Portland, OR 97225
Telephone No. (503) 295-6880
Facsimile No. (503) 291-9172
Email: rssola@msn.com

Attorneys for Plaintiff
GERALD H. ELLER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GERALD H. ELLER,<br><br>        Plaintiff,<br><br>   vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign corporation;  and BANK ONE CORPORATION, a foreign corporation,<br><br>        Defendants.<br>_____ | CASE NO. CV 04-00174 DAE-KSC<br><br>STIPULATION FOR DISMISSAL OF COMPLAINT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE AND RETENTION OF JURISDICTION OVER DISPUTES RELATING TO OR ARISING OUT OF THE PARTIES' SETTLEMENT AGREEMENT; ORDER |

LAI-2232804v1
Stipulation of Dismissal (Eller)
JP002289
026123 - 059313

STIPULATION FOR DISMISSAL OF COMPLAINT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE AND RETENTION OF JURISDICTION OVER DISPUTES RELATING TO OR ARISING OUT OF THE PARTIES' SETTLEMENT AGREEMENT

Plaintiff Gerald H. Eller ("plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian"), by and through their respective counsel of record, hereby stipulate to the dismissal of the Complaint with prejudice as to Defendant Experian.

Each side shall bear his or its own attorneys' fees and costs incurred herein.

Plaintiff and Defendant Experian hereby stipulate, agree, and consent that the Honorable Kevin S.C. Chang shall retain jurisdiction over this matter to resolve any disputes relating to or arising from the Settlement Agreement and Release entered into by Plaintiff and Defendant Experian.

DATED:   Honolulu, Hawaii, March 15, 2006.

/s/ NORMAN K.K. LAU
ROBERT S. SOLA (pro hac vice)
NORMAN K.K. LAU
Attorneys for Plaintiff
GERALD H. ELLER

DATED:   Los Angeles, California, March 15, 2006.

/s/ SCOTT K. BEHRENDT
SCOTT K. BEHRENDT (pro hac vice)
DEBORAH K. WRIGHT
Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

APPROVED AND SO ORDERED:

_____
KEVIN S.C. CHANG
United States Magistrate Judge

LAI-2232804v1
Stipulation of Dismissal (Eller)
JP002289
026123 - 059313

2

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com

NORMAN K.K. LAU        1795
820 Mililani Street, Suite 701
Honolulu, Hawaii 96813
Telephone No. (808) 523-6767
Facsimile No. (808) 523-6769
Email: norm@normlau.com

ROBERT S. SOLA, P.C.
Attorney at Law

ROBERT S. SOLA (*pro hac vice, OSB No. 84454*)
8835 SW Canyon Lane, Suite 130
Portland, OR 97225
Telephone No. (503) 295-6880
Facsimile No. (503) 291-9172
Email: rssola@msn.com

Attorneys for Plaintiff
GERALD H. ELLER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| GERALD H. ELLER, | ) | CASE NO. CV 04-00174 DAE-KSC |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE [RE: |
| | ) | STIPULATION FOR DISMISSAL OF |
| vs. | ) | COMPLAINT AS TO DEFENDANT |
| | ) | EXPERIAN INFORMATION SOLUTIONS, |
| EXPERIAN INFORMATION | ) | INC. WITH PREJUDICE AND RETENTION |
| SOLUTIONS, INC., a foreign corporation; | ) | OF JURISDICTION OVER DISPUTES |
| TRANS UNION LLC, a foreign | ) | RELATING TO OR ARISING OUT OF THE |
| corporation;  and BANK ONE | ) | PARTIES' SETTLEMENT AGREEMENT] |
| CORPORATION, a foreign corporation, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

LAI-2232804v1
Stipulation of Dismissal (Eller)
JP002289
026123 - 059313

3

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of: STIPULATION FOR DISMISSAL OF THE COMPLAINT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE AND RETENTION OF JURISDICTION OVER DISPUTES RELATING TO OR ARISING OUT OF THE PARTIES' SETTLEMENT AGREEMENT was duly served upon the following parties at as indicated below:

Served Electronically through CM/ECF:

Scott K. Behrendt     skbehrendt@jonesday.com, gmsalter@jonesday.com

Keith D. Kirschbraun     WrightKirsch@aol.com

Robert M. Kohn     rkohn@pohlhawaii.com

Deborah K. Wright     wrightkirsch@aol.com


DONALD E. BRADLEY, ESQ.          U.S. Mail
Musick, Peeler & Garrett LLP
50 Town Center Drive, Suite 1200
Costa Mesa, CA 92626

Attorneys for Defendant
TRANS UNION LLC


DATED: Honolulu, Hawaii, March 15, 2006.

/s/ NORMAN K.K. LAU
ROBERT S. SOLA (pro hac vice)
NORMAN K.K. LAU
Attorneys for Plaintiff
GERALD H. ELLER