Of Counsel:
PRICE OKAMOTO HIMENO & LUM
Attorneys at Law
KENNETH T. OKAMOTO, ESQ. 2068
ROBERT M. KOHN, ESQ.      6291
707 Richards Street, Suite 728
Honolulu, Hawaii 96813
Telephone: (808) 538-1113
Fax: (808) 533-0549
Email: rkohn@pohlhawaii.com

MUSICK, PEELER & GARRETT LLP
Attorneys at Law
DONALD E. BRADLEY, ESQ. (pro hac vice, Cal. Bar no. 145037)
650 Town Center Drive, Suite 1200
Costa Mesa, California 92626
Telephone: (714) 668-2447
Fax: (714) 668-2490
Email: D.Bradley@MPGLAW.com

Attorneys for Defendant
TRANS UNION LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GERALD H. ELLER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign corporation; BANK ONE CORPORATION, a foreign corporation,<br><br>　　　　　Defendants. | CIVIL NO. 04-CV-174 DAE KSC<br><br>STIPULATION FOR DISMISSAL OF ACTION AS TO DEFENDANT TRANS UNION LLC WITH PREJUDICE AND RETENTION OF JURISDICTION BY HON. KEVIN S.C. CHANG OVER DISPUTES ARISING FROM THE PARTIES' SETTLEMENT AGREEMENT; ORDER |

STIPULATION FOR DISMISSAL OF ACTION AS TO
DEFENDANT TRANS UNION LLC WITH PREJUDICE AND RETENTION OF
JURISDICTION BY HON. KEVIN S.C. CHANG OVER DISPUTES ARISING FROM
<u>THE PARTIES' SETTLEMENT AGREEMENT</u>

    Plaintiff Gerald H. Eller and Defendants Trans Union LLC and Experian Information Solutions, Inc., by and through their respective counsel of record, hereby stipulate to the dismissal of this action with prejudice as to Defendant Trans Union LLC.

    Each side shall bear his or its own attorneys' fees and costs incurred herein.

    Plaintiff Gerald H. Eller and Defendant Trans Union LLC hereby stipulate, agree, and consent that the Honorable Kevin S.C. Chang may retain jurisdiction over this matter to resolve any disputes arising from the Settlement Agreement and Mutual General Release entered into by Plaintiff Gerald H. Eller and Defendant Trans Union LLC.

    SO STIPULATED.

DATED:    Honolulu, Hawaii <u>March 15, 2006</u>.

                                            PRICE, OKAMOTO, HIMENO & LUM

                            By:   /s/ Robert M. Kohn
                                  Robert M. Kohn, Esq.
                                  Attorneys for Defendant
                                  Trans Union LLC

DATED:    Honolulu, Hawaii March 14, 2006.

          LAW OFFICE OF ROBERT S. SOLA

        By:  /s/ Robert S. Sola
          Robert S. Sola, Esq.
          Attorneys for Plaintiff
          Gerald H. Eller

DATED:    Honolulu, Hawaii March 15, 2006.

          JONES DAY

        By:  /s/ Scott K. Behrendt
          Scott K. Behrendt, Esq.
          Attorneys for Defendant
          Experian Information
          Solutions, Inc.

APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, March 16, 2006.

          _____
          David Alan Ezra
          United States District Judge

_____
STIPULATION FOR DISMISSAL OF ACTION AS TO DEFENDANT TRANS UNION LLC WITH PREJUDICE AND RETENTION OF JURISDICTION BY HON. KEVIN S.C. CHANG OVER DISPUTES ARISING FROM THE PARTIES' SETTLEMENT AGREEMENT; Eller v. Experian Information Solutions, Inc., et al.; Civil No. 04-CV-174 DAE KSC