NORMAN K.K. LAU
Attorney at Law
A Law Corporation

NORMAN K.K. LAU  1795
820 Mililani Street, Suite 701
Honolulu, Hawaii 96813
Telephone No. (808) 523-6767
Facsimile No. (808) 523-6769
Email: norm@normlau.com

ROBERT S. SOLA, P.C.
Attorney at Law

ROBERT S. SOLA (*pro hac vice, OSB No. 84454*)
8835 SW Canyon Lane, Suite 130
Portland, OR 97225
Telephone No. (503) 295-6880
Facsimile No. (503) 291-9172
Email: rssola@msn.com

Attorneys for Plaintiff
GERALD H. ELLER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| GERALD H. ELLER, | ) | CIVIL NO. 04-00174 DAE-KSC |
| | ) | |
| Plaintiff, | ) | STIPULATION FOR DISMISSAL OF |
| | ) | COMPLAINT AS TO DEFENDANT |
| vs. | ) | EXPERIAN INFORMATION SOLUTIONS, |
| | ) | INC. WITH PREJUDICE AND RETENTION |
| EXPERIAN INFORMATION | ) | OF JURISDICTION OVER DISPUTES |
| SOLUTIONS, INC., a foreign corporation; | ) | RELATING TO OR ARISING OUT OF THE |
| TRANS UNION LLC, a foreign | ) | PARTIES' SETTLEMENT AGREEMENT; |
| corporation;  and BANK ONE | ) | ORDER |
| CORPORATION, a foreign corporation, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

STIPULATION FOR DISMISSAL OF COMPLAINT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE AND RETENTION OF JURISDICTION OVER DISPUTES RELATING TO OR ARISING OUT OF THE PARTIES' SETTLEMENT AGREEMENT

Plaintiff Gerald H. Eller ("plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian"), by and through their respective counsel of record, hereby stipulate to the dismissal of the Complaint with prejudice as to Defendant Experian.

Each side shall bear his or its own attorneys' fees and costs incurred herein.

Plaintiff and Defendant Experian hereby stipulate, agree, and consent that the Honorable Kevin S.C. Chang shall retain jurisdiction over this matter to resolve any disputes relating to or arising out of the Settlement Agreement and Release entered into by Plaintiff and Defendant Experian.

DATED: Honolulu, Hawaii, March 17, 2006.     DATED: Los Angeles, CA, March 17, 2006.


/s/ NORMAN K.K. LAU                          /s/ SCOTT K. BEHRENDT
ROBERT S. SOLA (pro hac vice)                SCOTT K. BEHRENDT
NORMAN K.K. LAU                              DEBORAH K. WRIGHT
Attorneys for Plaintiff                      Attorneys for Defendant
GERALD H. ELLER                              EXPERIAN INFORMATION SOLUTIONS, INC.

APPROVED AND SO ORDERED:
DATED: Honolulu, Hawaii, March 17, 2006.



David Alan Ezra
United States District Judge

STIPULATION FOR DISMISSAL OF COMPLAINT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE AND RETENTION OF JURISDICTION OVER DISPUTES RELATING TO OR ARISING OUT OF THE PARTIES' SETTLEMENT AGREEMENT; Eller v. Experian Information Solutions, Inc., et al.; Civil No. 04-00174 DAE/KC