Of Counsel:
WRIGHT & KIRSCHBRAUN
A Limited Liability Law Company
DEBORAH K. WRIGHT      4444
KEITH D. KIRSCHBRAUN   4971
1885 Main Street, Suite 108
Wailuku, HI 96793
Telephone: 808-244-6644
Facsimile: 808-244-1013
Email:     WrightKirsch@aol.com

JONES DAY
Daniel J. McLoon (*pro hac vice*, Cal. Bar No. 109598)
Scott K. Behrendt (*pro hac vice*, Cal. Bar No. 200217)
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071-2300
Telephone: 213-489-3939
Facsimile: 213-243-2539
E-mail:    djmcloon@jonesday.com
           skbehrendt@jonesday.com
Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| GERALD H. ELLER, | Case No. 1:04-CV-00174 DAE-KSC |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR WITHDRAWAL OF DOCUMENTS FILED IN SUPPORT OF MOTIONS FOR PARTIAL SUMMARY JUDGMENT |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign corporation; and BANK ONE CORPORATION, a foreign corporation, | |
| Defendants. | |

1    STIPULATION AND [PROPOSED] ORDER FOR WITHDRAWAL OF
     DOCUMENTS FILED IN SUPPORT OF MOTIONS FOR PARTIAL
     SUMMARY JUDGMENT
LAI-2222944v4

WHEREAS, on January 13, 2006, defendant Experian Information Solutions, Inc. ("Experian") filed a motion for partial summary judgment against plaintiff Gerald H. Eller ("Plaintiff") ("Experian's Motion");

WHEREAS, on that same date, Plaintiff filed a motion for partial summary judgment against Experian ("Plaintiff's Motion");

WHEREAS, certain documents filed in support of Experian's Motion and Plaintiff's Motion have been designated as confidential under the terms of the protective order entered in this matter;

WHEREAS, Experian and Plaintiff have now resolved this matter;

IT IS HEREBY STIPULATED by and between Plaintiff and Experian, by and through their respective attorneys of record, as follows:

1.  The following documents filed in connection with Plaintiff's Motion and Experian's Motion shall immediately be withdrawn from the Court's file, shall immediately be returned to the respective counsel of record that filed them, and shall no longer be made available for public inspection:

The documents found at Docket Nos. 195, 196, 206, 210, 211, 216, 217, and 218, in the above-captioned matter.

Dated:    April 6, 2006

/s/ Scott K. Behrendt
Scott K. Behrendt
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071-2300
Telephone: (213) 489-3939

Counsel for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

Dated: ~~March 27,~~ April 6, 2006

_____
Robert S. Sola
8835 S.W. Canyon Lane, Suite 130
Portland, Oregon 97225
Telephone: (503) 295-6880

Counsel for Plaintiff
GERALD H. ELLER

3   STIPULATION AND [PROPOSED] ORDER FOR WITHDRAWAL OF
    DOCUMENTS FILED IN SUPPORT OF MOTIONS FOR PARTIAL
    SUMMARY JUDGMENT
LAI-2222944v4

APPROVED AND IT IS HEREBY ORDERED on this ____ day of _____, 2006 that the following documents be withdrawn from the Court's file, immediately returned to the respective counsel of record that filed them, and shall no longer be made available for public inspection:

The documents found at Docket Nos. 195, 196, 206, 210, 211, 216, 217, and 218, in the above-captioned matter.

_____
United States Magistrate Judge

4   STIPULATION AND [PROPOSED] ORDER FOR WITHDRAWAL OF
    DOCUMENTS FILED IN SUPPORT OF MOTIONS FOR PARTIAL
    SUMMARY JUDGMENT
LAI-2222944v4

# CERTIFICATE OF SERVICE [RE: STIPULATION AND (PROPOSED) ORDER FOR WITHDRAWAL OF DOCUMENTS FILED IN SUPPORT OF MOTIONS FOR PARTIAL SUMMARY JUDGMENT]

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the Stipulation and (Proposed) Order for Withdrawal of Documents Filed in Support of Motions for Partial Summary Judgment was served on the following at at their last known address:

| | |
|---|---|
| Robert S. Sola, Esq.<br>rssola@msn.com<br>(via Electronically through CM/ECF)<br><br>Attorneys for Plaintiff<br>Gerald H. Eller | Norman K. K. Lau, Esq.<br>820 Mililani Street, Suite 701<br>Honolulu, HI 96813<br>(via U.S. Postal Service)<br><br>Attorneys for Plaintiff<br>Gerald H. Eller |

DATED: Los Angeles, CA; April 6, 2006.

_____
Scott K. Behrendt

LAI-2236348v1