ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 13 2006

at __9__ o'clock and __08__ min. __A__ M
SUE BEITIA, CLERK

Of Counsel:
WRIGHT & KIRSCHBRAUN
A Limited Liability Law Company
DEBORAH K. WRIGHT          4444
KEITH D. KIRSCHBRAUN       4971
1885 Main Street, Suite 108
Wailuku, HI 96793
Telephone: 808-244-6644
Facsimile: 808-244-1013
Email:     WrightKirsch@aol.com

JONES DAY
Daniel J. McLoon (*pro hac vice*, Cal. Bar No. 109598)
Scott K. Behrendt (*pro hac vice*, Cal. Bar No. 200217)
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071-2300
Telephone: 213-489-3939
Facsimile: 213-243-2539
E-mail:    djmcloon@jonesday.com
           skbehrendt@jonesday.com
Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GERALD H. ELLER, | Case No. 1:04-CV-00174 DAE-KSC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR WITHDRAWAL OF DOCUMENTS FILED IN SUPPORT OF MOTIONS FOR PARTIAL SUMMARY JUDGMENT |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign corporation; and BANK ONE CORPORATION, a foreign corporation, | |
| Defendants. | |

1   STIPULATION AND [PROPOSED] ORDER FOR WITHDRAWAL OF
    DOCUMENTS FILED IN SUPPORT OF MOTIONS FOR PARTIAL
    SUMMARY JUDGMENT
LAI-2222944v4

WHEREAS, on January 13, 2006, defendant Experian Information Solutions, Inc. ("Experian") filed a motion for partial summary judgment against plaintiff Gerald H. Eller ("Plaintiff") ("Experian's Motion");

WHEREAS, on that same date, Plaintiff filed a motion for partial summary judgment against Experian ("Plaintiff's Motion");

WHEREAS, certain documents filed in support of Experian's Motion and Plaintiff's Motion have been designated as confidential under the terms of the protective order entered in this matter;

WHEREAS, Experian and Plaintiff have now resolved this matter;

IT IS HEREBY STIPULATED by and between Plaintiff and Experian, by and through their respective attorneys of record, as follows:

1. The following documents filed in connection with Plaintiff's Motion and Experian's Motion shall immediately be withdrawn from the Court's file, shall immediately be returned to the respective counsel of record that filed them, and shall no longer be made available for public inspection:

The documents found at Docket Nos. 195, 196, 206, 210, 211, 216, 217, and 218, in the above-captioned matter.

Dated:    April 6, 2006

*/s/ Scott K. Behrendt*
Scott K. Behrendt
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071-2300
Telephone: (213) 489-3939

Counsel for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

Dated: ~~March 27,~~ April 6, 2006

*[signature: Robert Sola]*

Robert S. Sola
8835 S.W. Canyon Lane, Suite 130
Portland, Oregon 97225
Telephone: (503) 295-6880

Counsel for Plaintiff
GERALD H. ELLER

APPROVED AND IT IS HEREBY ORDERED on this ____ day of _____, 2006 that the following documents be withdrawn from the Court's file, immediately returned to the respective counsel of record that filed them, and shall no longer be made available for public inspection:

The documents found at Docket Nos. 195, 196, 206, 210, 211, 216, 217, and 218, in the above-captioned matter.

_____
United States Magistrate Judge

## CERTIFICATE OF SERVICE [RE: STIPULATION AND (PROPOSED) ORDER FOR WITHDRAWAL OF DOCUMENTS FILED IN SUPPORT OF MOTIONS FOR PARTIAL SUMMARY JUDGMENT]

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the Stipulation and (Proposed) Order for Withdrawal of Documents Filed in Support of Motions for Partial Summary Judgment was served on the following at at their last known address:

Robert S. Sola, Esq.
rssola@msn.com
(via Electronically through CM/ECF)

Attorneys for Plaintiff
Gerald H. Eller

Norman K. K. Lau, Esq.
820 Mililani Street, Suite 701
Honolulu, HI 96813
(via U.S. Postal Service)

Attorneys for Plaintiff
Gerald H. Eller

DATED: Los Angeles, CA; <u>April 6, 2006</u>.

_____
Scott K. Behrendt

LAI-2236348v1

**Other Documents**
1:04-cv-00174-DAE-KSC Eller v. Experian Information, et al



## U.S. District Court

### District of Hawaii - CM/ECF V2.5 (11/05)

Notice of Electronic Filing

The following transaction was received from Behrendt, Scott entered on 4/6/2006 at 8:25 AM HST and filed on 4/6/2006

**Case Name:** Eller v. Experian Information, et al
**Case Number:** 1:04-cv-174
**Filer:**
**Document Number:** 237

**Docket Text:**
SUBMISSION of Proposed Order to Judge KEVIN S.C. CHANG. (Behrendt, Scott)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=4/6/2006] [FileNumber=61786-0] [
1dc074cd2e8e330d2a9aff3f9e77aa5f0d2c9e656d5586246f61009e7e0e7b95e7d4c0
61276fb17a743e317b5172c1eadf78576b5c1c6fbe0843d14d10e3e171]]

**1:04-cv-174 Notice will be electronically mailed to:**

Scott K. Behrendt     skbehrendt@jonesday.com, gmsalter@jonesday.com

Keith D. Kirschbraun     WrightKirsch@aol.com

Robert M. Kohn     rkohn@pohlhawaii.com

Norman K.K. Lau     norm@normlau.com, tena@normlau.com

Deborah K. Wright     wrightkirsch@aol.com

**1:04-cv-174 Notice will be delivered by other means to:**

Donald E. Bradley
Crowell & Moring LLP
3 Park Plaza 20th Flr
Irvine, CA 92614-8505

Darren J. Campbell

https://ecf.hid.uscourts.gov/cgi-bin/Dispatch.pl?951747796316732                    4/6/2006

Jones Day
555 S Flower St 50th Flr
Los Angeles, CA 90071

Emi Murphy Donis
Bullard Smith Jernstedt Wilson
1000 SW Broadway Ste 1900
Portland, OR 97205-0003

Theresa C. Lopez
Crowell & Moring LLP
3 Park Plaza 20th Flr
Irvine, CA 92614-8505

Kenneth T. Okamoto
Price Okamoto Himeno & Lum
Ocean View Center
707 Richards St Ste 728
Honolulu, Hi 96813

Warren Price , III
Price Okamoto Himeno & Lum
Ocean View Center
707 Richards St Ste 728
Honolulu, Hi 96813

Robert S. Sola
8835 SW Canyon Ln Ste 130
Portland, OR 97225

John D. Zalewski
Case Lombardi & Pettit
Pacific Guardian Center Mauka Tower
737 Bishop St Ste 2600
Honolulu, HI 96813